FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2012 SEP 18  PM 1:43

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. |
| v. | ) | |
| | ) | 18 U.S.C. §§ 2, 2423(a) |
| JACK ALLAN SCHAAP | ) | |

**INFORMATION**

2:12CR 131

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
[18 U.S.C. §§ 2, 2423(a)]

Between on or about June 1, 2012, through on or about July 30, 2012, in the Northern District of Indiana and elsewhere,

**JACK ALLAN SCHAAP,**

defendant herein, knowingly caused the transportation of Jane Doe, an individual who had not attained the age of 18 years, in interstate commerce, i.e., from the State of Indiana to the State of Illinois, and from the State of Indiana to the State of Michigan, with intent that she engage in sexual activity for which the defendant can be charged with a criminal offense, i.e., Criminal Sexual Assault under Illinois law, 720 ILCS 5/11-1.20(a)(4), and Criminal Sexual Conduct in the 3rd Degree under Michigan law, MCLS 750.520(d)(1)(e);

All in violation of Title 18, United States Code, Sections 2 and 2423(a).

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

### SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1. The allegations of Count 1 of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2428.

2. As a result of the offense alleged in Count 1 of the Information, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of the offense charged herein, including, but not limited to:

   a. One Black Apple iPad bearing serial number CQ1041DGETV;

   b. One Black Apple iPhone bearing serial number DNPGMCKMDTF9;

   c. One Black and Silver Olympus Digital Voice Recorder 1EC/JIS bearing serial number LR03CR03;

   d. One Red 2GB Flash Drive bearing serial number KZQIGXW9QCZQ;

   e. One Red 4GB Flash Drive bearing serial number 08180027DFB30006;

   f. One Motorola Razor Cell Phone Model V3c bearing DEC number 03011874551;

   g. One Canon Digital Camera bearing serial number 1420806193/DS126151;

In furtherance of Title 18, United States Code, Section 2428.

DAVID A. CAPP
UNITED STATES ATTORNEY

By:   /s/ Jill Koster
Jill Koster
Susan Collins
Assistant United States Attorneys
Northern District of Indiana