UNITED STATES DISTRICT COURT
Northern District of Indiana
Hammond Division

APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER:  2:12 CR 131 |
| ) | |
| JACK ALLAN SCHAAP ) | |

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N. D. Ind. L.R. 83.5(g) and Appendix B-65-B-70 of this Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for:  JACK ALLAN SCHAAP

Date:  September 20, 2012

/s/  Alison L. Benjamin
ALISON L. BENJAMIN, #21497-45
THIROS AND STRACCI, P.C.
200 East 90th Drive
Merrillville, Indiana 46410
voice:  (219) 769-1600
fax:  (219) 738-3769
email:  benjamin@thiros.com