AO 455    Waiver of Indictment

# United States District Court
## Northern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **WAIVER OF INDICTMENT** |
| ) | |
| v.    ) | CASE NUMBER: 2:12 CR 131 |
| ) | |
| JACK ALLAN SCHAAP ) | |

I, Jack Allan Schaap, the above named defendant, who is accused of a violation of Title 18, United States Code, Section 2423(a), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on September 19, 2012 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jack Allan Schaap
Defendant

_____
Paul Stracci
Counsel for Defendant

_____
Alison Benjamin
Attorney for Defendant

Before: ___**S/Paul R. Cherry**___
U.S. Magistrate Judge Paul R. Cherry
9-19-2012