UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:12 CR 131 |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

MOTION TO WITHDRAW APPEARANCE

Comes now the United States of America, by David Capp, United States Attorney for the Northern District of Indiana, by Jennifer Chang-Adiga, Assistant United States Attorney, hereby files a motion to withdraw her appearance in the above cause, and in support states as follows:

1. This case has been assigned to Assistant United States Attorney Jill Rochelle Koster. At this time AUSA Koster has sole responsibility of the prosecution in this case.

2. The undersigned moves for leave to withdraw her appearance in cause 2:12 CR 131.

WHEREFORE, the government respectfully requests that the appearance of Assistant United States Attorney Jennifer Chang-Adiga is withdrawn from cause no. 2:12 CR 131.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

S/Jennifer Chang-Adiga
Jennifer Chang-Adiga
Assistant U. S. Attorney
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

## *Certificate of Service*

  I hereby certified that on September 20, 2011,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all participant parties in record.

                   <u>S/Teresa Torres</u>
                   Teresa Torres
                   Legal Assistant