AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES MARSHALS
NORTHERN INDIANA

2012 SEP 19 A 10: 58

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:12cr131 |
| JACK ALLAN SCHAAP | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☒ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | US Magistrate Judge Paul R Cherry, US District Court, 5400 Federal Plaza, Hammond, IN 46320 | Courtroom No.: | 5 |
|---|---|---|---|
| | | Date and Time: | 9/19/2012 3:00 PM |

This offense is briefly described as follows:
18:2423(a) and 2 TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY AND AIDING AND ABETTING AND SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

Date:   9/19/2012

*Issuing officer's signature*

ROBERT N. TRGOVICH, CLERK by RMNagy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons       ☐ Returned this summons unexecuted

Date:   9/19/12

*Server's signature*

Chas Knudsen/DEO
*Printed name and title*