# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:12-CR-131-RL-PRC |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

## O R D E R

This matter is before the Court on a Motion to Withdraw Appearance [DE 10], filed by Attorney Jennifer Chang-Adiga on September 20, 2012.

Finding the motion well taken, the Court hereby **GRANTS** the Motion to Withdraw Appearance [DE 10] and **ORDERS** that the appearance of Assistant United States Attorney Jennifer Chang-Adiga hereby **WITHDRAWN** in this case.

So ORDERED this 26th day of September, 2012.

/s Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record