UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:12-CR-131 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

## JOINT MOTION TO SEAL

The parties, by counsel Paul G. Stracci for defendant Jack Allan Schaap, and the United States of America, by counsel Jill R. Koster, jointly request that the Court place the letters and emails received by the Court to date in relation to this matter under seal. In support thereof, the parties state as follows:

1. After review of the unsolicited correspondence received by Court, the parties have determined that the correspondence contains information, such as home addresses, email addresses, and other personal and confidential information which, pursuant to Fed. R. Crim. P. 49.1, must be redacted from public filings.

2. The content of the correspondence also suggests that it was meant for the Court's consideration only and not for public consumption.

WHEREFORE, the parties jointly request that the Court order the correspondence to be sealed for the reasons stated above.

Respectfully submitted,

/s/ Paul G. Stracci  
Paul G. Stracci, ##20388-98  
THIROS & STRACCI, P.C.  
200 East 90th Drive  
Merrillville, IN 46410  
voice: (219) 769-1600  
email: pstracci@thiros.com

/s/ Jill R. Koster  
Jill Rochelle Koster  
ASSISTANT UNITED STATES ATTORNEY  
5400 Federal Plaza, Suite 1500  
Hammond, IN 46320  
voice: (219) 937-5500  
email: jillkoster@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:12-CR-131 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

### CERTIFICATE OF SERVICE

The undersigned, Paul G. Stracci, hereby certifies that on the September 27, 2012, a true and complete copy of the attached pleading was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.

/s/ Paul G. Stracci