UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:12-CR-131 |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

**ORDER ON JOINT MOTION TO SEAL**

This matter coming to be heard on the parties joint Motion to Seal [DE 16] and the Court being duly advised in the premises hereby ORDERS that the Motion to Seal be granted. It is hereby ORDERED that the unsolicited correspondence received by the Court to date and all future unsolicited correspondence received in regard to this matter shall be SEALED until further notice from this Court.

Dated:  October 4, 2012

　　　　　　　　　　　　　　　　　　　　/s/ Rudy Lozano
　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE RUDY LOZANO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF INDIANA