UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:12-CR-131 |
| v. | ) | |
| JACK ALLAN SCHAAP | ) | |

## SENTENCING EXHIBITS

| | FAMILY MEMBERS | |
|---|---|---|
| No. | From | Relationship |
| 1 | Cindy Schaap | Wife of Jack Schaap |
| 2 | Cindy Schaap | Wife of Jack Schaap |
| 3 | Ken Schaap | Son of Jack Schaap |
| 4 | Jaclynn Weber | Daughter of Jack Schaap |
| 5 | Kenneth Schaap | Father of Jack Schaap |
| 6 | Marlene Schaap | Mother of Jack Schaap |
| 7 | Kristi Lemmon | Sister of Jack Schaap |
| 8 | Robert Hooker | Father-in-Law of Ken Schaap |
| 9 | Jo Beth Hooker | Mother-in-Law of Ken Schaap |
| 10 | Todd Weber | Son-in-Law of Jack Schaap |

| | CHURCH/COLLEGE FACULTY & STAFF | |
|---|---|---|
| No. | From | Title |
| 11 | Stuart Mason | President, Hyles-Anderson College |
| 12 | Wendell Evans | President Emeritus, Hyles-Anderson College |
| 13 | Ray Young | Vice-Chancellor, Hyles-Anderson College |
| 14 | Tom Vogel | Superintendent of Education, Hammond Baptist Schools |
| 15 | Bob Marshall | Director, Hammond Initiative |
| 16 | Jerry Smith | Faculty, Hyles-Anderson College |
| 17 | Doris Smith | Teacher, Hammond Baptist Schools |
| 18 | James Jorgensen | Retired Administrator, Hyles-Anderson College |
| 19 | Jack Mitchell | Executive Assistant, First Baptist Church of Hammond |
| 20 | Jean Sheaffer | Church Secretary, First Baptist Church of Hammond |
| 21 | Steven McGraw | Chief of Security, First Baptist Church of Hammond |
| 22 | Bruce Campbell | Staff Member, First Baptist Church of Hammond |
| 23 | Lorinda Campbell | Sunday School Teacher, First Baptist Church of Hammond |
| 24 | Linda Boyd | Employee, Hammond Baptist Schools |
| 25 | Holly Doring | Former Admissions Dept. Staff, Hyles-Anderson College |
| 26 | David Jorgensen | Publications Dept., First Baptist Church of Hammond |
| 27 | Mike Fish | Faculty Member, Hyles-Anderson College |
| 28 | Rena Fish | Faculty Member, Hyles-Anderson College |
| 29 | Anthony Collins | Administrator, Hyles-Anderson College |

| | CHURCH / COLLEGE FACULTY & STAFF | |
|---|---|---|
| 30 | David Lutz | Faculty Member, Hyles-Anderson College |
| 31 | Zana Reichen | Secretary, Hyles-Anderson College |
| 32 | Valerie Morales | Assistant to Cindy Schaap, First Baptist Church of Hammond |
| 33 | Dave McCroskey | Assistant to Ken Schaap, Hyles-Anderson College |
| 34 | Robert Weer | Deacon, First Baptist Church of Hammond |
| 35 | John Nocito | Deacon, First Baptist Church of Hammond |
| 36 | Chip Dowdey | Teacher, Hammond Baptist Schools |
| 37 | Dianne Dowdey | Reading Center, Hammond Baptist Schools |
| 38 | Paul & Barbara Burke | Deacon, First Baptist Church of Hammond<br>Secretary, Hyles-Anderson College |
| 39 | Robert Osgood | Resident Hall Director, Hyles-Anderson College |
| 40 | Esther Osgood | Secretary, Hyles-Anderson College |
| 41 | Joseph & Jeanne Hackett | Visual Arts Specialist & Faculty, Hyles-Anderson College<br>Music Teacher, Hammond Baptist Schools |
| 42 | Joe Wittig | Vol. Bus Route, First Baptist Church of Hammond |
| 43 | Linda Wittig | Faculty Member, Hyles-Anderson College |
| 44 | Luke Lukenoff | Sunday School Teacher, First Baptist Church of Hammond |
| 45 | Cherlyn Lukenoff | Finance Office, First Baptist Church of Hammond |
| 46 | Tim & Tory Sullivan | Bus Route Driver, First Baptist Church of Hammond<br>Sunday School Teacher, First Baptist Church of Hammond |
| 47 | William Jastreboski | Vol. Bus Route, First Baptist Church of Hammond |
| 48 | Johnny Colsten | Assistant Pastor, First Baptist Church of Hammond |
| 49 | Daniel & Hazel Morris | Sunday School Teacher, First Baptist Church of Hammond |
| 50 | Paul Collins | Buildings Manager, First Baptist Church of Hammond |
| 51 | Brittany Paugh | Dir. Little Learners, First Baptist Church of Hammond |
| 52 | Mike Ortiz | Teacher, Hammond Baptist Schools |
| 53 | Darin & Jennifer Scudder | Employees, Hyles-Anderson College |
| 54 | Jarrell Price | Vol. Bus Route, First Baptist Church of Hammond |
| 55 | Karen Kalapp | Secretary, First Baptist Church of Hammond |
| 56 | Danny Brannon | Assistant Pastor, First Baptist Church of Hammond |
| 57 | Darrell Moore | Missions Pastor, First Baptist Church of Hammond |
| 58 | Philip Pins | Faculty Member, Hyles-Anderson College |
| 59 | Joyce Pins | Faculty Member, Hyles-Anderson College |
| 60 | Ronald Moore | Deacon, First Baptist Church of Hammond |

| | CHURCH/COLLEGE FACULTY & STAFF | |
|---|---|---|
| 61 | David Velickoff | Employee, Hyles-Anderson College |
| 62 | Holly Velickoff | Switchboard Operator, Hyles-Anderson College |
| 63 | Tim & Bonnee Reay | Deacon, First Baptist Church of Hammond<br>Vol. Bus Worker, First Baptist Church of Hammond |
| 64 | Trina Reynolds | Employee, Hammond Baptist Schools |
| 65 | Jary Storm | Secretary, Hammond Baptist Schools |
| 66 | Danny Clubb Jr. | Faculty Member, Hyles-Anderson College |
| 67 | Bill Flowers | Employee, First Baptist Church of Hammond |

| | CLERGY & MISSIONARIES | |
|---|---|---|
| No. | From | |
| 68 | Jim Binney | Pastor, (unnamed church), Michigan |
| 69 | Daniel Gross | Assistant Pastor, Montecito Baptist Church, California |
| 70 | Bruce Goddard | Pastor, Faith Baptist Church, California |
| 71 | Leonard Ludwick | Pastor, Old Time Baptist Church, West Virginia |
| 72 | Rick Finley | Pastor, Fellowship Baptist Church, North Carolina |
| 73 | Bryan Miller | Pastor, Somerset Bible Baptist Church, New Jersey |
| 74 | Johnny Pope | Pastor, ChristChurch Baptist Fellowship |
| 75 | Charles Osgood | Missionary, Ghana, West Africa |
| 76 | Jonathan Bratton | Pastor, (unnamed church), |
| 77 | Dave Barna | Pastor, Calvary Baptist Church, Wisconsin |
| 78 | Zane Abberger | Pastor, (unnamed church), Michigan |
| 79 | Geronimo Aguilar | Pastor, Richmond Outreach Center, Virginia |
| 80 | Joe Vassak | Pastor, Northeast Baptist Church, Connecticut |
| 81 | Rachel White | Missionary, Ghana, West Africa |
| 82 | Michael Sarver | Missionary, Ghana, West Africa |

| | PARISHIONERS & COMMUNITY MEMBERS | |
|---|---|---|
| No. | From | Title |
| 83 | Christy Collins | Parishioner (wife of Anthony Collins) |
| 84 | Laurie Dorris | Parishioner, First Baptist Church of Hammond |
| 85 | Suzanne Maxwell | Parishioner, First Baptist Church of Hammond |
| 86 | Delia Luna | Parishioner, First Baptist Church of Hammond |

| | PARISHIONERS & COMMUNITY MEMBERS | |
|---|---|---|
| 87 | David & Krystle Overman | Former Students, Hyles-Anderson College |
| 88 | Amy Vassak | Wife of Pastor Joe Vassak |
| 89 | Jacinta Collins | Parishioner (wife of Paul Collins) |
| 90 | Fay Dodson | Parishioner, First Baptist Church of Hammond |
| 91 | Joy Jorgensen | Parishioner, First Baptist Church of Hammond |
| 92 | Daniel & Vicki Hazzard | Parishioners, First Baptist Church of Hammond |
| 93 | Matthew Reynolds | Parishioner, First Baptist Church of Hammond |
| 94 | Mandy Reynolds | Parishioner (wife of Matthew Reynolds) |
| 95 | Reed Brock | Parishioner, First Baptist Church of Hammond |
| 96 | Reginald Hurst | Parishioner, First Baptist Church of Hammond |
| 97 | Annie Lutz | Parishioner, First Baptist Church of Hammond |
| 98 | Shirley Suba | Parishioner, First Baptist Church of Hammond |
| 99 | Joshua & Brandy Suba | Parishioners, First Baptist Church of Hammond |
| 100 | Michelle Cowling | Parishioner, First Baptist Church of Hammond |
| 101 | Lisa Bates | Parishioner, First Baptist Church of Hammond |
| 102 | Randal Rodgers | Parishioner, First Baptist Church of Hammond |
| 103 | Tina Rodgers | Parishioner, First Baptist Church of Hammond |
| 104 | Paul & Debra Lakie | Parishioners, First Baptist Church of Hammond |
| 105 | Kimberly Bratton | Wife of Pastor Jonathan Bratton |
| 106 | Edward Williams | Community Member, Texas |
| 107 | Dave Scholing | Parishioner, First Baptist Church of Hammond |
| 108 | Dr. Henry Giragos | Parishioner, First Baptist Church of Hammond |
| 109 | Dr. Wilbert Streeter | Parishioner, First Baptist Church of Hammond |
| 110 | Sam & Rose Shepherd | Parishioners, First Baptist Church of Hammond |
| 111 | Lesley Herrick | Parishioner, First Baptist Church of Hammond |
| 112 | Mike Campbell | Parishioner, First Baptist Church of Hammond |
| 113 | Susan Matchie | Parishioner, First Baptist Church of Hammond |
| 114 | Tiffany Little | Community Member, Arizona |
| 115 | Jim & Vicki Capshaw | Parishioners, First Baptist Church of Hammond |
| 116 | David Reynolds | Parishioner, First Baptist Church of Hammond |
| 117 | Barbie Nocito | Parishioner (wife of John Nocito) |
| 118 | Bill Striegel | Community Member, Indiana |

| | | PARISHIONERS & COMMUNITY MEMBERS |
|---|---|---|
| 119 | Elizabeth Striegel | Community Member (wife of Bill Striegel) |
| 120 | Marilyn Wolfe | Parishioner, First Baptist Church of Hammond |
| 121 | Dorothy Sutkowski | Parishioner, First Baptist Church of Hammond |
| 122 | Kimberly McGraw | Parishioner (wife of Steven McGraw) |
| 123 | Jon Cuozzo | Parishioner, First Baptist Church of Hammond |
| 124 | Santos & Eufemia Julian | Parishioners, First Baptist Church of Hammond |
| 125 | Jane Sunde | Parishioner, First Baptist Church of Hammond |
| 126 | Lydia Imani | Parishioner, First Baptist Church of Hammond |
| 127 | Marchelle Webb | Parishioner, First Baptist Church of Hammond |
| 128 | Eunice Settlemoir | Parishioner, First Baptist Church of Hammond |
| 129 | David Stubblefield | Parishioner, First Baptist Church of Hammond |
| 130 | Bob Morris | Parishioner, First Baptist Church of Hammond |
| 131 | Rhonda Morris | Parishioner (wife of Bob Morris) |
| 132 | Kristen DelaCruz | Parishioner, First Baptist Church of Hammond |
| 133 | Hannah Carter | Parishioner, First Baptist Church of Hammond |
| 134 | Gloria Romeyn | Community Member, Michigan |
| 135 | Rebecca Turnquist | Parishioner, First Baptist Church of Hammond |
| 136 | Janet Moore | Parishioner, First Baptist Church of Hammond |
| 137 | Jason Pruitt | Community Member, California |
| 138 | Jaclyn | Parishioner, First Baptist Church of Hammond |
| 139 | Brittany | Parishioner, First Baptist Church of Hammond |
| 140 | Keith Speaks | Executive Director, Neighborhoods Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:12-CR-131 |
| v. | ) | |
| JACK ALLAN SCHAAP | ) | |

### CERTIFICATE OF SERVICE

I certify that on January 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to Assistant United States Attorney Jill Rochell Koster.

I further certify that on January 3, 2013, service of a true and complete *courtesy printed copy* of the foregoing was made upon the following by hand delivery to:

**Honorable Rudy Lozano**
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, Indiana 46320

**AUSA Jill Rochell Koster**
U.S. Attorneys Office
Northern District of Indiana
5400 Federal Plaza
Hammond, Indiana 46320

**Brendon Pierpaoli**
United States Probation Department
Northern District of Indiana
5400 Federal Plaza
Hammond, Indiana 46320

/s/ Alison L. Benjamin