Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Monday, October 15, 2012

Dear Sir:

My name is Cindy Schaap. I have known Jack Schaap for 35 years. Not only am I Jack's wife of 33 years, but I have also worked beside him in ministry as a teacher on the college level, as Senior editor of a women's magazine sponsored by the church he pastored, and as an author and co-author in our publications company.

Jack and I have parented two children together: Our daughter Jaclynn is 31, married with four small children. She and her husband live across the street from our home. We have lived in that same home for 29 years. Our son Ken is 28, married with two children. He and his wife live in Crown Point. Our children have been outstanding citizens and have always adored their father.

My husband and I have been known for our happy marriage, and that marriage has been sincere. As one church member wrote in a letter to me recently, "If there has ever been a man who loves his wife, it is Pastor Schaap." "Happy" and "loving" would be two words to describe our marriage.

Another word to describe our marriage and our lives would be "stable." We have lived in the same area all of our married life. We have worked in the same ministry since the beginning of our marriage. We have lived in the same house for most of our marriage.

Jack has been an honest, hardworking and generous husband, father, father-in-law, grandfather and citizen. He has been known for his purity and discipline. As his wife, I can testify that his life matches his reputation.

The people whom he has helped financially, in their marriages, to overcome addictions would be difficult to count, and all the while he behaved himself as a perfect gentleman.

I am aware of my husband's indiscretions, which caused him to plead guilty before the court. My husband has taken full responsibility for his behavior. Yet I know that this is an isolated incident, and it is not in accordance with his true character.



I have received hundreds of letters from Jack's former church members and friends assuring me that they do not believe this behavior depicts Jack's true character. These were letters written to me personally on a voluntary basis.

My request to you Judge Lozano is that you would be lenient in sentencing my husband.

My husband has made a tragic mistake during a crisis time in his life. We have and are seeking counsel to prevent such tragedy in the future. It is Jack's belief and mine that such behavior will never be repeated.

Thank you for considering my letter and the whole picture of my husband's life and family.

Sincerely,

Cindy Schaap

Monday, November 26, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

Please forgive me for writing a second letter to you. As the scheduled date of my husband's sentencing draws closer, I feel that there is more that I want to say. I was conservative in the writing of my first letter to you for fear that I would say the wrong thing.

I was the pastor's daughter of First Baptist Church of Hammond for 41 years. To some extent, I have lived a high profile life for all of my 53 years.

As a senior in college, at the age of nineteen, I married Jack Schaap, a twenty-one year old college graduate with a bachelor's and a master's degree. Jack had grown up in the relatively small town of Holland, Michigan, and had a near perfect childhood. He had been a model son, student and Christian. He promised me that he would bring peace to my high profile life and that he would never let me down. For the first 33 years of our marriage, Jack more than fulfilled that promise. Jack and I spent much of our married life studying, teaching and writing about marriage and family. We were known for our happy marriage, and it was not hypocrisy; it was real. Jack was known for his stand on purity and holiness, and this lifestyle was lived out before the one who knew him best.

We married June 1, 1979, as two virgins. We had two children and served in the same ministry for 33 years. As stated in a previous letter, Jack was an excellent father and has been a loving father-in-law and grandfather to six grandchildren. Our son-in-law and daughter-in-law often chose his company, just as our own children did, because they adored him.

Eleven years ago, my husband accepted the pastorate of First Baptist Church of Hammond, just one month after the death of my father. This was a traumatic time for me, because I had been the ultimate Daddy's girl. I was grieving my father and at the same time watching my husband learn a position that I already knew was highly stressful. In spite of this, the first 7 years of my husband's pastorate seemed charmed.

During the eighth year of Jack's ministry, many hurtful things happened, one of which was the beginning of a gradual financial lapse. This financial burden brought great stress to my husband's life, and things continued to worsen.

DEFENDANT'S EXHIBIT

In June of 2012, my husband began to counsel a 17-year-old girl

After approximately four weeks of counseling, the relationship between the 17 year old and my husband became romantic. The romantic relationship lasted about four weeks. The consensual, sexual nature of the relationship lasted around a week or two.

I do not in any way excuse the behavior of my husband, nor does he. I do not blame this 17 year old girl for my husband's behavior, nor does he. However, when I consider the fact that my husband was physically ill with a severe case of Prostatitis, that he frequently complained of exhaustion, and that he was struggling with depression, I feel compelled to once more ask for your leniency in my husband's sentencing.

Please reconsider my previous letter, as well as considering this second one. My husband has been retained in a lock down situation since September 19. My hope is that my family and I will not lose too many precious years of our husband's and father's life, because of a grievous error made during a short span of his life.

Thank you for allowing me to take more of your time and to write this letter. I respectfully ask for your consideration to both of my letters to you.

Sincerely,

Mrs. Cindy Schaap



Date: October 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Mr. Lozano,

I wanted to write you on behalf of my father, Jack Schaap who is currently incarcerated in the Porter County Jail. I am 27 years old and have been quite close to my Dad as long as I can remember. It was a great privilege to grow up in his home and to be reared by him and my mom. For all of the 21 years that I lived in their house there was nothing but a strong marriage and a happy home.

For over a dozen years my father, before he became pastor, worked in the cities of East Chicago and Hammond with the underprivileged and impoverished trying to share Christianity with them, but just as importantly, helping them with their basic necessities. I personally have watched him literally dozens of times buy groceries for single parent homes, give and get help to drug addicts and alcoholics, and do everything in his power to help anyone he encountered who had a need.

After he became pastor, he invested even more in the ministries that reached out to the poor, needy and/or addicted. His message and emphasis as pastor was on keeping the strength and integrity of the home and family unit. He worked tirelessly and spent hundreds of hours trying to keep marriages and families together. Throughout all of this I felt that he made as much time for our family as we needed.

His position as pastor of a nationally influential church brought indescribable pressure and for over eleven years I watched my father bear it with grace. The church is a poor church for one of its size, and my father was continually pushing the church's impact to the limits of what her modest finances could handle. I cannot emphasize enough to you how good a man he was up until this past year. He loved what he was doing, but it was my belief that he had the kind of job that was killing him. It aged him, harmed his health, and in the end, burned him out.

In the summer of 2012 my father's countenance and personality underwent a noticeable change. His behavior was erratic, and at times strangely emotional. This was the first time in my memory that he had ever acted this way. Obviously we know that he was caught, convicted, and now he awaits sentencing. This letter is not an excusing of his actions in any way. He violated the principles that he had held for nearly 55 years and for that there must be consequences. He has lost his position, his reputation, his freedom, and so much more. I simply ask that his 54+ years of being a very moral, compassionate, and just man be considered as you contemplate what to do in his sentencing.

No matter what your decision may be, I choose to be as good of a son to my father as I possibly can be for the remainder of my father's life. I owe that much to him. He was as good of a father as a man could have for nearly all of my 27 years. I hope that this in some way attests to the kind of man that my father really is.

DEFENDANT'S EXHIBIT 3



Thank you for your consideration in this matter.

Sincerely,


Ken Schaap
Administrative Vice President
Hyles-Anderson College

Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN 46320

Dear Sir,                                                                                          10-12-12

My name is Jaclynn Weber and I am 31 years old. I am writing this letter on behalf of my father, Dr. Jack Schaap, who currently is incarcerated in the Porter County Jail located in Valparaiso, IN.

I grew up in the home of Jack and Cindy (Hyles) Schaap where I was given, I believe, the best upbringing a person could possibly dream of having. My parents have always had, for as long as I can remember, an amazing marriage. They truly loved each other and were totally, unconditionally committed to each other throughout my childhood, teen years, and adult life. They were not perfect parents in every way, but they were probably as close to it as two people could humanly become. Their love for each other was obvious; we had a very secure, fun, happy home, and I had total confidence that they were completely and unconditionally committed to each other for life.

From the time I was very young, I was a Daddy's girl. My dad would take me out on dates, and he always made time for me. Vacations, holidays, family nights, and family outings were all a part of our schedule and routine, and we had a very happy home.

Also from the time I was very young, I remember my Dad reading his Bible and praying every day. I would wake up each morning to find him reading his Bible in the kitchen or see him on his knees in the bathroom praying, and I knew he loved God. He told me he did, but more importantly, I saw that he did. For many years he has also taken one day a week where he spends much time in prayer for our country and for our leaders, and he taught us to love our country and to pray for her. Dad honestly loved God with all of his heart, and he has passed that on to my brother, Ken, and to me.

He also taught me to love others and to have compassion on those who have little to offer in return. When I was eight years old, he and I started a bus route in East Chicago, Indiana, to bring poor children from hurting homes to a place where they could feel the love of Christ, First Baptist Church of Hammond. Every Saturday we would go to the candy store and get a big bag of candy to pass out, and then we would visit all of the kids and families on our bus route and invite them to church. Each Sunday, we would get up early, go get a bus, and drive to each stop to bring kids, teens, and adults to church. He fed them breakfast each week and often lunch on the way home, and he loved them. Often he would buy groceries for a single mom who had no income or pay a month's rent for a family who was about to be evicted from their home. He put scores of kids through our private, Christian school while paying their tuition out of his own pocket. He even worked an extra job just to help cover the cost of the school bills he paid so that these kids could be given a chance to rise above what they had been given and live a



better life for themselves.  Many of those kids are now grown and have families of their own, and they owe much of their success and happiness to their old bus captain, Jack Schaap.

There are so many excellent qualities I could mention that my dad possessed, including an amazing work ethic which taught us to work hard and earn our way and also that good character will bring us good success.  He taught us to love serving God and showed us that being in the ministry was exciting.  He taught us how to have an amazing marriage and to be totally committed to one's spouse by his example, and he also taught us in more recent days that even the best of people can make mistakes.

I know my father has made a terrible mistake, and I also understand that it is one that is judged very harshly by our laws.  I do not wish to try to excuse what he did, nor do I wish to try to make him appear innocent.  I was at the hearing and realize the gravity of the situation and its consequences.  I only wish to point out that I do not believe my father's actions in the past several months depict what kind of a man he is and the character of the man I have grown up with and known my whole life.  He has always been my hero and my friend, and though I understand that people can let you down, I owe him everything for the things he has done for me and the virtues he has taught me.

I would like to kindly ask that you consider every part of his life when the time comes to sentence him, and not just a very brief moment of his life.  I trust that God will give you the wisdom to make the right decision, and I will be praying for you in the next few months ahead.

May God bless you in your work.  Thank you so much for taking the time to read my letter.  I know you are extremely busy, and I appreciate your care and concern.


Sincerely,

*Jaclynn Weber*

Jaclynn Weber

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir,

I wish to begin by thanking all the people who are doing what they can to help Jack and his family through this difficult, trying time in their lives.  People have been very kind and understanding through the last several weeks.  In responding to the request from the Court, I will do so by following the guidelines laid out by Jack's attorneys.

My name is Kenneth Schaap; I am Jack's father; I am 78 years old.  Marlene, Jack's mother, and I have been married for 60 years.  We have two children:  a daughter named Kristi and our son Jack.  After working construction for fifteen years, I went into a partnership with a friend for two years doing mainly construction work.  In 1968, I formed a sole proprietorship business in the mobile home parks and continue in that business to this present time.

Concerning my relationship with Jack, he and his sister were a joy to their mother and me.  I honestly can not think of one day in all his years at home that he gave us any grief, heartache, or trouble.  From the time he was twelve years old, he wanted to go with me to the construction sites and help with the work.  He worked along side of me during the summer every day until he went to college, and then he worked with me on every break from school.

When he was seventeen years old, he served as the assistant youth pastor at our church at no cost to the church.  During the summer months, Jack's character and dealings with others was beyond reproach.  He was very honest and exact in everything he did; he gave 100% to his work, never short of that.  As a twelve year old boy, if he saw me carrying a 40 pound cement block, he was determined to do the same.

Jack was very thoughtful of others.  One example of this is when his mother and I were purchasing a new suit for him to sing in the college choir.  Jack insisted that we buy a suit for another friend instead whose parents couldn't afford one.  Another example of his thoughtfulness was when Jack, having received his pilot's license at the age of sixteen, took an eight year old who was dying of leukemia for an airplane ride; that boy called Jack his buddy.  The boy died four months later from his illness.  He also, at the age of fourteen, gave $100 to the Billy Graham Evangelistic Crusade.  He heard they needed funds to reach people with the Gospel.



Time and paper would not allow me to fully tell the stories concerning the many people Jack has helped with money, marriage relationship, etc. He gave many folks on his bus route food and clothing when they could not afford them. He served the Hammond community well in building a beautiful church building, remodeling the present buildings, and renovating the downtown in a professional and first class way. He worked on all these projects carefully and kindly with local, state, and government officials.

When First Baptist Church extended a call to Jack to fill the pastorate, Jack received a 96% vote – almost unheard of today. People loved and trusted Jack Schaap; he was instrumental in the beginning of many useful ministries. He started several mission stations around the world; I had the privilege of visiting several of them: China, Ghana, Philippines, and Thailand. Truly millions of lives have been touched by Jack Schaap. I could go on and on; however, I will summarize my thoughts.

I was more than shocked when Jack called me on the phone last July to say that he had been guilty of immorality involving a young lady. The conversation was brief; he said he was sorry for what he had done and acknowledged the fact that he had forfeited everything. His mother and I hope to wake up some morning to find we both had a very bad dream; however, I understand that will not be the case. What happens to our son, whom we love very much, now remains in the hands of our judicial system.

I believe God in his infinite wisdom and sovereignty will once again use him for his honor and glory. We already are hearing about changes taking place in the lives of some of his cellmates. I understand that Jack could be sentenced to many years in prison for his actions. However, I do not feel Jack is a danger to society. I know there is a price to pay for his actions, but I feel that he will learn his lesson in a rather timely fashion. I believe that a shorter sentence in prison would give Jack the time needed to reflect upon what he has done and by God's help, understand what he could be doing to help others along life's road. Our son's entire life has been one of giving and reaching out to people of all walks of life, especially the hurting and downtrodden. I ask the court to be lenient in its sentence of our son. I have seen the good he has done, and I know he will do much more. Thank you very much for your time and consideration of my request. May God bless you greatly.

Sincerely yours,

Ken Schaap

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320


Dear Sir,

My name is Marlene Schaap; I am Jack Schaap's mother.  As a fifteen year old girl, I was in a very serious car accident.  I was damaged internally with a crushed pelvis, ribs, etc.  I was told I probably would never be able to have another baby.  We prayed and I pleaded with the Lord to give us a son and if He did give us that son, I would dedicate that son to the Lord.  I promised the Lord that I would train him to be a Preacher.  When Jack was 17 years old, he told us he felt the Lord was calling him to be a Preacher.  I then told Jack about the answer to my prayers of nearly 20 years.

Jack was born on October 1, 1957; he was a delightful child to raise.  He loved his big sister and when she married and had her baby girl, he helped by being a baby sitter a lot because his sister was terribly sick.  I believe Jack has been and still is a very generous and honest, hard-working man.  He has been an exemplary son and has put others before himself. When he was in college, he needed a suit, but he asked that we give one to his friend instead because he could not afford one.  He has always had a habit of putting others' needs ahead of his own.  Jack has always been a helper to his family.  He started working for his Dad in the mobile home business when he was 12 years old.  He dug trenches for water and sewer lines, troweled cement for the patios and lots at the park, and just did whatever was necessary to make his dad's business succeed.  His dad was able to leave the business in Jack's hands when he was just 12; he would drive trucks, loaders, and do the work of an adult man.

He has made a great contribution to his community!  He also has started several mission projects in China, Ghana, and the Philippines.  He and his dad have traveled to many of those places encouraging the missionaries and locals in those places.  He has done many other wonderful things for the folks of his church.  He has doubled the church's attendance and helped to build the beautiful new church building in Hammond.  He invested heavily in the community there in Hammond and has transformed a rather dilapidated area of the city into a beautiful spot!  He is very well liked and loved by many in his church and college; he has always had a good work reputation.  For many years, he has worked on a church bus route



with his family to bring in the less fortunate of society. Many children and adults have been loved and helped through Jack's hard work.

In recent years, Jack has been under much stress due to finances, heavy counseling, and physical problems. I also believe strongly that his body is lacking chemicals necessary to function properly. I don't feel like his decisions of recent months represent who he is. His doctor has prescribed lithium for him and now he is doing much better...thinking much more clearly.

We love Jack dearly and request an early release from his confinement! Perhaps you can give him probation, so he will be back with his family; we need him and his help desperately. Jack has never done anything like this in his 55 years. We plead to you to help us and our families! Jack has his wife Cindy, his daughter, Jaclynn, and her husband Todd with their four children, and his son Ken and his wife Candace with their two children (and one coming in November). His family needs him very much. I also need Jack. We are not well and are getting much older; we need our son to help take care of us. My daughter Kristi is very ill with a chronic disease and can be of no help if we ever need assistance. We have no one, and would love any mercy you could extend to allow Jack to be with his family. We know he has sinned and has made some poor decisions in recent days; however, we pray that you will be merciful and find it in your heart to release him early! Please help us; we thank you in advance for your consideration of our requests.


Sincerely yours,


Marlene Schaap (Jack's Mother)

November 29, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

DEFENDANTS
EXHIBIT
7
ALLSTATE LEGAL

Your Honor:
Thank you for taking the time to read my letter concerning my brother, Jack Schaap.

My name is Kristi Lemmen. I am the sister, and only sibling to Jack Schaap. I am married to Roger Lemmen. We have been married for 42 years and together we have owned and operated Lemon Fresh Cleaners, now entering our 35th year.

When I was 5 years of age, my brother was born. It was one of the happiest days of my life. From that day on I have loved my brother unconditionally. He was the perfect replacement for a stuffed monkey that I carried with me and told everyone that, "Zippy (monkeys name) was my baby brother"!

In the year 1968 my parents began construction on a mobile home park and sales lot. Every thing our family did was a joint effort and this was no

exception! During the summer months, and after school my brother and I joined my parents in our family enterprise. Jack, who was only 11 years of age at this time, worked with my Dad. He learned how to make and put in the wooden forms for the foundation of the homes and the patios. This was precise and demanding work through which Jack learned obedience, hard work and team work. These were long days and would usually start at 6 a.m. and end at dusk. My brother and I enjoyed this time with my parents because we both learned how to do many different jobs and we all had fun doing it. We both learned how to start a job, keep at it, and finish it. Deadlines were set, and met, teaching us how to be true to our word. Even though we were young, we learned how to honor and respect others regardless of whom they were; from making phone calls to order concrete correctly, ie: square footage needed, moisture Consistency (depending on the weather forecast), time frame for delivery, requesting a driver for assistance if needed, etc.

November 29, 2012                    Pg. 3

Jack and I learned how to greet + serve potential and established customers. We learned how to show mobile homes to customers, how to quote a price, and how to write up and place an order to the mobile home companies. Jack also learned patience, thoughtfulness and respect by working with a multitude of different individuals. Jack continued working with our parents through-out his schooling, Jr. high, high-school, college, and at times during his early years of marriage.

In recent letters to me Jack has said he is sorry for what he has done and that he intends to work very hard to make our family proud of him. Jack has always been truthful and honest with me and I know he is eager to restore his life to God, our family and to me. If Jack is sentenced to serve his entire time of incarceration I feel it will be harder for a complete restoration to take place. The family units are broken right now, and the isolation will greatly affect the children and

November 29,
2012
pg. 4

grandchildren that Jack and his wife have. The solidity of family will have a greater effect than the isolation of a once honest, obedient, loving man. Please consider the value of a solid family unit versus a broken family when making your final sentencing.

   Thank you once again for your time and wisdom in the sentencing of my brother, Jack Schaap.

                    Yours truly,

                    Kristi Lemmen


                    Holland, MI.
                         49424

Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN46320

My name is Dr. Robert L. Hooker, and until about a month ago I was the Sr. Vice-President of Hyles-Anderson College. I have known Dr. Jack Schaap as teacher, co-worker, leader and fellow preacher. He is also the father of my son-in-law. I have known Jack for over thirty years and except for the last few months of his ministry he was of exemplary character. I have been with him in a multitude of situations and both public and private meetings. He has always shown the greatest concern and compassion for helping others. I did not always agree with his methods but always knew his heart was genuine for reaching people for Christ and helping others any way he could. I have personally seen him give up hours upon hours of time on a weekly basis counseling and helping young and old. I have spoken with numerous married couples that attribute the success of their marriage to Dr. Schaap's care and counsel. He was a man that knew no hours when it came to work ethic and in fact this was, I believe what contributed to his error. He was drained mentally, physically and spiritually and therefore susceptible to temptation and wrong thinking.

I am a former police officer and investigator. I was trained to observe and recognize truth from falsehood. I never saw in Dr. Schaap any sign of deception but rather absolute truth in his desire for righteousness in his personal life and service for God and others. It was apparent that he was struggling in the last few months of his ministry and, to my shame and the shame of others, we should have recognized he was struggling, weary,

DEFENDANT'S EXHIBIT

discouraged and even depressed and helped him more. It was his exemplary character that caused all of us, I believe, to take him and his service for granted, thinking he was too strong to fall.

I could give a lifetime of specific examples of the lives he has helped both spiritually and financially. His positive influence was felt literally all over the world and that is exactly why this has had such an impact presently. I traveled twice to Africa to visit and help with the ministry that he started there. I got to first hand observe the people whose lives were helped and changed by his vision and sacrifice. I have been with him preaching meetings around the country and have seen him give his heart and soul to help young people who were struggling. I have been with him as he was applauded by political leaders for his work, I have been with him when no one but a few of us knew of his efforts, generosity and kindness to the homeless, hurt and destitute.

I no longer have my job due to the financial stress this situation has placed our ministry under. Therefore, in a sense, I lost my ministry due to his failure. I state this not to hurt him but to make you understand that even though I lost my job, I cannot condemn a man for this error and forget all the many years of good he has done for so many. I know there are those who are trying to discredit him, but please realize that the attackers hate the Christianity, morality, and decency that he stood for.  Any name could replace Jack Schaap's name in this situation and they would say the same vile things about them. They hate the cause he stood for, not this specific offense.  Jack Schaap just gave them the opportunity they sought to discredit what is called Fundamental Christianity. Again, I say they would make the same emotional assumptions and state the same unproven speculations against anyone who represents the good that he represented, if they found the opportunity.

They have sought an opportunity such as this for years. No excuse, he is accountable, but nevertheless, it was his cause they hated, not just him.

It is my opinion, as a counselor for many years, that Dr. Jack Schaap had a form of mental break down and may be suffering to some extent bi-polar. I understand, I have no ability or right to make a medical diagnosis, but I have spent more than 30 years counseling and helping people with this type of condition and similar mental illnesses. Again, this does not excuse his actions, but it should demonstrate that this specific action was not normal for Jack Schaap. This was and is simply not who he was until this point in his life.

I beg the court to please give mercy and leniency in the sentencing of this matter. He needs rest and medical attention not imprisonment.

Sincerely,

Robert L. Hooker

Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN  46320

My name is Jo Beth Hooker and I am a part-time faculty member of Hyles-Anderson College in Crown Point, IN. I have known Jack Schaap for over 30 years. I have known him as a fellow faculty member, sat under his preaching as a chapel speaker, aided my husband who ran a ministry to sailors from Great Lakes Naval Base under the supervision of Jack Schaap, and then I worked for him personally as Dean of Women for two and a half years after he became pastor. I came to know Jack and his wife Cindy on a more personal level when his son Ken began dating and eventually married my daughter Candace.

My opinion of Jack Schaap is that he is a man of high ideals, energy, charisma, vision, determination and desire to both serve his Lord and generate the doing of good toward his fellow man. He has always been a man of old-fashioned values, a man of strength, integrity, compassion and keen intellect. He has in the past always been friendly, generous, thoughtful and kind in his treatment of others. Let me give you a few examples:  (1). I have six daughters. One of my daughters married a young man who found out that he had cancer three months after they married. Jack went to a lot of trouble to help them out. When they had to sell their trailer which had a built-in bedroom set in order to get up enough money to go to Mayo Clinic, he bought them a nice mattress to go with a bed frame someone else gave them to replace their loss. He met with them on numbers of occasions to encourage them. After my daughter's husband passed away, he counseled her, comforted her, and helped her get a job to make ends meet. (2). At another time, with another daughter who was getting married, Jack was willing to be inconvenienced and go out of his way to perform the wedding ceremony in our backyard, which, at the time, was completely out of the norm. He always loved innovative ideas and he wanted to support my daughter's desire to have her dream wedding. He did it not only graciously, but happily, even in the drizzling rain that began toward the end of the ceremony. He was very kind.  (3). He has called and/or visited us during stressful times and hospitalizations. When my oldest daughter had a miscarriage, he phoned to express sympathy the same day. (4). His children are great kids! They are as good, kind, generous, hard-working and loving as any you would ever meet. Both his son and daughter are humanitarians, patriots, God-fearing, disciplined, selfless in their work ethic, wise, dependable and faithful people. I taught his daughter in the sixth grade in an after-school program, then worked with her again when she became a part of a college tour group that travelled one summer with my husband and me. Listen, apples don't fall far from the tree. His children are evidence of what he believes and the integrity he has taught them to have. Both of his kids believe in him, adore him, and are devoted to him. Because my daughter Candace is married to Jack's son, I get to witness this upclose. Their lives are testimony to the values, principles and loving relationship he and his wife have had for over thirty years. I believe their lives validate the good man that he is.

I have never known Jack Schaap to be shady in his dealings, ever, or to be flirtatious with any woman. He has, as long as I have known him, had high standards, strong convictions and appropriate,

DEFENDANT'S EXHIBIT

gentlemanly behavior. Once, when my husband and I were counseling with him with regards to a book that we were going to have published on romance in marriage, I noticed that he was very careful to direct his attention to my husband when answering questions that required discretion. He was tactful in guiding us in the use of appropriate terminology, and wise in his advice. I also observed that whenever we or anyone entered a room in his presence, he was courteous. He would rise in the presence of a lady and offer a chair. He was quick to offer a beverage, enquire as to a person's comfort, serve a guest, open a door, offer a hand, or give an appropriate compliment. I observed this both toward myself, my family, and others on numerous occasions.

Jack has been a beloved teacher at the college ever since he began teaching there. Students would stand in line by the droves after classes to ask him a question, seek his advice, or just to chat. He was greatly admired and still is by students there. He was also a much loved pastor at our church, a sought-after speaker across the nation, and a highly esteemed and appreciated humanitarian to many parts of the world. He has contributed much money to relief programs such one he created in order to aid and abet hurting people in Louisiana after the devastating effects of Hurricane Catrina. He has done many other similar things, such as sending relief to missionaries and other peoples in Thailand when a terrible storm destroyed many of their homes and folks were left destitute, funding the building of a school in China to help Chinese young people learn English, sending a medical doctor and supplies to Africa when a village desperately needed some medical attention, praising and highly esteeming heroes of 9-11 by bringing them to church, bragging on them, then surprising them with gifts designed to meet some of their needs, and many other wonderful humanitarian things. In addition, he spent over twenty years of his life teaching and training college young men and women to become leaders in serving their communities and bettering the lives of people everywhere. Because of his teaching and preaching, many men and women have been inspired to reach out to others and to make a difference in lives. He is a dynamic, motivational speaker that has been well-liked for decades. The quality of his work and contributions to society have been well-documented and are excellent. His methods are thorough, professional and first class. For example, he has gone to great lengths to esteem the public servants of our community such as the firemen, policemen, military, and educators. He has hosted numerous prominent officials such as Mitch Daniel, governor of Indiana, Eric Miller, Evan Baya, Mayor Tom McDermott of Hammond, Sheriff Dominquez and a host of other politicians on a regular basis. He was invited and attended a meeting at the White House with President George Bush during his tenure in office. As long as he has been pastor, he has been prayerfully, politically, financially and socially supportive of the leaders of our cities, state and nation, constantly reminding our church members to actively participate in the support and encouragement of our leaders while leading us by his example.

As far as our church's school system goes, it was Jack Schaap's vision for our education program that took our curriculum to a greater level. Because of his leadership and love of music, a music program was started that allowed our children to be able to learn to play instruments and get instruction free of charge. Kids whose parents would never have been able to afford lessons were able to learn to play. We now have an incredible orchestra and a host of young people who are outstanding in their accomplishments because of him. His enthusiasm motivated many musically talented people to devote time and attention to these kids who might not have used their talents to be such a blessing otherwise.

He also incorporated the teaching of Greek and Hebrew for a greater academic education, amongst other academic improvements. He also aided in bettering the educational program of City Baptist schools which is system of education designed to help underprivileged children in Chicago. Its attention to English, homemaking, and trade-learning skills has greatly helped ghetto-bound young people secure jobs and have the hope of a brighter, happier future and life. The man has done a lot of good!

Overall, he is a man of wonderful accomplishments with a lot to offer society. How can one stupid indiscretion make void an incredible! history of achievements, especially when the girl, not innocent of what she was doing, was of a legal age of consent? I am not condoning the wrong that was done, but it seems cruel and unusual punishment to convict a man to a long imprisonment over a one-time incident, a man with no history of any other prior indiscretion, when murderers can get out in less time than the prosecution is requesting, and him with no hope for parole. That does not seem just to me.

My opinion of Jack Schaap is still very high in spite of his conviction. He has expressed great remorse over his action and has already suffered in his soul more than most convicts will ever suffer in a jail cell. He is not only going to lose years of his life, but he, knowingly and despairingly, has lost a lifetime of influence. To keep him in jail long term seems such a waste of a life that has so much yet to give, and, in a world that desperately needs people to care, society also loses all the good he could offer it.

Jack Schaap has lost his work, the pastorate, the opportunity to help or counsel anyone ever again, the respect of thousands, his good name and reputation, the influence he could have had, the difference he could have made. He is going to have to live with the consequences of his choice to sin before God and his fellow man for the rest of his life. For a man of his integrity, talents, and humanitarian visions, this is devastating and by far the greater punishment. The fact that his wife has remain devoted should speak volumes as to his character as well, but, nevertheless, he will also have to live forever with the shame he has brought to his family, to his wife, to his kids, to his grandkids and to his church family. I know that no amount of time in jail could ever undo the greater pain of knowing the immeasurable pain he has caused untold others. It is both heartbreaking and mind-blowing to all involved, beyond anything humanly imaginable, as no one who knew Jack Schaap could ever have imagined him capable of such an erroneous deed. For this cause I plead for mercy.

I am requesting, begging, pleading that the Court be lenient in its sentence, please, please, please. I still believe in Jack Schaap's integrity and that he is not one that the Court will ever have to worry about making this kind of mistake again. Thank you so much for your time, attention and consideration. I and hundreds of others all across this nation are eternally grateful.


Sincerely,

Jo Beth Hooker

Todd Weber

Dyer, IN 46311

October 4, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Lozano,

I am writing this letter on the behalf of Jack Schaap; he is/was to me my pastor, employer, father-in-law, and friend. I have known Jack for fifteen years. I came to college here because of him. He was the Vice President of Hyles-Anderson College where I attended for four years. I have worked for him for ten years at First Baptist Church and Hammond Baptist Schools, and I have been in his family for ten years.

The first thing I noticed about Jack when I met him fifteen years ago was his intense effort to please the Lord and his desire to inspire others to do the same. When I came to Hyles-Anderson College in 1999, I was able to observe him more closely as he continued to inspire me to live honorably and deal justly with people. He preached the Bible, and he preached strong character and morality. He inspired me to live my life for others.

As his staff member, I observed him start four foreign mission teams around the world; we have mission teams of approximately twenty American missionaries in each team in Africa, Thailand, China, and the Philippines. I observed his leadership in building one of the most beautiful church buildings in America right here in downtown Hammond. I observed his starting of the Reformers Unanimous home here in Hammond to help the addicted, abused, and neglected of society. He started a chapel ministry in Chicago to reach the inner-city folks who would never be able to make it to our property, so he took our ministry to them. He lead in making our church a church for the community here in Hammond. The Hammond Initiative was started; our church has partnered with Neighborhoods, Inc. on many occasions to improve the city of Hammond and Calumet City. I've watched Jack as he has comforted families who were grieving the loss of their relatives and helped them monetarily if they couldn't afford a funeral.

His preaching was always backed up by a strong moral life; I began to date his daughter in the year 2000. I watched Jack as he helped his mother-in-law deal with the loss of her husband in 2001. That same year, he was asked to pastor the First Baptist Church of Hammond. At that point, he then became my chancellor and pastor. He and I conspired together to plan my engagement with his daughter late in 2001. He gave me $1,000 for the purchase of the engagement ring. We were married on June 1, 2002. Jack performed the ceremony for us.

For the first five years of our marriage, we went to Jack's house just about every week on Tuesday night for family night. For the last ten years, we have had lunch together at Jack's house every Sunday afternoon. He has taken our (continually growing) family on a vacation each year. When I purchased my first home, Jack borrowed money from the equity in his home to help me purchase mine. When I purchased my second home, he did the same thing. He is the consummate "family man."



I have been drawn to him ever since I met him. His work ethic is impeccable; he and I have spent time together on a nearly weekly basis fixing my deck, maintaining his farm, installing a handrail in my home, painting the exterior of his house, and many more projects despite his busy schedule at church. His kindness is overwhelming; over the last ten years of my marriage, he has taken our family on eight vacations; he has taken me along with his son and his father on hunting trips, golfing trips, and four-wheeling trips; he supplied a down payment on both our homes; he paid for my refrigerator, washer/dryer, remodeled bathroom, bedroom set, and much more. His love for God is convicting. His moral fiber was always a high priority; at church, he instituted standards and rules that would protect our staff's moral reputation. We were not allowed to counsel with a girl more than once; the office had to have an open door or a window on the door, and after the initial appointment, we were required to assign the young lady to a woman counselor for future counseling. His reputation by those who know him the best has always been above reproach. Unfortunately in this case, he didn't follow his own rules.

In light of his recent conviction and acceptance of guilt, I am exceedingly sorrowful. What he did was inexcusable and reprehensible, but I do not believe it defines who he is; I definitely know it is not the same man I met fifteen years ago and have known personally for the last decade. I cannot explain why it happened; I only know that his reputation in my eyes has always been excellent. Even though the last few months have cut a mark in his character, it will never replace the fifteen years of respect, kindness, support, love, and friendship he has shown me.

I believe there are many factors that play into his recent actions. Our ministry was financially strained; there were lay-offs two years ago that he had to enact; his high-profile position as a mega-church pastor opened him up to heavy scrutiny and pressure, and I personally believe that pressure was too great.

I ask the court to please be lenient in its sentence. I do not condone what was done, but I do know the good that has been done and can still be done through Jack's life. Thank you for your time.

Sincerely,

Todd Weber

# HYLES·ANDERSON
## C O L L E G E

November 28, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Honorable Rudy Lozano,

My name is Stuart Mason.  I am the president of Hyles-Anderson College.  I am glad to write a letter on behalf of my friend, Jack Schaap.  I, like many, am saddened and troubled by the events that led to this chapter in Jack's life.  I hurt for the victim, her family, and Jack's family.  I also am convinced that those events do not reflect the totality of a man's life.

I have known Jack for more than 30 years.  I met him my freshman year of college in 1980.  He was also the best man in my wedding.  My relationship with Jack has been that of friend and co-worker.  He has also been my pastor and counselor.  He also served in this same capacity for my wife and our four daughters.  Two years ago one of our daughters, a college sophomore at that time, was going through a troubling time in her life and was in danger of harming her future by running off with a young man who had been preying on her emotions.  Jack spent hours counseling her through this time in her life.  She graduated from college last year, is gainfully employed, and is now in a serious relationship with a fine young man from New York.  My wife and I, and especially our daughter, will be forever grateful for his intervention in her life in a troubled season in her life.  It was not unusual for Jack to do this.  He believed that everyone could be helped and that he could help anyone.  It may have been one of his greatest assets, yet became his Achilles heel.

I could tell you countless stories of his efforts to also meet the financial needs of many who were experiencing difficult financial situations.  He helped a family with a quadriplegic son secure a large van with handicap access.  Several young families over the years have been able to secure their first homes through arrangements made possible by his assistance.   Under Jack's direction, our church collected an offering for individuals across the country every week.  These offerings have helped victims of storms, floods, tornados, tragedies, cancer, and almost any kind of loss imaginable.

Hyles-Anderson College | Crown Point, Indiana |
a ministry of the First Baptist Chu


DEFENDANT'S
EXHIBIT

This spirit of giving, often fostered and inspired by Jack's leadership and example, continues within our church today.

Perhaps one of Jack's best and lasting legacies may be that of his family. He and his wife, Cindy, have been married for more than 30 years. They have authored many books on marriage, counseling, and child rearing. In spite of the events leading to his incarceration, she has remained steadfast and committed to their marriage and to Jack. If anyone had reason to doubt, it would be Cindy or perhaps his children. He has two adult children who have followed his leadership into the ministry which he faithfully served.

Judge Lozano, I was in your court on the day that Jack entered his plea. I want to thank you for the carefulness and thoroughness with which you addressed the details and specifics of his case and the corresponding agreement. I know that you, of all those involved, are most aware and probably best qualified to address Jack's case and ultimately render decision as to the length of his sentence. I ask for leniency in determining Jack's sentence. He has spared all affected parties much grief and shame by offering this plea. I ask that you also take into account his many years of faithful service to his church and this community. Jack and his family have lost much as a result of his actions.

With respect to your decision, and considering Jack's vocation, Jack and his family will continue to pay the consequences of his actions for the balance of their days. I pray that God will grant you special wisdom in this matter and the many opportunities you have to render decision when all the facts are equitably presented for your consideration. Thank you again for your time and effort in this regard.

Sincerely,

Stuart Mason
President

SM/tm

# HYLESANDERSON
## COLLEGE

Honorable Rudy Lozano                                          November 28, 2012
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Mr. Lozano,

My name is Wendell Lee Evans of Dyer, Indiana.

I am delighted to write a character reference on your client, Jack Schaap.

I was the president of Hyles-Anderson College for 25 years.

When Mr. Schaap was 19 years of age we hired him as a part-time employee.  This was about 33 years ago.  He always showed the utmost of high character, hard work, and ability to accept responsibility.

By about 1996 Jack Schaap was my right hand man and the vice president of Hyles-Anderson College. His conduct and relationship with our female students and employees was always very circumspect. His reputation was peerless.

After he became vice president of the college Mr. Schaap and I would meet every Friday for a business luncheon at Tiebels Restaurant.  We would talk about books and ideas during lunch then we would work on college problems.  While I was president of the college he helped me immeasurably.

I know his son, Ken.  He now works as the academic director of Hyles-Anderson.  He is a fine young man.

His daughter, Jaclynn, has always been impressive and polite.

I still have the same high opinion of Mr. Schaap which I have always had for more than three decades.

I hope the court will be lenient in its sentence.  I think Jack Schaap will be a model citizen again in the very near future.

Sincerely,

Wendell Evans
Enclosure
President Emeritus     Hyles-Anderson College | Crown Point, Indiana |

a ministry of the First Baptist Chu



DEFENDANT'S
EXHIBIT
12



November 29, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Judge Lozano,

My name is Ray Young.  I have worked in the First Baptist Church of Hammond
ministries for 40 years.  I have held the position of assistant pastor of First Baptist
Church, executive vice president of Hyles-Anderson College, and president of
Hyles-Anderson College.  Currently, I am the vice chancellor of Hyles-Anderson
College.

Jack Schaap and I attended college together at Hyles-Anderson College.  For
approximately three decades we have served together in the ministries of the First
Baptist Church and Hyles-Anderson College.

Until Mr. Schaap's recent criminal actions, he had always seemed to be an ideal
citizen.  He contributed to our community with many hours of volunteer work.
For several years we were coworkers in the ministries.  For a few years, I was his
supervisor, and for the past ten years, he has been my supervisor.  In each of those
roles, he seemed to be an honest, hardworking employee and employer.

Without trying to minimize the seriousness of his recent crimes, I would like to
ask the court to consider the fact that he had been a contributing member of
society for many years.  Hopefully he will be able to return to that role after
having served the appropriate amount of time in incarceration.  I would personally
like to ask that you keep this in mind as you make your decision on what would
be the appropriate length of time.

Thank you for your service to our society.  Thank you for being willing to
shoulder the heavy burden of making these decisions about the lives of others.

Sincerely,

Ray Young          11-30-12

Ray Young
Vice Chancellor



Thomas J. Vogel
Office of Education and Instruction
Hyles-Anderson College
8400 Burr Street
Crown Point, Indiana 46307

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320

Dear Judge,

My name is Dr. Tom Vogel. I am currently the Superintendent of education and Instruction for the Hammond Baptist School System and Hyles-Anderson College. I have worked here for thirty eight years and have known Jack Schaap for most of them.

I have worked along side of him and for him.  He has sincerely tried to be a Pastor to his people and a servant to the people of Hammond. I do not in any way excuse his crime. It is grievous to be sure, but I also believe that he should be given some credit for the selfless service and leadership that he has performed for the city of Hammond for these three decades.

In addition to the normal services that a church provides he led in the starting of the Reformers Unanimous program in Hammond. Because of his success and leadership, this has grown to a nationwide drug addiction program with a 70+ percentage success rate.

He started the Hammond Initiative that has done much good for the city of Hammond. Just this week, Hammond Initiative is holding a free health wellness fair for the citizens of Hammond. Free physicals and blood screening etc.

He took over the City rescue mission at the request of the city of Hammond and relieved the city of that financial and administrative burden.

He has put millions of dollars into the city of Hammond when others were abandoning the city for the suburbs.

I do not excuse anything that he has done and believe that no one is above the law and that justice has been served. I do believe that all the good that he has done for the people of this area should be taken into consideration when sentencing takes place.

There are a lot of people that do not like our church and our religion that want him to pay for the bitterness that they feel about events or policies that are un-related to this case. While Schaap has committed a heinous crime, he has not always been this way. I do not believe that he deserves to serve a sentence beyond the minimum 10 years in jail.

Thank you for considering these mitigating circumstances when deliberating your sentencing.

Thomas J. Vogel



December 9, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320



To those with whom it matters:

I first meet Jack Schaap about 30 years ago when I was a single man just out of the Air Force; I attended a conference and was moved by the practicality of the sermon and the logical approach to his faith. I was so impressed that I left my work, my church and my friends and moved to the college where he was a professor.

Jack Schaap became my mentor, he took great attention to my spiritual and intellectual development pushing me to read and think and grow as a believer in Christ. During my time as a student I also worked in ministry with Jack Schaap on the campuses of State Universities specifically Purdue in West Lafayette. Each Thursday we would make the 90 minute drive to the campus and work with the willing students on campus. A University is a place where there are great spiritual challenges to a young Christian's faith. He held bible studies to encourage and strengthen young married couples helping them with their own struggles and families and finances. HE encouraged me to do the same for young men on the campus and the trust these folks felt towards Jack and his wife enabled us to start a church for the purpose of helping these young college singles and families. He gave of his time and his money to help these families as well as counseling their marriages, several of them moved to Hammond to be nearer to his ministry full time.

While he was making the weekly trip to West Lafayette he was employed as a full-time professor at Hyles Anderson College. In addition to the full academic teaching load he was the most sought after marriage and guidance counselor for over 1500 students, he made time to counsel the scores of young married couples that attended the college as well as counseling the singles students and young engaged couples. He rose through the ranks to become the vice president of the College. In all of the 18 years of working with Jack Schaap at Hyles Anderson College, some as a student and others as an employee working for him, I noticed several things: first was how widely appreciated he was for his willingness to help anyone and everyone who needed or wanted his help. He lived very modestly and on a very limited income yet found ways to raise money to help underprivileged children whose home life left much to be desired. He found ways to pay for many of them to attend a private school and worked on weekends with his family to teach them how to have a better life. Meanwhile he was helping the college students at Hyles Anderson and the married student at Purdue. Secondly, in all of this not a single accusation or even an inference of impropriety, he held and taught the sanctity of the trust and confidence of each and every person he counseled. I do not ever recall in the nearly 30 years of knowing him, the hundreds of meals we've eaten together, travelling and staying in the same motel room scores of times, counseling sessions with him, serving in various ministries and working with students on a scholarship basis, many if not all whom where young college girls did he ever speak about anyone in an immoral or inappropriate manner of speech or conduct or inference. He seemed above reproach in every area. That doesn't mean I have knowledge of his inner most thoughts or private moments, but in spending thousands of hours with him I found him to be a model dad, husband, mentor, teacher, supervisor servant.

During my time working with Jack Schaap I married and began a family. I came from a broken home and really had no training on proper married life nor had any child rearing skill. He quickly became my mentor in these areas as well often cautioning me about wise allocation of my time being sure to pay close attention

to my wife and children. His family and marriage was one of the most respected on the campus and in the large church which we attended. His has a model marriage and his children were a good example of their love and affection and the priority of the family. These are things he not only taught but lived out in front of us. My family and I have been to his home on many occasions and find his teaching and preaching consistent with his lifestyle at home.

He managed to do all of these things and continued to try to help anyone who came to him. I have never seen him lose his temper, strike or hit or at any time be anything other than appropriate with both genders in every situation.

I have worked for him in some capacity for nearly 30 years and I do not recall a single inappropriate statement or joke. He had what I would call a very high moral standard of behavior and propriety. When he corrected me as a subordinate it never was with a loud voice or any physical or verbal abuse. I felt respected as a peer and a subordinate. He was respected by so many in almost every area of his life that he received a 96% vote to become the pastor of a church with a membership exceeding 10,000 members.

It would be difficult to tell all of the benevolent things he and his wife and family have done for so many of this area's poor and underprivileged. I have seen him give cash from his pocket to help college students & members of our church who were struggling.

The main focus of my work the last two years was at his direction in an outreach called the Hammond Initiative. The Hammond Initiative was his idea of implementing the scripture "Love thy Neighbor as thyself" and "Bearing one Another's Burdens" We worked to make a significant difference in the Hammond public schools by training Tutors and mentors to work in the schools with program designed to Help teen pregnant mothers, helping other mothers with elementary aged children of title one schools. Crafting and partnering with local area hospitals in annual wellness fairs hosted by our church. This was an effort to invite the public to a free wellness fair with free screening and exams and support.

When the No child left behind mandated testing of 3rd graders for comprehensive reading exams or risk failure Jack Schaap adopted a nationally recognized reading assistance program called Barton and began the process to offer it to parents of struggling youth. We provided free marriage and grief counseling at no cost to those of the community as well as food pantries and substance abuse recovery. The Hammond Initiative also partnered with local agencies such as the North Township trustees office to do intervention for struggling Hammond residence in job placement, financial counseling, connecting to agencies to provide other assistance with utilities and rent. We also partner with the local schools to provide assistance for parents who find themselves in difficult time.

I attribute my approach to marriage and child rearing and ministry and civic duty to his continued influence of nearly 30 years.

I cannot offer an explanation to bizarre conduct for which he is charged, for me it seems so out of the character for which I have known him and his family for so long.

Sincerely,

Dr. Bob Marshall
Director of Hammond Initiative

November 20, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana  46320

Dear Sir:

My name is Jerry Smith. I have been in the field of education for forty-six years; both public and Christian education. I retired from teaching at Hyles-Anderson College after thirty-two years.

My relationship with Jack Schaap has been working under his administration on the faculty of Hyles-Anderson College. I watched him work his way up from doing menial tasks and progressing to being a teacher and administrator. He was in one of my classes in earlier years and was a good and attentive student.

Because of the death of our pastor, Bro Schaap was voted unanimously by our congregation to be our new pastor. He has started missionary teams for foreign countries and selected men from our church to form new churches in the Chicagoland area.

Bro. Schaap took the old buildings around the church and made them look like new. It was a wonderful change in the area. In addition to this, he had a new church building built next to the old one. The college was also remodeled and improved in very good taste. A very nice chapel at our cemetery was another big undertaking led by Bro. Schaap.

The music program at Hammond Baptist Schools was another monumental change for our students. Young children learn to play a musical instrument and many continue into their adult years. This has been a great addition to the church service as the students become accomplished enough to join the church orchestra and are chosen to play special numbers in our church services. Many visitors who attend the services will attend future services because of the choir and orchestra influence.

Bro. Schaap is a good counselor. I was having major health concerns and had the opportunity to counsel with him several times. He has very helpful and encouraging every time I talked with him.

I saw a man of great character in Bro Schaap and everything he did. He didn't expect anyone to do more than he did. He worked tirelessly many hours a week trying to help others. He wanted the buildings to be in first class condition and look sharp.

He kept in contact with our missionaries in foreign countries trying to guide and encourage them.

The bus ministry at First Baptist Church has been not only continued but expanded under Bro. Schaap's leadership. It was a priority to him and many came to church on the buses and got saved.

Many institutions wanted to give him honorary doctorates but Bro. Schaap tried to discourage that.

Bro. Schaap is very generous. If he had the money, he would give to needy people whom he met.

Our pastor was an ideal pastor. Many things were accomplished through the years when he was the pastor of First Baptist Church. I am sorry for the event that changed everything. In my thinking, I try to remember all the good he did. Many of those things will still be used for the glory of God. The CDs, books, messages and ministries are still effective. Many people slip and make mistakes in their lives. I'm sorry it had to be Bro. Schaap.

I would request that the court consider being lenient in its sentence.

Sincerely,

*Jerry H. Smith*

Jerry H. Smith



November 20, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana   46320

Dear Sir:

My name is Doris Smith. My husband and I moved our family to Northwest Indiana to attend First Baptist Church and enroll our children in Hammond Baptist Schools in 1976. I taught second grade at Hammond Baptist Grade School for eighteen years. I then began work in the grade school office to become secretary/receptionist and work with the student teachers from Hyles-Anderson College. At age 72, I am working part-time in the office.

Brother Schaap was my pastor as well as superintendent of our schools. My main interaction with him was through church and Sunday School. I have known of him since he was a college student in the '70s but was not closely associated until he became our pastor in 2001.

Brother Schaap's character is impeccable. He likes everything clean and first class. He has emphasized to us to pick paper up that has been dropped on the floor or outside, wipe water off of the sink and mirror in the washroom, keep our clothing neat and clean, and basically think of others and their comfort.

As our pastor, Brother Schaap worked far too many hours helping others. I was personally the object of that help in 2007-2008. I was very sick and could not work for several months. He counseled me concerning medical help which directed us to the proper physician. He consulted with the proper people to obtain extended medical leave so I didn't have to quit my job. He was very concerned for me and my husband and often inquired about us. This is not unusual for Brother Schaap. He was concerned for all who were in any kind of trouble.

Generosity is a synonym for Brother Schaap. He often gave money away but would many times help needy people find gainful employment and help them feel renewed self-worth.

Our community has benefitted greatly because of the outreach ministries of our church under the direction of Brother Schaap. He has organized a group of people to help in the public schools. The group tutors when asked, they teach proper behavior at special events such as proms and banquets. Another group helps teenage mothers know how to continue their training to get their high school diplomas and how to care for their child. The leaders in our city have often spoken of the good working relationship our church has with the community and the elected officials. This is a credit to Brother Schaap.

He has an excellent, hard working family which is a reflection of his character. He would leave no stone unturned to make sure everything was done in as excellent manner.

I pray for the Court to be lenient in its sentence.

Sincerely,

*Doris M. Smith*

Doris M. Smith

DEFENDANT'S EXHIBIT 17

December 5, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Lozano:

I worked at Hyles-Anderson College in Crown Point, IN for twenty-three years, from 1973 through 1996. During most of that time I was in the administration of the college, and was Vice-President of the college from 1981 through 1996 when I left. Since leaving Hyles-Anderson I have been Vice President of two more Bible Colleges, including the one where I am employed now in Kentucky.

While I was at Hyles-Anderson, I worked extensively with the individual students, and came to know Jack Schaap when he enrolled there in the 1970's. I then worked with him as he was a young staff member, and later as he was also an administrator. Since leaving in 1996, I have had some contact with him through visits to Hammond. Some of my family is still in First Baptist Church, and I have many close friends in the college and church ministry there, so I have stayed in touch with Jack Schaap and that ministry.

In the approximately 35 years that I have known Jack Schaap, I have personally observed him to be an honest, hard-working individual with a sincere desire to help others. I personally know of many times that he worked to help others who could give him nothing in return. I have seen him give his time and his personal money to help others.

Certainly, his actions that led to this conviction were wrong, both morally and legally. However, I believe they were an aberration in what has been, in many ways, an exemplary life. I believe he has "learned from this transgression." I do not think that an extended jail sentence is necessary to further punish him, nor to make him realize he was wrong – he already knows that. He has been humiliated and penalized tremendously already in the court of public opinion. With the internet, he and his offense will be known wherever he goes for the rest of his life.

Please allow him to continue his life with his wife and family.

Sincerely,

James S. Jorgensen

Lexington, KY 40513



### From the Desk of
# Jack Mitchell

### Dyer, Indiana 46311

December 4, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320



Dear Judge Lozano:

Exactly 12 years ago today, I began working for Dr. Jack Schaap as his personal assistant, when he was vice president at Hyles-Anderson College in Crown Point, just three months before he became the pastor. I continued as his assistant these past 12 years, and when he stopped working for the church, I held the title of *Executive Assistant to the Pastor.* I have known Jack and Cindy Schaap since I was a child—for over 30 years—and Jack has always had impeccable character until the circumstance in June/July of this year.

For these many years, I was his office manager, dealing with all of his staff within our office and across the entire ministry—over 350 full-time employees. I also handled his personal details such as travel arrangements and finances. As I told the grand jury a few months ago, when I first had a gut feeling that something wasn't right, I honestly thought there was nothing physical that occurred. And, as I told his wife, Cindy, I felt that things were a "one" on a scale of 1-10. Once we realized it was worse, I honestly believe that the insurmountable pressures of having to pastor and counsel a congregation of over 40,000 active members with a weekly attendance of 14,000+ and oversee the finances of this monster business—with a budget larger than most cities—had gotten to him. Up until this event, I am not aware of nor do I believe there were any other women whom Dr. Schaap was ever involved with apart from his wife. Pastor and Mrs. Schaap are both fully committed to restoring their marriage, and they have an incredible family with seven beautiful grandchildren ranging from newborn to eight years old.

The girl with whom he was involved            had only been coming to his office for counseling for a couple months—this was not an affair that had gone on in secret for many years. In fact, they really got close to each other (unbeknownst to me at the time) within a timeframe of about two to three weeks. It is bizarre to me that 37 years of an incredible career and wonderful reputation could be traded within two to three weeks.

What happened was wrong on both of their parts, but 17 years old is considered the age of consent in most states, and many 17-year-olds are tried as adults in other very different types of cases. I am disappointed in both Pastor Schaap and            but I believe that SO MUCH SUFFERING has already occurred, I hate to see him spend the next 10 years of his life in prison. I also believe Pastor Schaap was bipolar due to low lithium level in his body.

Governor Mitch Daniels has been a close friend to Pastor Schaap and to our church, and when I spoke to Governor Daniels after this situation occurred, he did not understand why prison time was being considered for Dr. Schaap. Governor Daniels called Pastor's wife, Cindy, and offered his love and support to their family. When grasping the fact that Pastor Schaap had been fired from his career of over 37 years, and when contemplating possible prison time, Governor Daniels told me on the phone, "Enough suffering has already occurred. I don't know why there needs to be any more suffering!" Mr. Lozano, I wish that you could tear up the plea deal that has been signed, remove Pastor's "sex offender" status, expunge any felony record, and issue him some type of probationary period at home instead of prison time. For the MANY years of INCREDIBLE community service that Dr. Jack Schaap has had and for his clean record until this one, brief situation, I would plead with you to have mercy and let the TRUTH and good reputation of this man's entire life be factored in to his sentencing. For the rest of this letter, I will mention a few facts about Dr. Jack Schaap's life, many of which I have been personally involved in assisting him with, and I will also list some of his accomplishments.

1. Pastor Schaap and his wife have authored over 30 books, and some of them have won awards as best sellers among Christian circles. My wife and I have four children, and we have referred to both Pastor and Mrs. Schaap's books many times for marriage relationship issues and child-rearing principles. The Schaaps' adult children are wonderful examples in our community of well-balanced young adults who are happily married. I would hope and pray that the life of this 54-year-old man is justly considered for who this man really is, and not merely "zeroed in" on one mistake.

2. Jack Schaap was appointed as a special deputy by the Lake County, Indiana, Sheriff's Department in May of 2011. He received this honor as a respected leader in the community among business leaders and politicians.

3. The Christian Law Association (the law firm our church uses, also referred to as CLA) awarded Pastor Schaap with a prestigious award at the nationwide Pastor's Conference in 2009. The award was a huge glass plaque presented in front of religious leaders from nearly all 50 states and many foreign countries. They basically praised Pastor Schaap as an exemplary religious leader and his wife for the wonderful lady she is.

4. Pastor Schaap's church in Holland, Michigan, where he grew up, presented Dr. Schaap with an award in one of our church services several years ago, proud to call him one of "their own."

5. On May 22, 1992, Jack Schaap was presented with a Doctor of Divinity degree from Hyles-Anderson College. This is an honor that very few men have received through the years.

6. Reformers Unanimous International, an addictions program based out of Rockford, Illinois, awarded Pastor Schaap as the Pastor of the Year around 2008. Pastor Schaap led our church's chapter of RU to grow to become the largest chapter in the U.S., helping thousands of men and ladies get off the streets and recover from addictions and even providing shelter and counseling for hundreds of inmates on work release.

7. Enclosed are letters from former President Bush, Congressman Pete Visclosky, Governor Mitch Daniels, and former Senator Richard Lugar, congratulating our church and Pastor Schaap and his leadership for leading our church and community to build a 7,500-seat auditorium, costing over $20 million.

8. Pastor Schaap was invited by President Bush to meet at the White House in 2004 with a small group of religious leaders from across the U.S. (picture enclosed).

9. Through Pastor Schaap's leadership, he was able to raise over $75 million dollars in these past 11 years for the community of Hammond and our church to renovate many buildings around the church and remodel the former Federal building.

10. About a year ago, Pastor Schaap was accepted into the Union League Club in Downtown Chicago, upon a recommendation from a Chicago businessman, Bill Owens, and upon a reference from State Senator James Meeks from Illinois and Governor Mitch Daniels from Indiana.

11. Governor Daniels came to Hammond and met with Pastor Schaap on numerous occasions, and the Governor considered Pastor Schaap one of his spiritual leaders. The Governor came to our annual Pastor's Convention and received an award from our church. The Governor wrote many handwritten letters to Pastor Schaap these past few years, and they corresponded several times throughout each year.

12. Pastor also raised over $25 million dollars for foreign missions through the years, and started churches and colleges in China, Africa, Thailand, the Philippines, India, Peru, and now Eurasia. The mayor of Jilin City, China, the provincial leader of Thailand, family members of the King of Thailand, and many other dignitaries have praised Pastor Schaap and our church for his vision and leadership. The King of Ghana, West Africa, even attended our church on two different occasions. Many poverty stricken families have been helped, and thousands of Chinese students have been taught English and social and spiritual betterment because of Pastor Schaap's vision and leadership.

13. Outreach Magazine, for nearly ten years in a row, named Pastor Schaap and the First Baptist Church of Hammond, Indiana, in the top 100 churches in the U.S. in two different categories—largest church and fastest growing church. One year, Pastor Schaap's picture was even featured in the magazine as being the pastor of the 14th largest church in the U.S.

The list goes on. I know this all sounds impressive, but I also knew Jack Schaap as a personal friend, mentor, coach, and spiritual guide. The circumstances of this trial are still beyond my comprehension, so unimaginable, and SO out of character for this great man. He has suffered tremendously and has come to the point now where he is TRULY SORRY for what he has done. I believe that he knew he was sinning, but I don't believe he realized it was a federal crime. I've even been told that this law wasn't strictly enforced until recent years. Even our local sheriff's office and DCFS stated that he had broken no laws on Indiana's books. I believe that he signed the plea deal so that the thousands of people in our church congregation and in our local community would not have to watch this bad situation go to trial. My heart goes out to the family of the girl, my heart goes out to Pastor Schaap's family, and I pray that you would somehow find it within your heart to show mercy to Pastor Schaap and to all of us who are impacted by your decision. He has forfeited the right to be our pastor, but I pray that he will be given the chance to heal with his wife and not in a prison cell. Judge Lozano, I will be praying that you make the right decision for everyone involved.

With much respect,

Jack Mitchell
*Pastor's Executive Assistant*
2000-2012



**THE WHITE HOUSE**

WASHINGTON

March 14, 2005

I send greetings to the members of First Baptist Church of Hammond as you dedicate your new auditorium.

Faith plays an important role in the lives of many Americans, offering strength, hope, and guidance. Throughout our history, people of faith have enriched lives and helped shape the character of our Nation.

I applaud all those who worked to make this new auditorium possible. Your efforts help spread the message of God's love and boundless mercy to individuals throughout your community.

Laura and I send our best wishes on this special occasion. May God bless you, and may God continue to bless America.



# Congressional Record

**United States of America**

PROCEEDINGS AND DEBATES OF THE *109th* CONGRESS, FIRST SESSION

| Washington, D.C. | Thursday, March 17, 2005 |
|---|---|

## *House of Representatives*

### *VISCLOSKY CONGRATULATES FIRST BAPTIST CHURCH OF HAMMOND ON THE GRAND OPENING OF THEIR NEW AUDITORIUM*

**Mr. Speaker:** It is with great honor and enthusiasm that I congratulate the First Baptist Church in Hammond, Indiana as they celebrate the grand opening of their new auditorium. They will be celebrating this very momentous and special occasion on Sunday, March 20, 2005.

Allen Hill founded the First Baptist Church of Hammond, Indiana in 1887. The church has since met for services in five different auditoriums. The first auditorium was built in 1888 under Pastor Hewitt, and doubled in size under Pastor Carter in 1900. The third auditorium was constructed in 1913 under Pastor Adams. In 1959, Pastor Hyles became pastor, and under his leadership, in 1964, a new auditorium was constructed seating approximately 2000. The auditorium doubled in 1975.

Throughout the years Pastor Hyles dreamed of building a new auditorium. Sadly, he passed away in 2001. However, the determination of the church proved that although Pastor Hyles was now in heaven, the Lord of the Harvest was still alive and well. Pastor Schaap took the helm in March 2001, and he immediately led First Baptist Church to the next level. With the increased attendance, once again the congregation began to outgrow the auditorium. Ground was broken for the new auditorium on November 3, 2004.

From its modest beginning, First Baptist Church has emerged as a cornerstone of the community. Under Pastor Schaap's guidance, First Baptist continues to thrive, both in terms of spiritual growth as well as practical improvements. The proud members of the church are thankful for the spiritual and emotional leadership he and the previous pastors have provided during the years.

Mr. Speaker, I ask that you and my other distinguished colleagues join me in honoring and congratulating the First Baptist Church of Hammond, Indiana on the grand opening of its new auditorium. They have provided support and guidance for all those in the community, and will continue to serve their community through their selfless dedication and commitment.



STATE OF INDIANA                         Mitchell E. Daniels, Jr.
OFFICE OF THE GOVERNOR                              *Governor*
State House, Second Floor
Indianapolis, Indiana 46204

March 20, 2005

Pastor Jack Schaap and
The Members of the
First Baptist Church of Hammond
523 Sibley Street
Hammond, Indiana 46320

Dear Dr. Schaap and members of the First Baptist Church of Hammond:

As Governor of Indiana, it is my pleasure to congratulate you on the completion of your magnificent, new 7,500-seat auditorium.  I can't be with you personally at the grand opening but send my best wishes for a successful event.

As you open the doors of this pristine auditorium, you are truly opening up the promise you have made to brighten the future for thousands of Hoosiers.  Each of you involved in making this day possible through your time, talents, and dedication, are a blessing to your community and to our state.

I know your new auditorium will be filled with strong voices of faith, proclaiming the richness of our Hoosier spirit and the glory of our achievements to bear witness and serve God as we live in this great nation of freedom.

Thank you for your 117 years of faithful service to your community.  May your auditorium serve to extend your mission to thousands of Hoosiers for many generations to come.

Sincerely,

*Mitch Daniels*

Mitchell E. Daniels Jr.
Governor

RICHARD G. LUGAR
UNITED STATES SENATOR
WASHINGTON, D.C.

March 20, 2005

First Baptist Church of Hammond
523 Sibley Street
Hammond, Indiana 46320

Dear Friends:

I appreciate this opportunity to congratulate you as you gather for the dedication of your new 7,500-seat auditorium today. This is a significant milestone in which the congregation should take great pride.

A religious community cannot thrive without active participation by its members. The addition of this new facility is indicative of members' hard work and dedication. I appreciate this opportunity to recognize those members who have put forth their time and energy to serve the congregation and neighboring community throughout the years.

Again, congratulations on this auspicious occasion. While I will be unable to be with you today, please know that I am thinking of you and wishing you every continuing success in your important ministry.

Sincerely,

Richard G. Lugar
United States Senator

RGL/joj





A Vote for My Nation
October 31, 2004

To Jack Schaap,
With best wishes,

First Baptist Church
Dr. Jack Schaap, Pastor

Hammond, Indiana





# First Baptist Church
### of Hammond, Indiana

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

November 11, 2012

To the Honorable Judge Lozano:

I came to know Jack Schaap in 1986; I was a 16-year-old freshman at Hyles-Anderson College where he was my professor and counselor. I also know Dr. Jack Schaap as my pastor of over 11 years and as my employer of over six years. In all of these roles Dr. Schaap has been a mentor who has guided me though very pivotal times of life. I know him as an excellent source of wisdom, judgment, discernment, mediation, and mercy. He has always been appropriate and aboveboard in our relationship. I believe the actions to which he has admitted indeed constitute an isolated case of very poor judgment on his part. From all I know of him, he does not have a history of this kind of behavior in the college where he worked, in the church where he pastored, or in the various positions within the ministry of First Baptist Church in which he has served. The Jack Schaap I have known has always been the definition of decorum and propriety.

In Dr. Schaap's employ, I served as one of the seven members of his personal staff. I was also the first person to call attention to the situation which led to his arrest. I called Pastor Schaap's wife and told her that office policies were being violated and I told church officials of proof of inappropriate action. I made these calls because it was the right thing to do and also because Dr. Schaap asked all his staff to hold each other accountable in regard to such matters. As testimony to this fact, I have enclosed a memo sent by Dr. Jack Schaap to his office staff. I will willingly swear that to the best of my knowledge, the statements and guidelines set forth in the enclosed memo are a true testament to the personal and professional policies and conduct of Dr. Jack Schaap with the exception of his dealings with Miss _____ this year. It was because of Dr. Jack Schaap's consistent character and integrity regarding his personal and professional policies known to all in our very close office, that his behaviors in this particular instance of counseling a young lady were very obvious and stood out as bizarre compared to his typical standard conduct.



With the exception of this current incident, I consider Dr. Schaap to be one of the most honest people I know. I booked all the Schaap's personal travel and arranged the details for his vacations. He would regularly take his kids and grandkids on family vacations and there were many opportunities for him to pay less by being dishonest about a child's age, however lying to save any amount of money was never a consideration for him.

I know Dr. Schaap personally to be an example of help and servitude. My husband took me to Pastor Schaap for personal counseling regarding a sexual attack and Pastor and Mrs. Schaap were very instrumental in my adjustment after the situation. Additionally, my husband is self-employed and makes a living in real estate ventures. We lost nearly everything we had a few years ago when the economy down-turned. Pastor Schaap was there to provide support and inspiration for my husband at the very lowest time in his life. Pastor Schaap even mediated between my husband and some of his investors. Today my husband is very successful in his field and we owe a great deal of thanks to our former pastor, Jack Schaap. In the years I have known Jack Schaap; I have known him to solve financial disputes between two parties by satisfying the debt out of his own funds. I have known him to pay for clothing, insurance, food, schooling, shelter and other needs for those who could not or would not care for themselves or their families. I have known him to passionately pursue the lifetime calling of helping others at the expense of self. I have not known him to be perfect but I have known him to be pursuant of good and of right and righteousness.

Dr. Schaap was loved by most people. While working in his office there was not a day that someone didn't ask me what Dr. Schaap's preference or opinion was on something. People always wanted to buy things for him or do something nice for him. We finally just created a list of all his favorite things so we could just hand it out or email it when anyone asked for it. It was a daily task just to take all the gifts and foods sent to him and figure out what to do with it all. He always instructed us to share the food with the staff and anything that could go to help someone else was designated so. Everyone knew he liked finding pennies so people would give him pennies by the dozens. We had a plastic bank that we would use for the pennies people gave and we would regularly take it to the bank to be consolidated. Dr. Jack Schaap instructed us that the money would always be put in the offering to help with missions.

I know Dr. Schaap to be very mindful of people, especially our senior citizens. He had a large poster board with all of their pictures on it in his office and would use it as a prayer list. He regularly sent our seniors and shut-ins gifts and messages. For instance, every thanksgiving they got flowers from Pastor Schaap and the church. He would also organize men to cut their grass and shovel their walks and take them where they needed to go.

Daily people called Dr. Schaap's office from around the country and around the world to ask for an appointment with him or for his advice or opinion. Generals, colonels, governors, physicians, lawyers, educators, law enforcement officers, and even a judge have all at one time or another been among those to whom Dr. Schaap has ministered. He has been referred to as "the pastors' pastor." The counseling demand was so great that it took three people in his office to plan his schedule. We would work for days to fit people and events in around his meetings and preaching. But no matter how busy things

were, if someone truly needed Dr. Schaap, he was there for them. He would clear his entire schedule to see a man and woman who were having marital problems, or to see parents who had heart break, or a devastated person who watched their spouse drive away with their children, never to return.

In addition to bearing an outrageous counseling load, he also preached three sermons a week at the church, conducted a wedding and/or a funeral nearly every week, spoke at the college and other places at least a couple times a week, administrated five schools and a cemetery, and planned and birthed a mission board that has currently sent out hundreds of missionaries. I have enclosed a list of missionaries but it is only a list of those pastoring, it does not include the families or support teams of these missionaries. Nearly every one of these missionaries have called, written, or in some way expressed their love and appreciation for Dr. Schaap at one time or another in the last 11 years. Many of them do this regularly. Even the people in other counties love Dr. Schaap. Several Nigerians write and email him often. The people in China loved him so much that they translated his books into Chinese. Because of Dr. Schaap there is a Hyles-Anderson college in Ghana and in China.

Dr. Schaap's vision, reach, and passion were truly world-wide. He conducted 3 mega conferences each year: Pastors' School, Christian Womanhood, and Youth Conference. Each of these conferences would usually fill our 7,000 seat auditorium. After each conference, the thank you letters, the speaking invitations, and counseling requests would roll in. But the most impressive letters were the testimonies of those who were helped during our conferences. Pastor Schaap would always enjoy passing these letters around to the staff.

Dr. Schaap is truly a man with a passion for work, a zeal for excellence, and a pursuit of helping people. I know that what he has done in recent months does not make sense when you compare it to what he has spent his life doing. I personally believe the pressure under which he lived would break anyone in one way or another. I also personally believe the man loves his family, his country, his friends and his God. I believe he has made a terrible mistake outside of his character but I do believe he is worthy of all the mercy that can be shown to him at this time in his life. I have heard him say hundreds of times to people, "I will help you as much as I can possibly help you inside the bounds of what is right." Respectfully, that is all I ask you to do. Please help Dr. Schaap as much as you can possibly help him, inside the bounds of right.

Sincerely,

*Jean Sheaffer*

Jean Sheaffer
Church Secretary

USDC WVND case2:12-cr-00151-JTM-PRC - document 15-2 - filed 01/03/13 - page 48 of 85



Please select if you would like to view missionaries by country or by name.

Alvarez, Israel (Belize)
Amoros, Andres (Dominican Republic)
Arold, Edgar (Thailand Team)
Ashcraft, Tommy (Mexico)
Averitt, Larry (United States)
Avila, Abraham (Peru Team)
Bachman, Mark 0
Back, Ron (Australia)
Baker, Keith (Haiti)
Belisle, James (United States)
Boles, Daniel (Thailand Team)
Bosje, Mark (Thailand Team)
Bowen, Bob (Thailand)
Boyce, James (Thailand Team)
Bryan, Jonathan (Mexico)
Carter, Billy (Ghana Team)
Clayton, Charlie (Ghana Team)
Cole, John (United States)
Correa, Elias (Ireland)
CRI, (World)
DeMoville, Randy (Indo-Philippine Team)
Dinius, Thomas (Namibia)
Elwell, Joseph (United States)
Foust, Zach (Peru Team)
George, Brian (Argentina)
Godsoe, Courtney (Philippines)
Gonzalez, Henry (El Salvador)
Goodpaster, Nathan (Philippines)
Gutierrez, Osmin (Honduras)
Hall, Baraka (Ghana Team)
Hamilton, Keith (Ireland)
Harbaugh, Glenn (Alaska)
Harris, John (Belize)
Hawkins, Robert (Brazil)
Heidenreich, Sam (Philippines)
Hicks, Rob (United States)
Hoffman, Barry (South Korea)
Holmes, Mark (Nigeria)
House, Shari (Thailand Team)
Hubbard, Dan (Peru Team)

Martin, Ricky (Philippines)
Martinez, Ezequiel (Peru Team)
Martinez, Luis (Puerto Rico)
Mercer, Scott (Thailand Team)
Miskovic, Mark (Peru Team)
Morris, Peter (East Africa Team)
Morrissey, Michael (Indo-Philippine Team)
Norton, Joshua (Czech Republic)
Nunez, Andres (Venezuela)
Ogle, Adam (World)
Osgood, Charles (Ghana Team)
Palla, Wes (Brazil)
Palmani, Mark (Philippines)
Perez, Alberto (Ecuador)
Poole, Walter (Cambodia)
Pordea, George (Romania)
Powless, Phillip (Canada)
Rader, Mark (Peru Team)
Ratcliff, Darrell (Mexico)
Rice, Brian (Canada)
Richey, Andy (East Africa Team)
Robles, Sergio (Mexico)
Rothwell, Dan (Micronesia)
Sage, Chris (Mexico)
Sarver, Mike (Ghana Team)
Schoof, Gregg (Rwanda)
Shook, Randy (Thailand Team)
Shook, Tim (Thailand Team)
Siegwart, Mark (Peru Team)
Siemer, Dan (United States)
Snipes, Jeremy (World)
Sock, Paul (Poland)
Solt, David (England (U.K.))
Speer, Ted (Ghana Team)
Steers, Andrew (Australia)
Storm, Warren (United States)
Szabatin, Paul (Peru Team)
Tirado, Robert (Dominican Republic)
Tossell, Mark (Australia)
Turner, Ben (Canada)

USDC IN/ND case 2:12-cr-00131-JTM-PRC   document 19-2   filed 01/03/13   page 49 of 85

Hudson, Simeon (Argentina)
Hunsinger, Isaac (Guyana)
Inman, Chad (Thailand Team)
Javier, Parish (Philippines)
Johns, Larry (United States)
Jones, Layne (Philippines)
Keo, Kounaro (Cambodia)
Kimmel, Thomas (Jamaica)
Kinyonga, Mshama (Tanzania)
Kokubun, Daniel (Peru Team)
Lawrenson, Stanley (Indo-Philippine Team)
Leonard, Michael (Belize)
Lopez, Angel (Guatemala)
Lopez, Xavier (Bolivia)
Lung, Paul (Myanmar)
MacRae, Jason (Indo-Philippine Team)
Marasco, Sam (Pacific Islands)
Martin, Junior (Peru Team)

Turner, Sean (Guatemala)
Vallejo, Juan (Brazil)
Vest, Charles (Philippines)
Warner, Justin (Zambia)
Watt, Nick (New Zealand)
Webb, Joshua (Philippines)
Whitmore, Dave (Brazil)
Wilder, Daniel (Guatemala)
Williams, Chris (Peru Team)
Williams, Justin (England (U.K.))
Williams, Lawrence (Ghana Team)
Wilson, Robert (Mexico)
Witte, Jamin (United States)
Witte, Jeremy (Canada)
Wyatt, III, Jerry (Tanzania)
Yarbrough, Emanuel (Thailand Team)
Yetzer, Christopher (Italy)
Zarris, George (World)

E-mail: helpdesk@fbmi.org

Chief Steven McGraw

Hammond, IN 46324
December 3, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Your Honor:

My name is Steven McGraw, I am the Chief of Security here at First Baptist
Church of Hammond. I have been on staff at the church for over 5 years and have been
working for the security department for 11 years. I also work part time for the Hebron
Police Department and have been working as an officer for almost 9 years.

I am writing you this letter as an attempt to be a character witness for my Ex-
Pastor, Ex-Preacher, Ex-Boss, but always true and loyal friend Jack Schaap. I have
known Bro. Schaap for most of my life. I grew up in the school his father-in-law started
and he took over later on. I grew up with his children and was at their house quite often
for different events. At the age of 17 he became my pastor and counselor. At the age of
24 he gave me a full time position here at the church and schools working for security.
More recently at the age of 27 he gave me the task of being the Chief of Security after
our current Chief retired from the position.

I have had the privilege to be very close to Bro. Schaap by means of the job I had
here at the church. I got to see a "different side" of him that most would never see. Most
saw him as a stable platform - honest, true, giving, thoughtful, caring, friendly, outgoing,
loyal and loving pastor or friend. In recent months their stable platform collapsed under
all the pressure, they do not even know the half of it. I saw the man under constant
pressure and stress like no other. I personally work two law enforcement jobs and work
over 100 hours a week most weeks dealing with some crazy and unforeseen things, and
yet I could not even compare my stress to his. He wasn't just a stable platform for those
that most saw him lead. He was a lifeboat for some, a rescue craft for others, and under
some circumstances he was the last resort for some of the hardest cases. He would be the
crutch for everyone to lean on.

He never one time turned someone down that needed help. When I would be his
"guard" for the day I would see so many people come by for help, and would walk away
refreshed, renewed and rebuilt. I could only guess at a number of over 10,000 people I
personally watched him help rebuild their lives from what they thought was a hopeless
plight. Families torn apart by dishonesty and disloyalty, marriages being destroyed by
incomprehensible acts, youths heading down a path of utter destruction, grieving people
who have lost everything, families who had nothing, homeless who had nowhere to turn,
and your "everyday goodie-goodie" who found out that they were not as good as they
thought they were and had messed up their lives along with others. They were all
changed by one man's constant contact with the Lord and one man's wisdom and direct



Honorable Rudy Lozano
December 3, 2012
Page 2

intervention in their lives. They sought that one man out, that one man being Jack
Schaap. Talk about being under pressure! He was under more than any man I know. I
personally believe WE as a church allowed this to happen. WE saw him as a savior of
sorts. WE failed to see him a true man just like all of us. We failed him by throwing all
our problems at him and not finding our own paths to God and seeking Him ourselves.

     This is why I feel the recent incident occurred. I will be the last one to tell you I
was surprised by these incidents. I knew that it was only a matter of time that a man
under his pressure would break in some way or another. I myself know that under the
pressure I am under that I will also break, but I have always felt I had Bro. Schaap to fall
back on if I do. This is mine and the Church's greatest mistake, placing all our burdens
on a man, and not going to an almighty God to help us. A man that had given literally his
all has now paid they ultimate price of being the man everyone leans on.  He has now
fallen and given his rights away of helping people, of being the one, others depended on,
of being the stable platform. It all happened, because the pressures were too great for one
man to bear. This in no way excuses what he did. Morally and ethically his fall was a
terrible tragedy that still to this day affects thousands and thousands of lives.

     I know Jack Schaap's heart. I studied his movements, his attitudes, his desires, his
dreams, his plans. He is a man of true meaning. He is a man that loves deeply. Sometimes
that love is enacted in a wrong or terrible manor.

     I say that as tested and tried person myself. My wife of 9 years comes from a
terrible background of sexual abuse and adultery from the age of 9 till I met her 10 years
later. She suffered from sexual abuse early in life and had twisted sense of what love and
relationships were built on. As she grew into her teen years she started acting upon what
she believed was the proper form of love and affection to show those that she cared for.
Some of the people she got personally close to took advantage of this in a wrong manor.
They were out for the easy fish to fry and saw a girl in a vulnerable stage and decided to
act up their adult and demented fantasies. Others became personally close to her and
would end up in a state of confusion of feelings and passion because it was known to be
wrong, but yet felt right based on their time and feelings for each other. This I feel is the
difference between sexual misconduct with a minor and a sexual affair with someone you
have become close to. My wife will tell you, if asked, that at a young age she knew who
was taking advantage of her and who she felt she had a knowing affectionate affair with.
Morally and ethically the affairs were wrong. Legally, morally ethically, and definitively
the sexual abuse of a minor is wrong. I feel that the sexual abuse of my wife at the age of
nine is a grave sin against man and God. I feel the affairs of her later teen years were
adulterous acts performed by two hurt, pressured, stressed, over worked,  depressed
individuals that found common ground at a week moment in their lives.

     I feel that Jack Schaap has fallen prey to an act that many have fallen to. That
many have seen no way out of. That many will fall to again, and that many have no one
to turn to know how to deal with it. That act is the act of loving too deeply. I know that
Jack Schaap is not a predator of little girls as some might try to portray him. He is not a
monster that needs to be locked up in a cage and the key thrown away. He is man that
loved a girl deeply in a desperate time for them both. He was under pressure at home and
at work; she was under pressure from school and deep depression. They found common

Honorable Rudy Lozano
December 3, 2012
Page 3

ground at a moment of weakness for them both. They both play a part in a terrible tragedy that does not end well for either of them. The criminal systems will have their way with Bro. Schaap as will the cynical system of over dependence will have on the young female. I feel they both need A LOT of counseling and help to rebuild their lives.

It is my understanding that the young female is going through counseling. It is my belief that Bro. Schaap will not get the counseling he needs from inside a jail cell. He will not get the opportunity to try to rebuild the one thing he deserves to rebuild and that is his marriage and family. I do not believe that he should ever return to the position he was in previously. I do believe he should face a payment for his crime. I do not believe that Jack Schaap had one single intention of breaking any laws, but failed to know the laws as they stand and violated federal law while thinking he was safe under state law. He did violate law, he has admitted that. Therefore he needs to face whatever punishment you place on him.

I know you do not know the Jack Schaap I know. I would beg on his behalf that you show the mercy, grace, and redemption that he has shown THOUSANDS of others over the years. If anything, I believe it would show those that he has loved that there is hope of his redemption and rebuilding of what he has left.

My family has received a few letters from Bro. Schaap that he wrote from inside his jail cell. He is a destroyed man, which has been deservedly humiliated, and has been torn down from a position he can never regain. He knows he has lost everything. It is my experience as a law enforcement officer that it is as a person's lowest that you can begin to rebuild and make a difference.

Based on my professional experience and opinion I feel that the best possible punishment for him is to be forever band from seeing the other party of the incident and to be forced to seek counseling for his family, his wife, and himself. I know the statute states minimum of 10 years, but I beg of you to find a way that the punishment should fit the crime. Murders get less than 10 years. This man is FAR from being a murderer I can promise you that.

Your Honor, Jack Schaap may have been my pastor, preacher, boss, chancellor, and counselor, but most of all sir, He was my TRUE FRIEND. I love him no matter what he has done, and will love him no matter what you decide. I hope you will see it in your heart to be lenient on a man that has fallen to his lowest.

Sincerely,

Chief Steven McGraw

Chief of Security (First Baptist Church)
Patrolman (Hebron Police)

Bruce D. Campbell

Merrillville, IN  46410

October 21, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Judge Lozano:

My name is Bruce Campbell. I have had the honor and privilege of working on the staff of the First Baptist Church of Hammond. Prior to this time, since January 1994, I worked as a security officer for the First Baptist Church of Hammond and its ministries.  During this time, I have interacted with Mr. Jack Schaap many times. I have known Mr. Schaap for twenty years.  It all started in 1992 when I was a student at Hyles-Anderson College in Crown Point, Indiana. I came from the State of Delaware to attend college.

During these twenty years Mr. Schaap wore many "hats."  I knew him best as my Pastor, my boss, a college professor, and as my friend.  As a student in college, under his tutelage, I enrolled in classes like "Starting and Founding a New Testament Church", "Church Education", and "Old and New Testament Survey" just to name a few.  In the classes that had men and ladies, he always had respect toward the ladies.  All of the preacher boys looked up to him and we would have him as our role model.  We did not see him as God, but, rather as man greatly used of God. We wanted to emulate his preaching style and most of all, his walk with God.  He has a strong passion for God. Out of all the preachers we had in chapel, he was by far the most loved and liked by all in the student body.

One Thursday evening in March of 2000, I received a phone call from my mother.  I received some heart breaking news. My father was diagnosed with cancer. I turned to Mr. Schaap for help. Mr. Schaap is a man of compassion and he wanted to help me through this "trial".  By this time, Mr. Schaap was the Vice President of Hyles-Anderson College. After speaking with him about my father, we kept in touch with each other every other week or when he saw me in the hallway in passing between classes.  One day he asked, "How's your Daddy?"

At this particular time I was still struggling about the cancer issue. He sensed that I was struggling and he asked me to walk with him. We spoke for several minutes. Then he asked me if I had enough money to fly home if my father should pass away.

In embarrassment I replied, "No sir."


DEFENDANT'S
EXHIBIT
22

Honorable Rudy Lozano
October 21, 2012
Page 2

He then told me to keep him posted and if I needed anything else to let him know.   Several weeks later, I received a message in the security office to stop by his secretary's office. I did. To my surprise, I received a letter from Mr. Schaap that he dictated and signed. In this letter he mentioned to me that he was at a preaching engagement out of town and that he was praying for my father and he was also thinking about me. This letter was something that let me know that he really cared for me and what I was going through was hurting him.

On Wednesday, March 7, 2001, at 8:00 PM, Mr. Schaap became my Pastor. Even as Pastor, he continued to keep in touch with me in regards to my father's situation. Then on Friday, January 11, 2002 I became a father to a little boy who weighed a mere 2 lbs 8oz. I received word that Pastor Schaap wanted to see my new born son in the NICU at St. Margret's North shortly after he was born. He was denied entrance by the nursing staff. My wife and I loved and respected Mr. Schaap very much. We named our son Ken. This was in honor of Pastor Schaap's son and father. When my son was about two years old he had a blocked tear duct. My wife and I went to the pastor's office. Pastor Schaap anointed our son with oil and prayed for him. Pastor Schaap and the First Baptist Church of Hammond became a very important part of our lives.

Then on Saturday, January 15, 2005 I received that dreaded telephone call that no one wants to receive. My mother called to inform me that I needed to go back to Delaware. My Dad's battle with cancer would soon be over and that he could pass away at anytime. The next day, I needed my Pastor. I went to speak with Pastor Schaap after the morning service. At his request, he wanted to see me after the evening service. I came back to see to him as I was instructed. Pastor Schaap gave me $180.00 for a round trip ticket to fly from Midway in Chicago to Baltimore – Washington International Airport in Baltimore, Maryland. My dad passed away the next day. The first call I made was to my Pastor.   On the day of my father's funeral I noticed a beautiful yellow carnation cross on a stand at the foot of my father's casket. It was from Pastor Schaap.

Pastor Schaap has a heart for world missions. I learned shortly after my father's home going that Pastor Schaap was going to be the key note speaker at the Pastors' and Workers Conference at the Iloilo Baptist Church in Iloilo City in the Philippines. I was one of about thirty men who accompanied Pastor Schaap when he made his first trip to the Republic of the Philippines. He was our Pastor, but at the same time he was our friend. We had an opportunity to be with our Pastor in a way no one else could. It was personal. We were his people. He loved each and every one of us who were on that trip. One time during the trip he asked if I was being good.

I said, "Yes sir!"

Jokingly, he responded, "Isn't that a little out of character for you."

Pastor Schaap and our group were protected by members of the Philippine Army, Navy Seals, and the Army Rangers. When he was around women and children I personally observed that he was always polite, respectful, and a gentleman in every sense of the word. Many people that came in contact with him wanted him to sign their Bibles. Literally, he signed several hundred. The Filipino people loved him.

Honorable Rudy Lozano
October 21, 2012
Page 3

On one occasion, I found out some news while on the trip that Pastor Schaap was going to be preaching at a public school and those wishing to attend were going to be allowed to attend on a first come first serve basis. The bus was going to leave between 6:30 – 7:00 AM. Again, we had our security entourage. I was up and sitting in the hotel lobby ready to go at 4:30 in the morning. When we were at the school in San Miguel, Iloilo the staff, faculty, and students numbered 1600 – 1800 were in attendance. There Pastor Schaap preached a very simple salvation message. The principal and nearly 1600 of the students and staff in attendance with a show of hands accepted Christ as their Saviour.

Under his leadership, as the Pastor of our church, the church has increased in attendance. We have established five missions' teams. Teams were created in China, Ghana, Thailand, the Philippines, and Peru South America. There is one in its infancy – one going to Istanbul, Turkey – Team Eurasia. His goal was to have 1,000 missionaries serving Christ around the world. Mr. Schaap has a genuine love for people. He is well respected by the business men in Lake County Indiana and the Calumet region.

In January of 2009 and in June of 2011 my paternal grandparents passed away. In both instances Pastor Schaap sent me a personal sympathy note. He even asked me if I was going to the funeral last year and he showed compassion in my situation.

As an employee of the ministry of First Baptist Church Security I had the opportunity in the last few years to have meals with Pastor Schaap in his conference room. We were invited to spend this personal time with him. He was relaxed and personal in this setting. He always conducted himself in a business-like manner and expressed his philosophies as the CEO of our corporation, First Baptist Church Security, Inc. He always encouraged us to handle security issues in a professional and dignified manner.

I attended a Father's Retreat at the Cedar Lake Conference Grounds hosted by Pastor Schaap that instructed the men on how to be an example to our children. He explained that we need to be there for them. Just last year he hosted a hunting show with Chad Schearer at the Jean Shepherd Center in Hammond that brought several men out with their sons for an evening. This allowed the men an opportunity to bond with their sons in a sportsman's environment. These are just of the few opportunities he gave us to spend time together with our children and to encourage the next generation.

In February of this year my wife had a problem with her car and her phone had died so she was not able to make with contact me. Pastor Schaap saw me waiting for her at about six o'clock in the evening. He offered to give me a ride home, but I told him my wife was on her way. He even inquired the next day about what happened and told me if I ever needed a ride home just to let him know.

From a security standpoint, I could see that Mr. Schaap wanted to keep all children at our church safe. Every volunteer and those who worked on staff or hourly throughout the ministry had to have a background check. Windows were installed into all the doors of the Sunday school classrooms. This was done so nothing inappropriate would be going on in the room. Pastor Schaap would treat the poorest bus rider with the same respect that he would give to the

Honorable Rudy Lozano
October 21, 2012
Page 4

richest man in our church. He taught us not to look down at anyone. He loved the kids in our schools and they loved him. My son was excited to be the first 3rd grader to be in the Pastor's Latin Club. He had to memorize seventy – five Latin words.

Also, Pastor Schaap loved the married couples in our church and he wanted to help them. Each year he would host a marriage couple's retreat. My wife and I had the privilege of attending 3 of these retreats. We looked forward every year to these retreats. They a like the "greasy wrench" that helped us tighten up the areas we need tightened in our relationship. Here we received training, teaching, and time with Pastor and Mrs. Schaap as a couple in a relaxed and informal setting. My wife and I have learned something new every year at these retreats. He is a family-oriented man. His family is important to him. He loves being a husband, dad, and a grandfather. For more than thirty years he has been faithful to his wife, Mrs. Cindy Schaap. These principles about marriage that he taught have been incorporated into our marriage.

As a boss, he is a hardworking man. As a security officer, I would see Pastor Schaap six days per week from seven a.m. until five or six p.m. in the evening. Every morning when he came to work, I would be the first person he would see. Often times when I would see him, he would ask, "How's my Bruce doing today?" I would reply, "Peachy keen." We would chat for a couple of minutes and he would ask about my family. Every time he saw me he asked me to send his love to my family. Then when the day ended, I was the last person he would see before going home. My son and I would often shake his hand after church Sunday morning.

I do not condone his unlawful actions; however, he is a caring, generous, kind, and thoughtful man that has made a mistake. I am not saying he is innocent. We are all human. I believe Mr. Schaap's situation has been magnified because he was put in the lime light and he was the pastor of.a large church. My respect and love for Mr. Schaap will not change because of this offense. Someone of long ago once said, "He that is without sin among you, let him first cast a stone." I believe Mr. Schaap is hurting a thousand times over for the mistake he has made.

I request the Court to be lenient in its sentence. Please consider his track record of preaching and teaching the Gospel in the United States of America and the worldwide influence he has had for over thirty years as a husband, father and Christian.

Sincerely,

Bruce D. Campbell

Lorinda Campbell

Merrillville, IN  46410

Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN  46320

October 20, 2012

Dear Judge Lozano,

My name is Lorinda Campbell. I have worked as an interpreter for the deaf and hard of hearing for the School City of Hammond since 1996.

I became acquainted with Jack Schaap when I was a teenager living in Lincoln, Illinois. I would hear him preach when he would come to speak at a youth rally in Decatur, Illinois or when I would travel to Hammond, Indiana each July, since 1985, for Youth Conference held at First Baptist Church of Hammond. Most recently I was familiar with him as a member of First Baptist church and as a Sunday School teacher under his leadership. I have known him for 27 years.

In my opinion Jack Schaap has always held a high personal standard of moral excellence, honesty, integrity and a strong work ethic. In 1989, I moved to Crown Point, Indiana to attend Hyles-Anderson College. As a Freshman I began to take Bible classes under Jack Schaap. He taught the Bible as a scholar and I could see his passion for God's Word. I noticed he always kept his distance from the ladies in his class, but he had a strong following of men in his classes. Every day after class I would see men gathered around him to talk to him as he walked back to his office. While in college, I worked in the dining hall serving food and cleaning for 4 years. I would see him in the evenings with his family eating meals together. I remember his daughter, Jaclynn, in her cheerleading outfit and distinctly remember the smiles on the children's faces each time I saw them eating together as a family.

In 2001, Jack Schaap became my pastor. In December of 2001 I became very sick with preeclampsia while I was pregnant with my first child. In January of 2002 I prematurely delivered my son who weighed 2 lbs. 8 oz. I was told that Pastor Schaap tried to see me, but due to the emergency delivery I had, he was not allowed to enter the birthing area at St. Margaret's Hospital. Pastor Schaap sent my husband and me a very kind letter congratulating us and asked the church to pray for us while our baby stayed in the hospital for one month. Because we held such respect for Pastor Schaap, we even named our son, Kenny, to honor him because Ken is the name of his father and his son. When our son needed eye surgery during the first 2 years of his life, Pastor Schaap met with my family in his office and he anointed our son with oil and prayed for him.

DEFENDANT'S EXHIBIT 23

I have witnessed the compassion and concern Pastor Schaap showed for the family of Becky Fourness and her four year-old son after they were killed in a car crash on I-65, at the funeral of John Blank after he committed suicide last June, and last August at the funeral of one of his co-workers that needed a heart transplant.

Pastor Schaap taught marriage training classes for 30-45 minutes every Sunday for several months and hosted marriage retreats that I have attended for the last 3 years where he helped my husband and me through some struggling times. He taught us about mercy, forgiveness, prayer, fidelity, finances and how to stay in a marriage when times are tough.

Pastor Schaap has written several books about counseling, grief, child-rearing, marriage, the Bible, and getting along with people in the workplace that have helped me. His practical approach on how to solve conflict and to live in a world where many people don't have any moral compass have been a guide through many of the obstacles I have faced in life. His preaching every Sunday and Wednesday was also very comforting and full of Biblical philosophies which encouraged me to seek the answers for myself from the Bible. He taught us to follow God and His Book.

A financial counseling class and counseling office was set-up by Pastor Schaap for people struggling financially. During the last 3 years my husband and I were falling behind in our mortgage and facing foreclosure. We needed guidance to walk us through this situation. We went to the free counseling office and were able to save our house after a one-year process.

I have attended meetings for world missions that have been led by Pastor Schaap. Under his leadership our church has established schools and churches throughout China, Ghana, West Africa, Thailand, the Philippines and Peru, South America. In April of this year he approved for me to be a leader of a ladies' missionary group that sends letters and financial support to missionaries in Haiti, the Dominican Republic and Guatemala.

As a Sunday school teacher, I have attended Wednesday night teacher's meetings under the leadership of Pastor Schaap for 11 years. He has always instructed us as teachers to keep our hands off of children, never to speak inappropriately to children, and he had windows put in the door of each class to protect the children. He has always insisted that anyone working with children in our church must have a background check before they are around the children to ensure their safety. Safety to children has always been stressed as a high priority.

I have seen Pastor Schaap talk to my son since he was about 2 years old until as recently as July of this year. He has written letters of encouragement to our family often since he became our pastor. My son and I saw Pastor Schaap this summer and he was always friendly and kind. In May of 2011, my family attended a picnic at Lemon Lake Park in Cedar Lake, Indiana with Pastor and Mrs. Schaap. I watched him up-close as he was very polite and gentle with people. He would always let his wife greet the ladies and always showed propriety with ladies. In his presence, I always felt he showed respect for women.

In recent years Pastor Schaap has promoted literacy at Hammond Baptist Schools. He established classes in the Grade School in Latin, Junior High in Greek, and High School in Hebrew. My son has benefited tremendously in reading and academics through Latin in the 3rd, 4th and 5th grades. As a result, our son has learned over 300 words in Latin and been in the Pastor's Latin Club for his last two years in Latin. He also encouraged the establishment of a reading program last spring for children that struggle with dyslexia and other reading difficulties.

In April of this year, Pastor Schaap addressed the Sunday school classes of our Deaf and Hard of Hearing Department of First Baptist Church. He took time to comfort them after their Deaf pastor of 7 years moved to Lebanon, Indiana. In June, 2012, he provided stability for the department by appointing a Deaf Pastor in that department and incorporated captioning on the screens of our church to help people that can't hear.

As an employee of School City of Hammond, I have met young people who have been influenced by the work of Jack Schaap. He has set-up Reformers Unanimous that has helped families that were alcohol and drug addicted in Lake County Indiana. Reformers Unanimous helped Ramon L. after he was in a car crash after drinking late one night. The crash almost killed him and his girlfriend. Ramon attended Reformer's Unanimous and is now married with 2 children and working a full-time job.

There are people working throughout Lake County Indiana that are tax-paying, hard-working citizens that would not be in this area without the influence of Jack Schaap. People have come from across the United States and the world to be under the influence of First Baptist Church which has been led and increased in membership and attendance since Jack Schaap became pastor in March of 2001. Four of the eight interpreters that work for School City of Hammond attend First Baptist Church. He has always encouraged people to work and to be productive members of society. I don't think I would have worked 4 jobs last year to stay in this area without the influence and encouragement of Jack Schaap.

Although I realize Jack Schaap has been convicted of a crime, I feel his actions were totally out of character for him. In closing, I would ask that you be lenient in the sentencing of Jack Schaap after considering how he has helped individuals from across Hammond, the United States and the world for not just a few years, but for decades. Please consider how much good has been done and how much potential good he has set in motion for the citizens of Lake County Indiana.

Sincerely,

Lorinda Campbell

**Pastor Schaap interacting with the Philippine people September 2005**



**Pastor Schaap meeting with the officials of the Philippines September 2005**



Sam Heidenreich,
missionary to the
Philippines and
Pastor Schaap spend
time together in the
Philippines
September 2005



Dr. Schaap working
with people in the
Philippines
September 2005



Jack Schaap is
asking children at
a school in the
Philippines if
there are any who
would like to
receive the gift
of salvation in
Jesus Christ to
raise their hands.
Hundreds of hands
were raised.
September 2005



Pastor Schaap is
signing hundreds
of Bibles for
people in the
Philippines
September 2005



Bruce Campbell and
Jack Schaap at Hyles-
Anderson College,
Crown Point, IN
May 2001

Kenny            and
Pastor Schaap
June 2004



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Your Honor,

My name is Linda Boyd. I work at Hammond Baptist High School, a ministry of First Baptist Church of Hammond, Indiana.  I have known the Schaap family for more than twenty years.

Eleven years ago, when Mr. Schaap became our pastor, my husband, Don Boyd, was the principal of Hammond Baptist High School.  My husband had many health problems.  One time I heard Mr. Schaap say to Don, "I'm dedicated to getting you well."  He paid for us to take a vacation to Florida so Don could rest.

In March of 2009, we found out Don had liver cancer.  Mr. Schaap came to the hospital right away. He flew us to Mayo Clinic two times. He helped us financially to go to Wisconsin for help.  My husband worked at HB for 37 years. When he was very sick, Mr. Schaap had a dedication service for Don.  He renamed our high school auditorium to the Don Boyd Auditorium.  After Don's passing in November of 2009, Mr. Schaap gave me a job at Hammond Baptist, and he counseled me.  I had such a hard time, and he helped me through it. I often tell people he saved my life.

My sister was dying in February of 2012. Mr. Schaap gave me $250 and told me to go stay with her for as long as I needed to.  Because of that, I was able to be with my sister the last week of her life. I know several friends in our church that he helped during very hard times in their lives.

I have never met a man that worked harder and longer than Mr. Schaap.  He gave his life for the people of First Baptist Church.  The crime that he committed was completely out of his character.  I fully understand he is guilty; however, Your Honor, I ask for your lenience in his sentencing. Jack Schaap changed my life; he has changed the lives of many others.  The sin he committed does not define or describe the man I have known for the past twenty years.

Thank you for your time and consideration.

Sincerely,

*Mrs. Linda Boyd*

Mrs. Linda Boyd



Honorable Rudy Lozano                              November 30, 2012
United States District Court
5400 Federal Plaza
Hammond, IN  46320



My name is Holly Doing. I work for Lowe's Home Improvement
in the paint department. I have known Jack Schaap for 32 years.
I grew up with his daughter, Jaclynn. We are the same age. When
I went to college in 1999 I got to know Jack Schaap on a more
personal basis. I worked in the admissions department and he
was my boss. He was also my teacher in several classes. In
2001 he became the pastor of First Baptist Church. I actually
voted against him because I did not want to lose him at
the college. I enjoyed his classes so much! He also had counseling
available for the college students once a week. I would always try
to at least shake his hand and tell him that I loved his classes.

     Jack Schaap was always very open about his life. We all have
respected him so much because we could see right through him.
What I see is someone who has given all his time to other
people. Since he became the pastor, I have seen the life sucked
out of him. He has never turned someone down that needed help.
Everybody expected   Jack Schaap to solve all their problems. I
counseled with him a year ago. My marriage was on the rocks.
I counseled with him at least 3 times alone in his office. He has
always been above board. I never felt uncomfortable talking to
him. Jack Schaap has always let God guide him in what to
say to people. He has dedicated his whole life to people. He paid
for airline tickets out of his own pocket so my parents could
fly to Mexico. My sister is a missionary there and had lost

her 2 week old baby. My parents could not afford to go to the funeral so Jack Schaap gave them the money to go. That is just one of the things that he has done for our family. I can't think of one person that doesn't love Jack Schaap. I hope that you will take this letter into consideration. Yes, Jack Schaap did wrong, but all of the good he has done in his life has had a much bigger impact on me.

Holly Doring
November 30, 2012

To:    Honorable Rudy Lozano
       United States District Court
       5400 Federal Plaza
       Hammond, IN  46320



November 30, 2012

My name is David Jorgensen. I work at First Baptist Church of Hammond, IN. I have worked there since February of 2007. Jack Schaap hired me to work in the publications department and I am currently still assigned that responsibility.

I knew Bro. Schaap on a very professional and personal level. There were several large projects that I was assigned that allowed me to work directly with Jack Schaap. One of these projects lasted six months and I thoroughly enjoyed getting to know him very well. Six out of seven days a week I either worked with him or listened to him speak in church. I knew this man very, very well.

I have known Bro. Schaap for as long as I can remember. My dad was Vice-President of Hyles-Anderson College for twenty plus years until 1996. When my dad moved away Bro. Schaap replaced my dad. As a child I heard Bro. Schaap preach many times and enjoyed learning from his Bible teaching.

Jack Schaap is a man of impeccable character and integrity. As I was being asked to oversee both publication companies at the church, I noticed some problems that were clogging production and efficiency. I brought these difficult details to Bro. Schaap. Even though the negative information was regarding a personal friend of his, he made the decision to "free the clog" and do the right thing. He put aside his personal opinions and did what was right for the church. This is just one example. There are thousands and thousands of illustrations that exemplify the quality of this man in his _true_ character.

D.L. Moody once said, "The world has yet to see what God can do with a man fully consecrated to Him. By God's help, I aim to be that man." If I may say, Jack Schaap aimed to be that man. Every day I watched a man give every ounce of his being to a cause that was bigger than him. He ignored his critics while starting ministries like no church has ever seen. Just here in Lake County, IN, there are hundreds and thousands of people that have been helped directly because of him. The Reformers Unanimous home, our jail ministry, our bus ministry to inner city kids in Chicago and all over NW Indiana. They were all started and/or maintained because Jack Schaap wanted to help people.

On a personal note, I am one of the people that have been helped by Jack Schaap. Several years ago I had a time in my life that there was only one person who could help, and it was Jack Schaap. I went to him; he received me, and counseled me to a strong foundation again. I owe him my life. Period.

For fifty plus years this man gave up his own dreams of going into the Air Force, working for his dad, and other ambitions. Fifty years this man served and sacrificed to help people recover from their problems and make the world around him a better place. Fifty years and nothing, an exemplary life for others to follow described Jack Schaap. Then for a couple months the unthinkable happened.  Please know, the core of Jack Schaap is NOT what the details of this case

describe. The core of Jack Schaap IS sacrificing of himself to help the hundreds of thousands of children and adults around the world. The core of Jack Schaap is NOT what people write you and tell you what they think about our type of churches when they attended for four months or not at all. The core of Jack Schaap IS told by the people that worked with him and lived with him. They describe him as a wonderful person who only wants to help people.

I am fully aware of the fact that Jack Schaap has been convicted of a crime that is unacceptable. However, this does not change my opinion of him. I understand that wrong warrants punishment. May I say, in my opinion, he has paid plenty for what he has done. He has lost his job, his financial security, friendships, and worst of all his influence. Based on his conviction he will pay financially and legally for what he has done for the rest of his natural life. However, I do not believe any prolonged jail time is going to help society or Jack Schaap. I am sure probation, counseling, fines, and other things are automatically going to happen. However, you are the Judge and we understand your position is of high regard and respected by myself and our church.

If I may, I would be remiss if I did not mention this. For the last 30 years Jack Schaap has been helping the underprivileged youth here in the greater Chicagoland area. There are scores and even hundreds of young people that would be dependent on Lake County if it were not for this man. He personally has paid thousands and thousands of dollars to send these children to private schooling just to give them a chance in life. He has established programs for the youth, helped the Lake County Jail and even the ISP establish a place for men and women to come to receive help upon their completion of time in your facilities. Your agencies have recognized his service to this community for decades. I am not saying that he should go unpunished for the crime he has committed. I am saying though this is a good man who has had a clean record for 50 plus years and for a minute fraction of his life did the unthinkable. I am begging you to simply consider what good he has done for this community. If the court could take this man's 50 plus years of living into consideration and not just the last couple months, it would sure be a blessing to his family and those of us who still love him.

Sincerely,

David Jorgensen

November 7, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320



Your Honor,

My name is Mike Fish, and I have been employed full-time by the ministries of the First Baptist Church of Hammond, Indiana, since 1988. Currently, I am on the faculty of Hyles-Anderson College, teaching English and some Bible classes. After moving to the area in 1982 to attend Hyles-Anderson College, I quickly discovered that I thoroughly enjoyed sitting under the teaching of Jack Schaap. Because his teaching was so practical and passionate, I enrolled in many of the classes that he taught while he was a faculty member of the college. So, I have known Jack Schaap in some capacity for more than thirty years.

Prior to my enrolling at Hyles-Anderson College, I heard Jack Schaap's father-in-law, Pastor Jack Hyles, relate an illustration about the nature of Jack's dating conduct with his future wife, Cindy Hyles. Evidently, at the Schaap/Hyles wedding before Pastor Jack Hyles was to walk his daughter down the aisle, Cindy told her father that she wanted to give him (her father) a wedding gift. The gift was her purity that she and her groom-to-be had reserved for each other. The illustration so moved and motivated me personally that I made a conscious decision to emulate that type of dating conduct that the Schaaps had, no doubt, worked hard to achieve. I can honestly say that my wife and I did accomplish such a feat, and we can thank Jack and Cindy Schaap for the inspiration to seek such a goal.

After my being hired on staff, I had the opportunity to work with Jack Schaap on several projects while he was the college vice president. I found his work ethic to be exemplary and tireless. From my perspective of working with Jack Schaap, he has always been desirous to please those who were in authority over him. I have always appreciated Jack Schaap's honesty and his integrity.

My working on the staff and faculty of Hyles-Anderson College while Jack Schaap was the vice president and after he was called to pastor First Baptist Church provided many opportunities to be in meetings with him. I am very cognizant of the times he admonished the staff and faculty men of the college to use the utmost care about their conduct with the opposite gender, but especially the ladies of the college, staff and faculty and students. We were advised not to counsel young ladies more than two times and only with a door open or ajar. If the lady required additional counsel, we were to refer the young lady to another lady for the further counsel. To my knowledge, Jack Schaap was advising the men to follow conduct that he himself followed. Obviously, he was concerned about the reputation of the church and the college, but also of each man individually.

In the spring of 2008, my wife an I both lost our fathers in an eight-day space of time. Within a three week time period, we logged over 7,000 miles on our vehicles with funerals in South Carolina and New York. The church was very gracious to send floral arrangements to both funerals. Needless to say, the entire situation was very challenging and emotional for us and for our families.

After the ordeal, my wife and I were asked to meet with Pastor Schaap after an evening church service, and we did so. The compassion and concern shown to us by Pastor Schaap was overwhelming, especially with all the duties to which the pastor of a large church must attend. We felt very cared for and loved by Pastor Schaap who prayed with us before we left his office. Within days we received a check from Pastor Schaap for the reimbursement of some of our travel expenses. We were not expecting anything, but we certainly appreciated the thoughtfulness and sacrificial gift from Pastor Schaap.

To me and my family, the events which transpired this past summer were very out of character for the man whom we have come to know Jack Schaap to be. To admit we were shocked would be quite an understatement. We are especially sensitive to the shock the events must have been to his parents and sister, his devoted wife, his loving children, his family members, and his closest friends. Therefore, your Honor, I would ask the court to be lenient in its sentencing of Jack Schaap.

We are not aware of any prior trouble Jack Schaap has ever had with the law. He has always impressed us as a most law-abiding citizen who encouraged others to follow the laws also. In most cases, there are no legitimate excuses for breaking the law. I recall running a red light on the way to St. Anthony Hospital in Crown Point at four in the morning as I transported my wife who was greatly in labor with our first child. Certainly, the events of this summer are in no comparison to running a red light. I recall a statement I heard many years ago by a wise older person who said, "Behavior is always caused, and the causes of behavior are usually multiple." I have no idea "Why" Jack Schaap would have done what he did. Again, the actions seem so out of character for a man who has taught and lived such the opposite. I could only ask, your Honor, that the court find within its heart to be very merciful in its sentencing of Jack Schaap.

Thank you for your patient consideration of this request.

Sincerely,

Mike Fish

November 20, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

Having been an employee of Hyles-Anderson College and First Baptist Church for over 25 years, I have seen Jack Schaap under many and varied circumstances. I have personally proofread most of his books as well as worked in the Admissions Office at the college. As a faculty member of the college, I have been in numerous meetings and chapel services. As a church member, I have heard Jack Schaap use his words to encourage, inspire, and instruct multiplied thousands of people from the local community. I have observed his marriage and watched his children grow up to become outstanding citizens and exemplary role models for my own children.

When I first began working as a proofreader, I did not receive my paycheck one month because of the negligence of a fellow employee to submit my hours for payment. I received a letter of sincere apology from Jack Schaap who paid me immediately out of his own pocket when he learned that I had not been paid. To the best of my knowledge, this action is indicative of Jack Schaap's dealings with those under his leadership.

Jack Schaap has encouraged those under his leadership to be honest, hard-working, caring citizens. He has led the church members to contribute to the community in many ways, including volunteering in the Hammond school system, holding health fairs, running the Hammond City Rescue Mission and food pantry, starting a faith-based addiction program, ministering in the jails, and promoting local businesses and events on the church radio station, etc. Even the beauty of the area of Hammond, Indiana, where First Baptist Church is located was improved through the leadership of Jack Schaap. He promoted the renovation of buildings and improved lighting and landscaping.

I have a dear friend who struggled for many years with alcoholism, with little family support. She had tried several residential rehabilitation programs and other organizations like Alcoholics Anonymous with no success. When I met her, she

had a lovely two-year-old daughter and admitted to me that she was afraid that she would end up in jail after killing someone while driving drunk. It has been several years now that she has not had a drink of alcohol. She is working a job and providing for her daughter as a productive citizen. This is just one example of people whose lives have been impacted by the Reformer's Unanimous program that Jack Schaap introduced to our church. This dear lady was also strengthened each week by the preaching of Jack Schaap. The truths that he taught each of us have not changed in spite of human frailty.

The positive contributions of Jack Schaap extend beyond our local community. He has encouraged pastors around the country to make an impact on their communities as well. He has promoted the very addictions program that has helped so many in our community, encouraging other pastors to start a similar program in their churches. Because of his influence around the country, Jack Schaap was even invited to the White House with a group of other recognized religious leaders.

Jack Schaap's influence has extended to other parts of the world, including China, Thailand, Ghana, the Philippines, and India. The impact in these countries has included both humanitarian and religious efforts. The friendships established are no doubt beneficial for the relationships between America and these other countries.

Because of a lifetime of positive influence on our community and beyond, I am requesting that the court be lenient in regards to the sentencing of Jack Schaap. He has already paid a tremendous price for his unwise actions and will continue to face the consequences for the rest of his life. I believe that his expressions of remorse are sincere.

Sincerely,

Rena T. Fish

Rena T. Fish

October 10, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320

Dear Judge Lozano,

My name is Anthony Collins. I am an Administrator at Hyles-Anderson College in Crown Point. I have been at Hyles-Anderson College since July of 1999 when I came as a student. I currently oversee all public events of the college, the Music Department, and the Student Activities Department.

Allow me to say that I believe in the American Justice System. I cannot imagine the pressure you have everyday to do right and to make the right decisions for the people. I respect the decisions you have made in the Jack Schaap case. I have prayed for you regularly through this process and will continue to do so through the remainder of the case. Jack Schaap did wrong and deserves punishment. I do not believe that his actions in June 2012 are a representation of his life prior to that time. As someone who works in Hammond, you can see for yourself the positive impact his leadership has had on that city. Downtown Hammond has a very bright spot at 473 Sibley Street and truly, that is due to the leadership of Jack Schaap.

I first met Jack Schaap as a high school student in 1994. He was the main speaker at a youth conference in Pinellas Park, FL. At that meeting he challenged the teenagers to do something with their lives that would impact others and help others for eternity. It was at that meeting that I decided to make a difference.

After graduating with an undergraduate degree from another college, I enrolled at Hyles-Anderson College in 1999 in the Masters of Education program. Jack Schaap was the Vice President of the college at that time. He was a teacher of mine and a mentor that I grew to admire greatly. He taught me to love God, serve God with my life, and make a difference in the lives of others. He stressed doing things right in a first-class way. I was offered a staff position at the college in 2001.

In March 2001, Jack Schaap became my pastor. My family (wife and two children) loves and respects him. He helped us through some very difficult times in our lives and in our marriage. He provided spiritual and practical guidance that we as a young couple with children so desperately needed to have a successful marriage and to be proper parents. He was a friend when I needed a friend; a counselor when I needed a counselor; an ear when I needed someone to listen; and a voice of reason in a very confusing world.

The Administration, on which I sit at Hyles-Anderson College, made some adjustments in structure in January of 2011. It was at this time that I began working closely with Jack Schaap

on a regular basis. He was the Chancellor of the college and oversaw the daily operations. I answered directly to him from January 2011 until his departure in July 2012. It was during this period of time that I began to really get to know him better. It was during this time that I learned the most from him. I sat right next to him in all of our administrative meetings for several hours every week. I ate many meals with him. I sat on the platform at church when he preached. I traveled with him to three out of town speaking engagements. I attended many public events with him and his wife. I coordinated events and outings that he and I attended together. I can tell you that he truly loves God and loves people. He has a legitimate desire to help people and to see them reach their full potential in all areas of life.

I am a better person today because of Jack Schaap. I believe that in a very low time in his life, he made a very big mistake. That mistake does not change my level of respect for him and the enormous amount of gratitude I have towards him for his thirty-plus clean years of dedication to God's work. He has helped many more people than he has hurt and his positive influence will continue in the lives of hundreds of thousands of people all around the world who are better people because of Jack Schaap.

In closing, I would like to ask for the Court to be lenient in sentencing him. Yes, he deserves to be punished for his crime, I agree. The shame he will bear for the rest of his life is a significant punishment in and of itself; I beg you to consider that adding to that a ten year prison sentence is enough. Jack Schaap is a good man who made a bad mistake. This offense was not representative of his life and his sentence should not be either.

Thank you for your time.

Sincerely,

Anthony M. Collins

Crown Point, Indiana 46307

November 30, 2012


The Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320


Dear Judge Lozano:

     My name is David Lutz, and I am part of the faculty at Hyles-Anderson College as well as the pastoral staff of the First Baptist Church of Hammond, IN. I teach Bible and counseling courses to over 250 students here at the college, and I serve our community through spiritual counseling and biblical instruction with special emphasis given to the single adult demographic between the ages of 18 and 35.

     My relationship with Jack Schaap has spanned the last twelve years and has afforded me the privilege of interacting with him in a variety of settings and roles. He was my chancellor as I completed my undergraduate work as a student at his college for four years. As my employer, I worked for him for seven years. He was my pastor for eleven years, and he has been my friend for twelve years. I have observed Jack in closed-door counseling sessions as well as group sessions. I have observed him in private meetings and in open forums. We corresponded through letters, emails, texts, and verbal conversations too numerous to recount. My relationship with Jack Schaap has provided me with more than enough resources to discern, if not comprehend, this man's spirit and character.

     I have known Jack Schaap to be one of the most sincere, generous, compassionate, and productive individuals to have ever occupied my experience. And, in spite of his troublesome offense, I am of the same opinion still. I recall on several occasions when Jack would provide immediate assistance to those in need if it was in his power to do so. I also recall his indignation with those who refused to do the same. On one occasion one of our staff men refused to immediately assist one who came to our church food pantry for food, requesting the individual return the following day. When Jack found out about this, he scolded the man in a meeting I was a part of and insisted that we respond to our community with help that is both practical and immediate when it is in our power to do so.



I have watched Jack take money from his own pocket to help a less fortunate woman pay her Nipsco bill. I counsel monthly a handicapped young man whose father told me directly that Jack purchased a handicap-accessible van for their family when they had no transportation for their son. When my own father, who lives in Michigan, fell and severely broke his ankle, Jack sent him a $500 check and told him that he loved him.

Jack is a master at understanding when and how someone who is struggling could use that "difference-making" help. Jack's virtues always extended beyond words and are wrought with deeds. These are a few personal snapshots of literally hundreds of accounts I could relate to you regarding the sincerity, generosity, compassion, and production with which this man has impacted our community and our world. These accounts range from the single need of individuals such as I have related to enormous corporate pushes to serve the spiritual and physical needs of our community.

The Scriptures teach us that, "Great men are not always wise…" (Job 32:9a, King James Version). I do understand he has committed a crime, one for which he will pay as long as he lives regardless of his sentence. I believe that he must pay the penalty according to the law as Your Honor determines is appropriate. Therefore, I appeal to your mercy. I respectfully ask Your Honor for leniency in your sentencing. I have personally observed many occasions in which Jack gave mercy asking nothing for himself in return. For such a man, I am honored to request leniency on his behalf; and, for such a man, I would be ashamed if I did not.

Respectfully,

David M. Lutz

November 17, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Mr. Lozano,

My name is Zana Reichen.  I am a member of First Baptist Church of Hammond,
Indiana.  I am also in my 28th year as an employee of Hyles-Anderson College.
I am the secretary for Hyles-Anderson College Online Studies.

I first knew Jack Schaap as one of my college teachers when I was a college student
at Hyles-Anderson College from 1980 – 1984.  After graduating, I was asked to join
the staff at Hyles-Anderson College, thus, getting to know Jack Schaap as a fellow
employee.  As a young staff member, Jack Schaap provided friendship and helpful
counsel to me on a variety of subjects.
Jack Schaap has also helped me through advice written in his books he has authored.

Including my years as a student, I have known Jack Schaap for 32 years.

I have held the opinion of Jack Schaap's character to be one who loves people and is
very helpful towards them. I cannot think of a time when I needed to see him that he
did not stop what he was doing in order to talk with me at that very moment.  After
the passing of our former pastor in 2001, Jack Schaap was voted in as our new pastor,
and though he became much busier, he still focused on his friends, me being one of
them, taking the time to speak kind words or advice, if needed.

I am amazed at how Jack Schaap has made a difference in our community and the
world.  In our community Jack Schaap has served the public through Christian radio
where anyone who tunes in may hear gospel music, upbeat conversation, and the
good news of Jesus Christ.

His difference in the country and the world is seen via the spearheading of new
ministries such as the Reformers Unanimous program, which is a program that
provides adult men and women, from all over our nation, hope and victory over
addictions with which they may be struggling.  This program has helped reclaim men

DEFENDANT'S
EXHIBIT
31

and women to stability and victory through Jesus Christ, and after some time, they were then able to reunite with their families and lead productive lives.

Jack Schaap has orchestrated the plan for others to make a difference in our world through the concept of Team Missions. Currently there are 4-5 teams of families living in various countries of our world, serving Christ by helping others come to Christ and have better lives. This could not have happened without the dream of Jack Schaap, which, I believe was given to him by God. This illustrates to me Jack Schaap's love for Christ and his love for the world by challenging these families to share Christ with as many people as possible across the world.

I believe Jack Schaap to be a man who has provided very well for his family-materially, as well as spiritually, emotionally, mentally, and physically. His wife, Cindy Schaap, has spoken highly of him for all the years I have known her. His children, Jaclyn and Ken, are steady, faithful, dependable loving young adults who love their families and their God. In my opinion, a family such as this is produced by a man who is dedicated to loving each of them unconditionally, dreaming for them, praying for them, and encouraging them.

Looking at the big picture of Jack Schaap's life and all the thousands of people he has loved and helped, I do not believe that the man, Jack Schaap, deserves anything more the minimal sentencing from the courts, due to the recent conviction.

Would you please, please, please be lenient in your sentencing with my friend and former pastor, Jack Schaap?

Thank you for your consideration.


Sincerely,

Zana Reichen
Zana Reichen

October 15, 2012


Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN  46320


Honorable Rudy Lozano,

My name is Valerie Morales and for the past 3 years I have worked for Jack Schaap's wife, Cindy Schaap, as her personal assistant.  Prior to working for Cindy Schaap, I worked in Jack Schaap's office as one of his assistants. I am 30 years old, and I have known Jack for 25 years. I worked in a church ministry with him and his family when I was younger, attended the church where he pastored, and Jack also performed my wedding ceremony.  Jack did the baby dedication for both of my sons, and has been a dear family friend for my entire life.

I have always known Jack to be kind, compassionate, and caring. My husband and I experienced some marital hardship 6 years ago, and Jack spent countless hours counseling us, teaching us, and supporting us through a very rough time. He has been a father figure to my husband and I, and has on many occasions gone out of his way to make sure we were cared for.

The most outstanding quality I have noticed is his love for his wife. For 3 years now, I have watched him walk down to her office in the middle of the day to bring a gift, or just to hug her and be sure she was doing well.  He always made sure her car was well-maintained, that she had everything she needed for her home, and that she knew she was important. I personally witnessed his generous affection for his wife and have personally admired this for years now.  I realize that he has gone through some struggles recently, and has committed a crime. I do not fully understand why he chose to do this, but I am confident that he can be restored as an upstanding citizen and can continue to be a help to many people, as he has been to my family.

I humbly ask that the court be lenient in sentencing Jack. He apologized to my husband and I for what he did, and has been very remorseful. I ask that he be given the chance to prove himself in society once again. If you know Jack Schaap, you know you have a friend for life, and I greatly desire my children and future grandchildren to get to know the friend my husband and I so deeply love. Thank you for your consideration in this matter.

Sincerely,

Valerie L. Morales



Honorable Rudy Lozano,

My name is Dave McCroskey and I have known Jack Schaap for three years. I work for Hyles-Anderson College as an administrative assistant to Ken Schaap - Jack Schaap's son. To say that Jack Schaap is a "wonderful" man would be like saying that the Grand Canyon is an "interesting" sight. While both statements may be true, each adjective miserably fails to capture the true greatness of the noun which it describes. Jack Schaap was my pastor, boss, mentor, and hero. There is arguably no other individual that has had more of a positive, life-changing impact upon my life than Jack Schaap. I have a successful career, wonderful marriage, and joyful life today due in large part to the advice, wisdom, and kindness of Jack Schaap.

When I was eighteen years old, I authored a book about overcoming adversity and trials in a person's life. I was a "nobody", however, and stood no chance of ever having the book published. To make a long story short, Jack Schaap offered to write the foreword to the book and allowed for the project to be produced through his publishing company. Jack Schaap believed in me and launched my career as an author and preacher. Without the influence and investment of Jack Schaap, I sincerely doubt that I would now be in a position in my life that allows me to minister to and serve those around me.

In the summer of 2011, my girlfriend (who would become my wife a year later) was diagnosed with stage four lung cancer. At 21 years old, I was ill-prepared to emotionally handle learning that the love of my life was terminally sick. I met with Jack Schaap as my pastor and found wonderful comfort, tremendous expertise, and unbelievable generosity. My girlfriend had moved home to Albuquerque, New Mexico, in order to be treated for her cancer. Mr. Schaap offered to pay for me to fly back and forth to New Mexico every two weeks so that I could see my girlfriend on a regular basis during her chemotherapy. I was and still am humbled by his care, concern, and generosity towards me.

The above are merely two examples of the kindness that Jack Schaap showed to me on a personal level. There are literally hundreds and assuredly thousands of individuals that would have similar stories to mine.

Yes, Jack Schaap committed a crime. He has confessed and admitted to such. The estimation of a man's life, however, should never be measured by one grave error. If each man's life was solely judged on his worst moment, I fear that all men would be doomed and embarrassed. I would urge and plead with you to be as lenient in your sentencing as the law will allow. Jack Schaap has been a philanthropist to thousands and has done more good already in his life than he could arguably ever do wrong.

I am a better person because of Jack Schaap. The world is a better place because of Jack Schaap.

Thank you for your time and consideration.

Dave McCroskey



November 28, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Lozano,

I am 71 years old and a member and deacon at First Baptist Church. I have known Jack Schaap since his wedding date many years ago. I voted along with other deacons to unanimously dismiss him from the employ of our church. This was a right decision and I would do it again without reservation. We did it immediately upon learning of his transgression with a minor and reported it to authorities.

His behavior, however, in this matter is totally out of character for him and left me dumbfounded. He is the last person I ever would have thought would do such evil. The man I know is honest, extremely hard working, and passionate about helping others.

He resigned all his positions in the ministries of First Baptist Church, which was the honorable thing to do. It spared the congregation from having to formally expel him, which is a requirement of our church constitution. This spared our people from having to publicly discuss his transgression in detail.

When hurricane Katrina hit, he raised funds and sent men and a truck of supplies to help the victims. When the floods came in Thailand, he raised tens of thousands of dollars to help those victims. When the Calumet River flooded locally here a few years back, he arranged for many men to help sand bag the river bank.

In addition to helping with these natural disasters, he counseled hundreds if not thousands of couples and saved countless marriages and saved their children from a broken home. Society recognizes that two parent homes have the best outcomes for children; he always strove to achieve this. His personal failure in this matter with the minor girl is opposite of what he taught and believed in his heart.



He counseled me with excellent advice for which I am grateful.

My heart of sympathy goes to the young girl he abused. Church should be the safest place for children and we accept nothing less. I grieve for her.

First let me say I believe he needs some jail time to reflect and repent of his sinful deed. I am, however, asking that you be lenient in his sentence for the following reasons:

He has already paid a very great penalty in loss of employment and loss of esteem among his peers. He trained his entire life to teach, preach, and lead a ministry of Jesus Christ. He can never again have such employment. No church or school will ever hire a convicted sex offender. He was on his way to making church history in world evangelism exceeding anything done since the Apostle Paul in the first century. Satan totally dis-railed him thru this tragedy of human failure. He went from a highly respected internationally known pastor to a nothing. He had it all and lost it all and cannot ever get it back.

Societies need for justice for the offended minor needs to be balanced with the cost of incarceration and the incremental value to society of extended jail time. Murderers have received sentences far less than ten years, but his crime does not rise to the level of murder. He is not a threat to society and not likely to be a repeat offender. I would argue that society does not get any benefit from a lengthy incarceration and therefore the sentence should be appropriately lenient.

I will pray for you, your honor, as you make this difficult decision.

Sincerely,

Robert Weer

Robert Weer

Valparaiso, IN 46385

John Nocito

Schererville, IN 46375

Honorable Rudy Lozano
U.S. District Court
5400 Federal Plaza
Hammond, IN 46320

My name is John Nocito. I am a self-employed painting contractor, living in Schererville, Indiana. I've known Jack Schaap for nearly 30 years, primarily through church association. I've always known him to be an extremely hardworking individual. His sermon messages were always unique and revealed his extensive knowledge of the Scriptures which came through his many times of reading the Bible through and spending hours of preparation time. His days started early, up at 5:00 am for Bible reading and prayer and ended late into the night. Sundays were very busy days, preaching once in the morning and again at night, with time in between to counsel members.

Jack Schaap is certainly a generous man. As a deacon I am responsible to count the offerings once a month. On several occasions I've opened his tithe envelop and can say that it was probably 4 or 5 times more than the average member's amount. ($165.00) I also recall a time when he asked me to submit a bid to paint the outside of his house. I stopped to look at his but never actually turned in the bid. I was surprised to receive a check from him for my time spent, especially when I advertise free estimates.

DEFENDANT'S EXHIBIT 35

No one has ever done that in over 20 years of business except Jack Schaap

Jack Schaap is a thoughtful, compassionate person. When my father passed away some years ago, he called me on my cell phone to offer condolences. I know he didn't have my number so he had to do the extra leg work to find it. Another example I can cite is when our church observes the Lord's Supper The deacons stand in a line to be served by the Pastor. On several occasions when he got to me he would ask how my youngest daughter was doing and that he was praying for her. She has not been well for a number of years.

Our oldest daughter is one of his daughter's best friends and has spent many hours in their home where she was always treated with great respect and dignity. Both of the Schaap children are delightful, cheerful, witty, intelligent, hard-working people like their parents.

Dr. Jack Schaap was a tireless servant for the Lord Jesus Christ in his attempt to carry the Gospel to the world. In his 11 years as Pastor he established a radio ministry in the Chicago-land area in addition to over 10 satellite churches. He began 5 permanent foreign mission teams on 3 continents. He also began an addiction recovery program locally that is highly successful.

One of his favorite sayings was "God's business is the greatest business in all the world." He truly believed it and lived it.

I certainly do not condone or excuse his behavior in any way. I grieve for him and his family and for all those involved. He was quoted as saying "I deserve to go to hell." In his letter of resignation to the church he offered extreme remorse and sorrow over his actions. I would therefore ask the court to be lenient on his behalf. "A broken and contrite heart the Lord will not despise." Psalm 51:17

Respectfully,

John Nocito