Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

The purpose of this letter is to request leniency for Jack Schaap in his upcoming sentencing in January. Because of his excellent character and history of greatly benefitting the lives of his family, friends, church, and community, I ask that the court abide by the original intent of the plea bargain.

I first came in contact with Jack when I was a teenager at a youth conference in Hammond. His influence was important in my choice of profession and in the college that I attended. He modeled the philosophy that a well-lived life was a life lived to improve the world around you.

As a young college student, I was inspired by his teaching, and I saw the way he challenged all of us to excellence. When I became a teacher myself, his son was in my sixth grade class, and I observed a model home in action.

In 2001 Jack became my employer and pastor. He constantly sought ways to serve and enrich my work and my family. Rarely did he boss us around as employees, but rather led us through his own example and influence.

As a pastor, he helped my wife and me through a most difficult time when she was ill for several years. He gave us money and advice and made numerous phone calls seeking information and helping us research her illness. He put us in touch with the best in the medical profession, as well as others who had experienced the troubles we were having.

Besides my personal experience, I have been able to witness an amazing body of work accomplished under Jack's leadership. Our ministry has built schools in several foreign countries; established a community outreach program in Hammond which includes help for the homeless, addicted, and unwed mothers; and enacted a comprehensive reading program and a music training program that have and will continue to improve the lives of many school children.



I understand the nature of the crime and the punishment involved but, because of years of close contact and observation, I do not believe that this crime characterizes Jack Schaap. For this reason, I once again urge the court to provide leniency and consider strongly the excellent track record and incredibly powerful, positive mark Jack has made on many lives around the world.

Sincerely,

Chip Dowdey          11/24/2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320


Dear Sir,

My name is Dianne Dowdey.  I have been a member of the First Baptist
Church of Hammond for 36 years.  I am employed at Hammond Baptist
Schools which is a ministry of First Baptist Church.

I have known Bro. Schaap since being in his Sunday School class in
1988-89.  I knew of him distantly before that, and his name and
reputation were always synonymous with excellence.

After being in his Sunday School class, I was in his classes at Hyles-
Anderson College.  He was an excellent teacher both in Sunday School
and in college.  He was well-prepared with interesting, meaningful
material.

As a young married lady, I had many years of illness.  Bro. Schaap was
our new pastor, and he was incredibly busy working day and night on
his new church responsibilities.  He made time to meet with my husband
and me, and he directed us in how to get help for my health.  No one
had answers for me in the medical world.  It was very discouraging, but
Bro. Schaap never stopped offering hope and help.  During this time, I
stayed home most days.  I missed most church services.  Bro. Schaap
would counsel us any time we requested it, but the thing that helped so
much was getting recordings of his sermons.  I would listen to them
everyday.  He taught about spending time with God and walking with
Him.  Since no one else had answers, Bro. Schaap helped me realize God
was the only hope I had.  I started to see some improvements as I
applied truths he taught.  The sermons would address negative thinking
like worry and fear.  They helped me see how destructive these thoughts
are.  He taught me how to live more successfully.  He and his wife also
helped me to learn about supplements that really made a difference in



my health.  With a combination of truths taught, practical advice given and his belief in me, I regained my health.

As I began to get much stronger, I wanted to volunteer my time somewhere in the First Baptist Church ministries.  My husband set up an appointment for us with Bro. Schaap.  During that appointment, Bro. Schaap concluded that I could really help our struggling students if I started a reading center at Hammond Baptist Schools.  He still believed in me in spite of my years of struggle, and he worked with me to ensure the success of the reading center.  This has turned out to be an extremely rewarding job, because I get to help very bright kids learn to read, when in many cases they had given up hope of ever being able to read.  We have now been open for 2 years and are helping about 60 children and adults.  This is all because of Bro. Schaap's vision and passion to help people who are at a disadvantage and very misunderstood by most people.  Bro. Schaap's vision was to, "Capture the heart and educate the mind".

Bro. and Mrs. Schaap's marriage has been the model that I've sought to copy.  They have loved one another and worked to learn how to meet each other's needs.  I admire them greatly.

Bro. Schaap's influence and teaching produce strong marriages, happy homes, healthy living, closeness to God, and good relationships in all walks of life.  He always stressed taking things to the next level, and taught us how to keep growing and learning.

I understand the nature of the crime, yet, I request the Court to be lenient in sentencing Jack Schaap due to the impeccable character he has demonstrated through many decades.

Thank you for your consideration,
Dianne Dowdey

*Dianne Dowdey*
*November 13, 2012*

Mr. and Mrs. Paul Burke

Crown Point, IN   46307

October 31, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN   46320

Dear Mr. Lozano:

My wife and I have been members of First Baptist Church of Hammond for 28 years—17 years under the leadership of Dr. Jack Hyles and 11 years under Dr. Jack Schaap.  I have been a deacon in the church for over 25 years.  My wife, Barbara, was Dr. Schaap's secretary at Hyles-Anderson College for 10 years and his typist at First Baptist Church for 9 years.

In all the years we have known Bro. Schaap, we have found him to be an honest man who loves his family, his ministry, and his God.  During the years my wife worked for him at the college, neither of us saw or experienced any inappropriate behavior by Bro. Schaap.  My wife found him to be a kind, generous boss who was never inappropriate towards her or any of the students he counseled at the college.  He was a dedicated administrator at the college and served the college well.  He lived his Christianity.

When Bro. Schaap became our pastor at the passing of Dr. Hyles, we were both thrilled.  We knew he would give the same love and dedication to this ministry as he gave to Hyles-Anderson College.  We were proud to call him our pastor.  It was obvious he spent hours studying for his sermons and Bible studies and spent hours in prayer.  He and Mrs. Schaap also spent much time counseling and advising church members and helping to save many marriages.  God used him in a great way in our church and in the ministry of Christ around the world.  Many people around the globe have heard the message of the Gospel of Christ because of the vision of Bro. Schaap.

Throughout the years we have known Bro. and Mrs. Schaap, we have always seen them display a sincere love for each other, for their children, and for their grandchildren.  He was proud of his family and told everyone so.  He was proud of his daughter and son-in-law (who are members of our church) and of his son and daughter-in-law (also members of our church) and their service for Christ.  Often, we have heard him talk about time spent with his grandchildren and how much he loved being a grandfather.

We were totally shocked by Bro. Schaap's sin and could only conclude that Bro. Schaap had had some type of mental and emotional breakdown.  The Jack Schaap we had known for almost 28 years would never have committed such a wrongdoing and deliberately hurt his wife, children, and grandchildren and the great ministry he had built.  Satan is very strong, and even the strongest Christian can fall.

Mr. Lozano, we are asking that the Court be lenient it its sentencing of Jack Schaap.  Thank you for your time and consideration of the matter.

Sincerely,

Paul D. Burke                    Barbara E. Burke

Paul and Barbara Burke



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Honorable Rudy Lorenzo,                                                                    11/27/12

My name is Robert Osgood. I am a Resident Hall Director and Administrative Assistant at Hyles-Anderson College. I have worked there for over 3 years. I came to Hyles-Anderson College as a student in 2006 and had the privilege of being hired by Jack Schaap in 2009.

Even though I had heard many of Jack Schaap's sermons and read many of his books, I had not personally met him until I came to college. My first interaction with him was on Opening Day. He addressed the student body and then went around shaking all of our hands and welcoming us to the campus. I was able to sit behind him and his wife, Cindy, at the rodeo that night. I was amazed at how little of the rodeo he was able to watch as person after person came up to him wanting their picture taken with them or asking him to help them with a problem in their life. He did not turn anyone away and gave everyone the time they requested of him. I loved watching him and his wife and enjoyed seeing how friendly, courteous, and loving they were to all the people that they talked to.

I had the privilege of meeting with Jack one on one on many occasions. My first meeting with him was during my junior year of college. He met with me and helped me decide the best direction for my life. I was amazed at his wisdom and am so happy I followed what he said. He helped me with my dating and also my life's calling. He did not ask anything for himself and told me what was best for me. My wife and I also met with him when we started dating and also before our wedding to talk about marriage preparation. He met with us for two hours and gave us wedding day advice as well as things to help us in our marriage. That meeting has helped my wife and I out immensely. We have been married now for almost two years and have enjoyed the blessings of what he taught us.

I have told my wife on many occasions that Jack Schaap was the greatest Christian I knew. His teaching me only backed up what I had known about him from his books and his reputation. His book, How to Resist Temptation,  helped me going through college and I have even taught a few lessons to others from it myself because it was such a help to me. After I heard about what happened, I was sorry to lose such a good boss, pastor, and friend. I told my wife after we heard about it, that Jack Schaap did more for God in the time I knew him than any man I know. I knew he would come out on top and save his marriage like he did. In all of my dealings with him, he was always appropriate. When my wife and I met with him, I never felt like he was inappropriate at any time during the meeting.

I am requesting that the court be lenient in its sentencing of Jack. I do not believe Jack to be a horrible man, but rather a good man that had a weak moment.

Sincerely,

*Robert Osgood*
Robert Osgood

DEFENDANT'S
EXHIBIT
39



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320


Honorable Rudy Lozano,                                                                                    11/27/12

My name is Esther Osgood. I work at Hyles-Anderson College, as a secretary, and have been employed there for 4½
years. I have known Jack Schaap for at least 15 years. I have had the opportunity to get to know Jack Schaap in several
different roles of life.

I know Jack Schaap as one of my friend's parents. I attended school with their son, and had the opportunity to watch the
Schaap's interact with the other families at the school. I was a cheerleader and I saw him at many of their son's
basketball games. Jack Schaap has been an ideal parent. Not only was he very involved with his own children's lives, but
he took interest in his children's friends' lives, as well. He always wanted to help others succeed and tried to find ways to
encourage and guide them.

I know Jack Schaap as a boss. I have been employed by Hyles-Anderson college, a ministry of First Baptist Church, for 4 ½
years. Although I did not work directly for him, he made a point to come out to the college for one day a week and be
available for the staff and the students. He often tried to find ways to make the school better and to make the college
experience more enjoyable for the students. On several occasions, before a holiday break, he'd give everyone a small
gift card or a roll on quarters for snacks on the way home. He was very well liked and admired by the young people and
the employees, as well. He was a great man to work for.

I know Jack Schaap as a pastor. He became my pastor while I was a freshman in high school. He had an important role as
a leader for me through a lot of transitions in my life. I watched him put in very long hours, especially during the first
couple years of pastoring. He is a very kind and generous man. His teaching and preaching were filled with wisdom and
practical advice for good financial choices, decision making, relationships, leadership skills and general successful living.
He spent a lot of time trying to figure out ways to make Hammond a better city and encouraged his church members to
participate in as many ways as possible. (He had our church start a Health Fair for the community, an addiction reform
program, a tutoring program in the Hammond schools, a city mission, and a food pantry, among other projects.) I was
able to personally meet with him on several occasions for counseling on college and career choices, dating, and job
opportunities. I never felt uncomfortable being around him, at all. He spent two hours with my husband and me, for a
pre-marital counseling session the week of our wedding. He gave us excellent advice and took the time to explain what
to expect and to answer any questions or concerns we had. His teaching through the years has helped to make me who I
am and has shaped the principles that I live by today.

I think that Jack Schaap and his wife are tremendous Christians, and ideal citizens. I believe Jack to be a very
hardworking, generous and honest man. Even after recent events, my opinion of him has not changed. I realize that Jack
has made a tragic mistake, but I believe this was very uncharacteristic of him. I think this was a horrible mistake that he
made in a weak moment. I understand that there are repercussions for his decisions, but I'd ask the Court to be lenient
in its sentencing.

Thank you for your consideration in this manner and for your service to our community.

Sincerely,


Esther Osgood

Esther Osgood  11/27/12





November 26, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

To Honorable Lozano,

Our names are Mr. Joseph  and Mrs. Jeanne Hackett.  We moved our family to Northwest Indiana from New Jersey in December of 1975 in order to become members of the First Baptist Church of Hammond, to attend Hyles-Anderson College, and to raise our five children here.  Jeanne has had the privilege of being the music teacher at Hammond Baptist Grade School since January of 1976.   Joe began teaching at Hammond Baptist Junior High in January of 1978.  He taught there for 24 ½ years and is now the Visual Arts Specialist and a teacher at Hyles-Anderson College.

Joe has worked directly with both Pastor Jack Hyles and Pastor Jack Schaap on the decorations for over forty National Conventions held at First Baptist Church and Hyles-Anderson College.  In the past eleven years, Joe has worked with Jack Schaap in an effort to adequately implement the theme for each conference in the decor.  Jack Schaap was consistent in striving for excellence in every regard.

We have known Jack Schaap since he came to Hyles-Anderson College as a student in 1977.  We observed him as a bright, hard-working, honest, young man.  Then,  we watched him as he graduated, married our Preacher's daughter, and had two well-behaved precious children.  Excellent was their family.  Then, Jack Schaap's responsibilities increased as he served our ministry working at Hyles-Anderson College influencing, teaching, and motivating our college students.  In 2001, we were thrilled that he became our Pastor, our employer, our mentor, encourager, and friend.

We have listened to his wisdom as he brought us closer to the Lord sermon after sermon because of his own walk with the Lord.  As teachers, he taught us how to be better teachers in many teachers' meetings.  He led us in building a beautiful new church building.  He started our church orchestra and started our school orchestra in all grade levels fourth grade and above.  He began the Hammond Initiative Program to reach the residents of Hammond.  He encouraged reaching out to as many people as possible in Lake County and the Chicago land area.  He led us in starting a Reformers Unanimous Organization to change the lives of those enslaved to addictions.  His concern to reach others for the Lord became a global vision to reach the world for Christ.  This became his heart throb.  His organizational abilities led us to send mission teams from our church to China, the Philippines, Ghana West Africa, Thailand, and South America where they still serve today.  These works have been astounding in their accomplishments.   He was a steady solid Pastor and our church grew and flourished under his leadership.



In all the years working in this ministry with Jack Schaap, we personally have never seen him act inappropriately with any of our church members or co-workers. We are grieved that he has forfeited his right to be our Pastor because of his recent transgression. Through letter, he has expressed his remorse to our congregation.

Because of his years of leading and encouraging us in the doing of right, for the sake of his precious wife, his children, and his dear grandchildren, we would ask the Court to be merciful and lenient in its sentence. We believe his character level will rebound his life to useful service for others once again.

Sincerely, we thank you for your consideration.

Joseph L. Hackett      and      Jeanne L. Hackett

Schererville, IN 46375



# First Baptist Church of Hammond

## In Indiana

Five Twenty-Three Sibley Street

P.O. Box 6448

April 4, 2002

Joe Hackett

Schererville, Indiana 46375

Dear Brother Joe:

You absolutely, flat out, outdid yourself this year at Pastors' School. I know your health is not 100%; in fact, it's a long way from that, and yet you tirelessly labored to make the platform of our church for Pastors' School an absolute show piece. I could not have dreamed that it would turn out as well as it did, and I want to thank you from the bottom of my heart for taking my idea and turning it into a reality. I'm an idea factory, but the people who make those ideas become reality are the real troopers and servants in this ministry. I'm so very proud of you and proud to work alongside you in the ministry here at First Baptist Church. Thank you, thank you, thank you!

Your grateful Pastor,

Jack Schaap

JS:mb



Jack Schaap, Pastor                    Zip Code 46325                    219-932-0711

Dear Honorable Rudy Lozano,

I am Joe Wittig and I own a business that buys houses and fixes them up to sell or rent. I used to run quite a bit of the business end of Hyles-Anderson College and I was the Stewardship Director for First Baptist Church of Hammond, Indiana.

I have known Jack Schaap for over twenty four years. For ten years Jack Schaap and I were co-workers at Hyles-Anderson College, and for over eleven years Jack Schaap was my pastor.

I got to know Jack Schaap personally when from 1989 to 2001 he and I worked on a bus route ministry together. We would visit people on Saturday and invite them to church, then we would bring whoever wanted to come to church the following day on the bus to church. Jack Schaap was very friendly and kind to the people he visited on his bus route. He was well-loved by the people who rode his bus. He had tremendous compassion for them and he helped them whenever he could. Quite often he would help pay for a bus rider's school bill, or pay for food, or clothes to help them in their time of need. As I worked beside Jack Schaap on his bus route, I admired him greatly. He was a tremendous leader, he was a hard worker, he had a heart full of compassion, and he saw great potential in everyone.



In 2001 Jack Schaap not only became my preacher but he also became my boss. He was a great man to work for and to have as a preacher.

His compassion for people over flowed in this area of his life as well. Every now and then Jack Schaap would send people to me to see if I could help them find a job and/or a place to live. Jack Schaap would never judge people; he just wanted to help them.

Jack Schaap was a very talented man. Everything he did was well done. He was a great leader. He was a man of vision. He was admired and loved by many people, not only in the Hammond area but all across the United States and even in other nations.

I am so honored to have had Jack Schaap as my bus route co-worker, as my co-worker at Hyles-Anderson College, as my boss, as my preacher, and as my friend.

He is an honest man, a good man, a kind man, a generous man, a compassionate man, a godly man, and a family man. His actions of recent were totally against his character. Please take this into consideration when you sentence Jack Schaap and please be lenient in his sentencing.

Thank you for your consideration in this matter.

Joe Wittig

Nov. 29th, 2012
date

United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Honorable Rudy Lozano,

My name is Linda Wittig and I am a college teacher at Hyles-Anderson
College. I have known Jack Schaap for over twenty-four years. He was my
immediate boss for ten of those years and my pastor for almost twelve
years.

When I first met Jack Schaap he and my husband ran a church bus route
together. They would go visiting people in East Chicago much of the day
on Saturday, then on Sunday morning they would pick many of the people
up on a bus and bring them to church. Jack Schaap was well-loved by most
everyone who rode his bus. He was kind and thoughtful to all the people,
and I noticed that he was not judgmental. He was also very generous
whenever his bus route people had a need. I specifically remember how he
personally paid for many of the bus riders' school bills and made their
dreams of attending a private school come true. He also paid for and saw
to it that these kids had the proper clothes to wear to school. Watching Jack
Schaap work on the bus route, I could see that he was a very hard worker
and that he showed a deep concern for everyone he met. Jack Schaap made
a lasting imprint in East Chicago. Many lives were touched and changed
for the better because of Jack Schaap, a man who gave his heart to the
families and children of East Chicago.

When Jack Schaap became pastor of First Baptist Church of Hammond,
Indiana, his outreach grew from East Chicago to around the world. He had
a dream of reaching people in other countries, and under his leadership
ministries in China, Africa, India, Peru, and Thailand were developed.

Several years ago when my mother passed away, Jack Schaap personally
called me to share in my sorrow. His words brought great comfort and
encouragement to me during a very difficult time in my life. It meant a lot



to me that even with all his responsibilities, he cared enough and took the time to call me several times while I was in Texas for my mother's funeral.

Shortly after I met Jack Schaap, I was diagnosed with Parkinson's disease. As my Parkinson's has progressed through the years, Jack Schaap has continually been a great support to me. He has believed in me and encouraged me. He has never failed to let me know how proud he is of me and is constantly reminding me what a blessing I am to others.

I wrote a book called <u>Smile Through the Trial</u>. I was very honored to have Jack Schaap write two paragraphs about me in my book. The paragraphs are as follows:

"Suffering persons can present an awkward atmosphere for those of us who are not afflicted in like manner. We simply don't know the appropriate response to make when they cross our paths. It is much easier to quickly pass by and not respond.

Linda Wittig makes it easy for those of us in such a case. Just cross the path of Linda as she shuffles in her afflicted steps, and you will be welcomed with a smile as broad as life itself. Her warmth of countenance and positive greeting make it easy to respond and to feel comfortable in her presence. Linda's suffering body has apparently not told her spirit that life is not fair. And for those of us who cross her path, we are the more uplifted and encouraged for doing so."

These words that he wrote in my book have been a blessing and encouragement to me each time I read them.

As my boss for ten years and my pastor for almost twelve years I noticed that Jack Schaap is a first-class man. Everything he does is done well and has a special stamp of perfection. His family is also first-class. Jack Schaap and his wife, Cindy, are two of the most wonderful people I have ever met. They raised two outstanding children who married two outstanding people.

Jack Schaap is an honest, good, kind, hard-working, generous, godly man with integrity. Throughout all the years that I have known him he has had a good reputation. In the past I had never known him to do anything that was inappropriate. What Jack Schaap did with that girl recently was totally out of character for him. Please take this into consideration and be lenient in his sentence.

Sincerely,

*Linda Wittig*

Linda Wittig

_November 15, 2012_
_____
date



Jack Schaap with my children, Tracy, Mike, and Sherry, and a good friend, Truitt.



Jack Schaap and my son, Mike, on Cowboy Day for their bus route



**Jack Schaap with my daughter, Sherry, at her college graduation**



**Jack and Cindy Schaap with my daughter,
Tracy, at her high school graduation**



**Jack and Cindy Schaap with me and my children, Tracy and Mike, at a party**



**Jack and Cindy Schaap with me and my children, Tracy and Mike**



Jack and Cindy Schaap with
my daughter, Tracy

Jack and Cindy Schaap with
my son, Mike







Jack and Cindy Schaap,
laughing at a joke that my
son told them at a party

From: Luke Lukenoff                                     December 2, 2012

  Deacon, First Baptist Church of Hammond


  Merrillville, In 46410


To:   Honorable Rudy Lozano

   United States District Court

   5400 Federal Plaza

   Hammond, IN 46320




To the Honorable Rudy Lozano,

I first heard Jack Schaap preach in 1985. No small part of my decision to move from California to Indiana was the influence of that message.

When Brother Schaap became my Pastor in 2001 I had already been a Deacon and Sunday School teacher for many years. I also served as part of Brother Schaap's security detail at this time.
In all the years I have observed Bro Schaap in a variety of settings he has always been an exemplar of integrity and propriety.

One of Brother Schaap's first actions upon becoming Pastor was to institute background checks for all Sunday School teachers and others working with children. He also installed windows in all classrooms to increase security for children. Protecting the innocent has been the character of Brother Schaap's ministry.

When I discovered my son's girlfriend was pregnant Brother Schaap was an invaluable counselor. He helped all our families, and our children through a difficult time. My grandson is now a happy toddler in a loving two parent home

I do not defend Brother Schaap's actions. They go against everything he taught and the example he has lived before my eyes. He has left our church dangerously exposed and in debt. He has brought reproach and shame to the gospel we were united together to promote.



However, I would plead for leniency for my dear former Pastor. An investigation by Attorney David Gibbs conducted for our church has revealed no other inappropriate contact with a minor. When the investigation began it was my fear other victims would come forward. So far this appears to be the only incident of inappropriate contact with a minor in Brother Schaap's past. While our investigation is on going and will remain active for years, at this time this appears to be an isolated incident and not a pattern of abuse.

I have also been informed that the statue to which Brother Schaap has plead guilty is an anti-prostitution law meant to punish the crime of transporting minors across state lines for the purpose of prostitution. Obviously this was not Brother Schaap's intent. Had Brother Schaap not crossed state lines he would not be in jail today and may not have to face any charges at all.

He deserves to be punished and he is being punished. He has given all that he has for a few minutes of indulgence. He has ended his career as Pastor, counselor, conference speaker, teacher, college chancellor. His reputation is in shambles, he has been publicly exposed and humiliated.

As one of the Brother Schaap's deacons for over 10 years, as a member of First Baptist Church for over 25 years I request leniency. I believe Jack Schaap, has shown true remorse for his actions and is suffering real loss professionally, financially, socially, and emotionally. I hope that in the years to come he can be restored to fellowship with his church, with his God, with his family, and with society at large. A lengthy prison term would not serve our society or fit the crime that was actually committed.

Sincerely,

Luke Lukenoff
Deacon
First Baptist Church of Hammond Indiana

December 2, 2012

Cherlyn Lukenoff

Merrillville, IN   46410

December 2, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN   46320

Dear sir,

I am a member of First Baptist Church, Hammond, Indiana, and I would like to petition you on behalf
of our former Pastor Jack Schaap. He has done something that is not only a criminal offense but also a
moral one. It demands an answer and a punishment. But all the good that he has done in the twelve
years as our Pastor should not be completely negated by one act. I ask that you would consider
leniency in his sentencing.

I first came under Jack Schaap's influence in 1982 when I enrolled in Hyles-Anderson College as a
student. He was a teacher there. His classes were life-changing for me. I know this is true for others
who were his students.

His achievements as our Pastor were numerous. He has always had a heart for people. He has been the
driver in starting several ministries including the homeless ministry and the Reformers Unanimous
addictions program.

In 2008, I was hired by Dr. Schaap to work in the church finance office. Dr. Schaap was a wonderful
boss. The staff was large, but we knew that he was available to each of us if we needed it. One of the
ways he did this was to have luncheons in his office with each department. He did this on a rotating
basis. We had lunch with him about every two or three months. These were not business meetings.
These were like home gatherings.

Dr. Schaap remembered the Birthdays of each of his staff with a card and a gift. Not only that, but each
one of my family members got a Birthday remembrance room him also. He was a thoughtful and
generous boss.

In December, 2010, we found out my son and his girlfriend were expecting a baby. There were so
many emotions among us and decisions to be made. It was a confusing time for my son, his girlfriend,
and our families. We needed someone to guide us. Immediately we knew we had to see Dr. Schaap.
He took us in immediately. Without any judgment, he assured us we were all going to be OK, and so
was the baby. Through every step of the process, he was our calming force. He never put any pressure
on our kids to force them do anything. He simply provided them with strength, encouragement, and
options. He was the only person, when most of the world only saw my son's mistakes, who told us that
he was proud of my son. In the end, my son and his girlfriend decided to put their son up for adoption.
Dr. Schaap helped them interview and choose a family. They decided as a group to make it an open
adoption so that my son and his girlfriend could watch their son grow up. Because of Dr. Schaap, we
have the security that our grandson is a happy child, and we have gotten to watch and be part of the
making of a beautiful new family.

DEFENDANT'S
EXHIBIT
45

I believe that Dr. Schaap would be the first one to tell you that this crime should not go unpunished. The evidence shows that this was probably an isolated incident. It has cost him his Pastorate which was very dear to him as well as his reputation. Dr. Schaap has shown remorse, and he has willing surrendered himself to his time in jail. We would ask that those things would be considered and that they would be accounted to him as time served. The public good would not be best served by keeping this man in jail for an inappropriate length of time.

He has been a friend to his friends, and what I am doing is returning some of the friendship he has shown me and my family. Thank you for your public service. I know you will do what is just and right.

Sincerely,

*Cherlyn Lukenoff*

Cherlyn Lukenoff
Member of First Baptist Church and friend to Jack Schaap

*Mr. & Mrs. Timothy Sullivan*

*Hammond, IN 46325*

*Honorable Rudy Lozano*
*United States District Court*
*5400 Federal Plaza*
*Hammond, IN 46320*

*November 30, 2012*

*Honorable Rudy Lozano,*

*Thank you for your time and consideration given to our letter. We are members of First Baptist Church of Hammond where Jack Schaap was our pastor. I am currently a bus driver for the bus ministry and an adult Sunday school teacher. I have known Jack Schaap since I came to Indiana to attend Hyles- Anderson College sixteen years ago.*

*My wife and I have counted it a great honor to have Jack Schaap pastor us and for the opportunity to serve with him. Jack Schaap is an exceptional friend, leader, teacher, and motivator in helping people reach their full potential.*

*When Jack Schaap was head of the Discipline Committee at Hyles-Anderson College he always gave everyone he dealt with tremendous dignity, mercy, and help to go on from there. He did this personally for me it changed my life for the better and gave me hope for my future. He was there to congratulate me upon my graduation.*

*Jack Schaap has encouraged us, by his example, to be better people, to be aware of the needs of others and to help meet the needs of those in our community whether they attend First Baptist Church or not. It was an idea of his that our church remain in the Hammond area and invest in the community, encouraging businesses to return and to beautify the downtown area.*

*Jack Schaap has made us all more aware that there are many hurting people in our community. He has encouraged us to share the comforting we have received through our heartaches with others who are hurting. Some of these people may never attend our church, he has shown us we have a responsibility to help them all the same as we are able to.*

*Jack Schaap has been there personally for us in the joy of our marriage, providing premarital counseling and by performing our ceremony. He has also been there for us during great tragedy, comforting and providing graciously financial help to get to the funeral of our daughter, son-in-law and unborn grandchild following a tragic car accident Christmas 2008. He also provided some financial help to our son-in-law's parents as well, even though they were not members of First Baptist Church. He has shown this same kind of consideration for many others who have been hurting and in need of help.*



*Page 2*

Jack Schaap has a burden for reaching the world, to help those who are less fortunate than we Americans are.  He has taken many trips to other countries to be a blessing and a help to the people personally, as well as to put together teams of families to go as missionaries to help them have a better quality of life. His love for others is very evident.

Jack Schaap's love for us and others is very personal. Many times he has greeted us in passing, asking us how we are doing. He has written us several letters of encouragement and we have felt much loved by him.

Jack Schaap is a very diligent and hard worker at getting things done, as is evidenced by our new auditorium and the many added ministries of outreach to our community. In past, he has always been a man of the utmost integrity with a very passionate desire to help people.

We are praying for you to have wisdom concerning his sentencing and would like to ask you to please take into consideration his many years of service to others, his lovely family who has shown their love for others in the same way as he has. We ask for a measure of mercy in his sentencing as we would desire the same if we were in his place. We continue to pray for the healing of the young lady and her family as well.

We pray for you and your family, may God bless you all.

Sincerely,

Tim and Tory Sullivan







Dear Honorable Rudy Lozano,
United States District Court
5400 Federal Plaza
Hammond, IN 46320,

My name is William Jastreboski, I am married with a child, and a member of First Baptist church for 20 years and an employee of Ford Motor co. for 20 years. Jack and I have spent 10 years on a bus route in East Chicago IN. picking up families for Sunday School and church. I have seen Jack spend multiple hours helping families in need personally paying their Nipsco bills, rents, buying groceries, and helping the families of East Chicago in any way he could. Jack has literally changed the lives of multiple individuals for the better in East Chicago. I still volunteer on the same bus route and people in the neighborhood to this day ask me how Bro. Jack is doing.

Jack has always shone himself to be a man of character, hard work, and an excellent example to his children, bringing them along on the bus route showing them how to help the less fortunate,

DEFENDANT'S EXHIBIT 47

12/2/12

I, William Jastreboski, think so highly of Jack Schaap that I asked him to be the Best Man at my wedding and he accepted.

Your Honor, please-please, consider in the making of your decision, the many years that I personally seen Bro. Jack Schaap help hundreds of people in East Chicago thru their adversities and heart aches.

Thank You,
William Jastreboski

Crown PT. IN. 46307

Johnny D. Colsten

Munster, IN 46321

November 21, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

I am Johnny Colsten, retired Associate Pastor of the First Baptist Church of Hammond, Indiana.  I have held this position during the entire tenure of Jack Schaap as Pastor of said church and had known him some 20 years before that time, or about 33 years total.  I did not know him best of any one, but I knew him well.  Now, as then, I regard him as a friend.

There was never any reason, to my knowledge, to call into question the integrity of Jack Schaap.  His kindness and generosity were among the best I have known.  He financed a 50th Wedding Anniversary gift for my wife and me and seemed delighted to share in our celebration.  I have seen him extend similar kindnesses to other retirees, fellow preachers, and missionaries.

The city of Hammond has been made better for the new and refurbished properties of the First Baptist Church of Hammond under Pastor Schaap's leadership; the city has prospered under a program initiated by him and the First Baptist Church called "Hammond Initiative."

It seems the consensus of many of the members of the First Baptist Church that Pastor Schaap was working to the point of near burn-out proportions.  This would seem to lend a bit of credence to the indiscretion for which he is charged, but, of course, for which he should not be excused.

I received a personal phone call from Pastor Schaap the day following his going public with his crime, and he indicated remorse for his action.  I hold him still as a good friend, a great family man, and a man still capable of doing great good for his community.

In my opinion, the court would do well to be as lenient as possible for the greater good that could yet be accomplished through Pastor Schaap's vision of a world made better through the Gospel of the Lord Jesus Christ.

Respectfully,

Johnny D. Colsten

JDC/ec



*Honorable Rudy Lozano*
*United States District Court*
*5400 Federal Plaza*
*Hammond, In 46320*

My name is Daniel Morris. I am a member of First Baptist Church Hammond. I am retired and I teach Sunday School Class of the first grade dept. I have been a teacher for 34 years. I am an active member of the church for 34 years. I have known Jack Schaap for 30 years.

I went to see him one day for him to pray for me and anoint me with oil because I was going to have open heart surgery and seeing Man of God for prayer that God would guide the doctors as they operate on me. Jack Schaap has character he has the love of God with him and for people. Jack Schaap would work long hours of work at the church counciling people with their needs and finds ways to help them. Jack Schaap would go to the children Sunday School classes and have pictures taken with the children that read their Bible verses. He loves FBC Hammond and his heart is there.

Jack Schaap is responsible for starting six mission teams around the world taking the Gospel to the people. He has a vision to see people saved and showing them the way to Heaven.

Date: *10-30-2012*

Signed:

*Daniel + Hazel Morris*





November 8, 2012


To the Honorable Ruby Lozano

United States District Court

5400 Federal Plaza

Hammond, IN 46320


My name is Paul Collins. I was hired by Jack Schaap to work on staff here at the First Baptist Church of Hammond, IN.

I am the buildings manager for both the main auditorium and the administrative office building. I am in charge of preparing rooms that are reserved for events and the cleaning of both buildings using men and women who are coming through our church seeking freedom from their addictions

I came to Hammond originally to enter the "Reformers Unanimous Home" that the church though Jack Schaaps leadership provided for persons with addictions. This program is a minimum 6 month, in house program, which turned my life around completely.

I have known Jack Schaap personally for 5 years. His preaching has helped me to understand a lot about my behavior and has been a great tool in the healing of my marriage and the relationship with my children with which he personally got evolved with, helping me to reconcile with my second oldest son.

I know Jack Schaap trusted Christ as his savior when he was 5 years old. He has lived his life well helping so many others to change course and live respected lives. Please take this into consideration when choosing his sentence.


Sincerely;

Paul Stuart Collins


Hammond, IN 46323



December, 3, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

My name is Brittany Paugh and I am the Director of Little Learners of Northwest Indiana, the child care ministry of First Baptist Church of Hammond. My relationship to Mr. Jack Schaap was both business and church related. Mr. Schaap was my boss for nearly 3 years, and was my Pastor for 8 years. Mr. Schaap is one of the most generous, compassionate, and hardworking people I know. He is incredibly self driven and he has the ability to motivate people to excel beyond their own expectations.

I, along with one other person, worked as volunteer teachers for the church's child care ministry when it first opened.  While attending our first business meeting with Mr. Schaap and the former Directors of the child care facility, Mr. Schaap was informed that the other teacher and I were working as volunteers. He immediately thanked us for our willingness to volunteer, pulled out his personal checkbook, and offered to write a check to each of us for any amount we needed. We both declined, but were so moved by his act of kindness.

On another occasion, I was in a financial meeting with the Chief Financial Officer and Mr. Schaap when I became uncomfortable with some of the questions being asked concerning my future business plans if I were to have children. Mr. Schaap noticed this immediately and abruptly paused the meeting and asked if he could speak with me privately for a moment. He then apologized and asked if I would like to discuss this matter with him as my pastor, rather than as my boss. After sharing with him our loss of a baby and our struggles to have another he offered to pray for my husband and me and offered many words of encouragement before beginning the financial meeting again. Months later, after the loss of our second baby, he sent a very kind and compassionate email to my husband and I and he would often remind me that he and his wife loved us and were praying for us.

In my dealings with Mr. Schaap, he always conducted himself with the utmost propriety and strove for excellence in all he did. Mr. Schaap has made a substantial impact not only in Northwest Indiana, but also around the world. Mr. Schaap has directly been responsible for launching an addiction recovery program, providing a homeless shelter for the city of Hammond, IN, raising money for families in need, and sending teams of missionaries around the world to help people physically, as well as spiritually. Mr. Schaap has also given thousands of dollars out of his own pocket to help those in need.

We all acknowledge that Mr. Schaap made a very bad decision, and that he must now pay the consequences of such a poor decision. But I would like to request that the Court be lenient in

DEFENDANT'S EXHIBIT 51

the sentencing of Mr. Schaap. He has expressed in a letter to the church how deeply sorry he is for his actions and that he is very ashamed and sorry for the hurt he has caused. Mr. Schaap has done so much to make our community, and this world, a better place. I thank you for your consideration in this matter.

Yours Sincerely,

*Brittany Paugh*

Brittany Paugh

November 30, 2012

Dear Judge Lozano:

I am a junior high school teacher at City Baptist School in Hammond, Indiana. I have known Jack Schaap for 23 years. When I first met him, he was the superintendent of the singles department at our church. My wife and I had just graduated from high school and he played a very key role in guiding us through the crucial transition of going from high school, to college, and beyond. He also helped us many times through the first few years of marriage. We were able to see him in many different settings including church, school, and even his home where he would sometimes invite us for an activity and we got to see him spending time with his family. In the hundreds upon hundreds of interactions we had with him he always treated us and everyone we knew with great care, concern, true friendship, and extreme professionalism. My wife and I both believe that because of his influence, our lives are far richer today than they would have been otherwise.

I also had the privilege of working with him on a personal basis for 11 years in one of the church bus routes that our church operates in the city of East Chicago. Many of the families we worked with were very needy. We worked with these families every week and I personally saw him help many of them with everything from groceries, utility bills, rent, clothing, and transportation to church. There they received the teaching, mentoring and counseling which they so desperately needed. Many of these families were able to better their situation because of the help they received and we still keep in touch with many of them. Whatever their level of response, his treatment of them was always caring, unselfish and appropriate. My wife, children, and I still team up with other families in our church and go into East Chicago every week and help dozens of needy families. My wife and I have been doing this for twenty-three years and a big part of the reason we still do is because of the example Jack Schaap gave us.

I realize that the actions for which he was convicted were wrong. Though I have not spoken to him personally since his conviction, I have heard several letters read to our church in which he expressed remorse. I also firmly believe that his wrong doing was a lapse in judgment and not indicative of his lifelong character. If given the opportunity, I believe that he would prove to be an asset to the community and to his family. That is why I am respectfully requesting that the Court be lenient in its sentence. Thank you for your gracious consideration.

Sincerely,

Mike Ortiz


DEFENDANT'S
EXHIBIT
52

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir,

We are Darin and Jennifer Scudder, church members of First Baptist, Hammond, IN. We have lived in this area and known Bro. Schaap, Jennifer since 1990, Darin since 1991. We were students at Hyles-Anderson when Bro. Schaap was a Bible teacher. Darin has worked for Hyles-Anderson College since graduation in 2001. We became church members in college, and have been faithful attendees the entire time Bro. Schaap pastored. We can attest to the excellent character of Bro. Schaap. He worked very hard for decades at the college, and we loved his classes and preaching. We voted for him, and are glad he was our pastor for 10 years. While a Bible teacher at the college, he worked faithfully on a bus route helping the underpriviledged. Excluding the last couple years, he has been an excellent husband and father. He and Mrs. Schaap reared two fine children, Jaclynn and Kenny. They are still busy in our church, and we have nothing but admiration for them.

Personally, Bro. Schaap prayed for Jennifer, which she firmly believes lead to her being healed from debilatating allergies from which she suffered for 11 years. Globally, he has helped our church increase our missions giving, and spearheaded the idea and formation of team missions, that is still active and reaching many hundreds around the world.

We pray for you to have wisdom, and are so sorry you have to deal with this. We ask for justice with mercy, for with what judgement ye judge, ye shall be judged. Thank you for your service and hard work with the nasty side of society.

Sincerely,

Darin and Jennifer Scudder

jjs



Honorable Rudy Lozano
United States District Court
Hammond, IN.

Your Honor,
  I'm writing on behalf of Jack Schaap.
My name is Jarrell Price. I'm an Electronics
Technician for Ingersoll-Rand Mocksville N.C.
I have known Jack Schaap since 1988. For 15 years
I worked with him as a co-worker and later on
as his employee in Indiana. I believe he is a man
of character, proven by his dedication to his family
and his co-workers. We worked together as bus
workers for 1st Baptist Church. I saw how considerate
and thoughtful he was in dealing with people. As
a student under his teaching I saw his concern for
others.
  I would ask the court to look at his track
record, his life and be lenient in its sentencing.

                              Sincerely,
                              Jarrell Price
                              Mocksville N.C.

Jarrell Price

Mocksville N.C.
            27028


DEFENDANT'S
EXHIBIT
54

# *From the Desk of Karen Kalapp*

November 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Your Honor,

I am writing this letter to you to ask the court to be lenient in its sentencing of Dr. Jack Schaap. I have known him since 2001, when he became pastor of First Baptist Church in Hammond, Indiana, as I am on staff there, working in the missions department. I saw his zeal and compassion for people as he worked so hard with my husband, Doug Kalapp, to establish many mission teams around the world.

As my pastor, I watched how he loved our people. He was always so thoughtful of his staff, remembering us on our birthdays and taking time to counsel us. When I became a widow in 2009, I watched how he cared for us widows and even established a greater system for making sure that the widows in our church are cared for.

I believe Bro. Schaap has made a tremendous contribution, not only to our community of Hammond, where I watched him work so hard to be sure our church helped the community and to be a friend to the people of Hammond; but also to the world, as he has helped to establish many missions teams and send scores of families around the world to tell people how they can go to Heaven and to start Bible institutes and Bible colleges to train nationals. He worked so hard to raise the millions of dollars to put into our missions teams. In everything he did, I watched him always try to be first-class in his work. He worked to give our church a beautiful auditorium and to make the surrounding buildings beautiful. He has a charismatic personality and was liked by the businessmen of our community and by pastors and churches around the world.

He has expressed remorse and sorrow to our church through letters of apology. Though I know he should pay for wrongs done, I hope that it will be taken in consideration that he did wrong for just a few months out of the approximate 136 months as pastor, as well as the previous approximate 25 years as a teacher at the college. Thank you for your consideration in this matter.

Sincerely,

*Karen Kalapp*

Karen Kalapp
FBMI, Secretary to Dr. Siemer
First Baptist Church of Hammond, Indiana

1939 Chippewa Drive, Schererville, IN 46375
Cell #: 219.218.3500



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Hello my name is Danny Brannon. I am an assistant Pastor at First Baptist Church of Hammond, IN. I was hired by Jack Schaap seven years ago to start churches in the Chicago and Calumet Region.

For these years, on a daily/weekly basis I have been a part of prayer, department head and production team meetings. I have observed his dealings with team members and with me personally. I have been on mission trips out of the Country and inside the United States with him. He has always been very thoughtful, proper, caring of others and fair in his leadership.

Your Honor, just for a moment I would like to share my heart with you. Jack Schaap has given the better part of his life serving others. Planting mission teams in America and around the world who serve the people of their region in spiritual and physical areas. His track record up to this point is clean. There are people who need off the streets because they are a threat to society. Jack Schaap is a fallen man, yet a good man. He will get punishment for what he did, I ask you, your Honor, for much mercy in your judgment. Jack Schaap taught us mercy is like a shock absorber, a cushion for the punishment. It would not be justice to avoid punishment, yet may the court exercise cushion (mercy) as the gavel comes down. A Judge must make decisions. Your role is one that Jack Schaap has taught us to honor, respect, and pray for on a regular basis.

Your Honor, I have not been in church all of my life. I say that to say I know what's going on in the real world. There are major issues I deal with as a pastor in the Chicago land area. Gang violence, drug abuse, sex trafficking (parents selling their young for profit) etc. More of our young men are going to prison than graduating school in the region I serve. Having served as a preacher in prisons for several years, Prison for Jack Schaap is out of character for him. He no doubt has committed a felony and prison is promised.

The last conversation I had with Jack Schaap, your Honor, was by phone; he was very remorseful for the actions he had done. He took full responsibility and grieved by the hurt he had brought on his family, church and all



involved. He was not just shamed for getting caught but repentant for the actions he had done. If there was not a day of punishment in the prison he has gut wrench hurt for the actions he has done.

The king's heart is in the hand of the LORD, as the rivers of water: he turneth it whithersoever he will. (Proverbs 21:1) The king God used to pen this proverb was Solomon. His mother prior to marriage with his dad, king David, had committed fornication with him. This led to the death of her husband Uriah. Though their actions were very wrong and had broken several of the big 10 (commandments), God later said of David in the Scriptures that he was a man after His own heart. Psalm 51 records the repentance David had for the sin he had committed. Perhaps God makes Judgment of a person's character based on their whole life.

My character reference of Jack Schaap your Honor is, that he is a good man that committed a grave crime that is out of character to his whole life. With that said, I am requesting that the Court be lenient in its sentence.

This matter is in your hands. May God be with you, your Honor.

God bless you,

Danny Brannon

Honorable Rudy Lozano                                    October 30, 2012
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Honorable Judge Lozano:

I am writing regarding the sentencing of Mr. Jack Schaap. My name is Darrell
Moore. I presently serve as the Missions Pastor of the First Baptist Church of
Hammond, Indiana. I have served in the various ministries of this church for
nearly 35 years. I have personally known Mr. Schaap for most of those 35 years.
For the past 11 years, I have worked directly under the personal supervision of
Mr. Schaap while he served as pastor of the church. Not only have we been co-
laborers, but we have been friends who shared a love for our former pastor, Dr.
Jack Hyles and a common passion for the ministry of the church.

I have worked side by side with Jack in many areas of work throughout these
years. I have preached with him and served the students of Hyles-Anderson
College with him. Though I do not question the integrity of his confession or his
guilt in this one situation, I must strongly state that this behavior is in no way
indicative of his character demonstrated to me over the past 35 years. The Jack
Schaap I know has been a highly principled man who loves intensely his wife and
children. He has always been generous and self- sacrificing.   I have known him to
take on extra jobs to raise money for a needy cause. I have observed him setting
and following high standards when it came to ministry and those of the opposite
gender. I have never observed (or even heard him talk about) him treating
women with anything but the highest respect.

As Missions Pastor, I have personally worked with Jack Schaap in sending
individual missionaries and teams of missionaries around the world to proclaim
the message of the Bible. He has frequently taken some of the best of his staff
and sent them to various countries of the world in order to be obedient to what

DEFENDANT'S EXHIBIT 57

we call the Great Commission.  He has sacrificed 1000's of dollars to personally help care for a portion of the expenses involved.  I have seen this happen many times.

Basically, I want to say that what has happened in the incident to which Jack has confessed is a single blight on his character.  I am asking that you please consider that in your decision regarding sentencing and please be lenient in sentencing him.  Thank you for your consideration.

Darrell Moore

Schererville, IN 46320

November 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

My name is Philip J. Pins. I am a teacher at Hyles-Anderson College (HAC) in Crown Point, IN.

I have known Jack Schaap since 1981 when I came to be a student at HAC. Jack Schaap was my teacher for some classes at HAC. Upon checking some of the lessons he taught, I discerned that he was a very thorough student of the Bible.

When I finished my Masters of Education degree in 1984, I was hired to teach at HAC. We became friends as we worked together on the faculty at HAC from 1984-2012.

He has been a very generous bus captain for many years at Frist Baptist Church of Hammond. He helped many families with food and many other gifts over the years.

My wife and I visited Christian friends in China, and Jack Schaap gave us some generous gifts to help with our travel expenses. I have made some missionary trips to Cambodia, South Korea, Argentina, and Turkey, and Jack Schaap gave me some generous help for these trips, also.

My wife and I have been helped several times by marriage counseling advice from Jack Schaap at four or five marriage retreats and through sermons at First Baptist Church of Hammond. A few years ago my wife and I attended a summer school class on marriage taught by Jack Schaap. The class was very helpful and very practical.

After speaking at a Bible conference four or five years ago he gave me a very nice suit. A year ago he gave me a $100 Visa gift card at the beginning of the school year.

Because Jack Schaap has expressed remorse for his conduct and because he has suffered very much already, I'm requesting that the court be lenient in its sentence.

Respectfully yours,

*Philip Pins*

Philip Pins

PS Enclosed is a picture of Jack and Cindy Schaap with my wife and I and our four children and their spouses at the 2012 FBC marriage retreat.

DEFENDANT'S EXHIBIT 58

Philip and Joyce Pins and their four children and spouses with Jack and Cindy Schaap

November 30, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

My husband and I have attended First Baptist Church in Hammond since 1981 when we moved here so that my husband could attend Hyles-Anderson College in Crown Point. My husband attended college for three years completing two post graduate degrees and was a student of Jack Schaap. Following graduation he joined the teaching staff. He was on staff at the college with Jack Schaap from 1984 until Jack Schaap became the pastor of First Baptist Church.

I joined the teaching staff in 1996. We both are still teaching at the college. Our four children and their spouses are graduates of Hyles-Anderson College. All have been influenced by Jack Schaap's teaching and preaching about life principles and integrity. He gave premarriage counseling to and officiated at the wedding of our youngest daughter a year and a half ago. All of our children have counseled with him regarding important life decisions. One of our daughters worked on his personal staff for several years. Jack Schaap advised her and her husband when they had difficult decisions to make about jobs and infertility. He offered to help them with the expenses of seeking medical help.

Jack Schaap has had a strong influence on our family to be honest and to do what is right to do. He has strengthened our family through wise counsel, thoughtful gifts at special times, encouraging words and letters. His positive leadership has made us believe that we could accomplish more and that we could work to do it.

I am grieved over this current situation and can only believe that the stress of his work and/or health issues must be the cause. This behavior is so out of character for the Jack Schaap that I know and respect. Please see fit to be lenient toward him. This incident has already caused him great punishment in the loss of respect, position, and finances.

Respectfully yours,

*Joyce Pins*

Mrs. Joyce Pins



November 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Sir,

I'm writing in regard to the sentencing of Jack Schaap. I have known Jack Schaap for the past 12 years. I have watched and observed him being a Dad, husband, father, grandfather, Pastor and friend. I have never seen someone come even close to being as balanced in all areas of life. Most people have strengths in one area but have obvious weaknesses in others. Jack was strong in all areas from work, family and friends.

From the beginning I would drive by Jack Schaap's home and watch and observe him sitting on his front porch with his wife and his son smiling. I said to my wife he is just too happy, but whatever he's got I want.

We enrolled our 3 daughters in Hammond Baptist Schools in 2001 which Jack Schaap was the Chancellor. By 2008 we joined First Baptist Church of Hammond and Jack Schaap became our Pastor. In 2010 I was elected as Deacon.

I can personally attest to the genuine love this man has extended to my wife, daughters and I long before we were members of First Baptist Church. He has personally given countless hours to helping my family and I whenever we called or asked. I know he has done the same for hundreds of others and have seen the physical toll it has taken on him aging him beyond his 54 years.

When I think of being sentenced to jail I think is this person a threat to society and if so being locked up is best for the safety of all. Jack Schaap has lived a clean life for 54 years with a clean criminal record and thousands of people to testify so. Jack Schaap is and will be paying a heavy price for his sin and breaking the law. He can no longer return to his profession of Pastor. He has disqualified himself from doing all he knows for the past 34 years. He will have to find other means to support himself and his dear wife. Who would want to hire a registered sex offender?

I am asking for you to exercise mercy and suspend the sentence to time served. Allow Jack Schaap to be reunited to his wife where they can begin the healing process and mend their marriage and salvage the remaining years of life together.

Sincerely,

Ronald Moore



To Whom It May Concern:                                          10/25/12

My name is David Velickoff. I came to Indiana in 2007, to go to Hyles-Anderson

College. I was hired on the Security Department in 2008, and hired on staff in 2010.

Lord willing, I will be graduating in December, 2012. I married a young lady who grew

up attending First Baptist Church; and whose parents were both on staff for over 30 years

in First Baptist and its ministries.

I had never heard of First Baptist or Hyles-Anderson till about 2 weeks before I arrived

on campus. I grew up in a small town and went to a small church, so you can imagine the

shock and amazement when I saw this great ministry for the first time. It is not just one

man who makes a ministry great, but it takes a strong leader to lead such great people.

I was amazed, when I met Jack Schaap, at how down to earth he was. I believe he is one

of the wisest men I have ever met. He is not perfect, but the Jack Schaap I know is close

to God, and walks with Him. I have seen God use his preaching to win thousands to

Christ. There has not been one Sunday that a convert hasn't walked down the isle.

I think it is a tragedy and shame, what he has done. It reminds me that no one is above

sin. No one is perfect.

I would ask that you would be lenient in his sentences. The Bible tells a story of a

woman caught in adultery and Jesus' words to her accusers were this, "Ye without sin,

cast the first stone at her." We all have sins we are not proud of. Thank you for your

consideration of this matter.

Sincerely,

David W. Velickoff


DEFENDANT'S EXHIBIT
61

To Whom It May Concern:                                    10/25/12

My name is Holly Velickoff.  I am the Switchboard operator at Hyles Anderson College.  I was born and raised in First Baptist Church of Hammond.  My pastor for the first fifteen years of my life was Dr. Jack Hyles.  When he passed away, Dr Jack Schaap became my pastor.  Dr Schaap performed my high school graduation, college graduation, and my wedding.  He was not only my pastor, but also my boss.  I have known him since I was in grade school.  I rode his bus to church; he was my bus captain.

In the years that I have known him, he has been a leader that showed strength and wisdom.  He was hardworking, honest, and generous.  He has led thousands to Christ over the years.  He started the mission's teams that are reaching the world for Christ.

When I found out the news of what happened in July, it was such a disappointment, because that was not the Jack Schaap I have known all these years.  I in no way believe he is innocent; however, I do believe that the court should take into account all the years of faithful service to our Lord and Saviour.

He is a sinful human just like you and me.  Given the right situation in life, we could each make a blunder that would ruin our good names.  I believe Jack Schaap did just that.  He made a mistake.  He should pay for what he's done; but I would ask that the court be lenient in its sentence.

Thank you for all you do for our community and country.  Your service does not go unnoticed.  We are praying for the Lord to give each and every one of you wisdom as you make the decision in Jack's case.

Sincerely,

*Holly J. Velickoff*

Holly J. Velickoff


DEFENDANT'S EXHIBIT
62
ALL-STATE LEGAL

DECEMBER 3, 2012

TIM + BONNEE REAY

CHERERVILLE, IN 46375

HONORABLE RUDY LOZANO
UNITED STATES DISTRICT COURT
5400-FEDERAL PLAZA
HAMMOND, IN 46320



DEFENDANT'S EXHIBIT 63

DEAR HONORABLE RUDY LOZANO,

WE ARE WRITING TO YOU TODAY ABOUT <u>JACK SCHAAP</u>, OUR FRIEND OF 35 YEARS AND FORMER PASTOR FOR 12 YEARS.

WE ARE <u>TIM AND BONNEE REAY</u> OF SCHERERVILLE, IN, FOR THE PAST 17½ YEARS. <u>TIM</u> IS <u>A FORMER PASTOR</u> FOR OVER 10 YEARS IN MINNESOTA. HE IS PRESENTLY <u>A DEACON</u> AT 1st BAPTIST CHURCH OF HAMMOND, IN, AND HAS BEEN FOR 16 YEARS. HE IS A SUNDAY SCHOOL TEACHER OF TEENAGE BOYS, + PREACHER, AT LAKE COUNTY JAIL, HE IS ALSO AN <u>AUTO MECHANIC</u> AT DEAN'S AUTO REPAIR IN MERRILLVILLE. <u>BONNEE</u> WAS A SUBSTITUTE TEACHER AT HAMMOND BAPTIST SCHOOLS IN SCHERERVILLE FOR 8 YEARS... 1996-2004. WE HAVE BEEN MARRIED FOR OVER 40 YEARS AND HAVE <u>8 CHILDREN-</u> AGES 22-36.

WE MET JACK WHILE WE WERE STUDENTS AT HYLES-ANDERSON COLLEGE IN CROWN POINT, IN, IN 1977, WHEN HE TRANSFERRED IN FROM PILLSBURY BAPTIST COLLEGE IN OWATONA, MINNESOTA.
TWO OF OUR BABIES ALREADY MOVED TO HEAVEN BUT THE OTHER 6 ALL WENT TO HYLES-ANDERSON COLLEGE, (HAC) AND ALL HAD JACK, (BROTHER SCHAAP) AS A BIBLE TEACHER AND LOVED HIM. HE WAS ALWAYS A FAVORITE OF EVERYONE! <u>BUFFY (RATCLIFF)</u> BS + MASTERS, TIFFANY (TITTLE) BS, <u>HOLLY (DORING)</u>, <u>MANDY (REYNOLDS)</u> BS, <u>HEIDI REAY</u> BS, RYAN REAY. ALSO, ALL BUT ONE (TOM DORING) OF OUR SONS-IN-LAW WENT THERE AND OUR DAUGHTER-IN-LAW AND HEIDI'S BOYFRIEND IS A SENIOR THERE NOW. <u>DARRELL RATCLIFF</u> BS, <u>JOE TITTLE</u> BS, MATT REYNOLDS, CODY LANSFORD + EMILY (DEWAR) REAY.

AS I SAID, WE MET BROTHER SCHAAP IN 1977 WHEN HE ENROLLED IN HAC AND JOINED 1st BAPTIST CHURCH. WE WATCHED HIM DATE CINDY IN COLLEGE, THEY MARRIED 8 MONTHS AFTER TIM GRADUATED AND WE MOVED TO MINNESOTA TO START A CHURCH, SO WE DIDN'T GET TO GO TO HIS WEDDING. JUNE, 1979
33 YEARS AGO! CINDY WAS OUR PRESENT PASTORS YOUNGEST

OUR OPINION, BROTHER SCHAAP HAD TREMENDOUS CHARACTER AND SELF RESTRAINT. HE WAS NOT JUST A TALKER — HE WAS A DOER. HE WOULD PRODUCE. AFTER COLLEGE GRADUATION, HE WORKED ON STAFF AT HAC FOR 24 YEARS. HE GRADUATED AND WAS ORDAINED THE SAME NIGHT AS TIM — MAY 26, 1978. HE WAS THE CAPTAIN OF HIS SUNDAY SCHOOL BUS ROUTE. AT THAT TIME—WE HAD ABOUT 250 BLUE BUSES THAT WENT OUT IN A 50 MILE RADIUS TO PICK UP EVERYONE FOR SUNDAY SCHOOL. TIM AND I HAD A ROUTE IN NORTH CHICAGO. WE ALL WOULD PICK UP RED + YELLOW, BLACK + WHITE, REGULAR, DEAF, BLIND, SPANISH, EDUCABLE SLOW CHILDREN + ADULTS, NURSING HOME RESIDENTS, HOMELESS, SAILORS FROM THE GREAT LAKES NAVAL STATION NORTH OF CHICAGO. THEY ARE ALL PRECIOUS IN GOD'S SIGHT! BROTHER SCHAAP'S ROUTE WAS IN EAST CHICAGO FOR YEARS + YEARS. HE WAS A FAMILY MAN. HE WOULD TAKE HIS CHILDREN, JACLYNN AND KENNY OUT VISITING AND WORKING ON HIS BUS ROUTE EVERY WEEK!

JACLYNN IS VERY OUT GOING LIKE HER DAD AND EVER SMILING (14) LIKE FATHER—LIKE DAUGHTER —REMINDS ME OF MY RELATIONSHIP WITH MY DAD. IF HE SAID HE WAS PRAYING AND FASTING FOR SO LONG — HE WAS! IF HE SAID HE WAS READING HIS BIBLE FOR SO LONG — HE WAS! BROTHER SCHAAP WAS ALWAYS BRAGGING ON HIS WIFE, CINDY! THEY DID EVERYTHING TOGETHER. PROBABLY EVERY WOMAN IN THE CHURCH WAS A LITTLE JEALOUS OF THEIR WONDERFUL RELATIONSHIP. HE WOULD ALWAYS DO ANYTHING FOR HER. HE ALWAYS BRAGGED ON HER FROM THE PULPIT AND EVERYWHERE. HE WOULD ALWAYS SAY SHE WAS THE GREATEST CHRISTIAN HE KNEW! SHE HAD THE WHOLE NEW TESTAMENT MEMORIZED AND LOTS OF THE OLD, ALSO! IT DIDN'T SURPRISE US AT ALL TO SEE THEM WALKING INTO THE COURTHOUSE WALKING HAND IN HAND AS THE PICTURE IN THE TIMES SHOWED THEM. THEY BOTH SPOKE AT OUR YEARLY MARRIAGE RETREATS. WE WOULD RATHER LISTEN TO THEM THAN ANYONE!

KENNY —THEIR SON —NOW 27 YEARS OLD — IS A TREMENDOUS PREACHER HIMSELF! HE TEACHES BIBLE AT HAC. HE AND CANDACE LIVE CLOSE BY IN CROWN POINT AND ARE EXPECTING THEIR 3RD BABY DEC. 5th!

Todd and Jaclynn, Brother Schaap's daughter is 30 years old. They have 4 small children — Lyndsay, Ray, Lexy & Jayke. They live across the street from the Schaaps in St. John.

They all go on family vacations together every year and Brother Schaap pays for it. Whether its Montana hunting and camping, the Keys — snorkeling and fishing or Maine or Michigan or Colorado. Brother Schaap is a fabulous son, brother, husband, dad, grandpa, uncle, pastor and friend!

Jenny teaches Bible at HAC, Todd is our junior high youth pastor and teaches at our junior high school. Jaclynn is our church pianist and teaches piano. Bro. Schaap's parents Ken and Marlene Schaap are friends of ours, they are tremendous people. They live in Holland, Michigan. We have been to their home, church and out to eat with them. Brother Schaap's sister Kristi and husband Roger Lemmon live right next door to Brother Schaap's parents. They have a son, Tom Lemmon, that lives here in Schererville by us. He is married and have 3 small children. He is a teacher of one of our many adult Sunday school classes here at our church. He has a married sister, Tami who lives in Holland, MI, also with her husband and sons. They are all very close! They all miss him so much — especially his wife Cindy. They all miss him so much — especially his wife Cindy. They all miss him so much — and grandbabies — they don't understand why grandpa doesn't play with them any more (④)

We consider Brother Schaap to be honest, generous, hardworking, thoughtful, caring and is very much concerned for others! I could write a book...
Let me give you a personal example:

· Oct. 2004 — I, Bonnie, found out that I have carcinoid cancer. 8 years ago on Dec. 1, 2004, I had a very serious, dangerous, carcinoid, double-heart valve surgery at Mayo. It is a very rare kind of cancer. The hormones from the carcinoid tumors in my body destroyed 2 of my lower heart valves. Brother Schaap anointed my head with oil and prayed for me. Thousands of my church friends, relatives and people I don't even know prayed for me — I survived and was out of the hospital in 8 days — amazing because over half of all the people who had that surgery in the 10 years previous had died on surgery

THE SURGERY!

8 WEEKS LATER I WENT BACK FOR THE CARCINOID CANCER SURGERY. THEY TOOK OUT 12" OF MY SMALL INTESTINE AND A TUMOR, 1/2 OF MY COLON AND A TUMOR, MY APPENDIX, MY GALLBLADDER, HALF OF MY LIVER WITH A 4" BY 6" TUMOR IN THE LEFT LOBE AND CUT OR BURNED OUT 5 OTHER TUMORS IN THE RIGHT LOBE! BROTHER SCHAAP HAD ANOINTED ME WITH OIL AGAIN AND PRAYED FOR ME AGAIN. 2 SCARS - 9" CHEST + 17" STOMACH AND ABOUT ANOTHER MONTH IN MAYO I SURVIVED AGAIN — PRAISE THE LORD! THE DOCTORS SAID I WILL ALWAYS HAVE IT AND IT WILL ALWAYS GROW BACK!

IN 2006 — OUR 1ST DAUGHTER, BUFFY AND HER HUSBAND DARRELL TOLD US THAT THEY WERE EXPECTING THEIR 1ST BABY IN JAN. WE WERE ALL SO EXCITED! THEY ARE MISSIONARIES TO MEXICO. DARRELL IS AN EVANGELIST! THEY WERE IN LANGUAGE SCHOOL IN MONTERREY, MEXICO ON JAN 27TH, 2007 WHEN BUFFY CALLED US FROM MEXICO AND TOLD US THAT GOD HAD GIVEN THEM A BEAUTIFUL LITTLE GIRL - ALEJANDRA FAITH! WE WERE ALL SO EXCITED! WE SO WANTED TO SEE HER! SHE CALLED US 3 DAYS LATER AND SAID THEY WERE HOME! EVERYTHING WAS GREAT. THEN THE NEXT 2 DAYS THEY SAID SHE WAS SLEEPING ALL THE TIME AND WOULDN'T NURSE! THEY DECIDED TO BRING HER BACK TO THE HOSPITAL TO SEE IF THERE WAS ANYTHING REALLY WRONG — THEY DID TESTS AND BLOOD WORK AND SHE WAS UP AND DOWN, BUT ON HER 12TH DAY OF LIFE, HER LITTLE LIVER SHUT DOWN AND SHE MOVED TO HEAVEN! WE WERE ALL SO DEVASTATED! HERE WE WERE THOUSANDS OF MILES AWAY.

MY CANCER SURGERIES AND NEW RECENT HEALTH PROBLEMS PUT US IN MEDICAL DEBT. WE HAD NO MONEY TO GO. WE HAD HEALTH INSURANCE BUT IT STILL COST US $1,000s MORE! WE COULDN'T AFFORD ANYTHING EXTRA!

I GOT A PHONE CALL FROM BROTHER SCHAAP TELLING ME HOW SORRY HE WAS TO HEAR ABOUT THE PASSING OF OUR GRANDDAUGHTER AND

Age 5

I HAD TO TELL HIM THAT FINANCIALLY WE WEREN'T ABLE TO GO. HE COULDN'T BELIEVE IT — HE SAID — IF IT WERE MY WIFE SHE WOULD BE THERE!! I TOLD HIM I WOULD LOVE TO GO BUT WE JUST COULDN'T! HE SAID — WELL — YOU BOTH ARE GOING TO GO — I WILL TAKE CARE OF IT — "CALL TIM AND ASK IF HE COULD LEAVE WORK AND COME HOME RIGHT NOW AND CALL ME BACK. I DID, HE COULD AND WE WENT TO OUR GRAND DAUGHTERS FUNERAL THE NEXT DAY. HE BOUGHT US TICKETS TO FLY TO MCALLEN, TEXAS (A BORDER TOWN) SPENT THE NIGHT IN A MOTEL — HE PAID FOR IT, AND HAD A MISSIONARY AND HER SON DRIVE UP TO GET US AT THE BOARDER IN THE A.M. IT WAS ALL PRETTY OVER WHELMING — BUT WE MADE IT TO THE FUNERAL 20 minutes BEFORE THE FUNERAL. WE GOT TO SEE OUR BEAUTIFUL GRAND DAUGHTER - ALEJANDRA, AND SPEND TIME LOVING BUFFY AND DARRELL FOR A COUPLE DAYS AND THEN BROTHER SCHAAP PROVIDED FOR US TO BE DRIVEN BACK TO THE USA AND TICKETS TO FLY HOME! WHAT A PERSONAL BLESSING HE WAS TO ALL OF US!!

BROTHER SCHAAP PERFORMED DARRELL AND BUFFYS WEDDING JUNE, 2002. HE PERFORMED THEIR COLLEGE GRADUATIONS FROM HAC AND DARRELLS ORDINATION. HE ALSO PERFORMED TIFFANY AND JOES WEDDING AUGUST 2003 AND TIFFANY AND JOES HAC GRADUATIONS AND JOES ORDINATION. HE ALSO PERFORMED MANDY AND MATTS HAMMOND BAPTIST HIGH SCHOOL GRADUATIONS AND MANDYS HAC GRADUATION AND MATT + MANDYS WEDDING IN APRIL 2011. HE PERFORMED BABY DEDICATIONS FOR 3 OF OUR GRANDBABIES, CHEYENNE, LEVI AND MICHAEL. HE PERFORMED RYAN AND EMILYS HIGH SCHOOL — HAMMOND BAPTIST GRADUATIONS. HE WAS GOING TO PERFORM THEIR WEDDING A MONTH AGO ON OCT. 27TH, 2012 BUT WAS IN JAIL Ⓡ HEIDI AND CODY ARE PLANNING ON GETTING MARRIED IN SEPTEMBER. THEY WANT BROTHER SCHAAP TO PERFORM THEIR WEDDING. HE PERFORMED HEIDIS

toe G
HAC GRADUATION. HE HAS BEEN SUCH A HUGE PART OF
ALL OF US REAYS LIVES! WE ALL LOVE HIM SO MUCH!
LIKE I SAID – I COULD WRITE A BOOK!!

WE MORE PERSONAL EXAMPLE!

THE DOCTORS HAD TOLD DARRELL AND BUFFY TO WAIT 1 YEAR
BEFORE HAVING ANOTHER BABY. THEY DID AND GOD GAVE
THEM A PRECIOUS BABY BOY – MICHAEL JAMES ON SEPT. 15,
2008. THE DOCTORS THOUGHT HE MIGHT HAVE THE SAME
PROBLEMS THAT HIS SISTER HAD AND WAS AT A POINT OF
LIFE AND DEATH WHEN HE WAS BORN, SO THEY ARRANGED
TO HAVE HIM IMMEDIATELY AIR LIFTED FROM TAMPICO
MEXICO TO HOUSTON, TEXAS TO THE CHILDRENS HOSPITAL
THERE! AGAIN BROTHER SCHAAP CALLED ME TO SAY HE
WAS SORRY TO HEAR THAT MICHAEL HAD SERIOUS PROBLEMS
AGAIN – HE FLEW TIM AND I TO HOUSTON AND PAID FOR
THE AIRLINES, A MOTEL AND A RENTAL CAR FOR A WEEK
AND SOME MONEY FOR FOOD! UNBELIEVABLE LOVE AND
GENEROSITY AND CONCERN FOR ALL OF US! MICHAEL WAS
IN INTENSIVE CARE AND ISOLATION FOR 1 MONTH. WE WERE
ABLE TO BE WITH HIM FOR A WEEK – TO SEE HIM, TO HOLD HIM,
TO FEED HIM, TO LOVE HIM AND OUR DAUGHTER AND SON-IN-
LAW! WE HAD TO GET BACK HOME FOR TIMS' JOB.
DARRELL AND BUFFY WERE ABLE TO SLEEP AT THE RONALD
MC DONALDS HOUSE AT THE CHILDRENS HOUSE FOR THE
WHOLE MONTH TO BE CLOSE TO MICHAEL! THAT WAS
A HUGE BLESSING ALSO! PRAISE THE LORD THEY WERE
ABLE TO TAKE HIM HOME AFTER 1 MONTH! HE IS
NOW 4 YEARS OLD. 1½ YEARS AGO THEY FOUND
OUT THAT HE HAS AUTISM! THEY ARE DEALING
WITH THAT NOW.

AGAIN – I COULD WRITE A BOOK! BROTHER SCHAAP
WAS ALWAYS CONSTANTLY HELPING EVERYONE!

✱ AN EXAMPLE OF HELPING SOMEONE NOT FROM
OUR CHURCH!

A CHRISTIAN COLLEGE IN KNOXVILLE, TENNESSEE,

TOUR SINGING AND PREACHING FOR THEIR COLLEGE. THEY HAD A SAD ACCIDENT AND SEVERAL STUDENTS WERE KILLED! HE IMMEDIATELY TOOK UP A LARGE OFFERING TO HELP ANOTHER COLLEGE WHEN WE WERE TRYING TO RAISE MONEY FOR OUR OWN COLLEGE.

BROTHER SCHAAP ALWAYS TAUGHT US THAT YOUR KIDS VALIDATE YOUR MINISTRY. HIS 2 ADULT CHILDREN CERTAINLY VALIDATE HIS MINISTRY — WHAT ASSETS!!

I HAVE TALKED TO HIS MOM, MARLENE, UP IN MICHIGAN, AND TO HIS WIFE AND SISTER — THEY ARE ALSO MY FRIENDS ON FACEBOOK. THEY ALL LOVE JACK SO MUCH. WE WERE ALL HAPPY TO HEAR THAT HE HAS BEEN HAVING NIGHTLY BIBLE STUDIES WITH HIS 15 ROOM MATES. HE WROTE A LETTER OF RESIGNATION TO OUR CHURCH KNOWING HE COULD NO LONGER PASTOR. OUR INTERIM PASTOR READ IT TO US. HE EXPRESSED HIS LOVE FOR US AND REMORSE FOR WHAT HE HAD DONE. HE SAID IT WAS THE JOY OF HIS LIFE TO BE OUR PASTOR THESE PAST 11 YEARS. HE ASKED US PLEASE TO BE KIND TO HIS WIFE AND KIDS — AS IT HAS BEEN THE HARDEST ON THEM ① HE IS MORE THAN SORRY FOR WHAT HE DID AND IS SO GRIEVED FOR ALL THE GRIEF THAT HE HAS CAUSED EVERYONE ② HE HAS APOLOGIZED FOR THE HURT AND SHAME HE HAS BROUGHT UPON ALL OF US — HIS FRIENDS OF A LIFETIME AND MEMBERS OF HIS CHURCH. NONE OF US COULD BELIEVE WHAT WE HEARD — BUT THE BIBLE SAYS, "FOR ALL HAVE SINNED AND COME SHORT OF THE GLORY OF GOD." ROMANS 3:23. WE HAVE ALL SINNED. I KNOW THAT THE DEVIL WANTS CHRISTIAN LEADERS TO FALL SO THAT HE (THE DEVIL) CAN HAVE THE VICTORY! IT IS LIKE BROTHER SCHAAP HAS THIS BIG BLACK X ON HIS BACK — SAYING I WANT THIS PREACHER OUT OF THE PULPIT — HE IS DOING TOO MUCH GOOD FOR THE CAUSE OF CHRIST. THE DEVIL DOESN'T SEEM TO BOTHER CHRISTIANS THAT AREN'T DOING MUCH.

BROTHER SCHAAP HAS STARTED FUNDAMENTAL BAPTIST WORLD TEAM MISSIONS IN CHINA, AFRICA, PHILIPPINES, INDIA, PERU, BELIZE AND WAS

TEAMS READY TO LEAVE FOR TURKEY AND CENTRAL AMERICA THOUSANDS AND THOUSANDS ALL OVER THE WORLD ARE GETTING TO HEAR THE GOSPEL OF JESUS CHRIST BECAUSE OF BROTHER SCHAAP'S VISION AND HIS RAISING MONEY FOR THE TEAMS TO GO.

HIS WHOLE LIFE IS LIKE A WHITE PIECE OF PAPER — SHOWING ALL THE GOOD HE HAS DONE FOR JESUS CHRIST AND OTHERS WITH ONE UGLY BLACK DOT ON IT FOR HIS WICKED SIN! WE CHOOSE TO REMEMBER HIM FOR ALL THE WHITE AND GOOD HE HAS DONE AND IS CONTINUING TO DO IN JAIL NOW AND WILL CONTINUE FOR THE REST OF HIS LIFE. WE FORGIVE HIM.

WE ASK YOU PLEASE THAT THE COURT WOULD BE LENIENT ON HIM AND SHOW HIM SOME MERCY ON JANUARY 15th. PLEASE LET HIS TIME IN JAIL COUNT FOR TIME SERVED. HIS LOVING WIFE AND FAMILY NEED HIM, WE NEED HIM! WE KNOW BECAUSE OF WHAT HE HAS DONE — HE HAS FORFEITED HIS RIGHT TO PASTOR US BUT HE IS STILL PART OF OUR FAMILY AND LIFE. WE LOVE HIM SO VERY MUCH

SINCERELY
BONNIE REAY          Bonnee Reay

& TIM REAY          Tim Reay

P.S.
IF THERE IS ANYTHING WE CAN HELP YOU WITH OR IF YOU NEED MORE EXAMPLES OR INFORMATION — PLEASE DON'T HESITATE TO ASK US TO HELP. THANK YOU





# Baby Alejandra's Twelve Days

# in Mexico

Dear Honorable Rudy Lozano,

My name is Trina Reynolds. I am 40 years of age. I have attended F.B.C. all of my life. I am writing you to ask you to be fair to Bro. Schaap with his sentencing. I am not asking you not to punish him, but I'm asking you to give him the lightest sentence. Please consider his past and his record.

I worked with him as a college student along with five other girls. He was surrounded by secretaries and beautiful work scholarship girls every day. There was never even a rumor of him being the least inappropriate.  I have also been working for Bro. Schaap for the last three years at our grade school.

My dad served under him for years until he passed away two years ago at the age of 62.  Bro. Schaap helped my dad get his cancer treated at Mayo Clinic. Those treatments were ones my dad could have never afforded.  My oldest two daughters babysit his grandchildren and were around him numerous times without anything inappropriate. Lastly, I don't know why or how he ever decided to do what he did, but even for the sake of his wife, children, and grandchildren I ask you to be merciful. I am sorry you have to do this job, and I'm sorry he has put you in a position of deciding his fate.

Thank you, Trina Reynolds





Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond IN 46320

Mrs. Jary Lynn Storm

Gary, IN 46408

To the Honorable Rudy Lozano:

November 10, 2012

My name is Jary Lynn Storm. I moved to Hammond, Indiana in October of 1988 to attend First Baptist Church and to enroll my 13-year-old son in their Christian School. I became a School Secretary at Hammond Baptist High School and served in that position for over 14 years. I have known Dr. Jack Schaap for 24 years and have had many dealings with him since 1989. He has been a man of impeccable character. He has always been thoughtful, forth-right, honest, and hardworking.

When I came to Hammond, Dr. Schaap was a Bible teacher at Hyles-Anderson College where 2 of my children were students. Then through the years he became Vice President of the college. He has been a marriage councelor for many years. He preached to young people all across America. He had one of our largest bus routes, and he would even take out loans to help some of his bus-kids to be able to attend our Christian schools. He and his wife helped a poor girl who was under my care. Because of their help she was able to go on to Bible College, and her life was totally changed. She is married now, and she and her husband are happy and raising their children in our church.

When our former pastor Dr. Jack Hyles passed away in 2001, Dr. Schaap was voted in as our new pastor with a 96% vote the next month. There was no doubt in our people's minds that he was capable and worthy of the position of pastor of First Baptist Church. When he became pastor he started up bus routes to nursing homes so the elderly folks could come to church. He started a program for people with addictions, which has a 75% success rate for changing lives and causing folks to have self-worth and become good citizens. He is loved very much by our church people.

He has influenced us and our children for God and for right in so many ways. Partly because of his godly influence, one of my sons is now pastoring in Montana and my daughter is teaching in a Christian school in North Carolina. He has also tremendously helped our daughter and son-in-law, who are now Missionaries in Rwanda, Africa. He has not only helped the people of our country, but of many countries around the world by preaching and sending Missionaries to them.

His care and compassion has been such a help to our family. My husband lost his first wife to cancer in 2001. Dr. Schaap preached her funeral with a broken heart and ministered to the needs of Warren's hurting family. He helped us so much while we were dating, and he married us as well.

Please consider the millions he has helped. I ask that the Court be lenient in his sentencing.

Yours very truly,

*Jary Lynn Storm*

Mrs. Jary Lynn Storm



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Sir,

My name is Danny Clubb and I work for Hyles-Anderson College.  I have also worked for the First Baptist Church of Indiana.  I have worked for both since June of 1982.  I worked as a security guard for 29 years from 1982 until September 2010.  I was also one of Mr. Schaap's personal guards for 2 years.  I have been the church driver trainer for 17 years ending in 2007.  I am now at totally at the college as a Teacher of History, Transportation Director, and an IT worker.

I have known Jack Schaap as a teacher, co-worker, vice president, pastor, and friend.  He has been there for me in the loss of my father, the hard times with my twin boys, loss of a child in a miscarriage, and more.

I do not know him as well as others, but I have known him well.  What happened with him I will leave for others to determine on the how and why.  I just know that of serving with him for over 30 years that this was out of character.  He was the personal counselor of my daughter.  He never touched her, I asked.

He is guilty and has admitted to the crime.  I am not asking you to dismiss his crime.  I am asking you to consider his over 30 years of good service in sentencing.

I come from a family of law enforcement.  My father and brother served as Chief of Police in Missouri.  I have had to deal with this type thing in Missouri at my church.  My Dad arrested the man whom he served with in church.  That man went to jail and should have.

My former Pastor is where he belongs now.  He has a debt to serve.  I just ask you to look at the overall life of this man.  I am asking for the minimum sentence of 10 years.  His life is over in the ministry.  He will never pastor again.  When he gets out at 64, I hope, he will be registered as a sex offender and will never be trusted again in the ministry.  He will never write another book or travel to speak anywhere.

Please consider my request of the minimum sentence of 10 years and realize that even out of prison, his life is really over.  Our profession is one built on trust, and when violated like this, you may get forgiveness from us, but you will never get a job from us again.

I want to thank you for considering my request and thank you for taking the time to read this letter.  You have a thankless job enforcing these judgments, so I want to thank you for the job you do and wish you a wonderful day.

Sincerely,

Danny Clubb, Jr.


DEFENDANT'S EXHIBIT
66

December 2, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Lozano:

My name is Bill Flowers; I am a resident of Griffith, Indiana, and through September of this year, was an employee of the First Baptist Church of Hammond, Indiana (for almost 5 years.) My severance of employment with the church was involuntary; I was let go from my full-time position due to budget cuts. During my tenure, I helped to conceive, develop and launch our church's radio station, and Mr. Schaap was my boss during this time. Mr. Schaap was my pastor during my college years (2000 - 2004) and again during my years of employment (January 2008 - June 2012).

I can reflect on my relationship with Mr. Schaap with a degree of detachment, which I believe is an advantage for this correspondence. During both my college years and my years of employment at the church, my personal contact with him was fairly rare, yet substantive: he took a sincere interest in my wife and me both as a couple, and as a family (after we had our two children, Jonathan and Abbie, aged 8 and 5 respectively). From my school years forward, he remembered our names and remembered personal facts about us (which amazed us, considering our congregation numbers in the thousands). When Jessie (my wife) and I were attempting to have children, he took great pains to pray with us and review progress regularly. Mr. Schaap would send short, friendly, appropriate notes to us periodically to let us know he was praying for us. These were hand-signed, in his own words, I am certain, based on the references in them.

My closeness to this man on several levels was more detached than some, yet closer than many. I still consider him a sincere, dedicated, compassionate, and sacrificial human being. I also believe that poor procedures led to extremely poor judgement on his part; and as such, a domino-effect of harm and ruin to many has been done. He must be punished - this is my conviction not only as a father and as a citizen, but as a Christian, too. That said, I request that the very scales that symbolize justice should be carefully balanced, factoring in the amazing Biblical love he has shown to thousands, something he did tirelessly for decades. I would plead with the court that he be given lenience for this offense. Should a life sentence be inflicted, I believe the other innocent victims - the Schaap family, itself - will be forced to share that sentence with him.

I offer my profound gratitude for your consideration of this letter.

Sincerely,

Bill Flowers



November 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Sir,

I have known Jack Schaap since he was a teenager in Holland, Michigan.
I pastored him and his family for a full decade a portion of which
time he was in the employ of the church as a youth pastor. I
co-officiated at his wedding and he preached at the funeral of my wife
after donating $25,000 for her cancer treatment. I have been his
adviser over the years, preached for him in his church, and chaired
the counseling program at Hyles-Anderson College.

My experience in the counseling field is extensive, especially for
those in ministry. Over one thousand pastors, missionaries,
evangelists, and their wives have attended the one week intensive
counseling program provided by a ministry I founded in 1989. I have
taught in Bible colleges and seminaries including Maranatha Baptist
Bible College, Bob Jones University, and Northland University where I
also chaired the graduate division of biblical counseling for several
years.

Having seen Jack in many varied situations where I could observe his
character and spirit as his pastor, employer, and counselor, I can
attest to the fact that his recent failure does NOT characterize his
life. Rather, he has consistently manifested the highest moral and
spiritual qualities. His work ethic is unparalleled and his
compassionate outreach to the needy unrivaled. He has helped literally
thousands of hurting souls, families, and ministers. He has given
immeasurable help to the establishment of churches and ministries in
the United States and overseas, including China, Philippines, India,

DEFENDANT'S EXHIBIT 68

Africa, and Thailand.

Jack is fully aware of the depth and breadth of the damage he has inflicted upon many and the shame he has brought to the name of Christ who he has preached these last thirty years. He has tearfully expressed his deep remorse to me in private conversation. While fully aware of your duty in sentencing him, it is doubtful that there is any punishment which could be inflicted by man that could equal the agonizing pain of the guilt, shame, dishonor, losses, and regrets already inflicted upon his conscience by the Spirit of God.

In light of the above, I respectfully appeal to your honor to exercise as much leniency in his sentencing as possible. Thank you for your attention to this matter.

Respectfully yours,

Jim Binney, D.Min.

Ontario, CA 91761

11/20/2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320



Honorable Rudy Lozano,

My name is Dan Gross and I am an Assistant Pastor at Montecito Baptist Church in Ontario, California. When I was four years old my family moved to the Hammond Indiana area to attend First Baptist Church of Hammond. I attended the church until August of this year. I moved to become an assistant pastor at the church I am now in with the blessing of Jack Schaap who counseled me on the decision.

I believe that my opinion of Mr. Schaap is one that is worth taking note as I spent many of my childhood, teenage, and young adult years having a very close relationship with him. I started kindergarten with his son Ken and am currently one of Ken's closest friends. As a close friend of his son, I spent many years having a unique relationship with Mr. Schaap. There are only 2 other young men who have the same perspective that I do. I have gone to ball games, birthday parties, prayer meetings, restaurants, and countless other special events with him. I have spent the night at his house many times, played board games, ping pong, and billiards with him. He was in many ways like another father to me. I have known him since I was five years old and I am now twenty-seven. Through those years I always respected him for the way he lived his life. He was a man who lived his life by the principles of the book he preached, in his profession, yes, but also at home. He adored his wife and children and always lived at seemingly another standard than seemed possible. He cherished his wife and treated her with the utmost respect. He raised phenomenal children. Never one time was I uncomfortable being around him as he was always such a standard of propriety. He handled the every situation with a class and dignity that I desired to achieve, I had a very inside perspective of the man that few saw and I was never disappointed. As a small boy he quickly became one of my hero's and I was happy that I got to have this unique relationship with him. He became the pastor of the church when I was in the tenth grade and I was thrilled that such a great man would become my pastor. I worked as a teacher at one of the schools operated by First Baptist Church of Hammond for 6 years and I am now serving in a church because of his direction and teaching. I live every day working hard to follow the principles of the Bible from which he preached.

Jack Schaap has helped countless numbers of people that I know of personally including myself. Shortly after I was married he got wind of a hospital bill that I had acquired and was having a difficult time paying and he came out of his pocket to pay it for me. He constantly asked if there was anything he could do to help me and my family to which I would have to tell him no because I knew he would try to take care of it. This is who he was. He loved people. He gave more hours than he ever should have to

help as many people as possible. He pushed himself to the limits to help his church, community, and to impact the world. He was constantly hurt deeply by those that he tried to help the most. It was to this effect that I believe eventually led to his demise. I do not excuse what he has done. I was heartbroken and devastated to hear of the incident and completely shocked as this is not the man that I knew. I know the family of the victim as well and pray for them daily; however, I believe this to be an anomaly and definitely not the norm. I believe the pressure and stress of the load he had taken upon himself pushed him to a point to which he was not acting out of his usual character. The Jack Schaap that I grew up as a boy seeing as a father figure was a kind, compassionate, caring man that always put others before himself. As a teacher in one of the schools at First Baptist of Hammond we would often receive memos from Mr. Schaap about our standard of professionalism with the students and commanded to be above reproach in our dealings with them. The rules were plain and clearly laid out as to how we were to help them with dignity and propriety. These rules were not to be taken lightly. He respected women like few people I know and wanted all of us to have this same respect. These do not seem like the actions of a careless "child predator" to which is being portrayed. I believe the circumstances that led to the crime were somewhat of a perfect storm in which he was caught at a very low point and he considered things he would not have considered in his other 37 plus years of working with young people. Despite hearsay only recently from a few disgruntled members who had occasion against him to begin with. There were never any other incidents of indiscretion that swirled around his name. He was criticized for his interpretation of the scripture, but never for his personal life.

I plead with you to be merciful with a man like this. No doubt letters have been sent to you describing what a heinous individual this man was but that is simply not the truth. He made a huge mistake, but I have seen who he is in the most intimate of settings and can vouch for his character. I trusted this man around my two small girls and never had any indication not to. I ask that you see the whole picture of who this man is and has been, and not view his life through the microcosm that has been laid out before you. I understand that a punishment must be set for the crime, and that what he did was wrong and unacceptable, but I hope that a man who helped so many people would get the minimum punishment required.

I still consider him to be a good man as I cannot write off a life of such good based on one incident. I hope and pray you will see this how I and thousands of others do and give him the minimum sentence possible. He has a wife, children, and grandchildren, who need him to be there to help them through their dark days as he was for so many others.

Thank you for your own service to the community and for helping to make the world a safer place.

Sincerely,

Daniel Gross

# Faith Baptist Church
## "With All My Heart"

Bruce Goddard, Pastor                    Greg Beil, School Administrator
Josh Goddard, Assistant Pastor           Victor Monteiro, Youth Pastor

October 17, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

    I have known Jack Schaap for over 32 years. I am a pastor in Southern California, and I have been here at this church a little over 30 years. My first close contact with Mr. Schaap was when he was a college teacher. Although we are the same age, he started teaching prior to me graduating college. He was not only a gentleman, but he was thorough and encouraging. He was a man that gave people hope. Once I graduated from college he and I became friends. Eating meals together on an occasional basis and sitting down to visit often when I was in Indiana or when he was in California.

    For these 30 years, I would say Mr. Schaap has been a man of honesty and integrity. I realize that he has admitted to a recent tragic wrong, but prior to that, I do not know of any accusation, even anything close to an accusation, in the years I have known him. As I saw him run long hours and invest time in his church, as well as in my church and many other churches, I saw him to be a man who was hard working. It was not uncommon for him to travel across the country to meet with pastors and help them with needs in their churches.

    He was a college teacher as my own children went through college. He was never too busy to spend personal time with my own children or the many young people from my church who attended Hyles-Anderson College. He always had time for individuals. I never heard anyone who felt like he didn't have a sincere concern, as well as wise and encouraging words, to help them through their battles.

    I know of people all across America, and in other countries that he has gone out of his way to be a help to. I have personal friends in Central Africa that he and his wife went to visit. They took them out to dinner, spent time encouraging them in their marriage and in their investment in the African community in which they worked. I was in the Philippines with Mr. Schaap, and we were able to spend much time with the Filipino people as well as private time with small groups. I found him always appropriate, always encouraging, and always being a friend regardless of the social standing of the people.

*21220 Walnut Street, P.O. Box 1030, Wildomar, CA 92595*
*(951) 245-8744 • email@fbcwildomar.com • www.fbcwildomar.org*



Page 2

I have been with Mr. Schaap in situations where his reputation and his expertise would have put him in the forefront, but I have seen him graciously step aside while others took the lead in various areas of community service and in helping churches or youth groups. While he loved helping people, he was humble enough to happily allow others to have the limelight that he could have easily dominated.

I understand that he has admitted to a crime. He has apologized to me and very humbly expressed his regret for disappointing me and so many others. I have watched him deal personally with all three of my adult children, and though he has in recent days this one experience of wrong, I can say that with all three of my children his behavior was of the highest propriety and discretion.

Of course, the courts are in a position where they have to rule on his offense. I can say that from being personal friends, often co-workers, and from seeing his leadership, kindness, counsel, and help to my own young people for 32 years, I would ask that the courts consider leniency as much as would be appropriate. He has been a life-long servant of people, and has carried himself with the highest standard of propriety, right up until this recent tragic event. I do not excuse the wrong done, but also do not forget the many "rights" done.

Sincerely,

Pastor Bruce Goddard
BG:es