November 27, 2012
Leonard Ludwick

Clarksburg, WV  26301


Honorable Rudy Lozano
United States District Court
5400 federal Plaza
Hammond, IN  46320

Honorable Lozano:

My name is Leonard Ludwick, and I am Pastor of the Old Time Baptist Church located in Clarksburg, West Virginia. I am a 1991 graduate of Hyles-Anderson College in Crown Point, Indiana. I am writing on behalf of Dr. Jack Schaap. I have known Jack Schaap for 25 years. He was a Bible teacher when I attended college. I had numerous classes which were taught by him. I intentionally took his classes because I enjoyed his method of teaching, the wisdom he had to share, and his personal walk with the Lord.

I have counseled, both in person and via the telephone, with Bro. Schaap. I counseled with him concerning the church we started and concerning problems that I have faced as a pastor. I always have considered, and still would consider his Biblical advice as good advice. He is one of the wisest men I have ever known. I highly regard the counseling he gave me.

I have found over the years Bro. Schaap to be a faithful friend. He has always been there to help in any way he can. Today I would still gladly receive and welcome his advice on matters concerning my life as a pastor. He is an example to many as a husband, father, and grandparent, and I understand the reason for this correspondence.

My children both attended Hammond Baptist Schools, a ministry that was under the leadership of Bro. Schaap. After I graduated from college and began our church, my daughter Adri Ludwick, went to Hyles-Anderson College to attend. After she graduated, she was hired by Pastor Jack Schaap to teach music at the college. He has always treated here with proper respect. She continues to hold her teaching position today. She loves her college and her church, First Baptist Church of Hammond, Indiana.

In my opinion, Jack Schaap is an honest, hardworking man. It would take more hours in a week than he had to satisfy all that was required of him. No way could he get it all done, but he would put in many hours a week to do his job. I believe Bro. Schaap wholeheartedly gave himself to the work of serving the Lord Jesus Christ.



Personal note: I have preached in jails, prisons and juvenile homes. I always begin by saying, "truth be known, the only difference between you and me is that you got caught, and I didn't." I don't believe there is a person alive who could not be imprisoned for something we did, but got away with. I make no excuses for gross sin. I would like to say I believe Bro. Schaap should pay for his crime, but I do not believe he is a menace to society. I do not believe he is a habitual offender. I believe Bro. Schaap has much to give to society. He is not a problem that has to be kept under lock and key.

Any man, at the wrong place, at the wrong time, would do the wrong thing, and he did. Bro. Schaap is guilty; he has not denied or fought that issue. However, he is not a hardened criminal. He is a man who messed up, got caught, confessed, surrendered, and is willing to pay for his sin. That should count as something.

I request that the court show leniency in Bro. Schaap's sentencing. He is not a hard core criminal. He is a man who has lived his life standing for what is right and godly. Would to God we had more men like him. This is my humble opinion--I see much more good than bad.

Sincerely,

*Leonard S Ludwick*

Pastor Leonard Ludwick

October 13, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN   46320


Dear Judge Lozano:

My name is Rick Finley and I am the pastor of the Fellowship Baptist Church in
Durham, North Carolina.  For more than thirty-four years it has been my privilege to
know Jack Schaap.  The purpose of my writing is to ask you to consider leniency as
you prepare for his sentencing on January 15, 2013.

In 1978 I enrolled as a freshman at Hyles-Anderson College in Crown Point, Indiana.
Jack Schaap was also a student.  In the years following, he became a staff member at
the college and I was one of his students.  In 1983 I graduated from Hyles-Anderson
and entered the ministry here at Fellowship Baptist in Durham.  At that point, Jack
Schaap and I became co-laborers in the gospel ministry.  He has spoken for us here
in Durham more than twenty-five times and I have been privileged to preach at First
Baptist Church in Hammond on numerous occasions.  As you can see, I have known
Jack Schaap in numerous capacities and have been with him in many different
situations.

The events that have manifested themselves in the past few months, in my opinion,
have been quite out of character for the Jack Schaap that I have known for over a
third of a century.  I am not, in any way, defending his actions.  He has admitted his
wrongdoing and he is now suffering the consequences of his wrongs.  However, I
would hate to see him suffer beyond reason.

I have been privileged to observe Jack Schaap's behavior in a myriad of settings.  I
have preached with him in youth conferences and he preached for our teens here in
Durham ten consecutive years.  I have never witnessed any behavior that I felt was
out of the ordinary in any way.  He has handled himself professionally and with



honor. He has spent time with my family, including my two daughters (who were teenagers at the time). He has never been out of the way with them whatsoever. He has always been thoughtful toward others and his concern for others has always set him apart from many other outside speakers, in the eyes of our people here in Durham.

There is one incident that sticks out in my mind. Many years ago Jack Schaap was preaching at a youth meeting here at Fellowship Baptist Church. The meeting was held at a camp in Winston-Salem, NC. At that meeting, a teenage girl confided in Mr. Schaap that she had been mistreated at home. I vividly remember his concern for this young girl who found herself in a very vulnerable situation. As a young youth pastor, I relied very heavily on Jack's advice and counsel. He left town on Monday morning, but per his counsel, my wife and I carried this young girl to the authorities where we reported the alleged inappropriate behavior.

In early August, I was shocked to hear of the allegations that had been made toward my good friend, Jack Schaap. These allegations seemed so out of character for him. Again, I am not disputing his guilt concerning recent allegations; I am simply stating that the actions of the past several months are not consistent with the knowledge I have had of Jack Schaap's character for the past thirty-four years.

As you review the evidence that has been presented to you concerning this case, I hope that, through letters like mine, you will be able to acquaint yourself with the life that Jack Schaap has lived *prior to* the events of the past several months. As you consider what is just and fair when it comes to his sentence, I hope that you will be able to consider his life as a whole. Granted, this one "chapter" of his life is not a pretty one, but I believe that his life as a whole is worthy of your consideration of a more lenient sentence.

Thank you for your service and for taking the time to read my letter.

Sincerely,

Rick Finley
Pastor



## SOMERSET
### BIBLE BAPTIST CHURCH
Planted together, Growing in Christ.

October 17, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Honorable Lozano:

It has come to my attention that letters on behalf of Jack Schaap might be helpful to him. Although I find it difficult to write in favor of one guilty of such a crime, I still am compelled to write because of the years that I have known and associated with him. I cannot understand why a man of his caliber would fall to such depths so I must not be fully aware of all that was involved. Therefore I can only speak concerning the man that I have known.

I have known Jack since the late 1980's as he was involved in speaking to teenagers and taught classes at Hyles Anderson College. He was my daughter and son in law's professor. He had a warm relationship with both of them that helped them through the years. His kindness and wisdom truly encouraged Brian and Tammy in some of their most difficult days. As a result of this relationship, Jack was invited to our church to speak. Here he established a great relationship with my son. He spent hours with Steve counseling and helping him through some difficult problems. I am very thankful for the influence that he has had in my children's lives.

When Dr. Hyles passed, I prayed for Jack Schaap to become the pastor of First Baptist Church of Hammond, Indiana. My family had been members for years, but my father and mother in law had left. Because of the Bible teaching, wisdom and leadership of Jack, they happily returned to worship at FBC and are still there.

In the recent years I knew something was changing. I believe that Jack was under too great of pressure to succeed. Hence there were some questionable decisions made. The pressures increased. Then this!

Pastor Bryan E. Miller
Co-Pastor Brian E. Fisher

42 Cedar Grove Lane
Somerset, NJ 08873
ph. 732.805.9377 ~ fx. 732.563.2745
somersetministries.org

Home of the Somerset Bible Baptist
Christian Academy



I would urge you to be considerate not only of the law, but of the fact that we do not know fully the pressures that would crack a man of Jack Schaap's character and caliber. No one has had to be so carefully scrutinized and so ridiculously criticized. Given those same set of circumstances, not one of us knows how foolishly we would react. For the sake of the good years and the many thousands of lives that he has touched for good, I respectfully request a minimal sentence be considered. Although he is disqualified from any future ministry such as he has had, perhaps his life can still be useful in some manner.

Sincerely,

Bryan Miller



# CHRIST CHURCH
## BAPTIST FELLOWSHIP
His Love. His Grace. His Church.

Friday, November 16, 2015

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320



Dear Judge Lozano,

     I have known Jack Schaap for 36 years. I first recollect meeting him when he became one of my students when I was a professor at Hyles-Anderson College. I never had a better student. With melancholy at the turn of events in recent months I look back at our times together in shared ministry. Perhaps the picture that keeps coming to mind is that of him and his wife Cindy. They were both in my New Testament Survey Class. I remember when they became boyfriend and girlfriend — then engaged — then married. They were happy, genuinely happy together. Like any all-American couple they had kids. In my opinion, their son and daughter are stellar and married well.

     Through the years Jack showed a magnanimous attitude toward older ministers and servants of the

Dr. Johnny Pope
12501 Champion Forest Dr.
Houston, TX 77066
Office 281.866.8377
Fax 281.866.8366

christchurchbaptist.org

Lord. I was deeply touched by an honor given to an old minister named Dr. Raymond Hancock. Jack orchestrated the gift of a custom van so he and his wife could travel in comfort while in evangelism. John Olsen, who recently died was a fixture as College host since the beginning days of the school. In the last years of John's life, Jack personally attended to a continuation of remuneration for a lifetime of service. In one of my last conversations with John he expressed his deep gratitude for Jack's kindness.

My heart goes out to one of the finest Christian ladies I know, Cindy Schaap, his wife whom I have known since she was fourteen. She remains faithful to Jack and is longing to have him back in her life in some form of normalcy. Judge Lozano, as a father and grandfather I would ask you to please consider showing as much mercy as your conscience would allow. I would hate for Cindy, his children and grandchildren to have to go over a decade before they are with their husband, father and grandfather.

People who knew and loved Jack Schaap are deeply grieved over his wrong doing. We believe Jack has more than learned his lesson and will never go there again. Other than that for which he is guilty of—

I never head of him ever being close to compromising a high moral standard.

I have been in ministry for over 42 years and I have been pastor of Christchurch Baptist Fellowship for almost 32 years. Even the thought of being incarcerated for the final years of my life would be heart-breaking torture. My prayer is that my old friend, Jack will not have to spend his last years in that situation. He will never be a pastor again, nor will he ever be entrusted to watch over teens or young adults. In our faith that would be prohibited. In and of itself, that fact will be a life sentence whether in or out of prison. We do believe in repentance and rehibilitation. Should Jack remain incarcerated for an incredibly long duration — his message of restoration would eventually be muted. If one day in mercy he is released, I feel certain his best service could be rendered by warning others who at one time looked up to him to not dare follow his path.

Thank you, Judge Lozano for allowing me to write you and express my heart on this matter.

Yours Most Sincerely,

Johnny Pope

FBMI Ghana
PMB Kumasi
Ghana, West Africa

October 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

My name is Charles Osgood. My wife and I are missionaries, serving the Lord in Ghana, West Africa. We have been here for a little over six years. We have one child, Josiah, who is two and a half years old.

I attended Hyles-Anderson College from 2002-2006. During that time, I attended First Baptist Church of Hammond, pastored by Dr. Jack Schaap. During those four years I heard Dr. Schaap preach hundreds of sermons and I made many important decisions as a result of his preaching.

It was as a result of his preaching and vision that I gave my life to serve the Lord here in Ghana. I believe with all my heart that I am doing the will of God for my life and that God used Dr. Schaap to help me get me where I am.

Dr. Schaap has inspired me to give my life to serve others. He motivated me to have compassion on others and to genuinely care for them. He encouraged me to not just say I am a Christian, but to back it up by a godly life - a life lived for others. I have read many of his books and have been helped greatly by them as I applied the principles they contained.

I had the opportunity to hear Dr. Schaap on an almost weekly basis from 2002-2006. He struck me as a man of great character and a man with a great passion for God. Every time I had interaction with him, he had a Christ-like spirit, and I saw in him a genuine love for God and others. I still believe that Dr. Schaap genuinely sought to please the Lord with his life for the years that I had interaction with him. I also believe that he still wants to please the Lord with his life, though he made some grievous errors.

I am asking that you be lenient on your sentencing of Dr. Schaap. He has done a lot of good for many people and I believe he still can be used to help others.

Sincerely,

Charles Osgood                    October 30, 2012

DEFENDANT'S EXHIBIT 75



November 14, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320


Dear Honorable Lozano:

For a few months my friend, Dr. Jack Schaap, made the mistake of a lifetime, a mistake as terrible as it was contradictory to everything his life stood for. He is going to have to pay for his actions. In determining how much he should pay I hope you will balance the wrong he did for months with the good he did for years.

I am a pastor and was at a small church within in two hours drive from Hammond. That was a very difficult church which took a physical and emotional toll on me and my family. Jack and Cindy Schaap made themselves available to counsel myself and my wife.

My son contracted meningitis while the Schaaps were on vacation. Jack Schaap arose at three am every morning while on vacation to pray for my son.

During my son's illness my in-laws were critical of decisions I made concerning my family's care. My son was quite upset at their timing. Jack Schaap sought out my son to talk with him about the difficult choices I faced.

It is my professional opinion that one contributing factor in Jack Schaaps fall from his own standard was how much selfless giving of himself and how little care for himself he practiced for more than ten years.


Sincerely,

Jonathan Bratton





**Calvary Baptist Church**
PLATTEVILLE, WISCONSIN

902 Golfview Drive
Platteville, Wisconsin 53818
Phone (608)348-9970

November 29, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN   46320

Dear Honorable Rudy Lozano,

This letter is in behalf of my friend and colleague, Jack Schaap.  I have known Jack since 1982.
We were neighbors in St. John for the first 5 years.  Our children grew up together and we went
to the First Baptist Church in Hammond and Hammond Baptist School together.  We always
enjoyed being with him and his family.

I have been pastoring here in Platteville, WI for 21 years.  We have stayed in contact with Jack,
as we have visited the church and college.  We have traveled to preaching meetings and
conferences, and have met up with him and his wife.  We have enjoyed many different kinds of
functions together, as well as phone and letter communications.

I was devastated and shocked to hear the news about his unfortunate situation.  This is totally out
of character for him.  I realize that this could happen to any of us, whether we are a person in
authority or not.  He has always been a person of integrity, and I still trust him completely.  His
consuming desire and concern to want the best for the people of America and around the world is
a challenge to all preachers to want to do more.  He has led the way for churches to make a
positive global impact that only eternity will reveal its benefits.

Our entire congregation here in Platteville has always enjoyed Jack's preaching, his company,
his family, his friendship, and reading his books.  They are saddened, but will remain a friend to
him.

This situation is unfortunate as a man has lost everything over one wrong decision.  I request
that the Court be lenient to him in his sentence.  That is all that I can ask.  Thank you for your
time in reading my letter.

Sincerely,

*Dave Barna*

Pastor Dave Barna

Dave Barna,
Pastor

DEFENDANT'S EXHIBIT
77
ALL-STATE LEGAL

*From the desk of:*

# Dr. Zane Abberger

Lakeview, MI 48850

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Honorable Rudy Lozano,

My name is Zane Abberger and I am writing on behalf of my friend, Jack Schaap. My relationship with Jack began thirty six years ago as students in college. In his school days Jack stood out as an exceptional human being. His intellect, personality, spirit and influence were extraordinary. Jack's friends and acquaintances were of the same caliber.

Jack was a leader because of what he was not because of outward traits or physical dominance. We all knew he was cut out for something special.

Since our college days our opportunities separated us, but I watched Jack grow in depth of character and in the scope of his influence. These past few years have brought us closer together, and never have we met where he was not seeking to help me in my ministry or trying to promote me in some way. Many other men have related to me that Jack treated them the same way. I know that as of late there has been a break down in his character and personality; but having pastored people for over 25 years, and knowing Jack as well as I do, I believe he is a very good man that has caved in to the pressure he carried rather than an evil man that has been discovered.

If any man were ever worth restoring, he must be at the top of my list. I have never hurt so much for a friend as I have for Jack, because no man has done so much good in his good days as Jack has done. He is like a high performance Indy car that hit the wall. Those cars are too valuable to ever be totaled, they always rebuild them. I believe that Jack is worth rebuilding.

Very Sincerely,

Dr. Zane Abberger

DEFENDANT'S
EXHIBIT
78

Office: 989.352.6796

# RICHMOND OUTREACH CENTER

**GERONIMO AGUILAR**
SENIOR PASTOR AND EXECUTIVE DIRECTOR

5501 Midlothian Turnpike • Richmond, VA 23225
PHONE: (804) 675-4101
EMAIL: PastorG@TheROC.com

**THE ROC**

October 10, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Lozano,

As a long-time friend and even longer admirer of Jack Schaap, I respectfully request the Court's leniency when considering Jack's sentence. Jack has been my personal pastor and mentor for the last 12 years, although I have known of him and looked up to him for a much longer time.

As pastor of one of the fastest-growing churches in America (source: *Outreach Magazine*), and pastoring over 11,000 individuals each week, there are not many people who understand the enormous pressure and stress of my job. However, Jack has been an unshakable pillar of support for me. Every time I have reached out to Jack for counsel, support, mentoring, and encouragement, he has always been there for me, both as a pastor and as a friend. In fact, his direct counsel has helped me overcome seemingly insurmountable obstacles in my life and ministry.

I would like to share with you a brief example that I believe highlights Jack's character. While there are many that I could share, this example is particularly near and dear to my heart:

> Jack is affiliated with a large group of Baptist pastors who have strict beliefs about everything from the way women should dress to the type of music that should be played in church. As a tattooed, motorcycle-riding pastor who makes great efforts to invite the unlovable (ex-cons, gang members, single moms, and drug addicts) to my church, I break all of the rules by which many of these pastors so strictly abide. From the pulpit, Jack put his reputation on the line in front of thousands of pastors by endorsing my ministry and pastoral style, encouraging his peers to consider looking past their rules to do what is most important: help people.

And therein lies Jack's heart—he will take enormous risks to see that more hurting people get help. Jack is not motivated by politics or personal gain, he will not be dishonest about his opinion to gain admiration or additional followers, and he is willing to take an unpopular stand if it will help others.

Unfortunately, there are mean-spirited people with ulterior motives who would like to use this one, horrible mistake to forever tarnish everything Jack has ever done. However, this mistake, for which he is extremely repentant, does not change Jack's character or my opinion of him. I am one of hundreds of thousands of lives that Jack Schaap has directly and positively impacted. And because of Jack's influence in my life, I have been able to help thousands of families by helping people live substance-free lives, turning teens and young adults from gang affiliations, and helping ex-convicts become gainfully employed. Furthermore, my work with at-risk youth has been recognized by the Office of Juvenile Justice and Delinquency Prevention (OJJDP) and the Whitehouse as a best practice to reduce and end youth gang involvement. None of this work and none of these changed lives would have been possible without Jack Schaap's influence and mentoring in my life.

Again, I respectfully ask the Court to consider a lenient sentence for my dear friend and mentor. The sooner he is no longer behind bars, the sooner he can do what he does best: make a positive and powerful contribution to society.

Sincerely,

Pastor Geronimo Aguilar
Senior Pastor and Executive Director

**DEFENDANT'S EXHIBIT 79**



## CHANGING LIVES ✝ MAKING LIFE CHANGERS

**www.THEROC.com**



# NORTHEAST Baptist Church

101 E. Pembroke Rd  Danbury, CT 06811    203-798-7088

Pastor Joe Vassak

November 8, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir,

I am writing on behalf of Jack Schaap.  I have been the pastor of Northeast Baptist Church in Danbury, CT, for 18 years.  I have known Jack Schaap for 27 years.  He was my professor at Hyles-Anderson College in Crown Point, IN.  He provided me with knowledge and taught me skills—people skills, leadership skills, ministry skills, and pulpit skills—that I use every day in my profession.  He has been a mentor to me since my graduation from college 22 years ago.  He has provided me with invaluable personal advice and counsel throughout these years.  He has been the man to encourage and coach me at critical crossroads in my life.  He has been a guest speaker in the church that I pastor on three separate occasions, and each time he had a very powerful, positive impact upon the people in our church.  The books he has written have provided life-changing instruction to me, to my family, and to the people who call me pastor.  His love, his wisdom, and his compassion have had a powerful impact upon my life, and upon the lives of my children.  He and his family have been role models to me and my family, and neither I, nor my wife, nor my children would have hesitated to refer to him as a hero and a role model prior to the crime that he committed.

Jack Schaap is responsible for creating and sustaining many different efforts to help people throughout America and around the world, efforts that continue in spite of his absence, and efforts in which my church and I are privileged to participate.  Currently four young men from our church are studying at Hyles-





# NORTHEAST Baptist Church

101 E. Pembroke Rd  Danbury, CT 06811    203-798-7088

### Pastor Joe Vassak

Anderson College, and their decisions to matriculate there were the direct result of Jack Schaap's positive influence upon their lives.  Our church sends hundreds of dollars of support each month to the foreign missions teams that Jack Schaap established and sent to China, Thailand, Ghana, Peru, Turkey, and India.

Jack Schaap is an honest, sincere, caring, self-sacrificing, hardworking, friendly man.  Though his crime is deplorable and inexcusable, it is a complete departure from everything that I have known about him.  Quite frankly, I am still baffled by his actions in this horrible crime; the man that I have known for 27 years seems incapable of such an offense.

Based upon what I have known about him, having been his student, his protégé, his colleague, and his friend, I am requesting, Your Honor, that you show leniency in your sentencing of Jack Schaap.

Thank you for your consideration.

Sincerely,

Pastor Joe Vassak

Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN 46320

November 1, 2012

Your Honorable Rudy Lozano:

My name is Rachel White and my husband and I were former missionaries to Ghana, West Africa. We now reside in New York and my husband is working at the church as an assistant pastor. Brother Jack Schaap was our Pastor for five years at the First Baptist Church of Hammond, Indiana.

We have always highly respected Brother Schaap. When my husband went to him for counseling, Brother Schaap always gave good advice. We have heard him preach and we have seen him interact with many people. His interactions with others were always completely appropriate and above reproach.

We always could see how hardworking he was to reach his goal of reaching the world for Christ. His vision to reach the world has been amazing! He started the team missions concept which allowed my husband and me to go to Africa and see many people come to know Christ as their Saviour. He would visit the American families while we were serving in Africa and again, he was always appropriate and above reproach.

We were extremely shocked to hear of what occurred with Brother Schaap because it is completely out of character. He is one of the last people in the world that we would ever expect to hear about anything immoral. He is a man and he sinned. Punishment is deserved but we are asking that the court would be lenient in its sentence.

Thank you for your time in reading this letter. We believe in this man and we believe that he has had an amazing impact on those around him, on his church, and especially in our lives.

Sincerely,

Rachel White



FBMI-Ghana
PMB Kumasi
Kumasi, Ghana
WEST AFRICA
November 6, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320

**RE:**        **Plea for Leniency for Jack Schaap**

Dear Judge Lozano and Court:

The first time I heard the name "Jack Schaap" was almost 20 years ago.   I had just started working on my master's degree at Virginia Tech, and I was attending a church in Blacksburg, Virginia.   My Sunday school teacher, Doug Testerman, mentioned he wanted to try to get Dr. Schaap to come to Virginia Tech to have a debate on a topic like Creation.  Dr. Schaap had been one of Brother Testerman's teachers at Hyles-Anderson College.  Dr. Schaap was one of Brother Testerman's heroes.  I completed my master's degree in 1995, and I enrolled at Hyles-Anderson myself.  Dr. Schaap soon became one of my heroes as well.

As I was working on a master's degree at Hyles-Anderson, the only class I had with Dr. Schaap was a class on sermon preparation.  Sitting in his class, **I could tell he was for real.**  He was prepared.  He was passionate about his work and the topic.  I could tell that this man truly believed that there is a Heaven to gain and a Hell to shun.  I could tell **he was pouring his life into the next generation**—myself included—that would take the love of Christ to a lost world, desperate for the truth of salvation.

After having graduated from Hyles-Anderson College and serving there for 11 years, I came here to Ghana, West Africa, as a missionary in 2008.  To me, we are in a spiritual battle, and Dr. Schaap is a casualty.  He is a sinner like the rest of us and responsible for his sin.  However, his fall in no way diminishes the need to get the Gospel to the world.  Instead it serves as a warning to those of us on the frontlines that the fight is real and that our enemy—the devil—is real, and that we must, as Paul said to the church at Ephesus, "Wherefore take unto you the whole armour of God, that ye may be able to withstand in the evil day, and having done all, to stand."  **One of our great heroes has fallen, but the truths he preached and taught are still valid.**  The good that he accomplished in his decades of service to his Saviour and to the community are not for naught.

With that being said, let me mention several instances in which Dr. Schaap invested his time and life and resources in me:
- Dr. Schaap offered me my first position in the ministry.  He gave me a chance.  He believed in me.  He hired me to serve as the admissions director at Hyles-Anderson College.  He


DEFENDANT'S
EXHIBIT
82

The Honorable Rudy Lozano
United States District Court
Page 2
November 6, 2012

talked to me about my being a king-maker and not striving to be a king. "The servant is greatest of all." That was one of the themes of his ministry. Dr. Schaap did not strive to be "king"; his goal was to help others become kings and queens. In other words, **his ministry was about helping others reach their potential.** I am now living a very happy, fulfilled life partially due to Dr. Schaap's help and influence. I feel like a king!

- As the admissions director at Hyles-Anderson College, I met weekly with Dr. Schaap from 1998-2001. Of course, in our meetings, we discussed a lot of college business. But, I found, that he was always interested in me as a person. He always had time for me. Dr. Schaap had a counseling line weekly and gave counsel to his college students. I never had to stand in his line because I had access to him during my meeting times. He often took the time to give me advice when I asked for it. That personal investment of time in me was invaluable to me in the formative days of my career. **Although it meant long hours for him, Dr. Schaap made time for others**—myself included!

- Dr. Schaap cared about my future. When he hired me, I was 25 years old and single. He would often ask me about my dating life. He even tried to set me up on a couple of dates. One of his books, Dating with a Purpose, helped me date properly and purely. He jokingly told me that he would fire me if I was not married by the time I was 30. Well, as it turns out, I was still single at age 30, but he did not fire me. However, I did get engaged at age 30 and married at age 31. I am very happily married to a wonderful Christian lady that I met at Hyles-Anderson. **As I have thought about it even recently, I owe much of my happiness and success in many areas—including my marriage—to Dr. Schaap.** I personally know many others couples that would testify to the same thing.

- **Dr. Schaap is a thoughtful, generous man.** He remembered my birthday each year that I worked directly for him. One year, he bought me a Successories framed picture of an eagle that says, "FOCUS: Chase two rabbits, and both will escape." Another year, he gave me a beautiful patriotic and decorative plate that pictured an eagle draped in a flag. My office at the college had a patriotic eagle theme, so these gifts were hand-picked for me.

- **Dr. Schaap included others.** Even as a young staff man, I was invited to Dr. Schaap's department heads' meeting each week. He listened to my opinions and allowed me to have influence. He even invited me to his 40th birthday party which was held at his house in St. John.

- As I worked with Dr. Schaap in college admissions, I saw firsthand **his compassion for others.** With former students reapplying after having discipline or financial problems, he also sought for a way—within our rules and guidelines—to give students a second chance.

- **Dr. Schaap came to his congregation on behalf of God, and went to God on behalf of his church.** I believe Dr. Schaap walked with God. To me, this was most evident in his preaching. (This does not mean Jack Schaap is perfect. David and Abraham had serious moral lapses. Peter denied his Saviour. Samuel did not keep his children in line.) My heart was motivated by sermons such as "God Does Not Want Your Best." His series on prayer was incredible. His series on "Making Wise the Simple" has given me many principles that

The Honorable Rudy Lozano
United States District Court
Page 3
November 6, 2012

are helping me in my child-rearing.   His sermon "America! America!" has inspired thousands—including myself—to desire to be used of God to make a huge difference in this world.

- In March 2001, Dr. Schaap had just become pastor of a mega-church.  He willingly accepted the mantle of leadership and a huge responsibility.  In April 2001, I got the call that my grandmother had passed away.  So, I drove to Virginia for the funeral.  While I was in Virginia, I received an unexpected call.  Dr. Schaap called me to express his condolences and to let me know he was praying for me.  Wow!  I couldn't believe that the new pastor of a church running several thousand would take time to call me.  **This truly is evidence of a man who was living for others.**  This was not a self-serving phone call.  I would not have thought anything of it had he not called; yet it meant the world to me that he did.  Probably very few people know to this day that he called me on that occasion, but I believe many hundreds or thousands could testify of instances when Jack Schaap showed them brotherly love.

- Probably, right on the same level as his call to me upon my grandmother's death, was how Dr. Schaap helped us when our son was facing surgery at the young age of 10 months.  At my son's birth, it was found that he had a birth defect that needed to be corrected when he got a little older.  The surgery was scheduled two months before his first birthday.  We went to see Dr. Schaap for the pastor to anoint him with oil and pray for him before we left for Indianopolis for the surgery.  We were not expecting it, but after the anointing and the prayer, Dr. Schaap gave us some money to help us with our traveling expenses.  Again, Dr. Schaap was under no obligation to do this.  **We were the recipients—once again—of his compassion for people.**

- Dr. Schaap warned his staff men of the very danger that was his downfall.  **He reminded us often of the need to establish moral safeguards in our interaction with the opposite gender.**  In a memo, he cautioned us not to work late if it meant we would be alone with a lady in an office area that had little traffic.  He spoke of the need to maintain an excellent, visible, relationship with our wives.  He encouraged us staff men to watch out for each other.  My dad always taught me, "Locks are for honest people."  In other words, the thief will willingly break a lock, but a lock keeps honest folks from being tempted.  Dr. Schaap established and counseled us to establish certain "locks" or guidelines or "guardrails" that would keep us on the strait and narrow.  **I appreciate his concern for me, my family, and my ministry.**

- **Not only has Dr. Schaap helped the folks "across the street," but he has also had a great vision for those "around the world."**  I am testimony to that.  He took me from a key position at the college, and asked me to come here to Ghana, West Africa, to run a Bible college here.  He started "missions teams" in China, Ghana, Philippines, India, Thailand, and Peru.  He sent some of his best people to these places.  His goal was not just to build a big church in Indiana.  No, his goal is the heartbeat of God—"Go ye into all the world an preach

The Honorable Rudy Lozano
United States District Court
Page 4
November 6, 2012

the Gospel to every creature." He has come here to Ghana to preach on several occasions to inspire us and many Ghanaian pastors to do more for God.

- I was able to visit the States most recently in July 2011. We went to First Baptist Church of Hammond on a Sunday morning. We stood in the line after church to shake the hands of Dr. and Mrs. Schaap. They greeted us and chatted with us for a moment. Then, Dr. Schaap invited us to come by his office after church that night. Again, we had a wonderful time of fellowship. He gave us some spending money. He prayed for us. **Time and time again, Dr. Schaap has shown me and my family that he cares deeply for us.**

- Last of all, I have decided to attach the personal correspondence I have had with Dr. Schaap since I have been here on the mission field in Ghana. **I believe these emails express how deeply I believe in the character and person of Dr. Jack Schaap.** I know he is not perfect, but I love him, and I believe the actions for which he is being convicted are not representative of his character.

**Thus, I make my plea to the court for leniency and mercy.** Dr. Schaap has lost much already over this ordeal. He has lost his job. He has lost much respect. He has lost a position of great influence for good. He has brought much shame on his family and church. I believe that weighs heavy on him. Mentally and spiritually, I believe Dr. Schaap is even now punishing himself for his deeds. He must agonize over what has been lost. He must fear Judgment Day when he must face the Saviour he knows he has severely disappointed. He lives with the guilt of how many people have been hurt by his actions.

Ten years will seem like an eternity to Dr. Schaap.

And then Dr. Schaap's dear wife . . . What a great lady! The fact that she remains true to him validates their Christianity and what they have preached and taught to so many these last several decades. More than anyone else, **Mrs. Cindy Schaap knows her husband is for real.** Every day that her husband must spend time in jail may very well be just punishment for him, but it is severely cruel and unusual punishment for such a dear lady.

Dr. Schaap signed my Master of Pastoral Theology diploma from Hyles-Anderson College; it is still on display in my office here in Ghana. Dr. Schaap conducted my ordination service and signed my certificate of ordination; that piece of paper is still precious to me. Dr. Schaap led Hyles-Anderson to award me an honorary doctorate just three years ago; I still acknowledge that title and it still increases my influence. His excellent, helpful books still grace my bookshelf. His sermons are still saved on my laptop. **He has made a difference in my life for good and for God.** And I have seen thousands of others who can honestly say the same thing.

So because of the enormous amount of good Dr. Schaap has done, because of his pristine record to this point in his life, because of how much he has already lost, and because of his dear,

The Honorable Rudy Lozano
United States District Court
Page 5
November 6, 2012

precious, faithful wife, **please show leniency and grace and mercy** and allow Dr, Schaap the minimum sentence you are allowed.

Thank you for taking the time to read this lenghty letter and the attached emails.  I am making your decision a serious matter of prayer.

Sincerely,

Michael Sarver
Missionary to Ghana

Enclosures

## Mike Sarver

| | |
|---|---|
| **From:** | Mike Sarver |
| **Sent:** | Thursday, August 27, 2009 9:16 AM |
| **To:** | 'Preacher' |
| **Cc:** | 'Ted Speer' |
| **Subject:** | RE: |

Thank you, sir, for this memo about the change of leadership here at HAC of WA.  Brother Speer is great to work with.  This brings more clarity although I could not have asked for a better boss than Dr. Moore.   Brother Speer is the right man for the job here.  God is in it.

We love you and miss you.  We listen to your sermons regularly.  Thank you for making these sermons available.  Thank you for taking such good care of us here.  We're happy.

Mike Sarver

---

**From:** Preacher [mailto:preacher@
**Sent:** Wednesday, August 26, 2009 8:24 PM
**To:** msarver2@
**Subject:**

## Mike Sarver

| | |
|---|---|
| **From:** | Mike Sarver <msarver2@ |
| **Sent:** | Thursday, January 07, 2010 7:10 AM |
| **To:** | 'Brother Schaap' |
| **Subject:** | Be Strong and of a Good Courage |

Bro. Schaap:

In my Bible study this morning, I noticed how Biblical it is to tell others to "be strong and of a good courage."

You have encouraged me so much, I wanted to return the favor this morning:

Be strong and of a good courage!

I love you.  I believe in you.

Mike Sarver

**Mike Sarver**

| | |
|---|---|
| **From:** | preacher@ |
| **Sent:** | Tuesday, September 28, 2010 10:21 PM |
| **To:** | Mike Sarver |
| **Subject:** | Re: THANK YOU! |

I sure hope you are feeling better! I dearly love your family! Stay in touch.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Mike Sarver" <msarver2@ _____
**Date:** Mon, 27 Sep 2010 20:27:10 -0000
**To:** 'Brother Schaap'<preacher@
**Subject:** THANK YOU!

Thank you for a great week! Your visit made an impact on us. Thank you for your generosity. We love you. Mike, Maria, John, Joy Sarver

## Mike Sarver

| | |
|---|---|
| **From:** | Mike Sarver <msarver2@ |
| **Sent:** | Tuesday, November 23, 2010 9:14 AM |
| **To:** | 'Preacher' |
| **Subject:** | RE: |

You are very welcome, sir!  Lord willing, we'll be able to visit Hammond late June or early July 2011.  We love you.

Mike

---

**From:** Preacher [mailto:preacher@
**Sent:** Monday, November 22, 2010 6:16 PM
**To:** msarver2@
**Subject:**

Dear Mike and Maria and Family,

Please forgive my delayed response in thanking you for the $50 Darden's gift card you gave me for my birthday, as it has taken me a while to open every card and gift I received.  I don't think any pastor is as spoiled as I am.  Thank you for helping to make me feel very loved on my birthday.  I count it an honor to have you as part of Team Ghana, and I am so very pleased with the work the Lord is using you to do there.  I love you and look forward to the next opportunity for our paths to cross.

Your Grateful Friend,

Jack Schaap

## Mike Sarver

| | |
|---|---|
| **From:** | Mike Sarver <mikesarver72@ |
| **Sent:** | Friday, March 04, 2011 4:10 PM |
| **To:** | Jack Schaap |
| **Subject:** | March 7 |

This has been an awesome ten years!  We love you, Brother Schaap!  Mike, Maria, John, & Joy Sarver

## Mike Sarver

| | |
|---|---|
| **From:** | Preacher <preacher@ |
| **Sent:** | Sunday, April 10, 2011 11:40 AM |
| **To:** | Mike Sarver |
| **Subject:** | Re: Osgood/Pins Wedding |

Thanks, Mike,

Always good to hear from you. Hope all is well with you, your family, and the college. Miss you all terribly!

Pastor Jack Schaap

On Apr 9, 2011, at 3:04 PM, "Mike Sarver" <mikesarver72@           > wrote:

> Great wedding, Brother Schaap! We were watching!
>
> Thanks for getting the Gospel to our loved ones.
>
> Mike & Maria Sarver

**Mike Sarver**

| | |
|---|---|
| **From:** | Preacher <preacher@ |
| **Sent:** | Saturday, May 28, 2011 12:23 PM |
| **To:** | Mike Sarver |
| **Subject:** | Re: Thank You! |

I am so happy to hear you are recovered! You're very important to me, Michael. I'm proud of you and I love you and your family. We are all eager to see you!

Pastor Jack Schaap

On May 28, 2011, at 3:11 AM, "Mike Sarver" <mikesarver72@        > wrote:

> Brother Schaap:


> Thank you for your prayers during my recent illness.  I feel I am fully recovered!  Also, thank you for raising the money to pay my salary and benefits each month; we feel very well cared for and productive in the work of God.


> July 7 through July 11 or 13, my family and I will be in the Hammond area during our vacation.  We hope to "greet you" (as they say here in Ghana) while we are in town.


> I love you and believe in you, Brother Schaap.


> Mike Sarver

**Mike Sarver**

| | |
|---|---|
| **From:** | Mike Sarver <mikesarver72@ |
| **Sent:** | Thursday, July 28, 2011 3:15 PM |
| **To:** | Jack Schaap |
| **Subject:** | Thank You! |

My wife and I loved being at FBC again. Thank you for your dedication. Thank you for your love expressed in the gift of cash. God's taking good care of us. We enjoyed our month in the States, but we are thrilled to be back on the field again. We are happy where God has us!

I love you, Brother Schaap. Have a great day! Mike Sarver

## Mike Sarver

| | |
|---|---|
| **From:** | Mike Sarver <mikesarver72@ |
| **Sent:** | Friday, September 23, 2011 10:44 AM |
| **To:** | Jack Schaap; Darrell Moore |
| **Subject:** | Thank you! |
| **Attachments:** | CF Kodua Albert Edith.jpg |

Brother Schaap and Brother Moore:

Over a year ago, I stopped in Kwadaso Estates here in Kumasi and bought some ice cream from a barber name Albert. Sounds strange, I know, but this barber keeps a cooler of some delicious ice cream bars imported from Europe. I gave him a tract and invited him to our church. A few weeks later, I stopped to buy some more ice cream and Albert said, "I have a question for you—May I come to your church?" He DID come and he was won to Christ by one of our college students.

Albert joined the Common Faith Adult Class which I now teach. He has become a faithful member of our church and attends Sunday morning, Sunday night, and Wednesday night. His wife Edith has now been saved and now attends regularly. He and I have gone soul winning together. He is now Pastor Speer's barber. Last week, he registered as a delegate for our 5th Annual African Pastors' School.

I mention Albert because I wanted you to hear yet another story of many thousands of stories that could be told.

Thank you for the "blood, sweat, and tears" that you have invested in me, in Albert, and in the entire ministry here in Ghana.

I love you and I pray for you daily.

Mike Sarver

## Mike Sarver

**From:**          Preacher <preacher@
**Sent:**          Sunday, October 02, 2011 12:08 PM
**To:**            Mike Sarver
**Subject:**       Re: Happy Birthday!

That's a great birthday gift. Tell Michael I'm proud of his work soul winning. Say hi to your family. Thanks, Michael!

Pastor Jack Schaap

On Oct 1, 2011, at 10:53 AM, "Mike Sarver" <mikesarver72@              wrote:

> "Happy Birthday!" to one of my heroes.  I thank God for you.
>
> Here is a short story that I hope is a blessing to you on your birthday:
> Michael Frimpong was won to Christ here in Kumasi by Brother Charles
> Osgood back in 2007.  He is a faithful member of my Common Faith adult
> Sunday school class.  Michael often comes soul winning with us on
> Saturday, and he came today.  He testified that he preached the Gospel
> in the "tro-tro" (van used as a mini-bus) on the way to our meeting
> this morning.  He said that 9 people professed their faith in Christ
> and were inquiring about the location of our church so they could come
> and be baptized.  I told Michael this would be a great birthday present for you.
>
> My son John and I went soul winning in Abrepo near the church today.
> We won three to Christ--Kenneth, Francis, and Jonas.
>
> What you are doing is making a huge difference in eternity.
>
> Michael
>
>
> <CF Michael Frimpong.jpg>

6

## Mike Sarver

| | |
|---|---|
| **From:** | Preacher <preacher@ |
| **Sent:** | Friday, October 21, 2011 11:16 AM |
| **To:** | Mike Sarver |
| **Subject:** | Re: My Prayer for You |

Thank you, Michael. You and your family are much in my thoughts and prayers.

Pastor Jack Schaap

On Oct 20, 2011, at 7:38 AM, "Mike Sarver" <mikesarver72@          wrote:

> I prayed for you today, Brother Schaap, as I do just about every day: I asked God to give you great
> wisdom and great power. I asked Him to allow His love to work through you. I asked Him to give you
> strength and good health.
>
> My wife and I are thinking of you and your wife as you conduct the ladies' conference.
>
> Michael

5

## Mike Sarver

| | |
|---|---|
| **From:** | Preacher <preacher@ |
| **Sent:** | Monday, January 02, 2012 8:11 PM |
| **To:** | mikesarver@fbmi.org |
| **Subject:** | Re: Happy New Year! |

Always a pleasure to hear from you, Michael. You too are on my mind and always on my heart. Please give your family my love and affection.

Pastor Jack Schaap

On Jan 2, 2012, at 10:15 AM, "Mike Sarver" <mikesarver72@          > wrote:

Brother Schaap:

You've been on my mind the last several days.

I was in the middle of preparing a lesson for the class I am teaching next week ("Teaching on Teaching" by the way) and I thought about you again. So I stopped to send you this email.

I know you had to make a lot of tough decisions last year. Thank you for being willing to be the one to make those tough decision. You are a true leader. I believe you are doing everything you can (and then some) to lead First Baptist Church in the direction that God wants it to go.

I'm with you and I believe in you. And thank you for giving me the opportunity to extend your influence, Brother Hyles' influence, Dr. Young's influence, Dr. Vogel's influence, Dr. Moore's influence, and Pastor Speer's influence here in Africa and around the world. It has been a blessing to me to give advice and help to the Philippines Team, the Thailand Team, the India Team, and now the Peru Team, as they seek to start Bible colleges on their fields.

Sorry for such a long email. I know you are busy. The Sarvers love the Schaaps! Have a great 2012!

Michael

**Mike Sarver**

| | |
|---|---|
| **From:** | Mike Sarver <mikesarver72@ |
| **Sent:** | Monday, January 16, 2012 9:57 AM |
| **To:** | Jack Schaap |
| **Subject:** | FBCI is praying for you! |

Fundamental Baptist Church International here in Kumasi publishes a weekly devotional guide.   Each day, we ask our church to pray for a different request.

Today our church is praying for you!

## FUNDAMENTAL BAPT

| GROUP → SECTION ↓ | FBCI Staff | First Baptist Church of Hammond | National Pastors | |
|---|---|---|---|---|
| A | Pastor & Mrs. Speer, Kimberly, James, Rachel, Grace, Michael | Brother Schaap | Richard Frimpong, Clemence Agbetepe | |

We love you, Brother Schaap!

Mike

3

**Mike Sarver**

| | |
|---|---|
| **From:** | Mike Sarver <mikesarver72@ |
| **Sent:** | Tuesday, April 03, 2012 7:59 AM |
| **To:** | Jack Schaap |
| **Subject:** | Praying for you! |

Bro. Schaap:

My wife and I have enjoyed your series on standards. (Thanks for e-pulpit!)  I'm hopeful about Pulse Communications.  Looking forward to your being here in September!

Mike

**Mike Sarver**

| | |
|---|---|
| From: | Mike Sarver <mikesarver72@ |
| Sent: | Friday, July 27, 2012 10:48 AM |
| To: | 'Jack Schaap' |
| Subject: | Looking Forward to September! |

Brother Schaap:

My family took a vacation last week. We spent a few days in Accra. On the way, we listened to several of your recent sermons.

Several men are helping me start a church in a nearby village. We often listen to your sermons on the way as well. Thank you for making your sermons available. What a blessing!

Also, John says, "Thank you for the card and money [for his birthday]. The picture [of you in cockpit] is nice."

We love you and look forward to seeing you in September!

Mike Sarver

1

November 28, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Judge Lozano:

I am the wife of Hyles-Anderson College employee Anthony Collins and mother of our two children.
I first met Mr. Jack Schaap when I was seventeen at a youth conference in Pinellas Park, Florida.
His sermons there greatly influenced me to consider studying for the ministry, and the following
September, I enrolled in Hyles-Anderson College.  I have been an active member of First Baptist
Church of Hammond since 1995.

During my four years of college, I came to know Mr. Schaap in a variety of capacities.  As a
freshman, I took two classes he taught and requested one appointment for personal counseling.  I also
worked afternoons in the office of the college's vice president, so when Mr. Schaap became the vice
president, he became my boss.  It was my great delight to hear Mr. Schaap speak in chapel about
once a week, and like many other students, I felt I knew him personally.  He was very accessible to
us, and we were convinced that he appreciated our questions and enjoyed answering them.  Mr.
Schaap was very careful to pronounce our names correctly and gave us plenty of reasons to believe
that he cared about us individually.

One year, Mr. Schaap was chosen to speak during the last chapel service before Christmas vacation.
He came to the pulpit and almost immediately began to read a poem he had written for the occasion.
It was, not surprisingly, very well-crafted, but it was equally thoughtful.  My memory tells me he
read for thirteen minutes.  The verses took us from his joy in being part of our lives to his hopes for
our holidays with family to his dreams for our future ministries and to his own plans for the holidays.
He said he would be thinking of us, and the closing line read, "And praying God won't let you fall."
I do not know that I had ever seen him cry, but he choked on that line and simply whispered it before
leaving the pulpit.    It was an incredibly poignant moment, and I will never forget how it endeared
me to him and to all that he had taught me.

 Upon my graduation, Mr. Schaap offered me a full-time position at Hyles-Anderson in a department
he oversaw.  I had the pleasure of working there for nearly two years.  Mr. Schaap was driven and
direct, but he was also very gracious.  Neither of the two times he addressed me on sensitive matters
did I feel put down by him, but rather I sensed that he understood we were working together toward
common goals and wanted to make sure we were looking in the very same direction.

DEFENDANT'S EXHIBIT 83

When I decided to leave the position before my wedding, Mr. Schaap hired my fiancé Anthony to take my place after his graduation. My husband started the week after we returned from our honeymoon and has enjoyed working at Hyles-Anderson College for eleven years.

In March of 2001, Jack Schaap became our pastor. My husband and I both voted for him and were never sorry we had. Every time my husband was offered a position that would require our moving away, my overwhelming thought was that nowhere else would we have Pastor Schaap. Our family did not worship him, but he was singularly used in our lives by the One we do worship. My knowledge of God and the Bible, as well as my practical understanding of human relationships, has grown immeasurably in the past eleven years.

I got very sick on our honeymoon and struggled for most of the first three years my husband Anthony and I were married. The longer I went without finding an answer to that problem, the more depressed I became. I was also grappling with some personal issues, but I have always been considered a very strong person, so I did not tell anyone the degree to which I was struggling. It is almost unfathomable to me now that I went as low as to consider suicide, but when it hit me that I had digressed into looking online for the success rates of different methods of suicide, I asked God to lead me out of that depression. He did, and it was Pastor Schaap's preaching God used to gradually bring me back into personal stability. Pastor Schaap counseled me from the pulpit to the pew, and a year later, I found a doctor in Oak Forest who knew what I needed to do to conquer the physical illness.

Four years into our marriage, my husband and I reached what appeared to be an impasse. My husband said he preferred to go see Pastor Schaap alone, and whatever advice he received in that appointment led us straight through that seeming impasse to "better than ever." Three years later, we faced an even bigger obstacle in our relationship. When this issue arose, Pastor Schaap had just preached on the very subject. He explained why these things happen in good relationships, the thought processes involved, and the potential responses he recommended. I have attended church faithfully all my life and had never heard anyone specifically address this topic. If I had not heard Pastor Schaap speak that day, I would not have reacted to the issue that arose as his sermon had given me the courage to do. Anthony counseled with him again, and we are happily married today. I do not believe we would still be married at all without the wise and pure counsel we received from Pastor Schaap on those occasions.

My husband and I had hoped our children would have the privilege of growing all the way to adulthood with Jack Schaap as their pastor. Our daughter is seven and enjoyed thoroughly the times she was around Pastor Schaap, such as when he visited her Sunday school department to collect paper Christmas trees the children had made and decorated with coins for missionaries. Kinsey can be very shy, but when she decided to get baptized last year, she very confidently told Pastor Schaap that she wanted him to baptize her and did not hesitate to go through with it at all. She misses Pastor Schaap, asks about him often, and prays for him every night.

It saddens me deeply that you did not have the joy of knowing the Jack Schaap I have known. As I have thought about how best to help acquaint you with him, many precious memories have flooded my mind. I would share them all with you if time and space permitted, but as it does not, I want to

be sure you know this: I have never known Jack Schaap to behave as less than the finest example of propriety.

When I was an eighteen-year-old freshman at Hyles-Anderson College, I requested one counseling appointment with Mr. Schaap. It took place in his windowless office with the door closed. He sat across the desk from me and conducted the entire appointment in perfect professionalism. My sister has told me she had the same experience with him. No one has ever told me she had a different experience.

As a rule, Mr. Schaap would only shake the hand of a lady outside his family. The first of two exceptions to this rule I know of are that as he presented a bride and groom, he would hold the hand of the bride (while the groom held her other hand) long enough for a picture to be taken. I also remember that in an evening service a few years ago during which Pastor Eric Capaci from Hot Springs, Arkansas, was speaking, Mrs. Capaci's elderly mother stopped and hugged Pastor Schaap as she walked across the platform. Otherwise, I have never seen Jack Schaap touch or allow himself to be touched by a non-family female older than a very small child in any way but through a handshake; neither have I ever seen Mr. Schaap look at a girl or lady other than his wife in a desiring way, and I have closely watched him interact with at least hundreds of girls and young women through the years. Propriety was his obvious habit.

My most recent personal observance of Pastor Schaap was in May of 2012 on a day trip to Chicago with the college seniors and their guests. My husband organized the activity, and we sat with Pastor and Mrs. Schaap at lunch. Our conversation topics ranged from ministries worldwide to online metabolism tests to their grandchildren's and our children's natural dancing abilities, and we all laughed frequently. My husband had recently told me he felt Pastor Schaap was struggling to carry the load of the ministry, but nothing Pastor Schaap said or did on Senior Day made us think or feel that he was on the verge of a personal crash. His wife seemed very natural and content, and there did not appear to be any tension between them.

In the seventeen years I have known him, Jack Schaap has been a tireless worker, a caring pastor, a dedicated family man, and a shining example of propriety. Based on these things and many more, I believe your concern with Jack Schaap is not a matter of who he was, but rather of what he did.

Please consider the many, many right things Jack Schaap has done before you require any more of him than the law requires of you. Thank you so much for your time and consideration.

Respectfully,


Christy D. M. Collins

CC/cdmc









To Whom It May Concern,

My name is Laurie Dorris. I attend First Baptist Church of Hammond Indiana. I have known Jack Schaap for about 5 years. I am writing to ask the court to be lenient in its sentencing of Jack Schaap.

I knew of Jack Schaap from the numerous conferences I attended and the many book I have read that he has written. My daughter and I moved from San Diego to Indiana because of Jack Schaap's reputation of being a great preacher. We were not disappointed. He made the Bible come alive and made God feel like an old friend that was just a phone call away. One of the first sermons I heard him preach was from Isaiah 6....The year Uzziah died. Dr. Schaap said that some years are marked by a devastating event. My year had been marked by a few devastating events that had left me in a very dark place. Someone from the church suggested I talk with Dr. Schaap after I broke down in tears in a meeting.

With as busy as Jack Schaap was, I was impressed with how accessible he made himself to the church members. When we met, I found him to be compassionate and kind. He did not judge me for the situation I was in, but he put action to his caring by helping me to find a job after almost 20 years of being pretty much out of the work force. He told me anyone would be lucky to have me as an employee. He saw things in me that I did not see in myself. He told me I had many marketable skills and that I was well organized. Later that day, I wondered to myself why he would have said such a thing? He didn't even know me, as I was putting my groceries away and stacking my cans in alphabetical order.

Jack just has a way of seeing inside of people. I believe that is the reason why some people would get irritated with him, he saw the good and the bad in people and tried to help them realize who they were so, they could reach their highest potential.

Dr. Schaap asked me if I had Christmas presents under my tree and offered me money. He made me promise him that I would be okay through the holidays, and it was that promise that got me through the holidays.

We met again after the new year to discuss a little more in detail the year that had just past. He reassured me that I had made wise decisions and gave me advise on things to do and things not to do. He set me up with a financial advisor that helped me to stabilize my financial situation and taught me to live on a budget and not on credit cards. I left believing that everything would be okay and if not I knew I had someone in my corner who cared.

Dr. Schaap started an educational program at the private high school my daughter attended. In this program the high schoolers went into the public elementary schools and mentored the kids. It was a great experience for my daughter. She remained pen pals with a young girl through the summer and sent her a gift on her birthday. Dr Schaap also started a tutoring program between the college he was in charge of and the local public high school. My daughter is extremely academic and it is a great joy of hers to be able to help struggling students with algebra. Many days she comes home excited telling me of a kid she got to help. I love that my daughter has learned at a young age through Jack Schaap's vision to participate in her community.

My son was getting into trouble in another state on the west coast. I asked Dr. Schaap what I should do. He paid for my son to come out for a visit on his 21st birthday so they could talk. My son thought Dr. Schaap was "cool". I am not sure of what all they talked about but two things I do know...He tried to help my son with work options and direction, and as far as I know my son has not been in trouble with the law since their meeting.

Jack Schaap is always trying to help people! As you have heard, he has helped me and each of my children.

Some quotes that Jack Schaap has said over the years that have stuck with me are:" Problems are for growing, not solving" and."It is when someone hurts us that we get to show our true colors of love and mercy."

Words I would use to describe Jack Schaap are: encourager, generous, kind, compassionate. Again, I am asking the court to please be lenient and show mercy when you sentence this man Thank You for your time
Sincerely,

*Laurie Dorris*

DEFENDANT'S EXHIBIT 84 ALLSTATE LEGAL

October 16, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Your Honor:

My name is Suzanne Maxwell. I am a housewife and mother of two grown children. I am also a member of the choir at First Baptist Church of Hammond, Indiana and a member of a ladies ministry in our church serving our missionaries in Western Europe.

I came from Maine in 1980 to attend Hyles-Anderson College. Jack Schaap was one of my favorite teachers at the college where he taught Bible. I watched his relationship with his wife and always desired to have a marriage like theirs. I watched their daughter and son grow up in our church and I have also taken piano lessons from their daughter, Jaclynn. I have witnessed Jack Schaap's children grow up to desire to have happy homes like their parents gave to them.

My own son and daughter for several years, when Jack Schaap became our Pastor, would weekly take him a small gift so that they could get to know their Pastor due to the large numbers of people attending our services. Jack Schaap was always good to my children and helped them with some decisions in their lives as they became young adults.

My husband and I counseled with Jack Schaap several times about various questions and he was always respectful and kind to us.

When Jack Schaap became our Pastor, he not only helped us to build a beautiful new building, but he also helped us turn our current buildings into a thing of beauty and thus made downtown Hammond attractive and much safer in appearance.

During the services, if Jack Schaap saw a young child leave the service alone, he would always ask an adult to go with them so that in this day and age the child would be safe from anyone who might lurk in the hallways. I know that Jack Schaap cared about the well-being of children. He wanted them to be protected.

I visit an elderly widow in our church. Not too long ago she took a fall and Jack Schaap and his wife visited this lady in her home. This widow told me of her love for Jack Schaap and his wife and of their kindnesses to her and to her husband before he passed away. Jack Schaap has helped us to be more aware of others and our kindnesses to others while he was our Pastor.

The events that led up to the arrest of Jack Schaap was so unlike the Jack Schaap that we knew and loved. I believe that all of us were truly shocked and overwhelmed because of the unlikeliness of this tragedy. Believing anyone can fall, and believing that the majority of his life was lived for the good of others, I humbly ask that you please consider leniency in his final sentencing.

Respectfully yours,

Suzanne M Maxwell
October 16, 2012



November 15, 2012

Honorable Judge Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Honorable Judge Lozano:

RE: Jack Schaap

My name is Delia Luna. I am 29 years old. I have been attending First Baptist Church of Hammond, IN for almost 24 years. I grew up in Chicago, IL in the Little Village neighborhood in a 2 bedroom apartment. I have 5 siblings and was raised by a single mom.  When I was 6 years old my siblings and I began riding the church bus and attending church. My husband and I are current active members of the great First Baptist Church and live in Hammond.

Jack Schaap was my Pastor and was very influential in my life. Almost ten years ago, I was going thru a very hard time in life. I had been in an abusive relationship with a man almost twice my age for couple of years. Jack believed in me in a time where I didn't even believe in myself. He is a very caring, loyal man, kind man. Although he had a very busy schedule he always made time to help me.

One time I was waiting for my husband to come out of a prayer meeting group on a Saturday night. Jack was leaving the church office building across the street where I was. He pulled his car around and I asked me to wait inside my car, since it was getting dark and it is sometimes not safe to be out in this area. I felt like he did not have to take the time do that. He had I'm sure had a long, busy day but took the time to drive over and express his concern. There are many other examples I can give you of Jack. In all my time as a member of FBC I can honestly say I did not go see him in his office often. The times I did and the times I ran into him, he was always caring and loving.

I believe and have seen him to be thoughtful and caring to many, not just myself. I have seen him help my friends and loved ones in varies ways. Giving some of them money, others counseling advice, but to all his time and love.

I completely understand the crime Jack has committed and I can honestly say this has in no way changed my opinion of him at all. He would be the first one to help and be there for anyone who has needed a second opportunity in life.

I am asking you, Honorable Judge Lozano, to please be lenient with his sentencing. I will be praying you are filled with wisdom.

Thank you for your time,

Delia Luna



11-7-2012

Dear Honorable Judge Rudy Lozano,

With regards to the pending sentence hearing of Jack Schaap, my wife and I ask your honor to consider this request for leniency.  My wife and I are current residence of the city of Hammond, IN Krystie runs a small house cleaning business for extra income and I own and operate O' Properties, LLC which is a real estate investment company that focuses primarily on renovating out dated properties in Lake County.

Our acquaintance, friendship and admiration of Jack Schaap has a long standing history dating back to the Fall of 1997 when I traveled across the country from Salinas California to attend Hyles-Anderson College. Upon arrival I was quickly captured by the spirit of this man. His heart to serve God was inspiring, the wisdom he shared in his classes was empowering and his exemplary family life were certainly a model to be copied. With surety and confidence I followed the direction and instruction of Jack Schaap through my college days into my married years and even to this day.  I have always felt that this man had the best interest of others in mind and I have certainly been a recipient of his Grace and Mercies over the years.

For example during college I found myself in trouble and at the hand of the discipline committee for a moral offense that was clearly labeled as grounds for expulsion in the student handbook.  At the time the expulsion period was pending further review and was labeled as an indefinite time period.  Now as a young 21 year old the anxiety of not knowing my fate caused me to react with fear, so like most young people I began to allow the hurt and confusion to cause me to make foolish decisions and I began to lash out at my authorities in life, including my pastor at the time Jack Schaap.  I even went as far as removing my membership from the First Baptist Church of Hammond.

Here is the amazing thing, even though I was clearly acting out with foolishness, Jack Schaap didn't fail on his part to continue offering guidance and grace. In fact even as a non-member of FBC Jack Schaap continued to write me letters of encouragement and direction as seen in attachment ( 1 ). It was because of this letter and others that followed that I made a decision nearly 2 years later to come back and finish my 4 year degree.

It was the summer of 2005 and I remember it like it was yesterday, I stood in the back of the auditorium as I watched Jack Schaap and his wife Cindy shaking hands with other church members and almost instantly Bro. Schaap lifted his head in my direction and shouted out DAVID OVERMAN! with his hands raised up to the sky, it was almost like the parting of the red sea, the people all turned their attention on me and the crowd split in two as Jack Schaap began to take steps towards me.  I felt like the prodical son coming home and was received with tremendous grace.

PAGE 1

DEFENDANT'S EXHIBIT 87

I will never forget that individual attention that was given to me on that day coming from a man who sincerely loved me and showed me special grace and mercy.  Because of his help and influence I went on to finish out my 4 year degree in the fall of 2005 and walked across the platform to receive my diploma from the hand of Dr. Jack Schaap, his smile was bright and I could see he was sincerely proud of my accomplishment.

This is a caring man; he is genuine and has lived a profound lifestyle of discipline, grace, mercy and love for decades.  I am not sure what happened and truly my wife and I are somewhat paralyzed in our hearts and minds to hear of the news and what has come to pass over these past few months.

Nonetheless Your Honor, I do understand that the offense committed is not a little thing and is worthy of penalty, however; I do ask for your grace and mercy in your most difficult decision of judgment towards this good man Jack Schaap.

If I had one request from your Honor, it would be that the value of this man Jack Schaap be not overlooked, and that there would be some opportunity to put his extraordinary wisdom and knowledge to use within our community.  It would be a shame to witness the true desire within his heart to help people with their personal problems, marriages and their walks with God go to waste while locked up in an iron cage.

My wife and I beg your mercy and have faith that the right course of action will be considered by the justice system and your personal judgment.


Thank you for your consideration of this request for leniency.


David L. Overman & Krystle A. Overman

PAGE 2

*First Baptist Church of Hammond*

*In Indiana*

*Five Twenty-Three Sibley Street*

August 24, 2004

Mr. David Overman

Highlands Ranch, CO  80126

Dear David:

Thank you for your kind letter of August 1.  I appreciate your good words and good attitude and your good use of editing from the first two letters.  Good men can and do disagree.  It does not necessarily make one right and the other wrong.  It just means we disagree.  How you see things will inevitably determine how you live and lead to your making decisions that will eventually determine who you become and what you do with your life.  Decisions are simply the roads we choose to travel.  Each road has a destination.  If we choose our destination, then we must let the destination choose the road and not the other way around.

I'm not unhappy with your choices.  I just don't think you are going to wind up where you want to be if you don't follow the decisions that we discussed.  But I am very proud of you for getting your feet on the ground financially.  I do agree that is a good decision.  Once you establish yourself financially, I think you will have gone a long way towards making other good decisions.  I commend you for that, and I appreciate your taking time to write to me.  I'd like to hear from you again.  Please keep me informed.  I do love you, and I want God's very best for your life.

Your former Pastor,

Jack Schaap

Jack Schaap

JS/bb

*Jack Schaap, Pastor*          *Zip Code 46320*          *219-932-0711*

November 22, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir,

My name is Amy Vassak and my husband, Joe, is the Pastor of Northeast Baptist Church
in Danbury, CT. I am my husband's personal secretary as well as the music coordinator
of our church.

I have known Jack and Cindy Schaap since 1988, when I was eighteen years old, and
they became my professors at Hyles-Anderson College in Crown Point, IN. They have
been dear friends of my family for over twenty years. They have been to our church and
in our home on several occasions. They have asked my husband and I to speak at
conferences at the First Baptist Church of Hammond.

There are many circumstances in which Jack Schaap has proven to be a true friend to our
family. I will tell you quickly about one deeply personal incident. Two years ago, I
almost lost my husband. He had a life-threatening infection that resulted in half of his
left foot needing to be amputated. I found myself all alone needing to make decisions for
my husband's life to be spared and the first people I thought of to call were Jack and
Cindy Schaap. Dr. Schaap did not hesitate to spend as much time on the phone as I
needed and did not hesitate to call repeatedly to inquire about my husband's condition.
He sent letters of encouragement, left voice mails, and was especially concerned for our
three children.

It has been hard to grasp the crime that now finds Jack Schaap incarcerated. The man
who did this is in no way a representation of the man I have known for 24 years. I would
ask for your consideration in a lenient sentence due to the history of Jack Schaap's life
before this incident. He is a decent man who has a wonderful family and a history of
trying to make a difference in his world.

Thank you for your consideration,

*Amy Vassak*

Amy Vassak





November 20, 2012

To the Honorable Ruby Lozano

United States District court

5400 Federal Plaza

Hammond,, IN 46320

My name is Jacinta Collins; I work at Miller Senior Living Community in Portage, IN. I have worked there for 2 ½ years. I am also a member of the First Baptist Church of Hammond; IN. Jack Schaap was my pastor for 5 years.

Your Honor, I came from a dysfunctional home. My father was an alcoholic. Things happened in our house that no one would believe, or ever want to hear.

I married a man from a kind, loving, respectful home. He is a wonderful man. I knew that he had drunk alcohol before and that he had tried drugs in the past. But all of that was far removed by the time I meet him. I had no idea that drugs and alcohol would come into our marriage and our family, but it did. When we would have a major argument over finances or jealousy he would revert to drinking and sometimes drugs.

23 years into our marriage with the children all grown having started their own lives, *(thank God none of them drink or do drugs)*. My husband tried crack cocaine out of curiosity. And the influence of that drug took control of him immediately.

Over the next 2 years we tried different programs. One sponsored by his work place. We tried a church program, a psychiatrist, and love. None of these worked. Our son John called his Dad and told him of a six month addiction program at First Baptist Church. The cost for the entire program at that time was $50.

Your Honor, Jack Schaap started that home because of the Biblical principles of that particular program. He chose Reformers Unanimous for this area because of the great need to reach functioning addicts with the transforming power of the Lord Jesus Christ. My husband is a trophy of that decision for over 5 years now.

I am a staff wife who has worked closely with Cindy Schaap. I've been in their home I have seen the love that Cindy and Jack have for each other, the children and grandchildren. What happened was completely out of character for Jack. Jack Schaap lives his life to help others around him, it's who he is. That's why he went into the ministry. Given the opportunity I believe he would correct his wrong and continue to help others as much as he is able.

I wanted you to know my story and ask you to be lenient in the sentencing of Jack Schaap.

Sincerely;

*Jacinta Collins*

Jacinta Collins


Hammond, IN 46323



11/16/2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir:

My name is Fay Dodson and I have been a member of First Baptist Church of Hammond since 1964, since that time and until his death, Bro. Jack Hyles was my pastor and a very good friend.

When Bro. Jack Schaap became our pastor, it was a very easy transition. He took over where Bro. Hyles left off. Bro. Schaap has been my spiritual leader and has always been there for me.

During the time of my 44-year-old son's illness and death, he gave great support to my husband and me--not only with our grief, but with the expenses of the funeral and grave opening. Later, in February of 2011, when my husband went to Heaven, he was a great comfort to this 73-year-old widow. He has always been there for me, not only as a pastor, but as a very good friend.

He is a very big-hearted person. One of the things I love about him is how much he loves the community of Hammond. He has started much cooperative work with the city of Hammond and led our church to show our care for this city.

Sunday after Sunday, I have seen him open his wallet and give his own personal money to people with needs as they talk with him after the service. My own daughter-in-law was very sick and he offered to fly her to Mayo Clinic to get help.

I believe that Bro. Jack Schaap has been a great asset to our community.

Sincerely,

Mrs. Fay Dodson



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

11/28/12

Dear Judge,

My name is Joy Jorgensen, and I am a 34 yr old a stay-at-home mom rearing three young boys. I have grown up in First Baptist Church of Hammond all of my life as Bro. Schaap was also on staff at the church and our church's college all of these years. I watched him as I grew up with his daughter a couple years under me in school, and was always amazed at the caring, super–involved, supportive father he was. He was one of those fathers that everyone at school was a touch jealous and would have loved to have as their own.

I would say that the first time I really got to know him was as a teen when he would come and speak in our Bible class at school and in chapel from time to time. After class was over, he would stay as long as he needed to in order to answer any questions or problems any of us teens needed advice or help with, unlike many of the other speakers we had who taught their lesson and excused themselves to get back to their other duties wherever they worked elsewhere in our church or school ministries. We all knew that he had a heart that truly cared about our teenage battles and hardships. I remember specifically staying after class one time to ask his advice on a situation with a boyfriend and how I should handle it. I remember having to get enough guts up to ask because I was afraid he would think it was dumb of me to waste his valuable time on a problem that wasn't life-altering or time-sensitive, I wasn't being mistreated or anything....but it was just something confusing to me and I wanted help to understand it. It meant the world to me when I was able to open up with my "little" question and he treated it with utmost importance and took time to explain until it made sense to me. As a teen to have someone in your world that doesn't look at your problems as miniscule means so very much. This is just who he was for everybody of any age, gender, or caliber....he always had time to help...he had a pastor's heart way before he ever became a pastor.

Another thing that stands out to me about Bro. Schaap is how honest and straight-forward he is...he didn't just tell you what you wanted to hear. I asked for his counsel on several different occasions through the years and each time I knew he would tell me the truth no matter how hard it would be for me to swallow.

I also have personally never seen a person on this earth as hard of a worker as Bro. Schaap is...he gave his all as our pastor for 11 years and bore the weight of "reaching the world" on his own shoulders. This led him into raising the finances to send 9 teams of missionaries to 9 different countries across the world to try to reach the poor people that have never had someone to show them the way in life. He would go and visit these countries and come back home and tell us with tear-filled eyes how happy he was that he could have a small part in helping these people and how proud of us as a church he was that we were giving financially in order to enable this cause. He just loved people and worked himself out of his mind to help them in any way possible. People throughout our church that never would have dreamed of being a missionary were jumping at the chance to be one under his leadership...he was so well-loved and trusted.

I do realize the full extent of his crime, but also know that this is NOT who he is as a person in any way, shape, or form. Over half of a century as the man that I am stating in this letter that I KNOW him to be,



cannot be diminished by this single event of his life. I KNOW him to only ever be completely appropriate and right in every situation I and my siblings, parents, in-laws, extended family, and all my acquaintances and friends have encountered him in. This was one single situation that has left his life in shambles.

I beg you, Your Honor, to find the grace and strength in your heart to not condemn him to a harsh sentence. He will forever live with the reality of how badly he has ruined his life and given up everything he has ever lived for....please give him the chance to at least partially heal from all the brokenness at home with his family. An already completely broken man doesn't need a long prison sentence to break him down any further. Thank you for your consideration in this matter.


Very truly yours,

Joy Jorgensen

Daniel and Vicki Hazzard

Lake Station, IN 46405

December 2, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Honorable Rudy Lozano,

My name is Daniel Hazzard and my wife is Vicki. I am a solid waste truck driver and my wife is a stay at home mom. This letter is in reference to Jack Schaap. We are members of the First Baptist Church in Hammond, where he had pastored us for the last 11 years. I was one of his personal guards, my wife works in the nursery. Previously, Jack taught both of us in college. He has been a major influence in both of our lives. We have grown immensely in our walk with God because of what Jack taught us. He has baptized both of our children. He invested in them. We would sometimes meet him after the service on Sundays and our children would give him a penny. Jack would make such a huge deal over a simple penny that our children would walk away feeling they had just given him the greatest gift in the world. We have watched him pour everything he had into the lives of his church members asking nothing in return. In the 15 years we have known him, we have always thought him to be honest and hard working. Often putting in 80+ hours a week at the church. During his years as pastor, our church did much in the way of world missions, something very close to Jack's heart. We currently have several outreach programs that were started by him. He has a heart for people. His family was and is still an outstanding example for us. His children love and support him and are serving our Lord even in the midst of this.

We understand that Jack did wrong. We do not condone it but we do ask that you take into consideration that this is something he did, it is NOT who he is. Even the strongest of Christians fall. We ask that you temper judgment with mercy. We are asking that you give Jack leniency when you sentence him. We love and support him regardless of the mistake that he made. We still believe that he is a man of upstanding character and is an honest person. We are disappointed and our hearts are grieved but we understand that everyone makes mistakes. We still believe in him.

We pray that God will give you wisdom as you make this decision.

Sincerely,

Daniel and Vicki Hazzard



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

My name is Matthew Reynolds, I work for the Lake County Sheriffs Department Corrections Division. I have been a correctional officer for over six years, I have been a fellow church member of Jack Schaap since 1988. Jack  became my pastor in 2001. In my opinion, Jack  is a man of great character and principles. As my pastor he has helped me through many difficult times in my life. Although extremely busy, Jack always made time to help me through my struggles. I grew up in a single parent home without a father. I watched my mom sacrifice time with her kids to work overtime, to put me and my siblings in a Christian school; so we could be influenced by Christian leaders through time spent at school. Jack along with a few other men played a key part in filled the void growing up without a father. To say that Jack and I have always seen eye to eye would be false statement.  We have had a few heated conversations in the past. But every time set aside time from his schedule to meet with me so we could work out our differences. And that is why I looked to him as a father figure.

Jack has made so many contributions to his community, under his leadership our church started a Reformers Unanimous Home, which is an outreach program that helps people struggling with addictions. He has also organized food drives to help struggling families in the community. He also worked with the American Red Cross to organize blood drives through our church, and every time he was the first person in line to donate blood. He lead by example. Jack also made contributions across the world. He directly responsible for sending mission teams to China, Ghana, Peru, the Philippines, and was in the process of sending  a team to Turkey to spread the Gospel. It takes an unselfish man to give and  help raise millions of dollars to keep these teams on the mission fields, ministering and helping people that you will never met. Jack has helped to save so many marriages of couples in our church, some of the couples who I know personally. I believe it takes man who cares for others to take time from his marriage and his family to help other marriages and other families in their time of despair.

After hearing  about Jack's offense, my opinion of him is that I still believe him to be a man of character and principles. I believe it would be a great shame to discredit all the good he was done, over a horrible choice or decision. I don't condone or justify what he did, what he did was wrong. I have made bad choices and have done bad things and I believe I have done many more good things, and I hope to be remembered for the good I did in life. Pastors are the first to forgive and the last to be forgiven. Jack has always had his critics even for some of the good things he's done.  But it shouldn't surprise me after all my Lord and Saviour Jesus Christ was crucified for only doing righteous things. I am not comparing Jack with Christ, because Christ was without sin, just stating that you can do good and still be criticized for it. If you would have told me eight months ago that Jack would be guilty of this crime, I would have said you are absolutely crazy. This crime is just so out of character for Jack. The purpose of this letter is to tell of some of the good Jack Schaap has done in his life. All I asked is that his good deeds be weighed in and that the court be lenient in its sentencing.

Sincerely,

Matthew Reynolds







11/12/12

To Whom It May Concern:
   Honorable Rudy Lozano,
My name is Mandy Reynolds. I am a service
manager at BMO Harris Bank.
Jack Schaap has been my fellow church member
since 1995 and my Pastor since 2001. I have
known him for 17 years.
Jack possessed impeccable character! He
was never late to teach a class, or late
for a service or meeting! He evened his
time out so he would have time for each
and every one of his ministries! Because of
this, Jack said he worked 90 hours a week!
He was Super Intendant of Hyles-Anderson College,
Hammond Baptist High School, Jr. High, and
Grade School; he was over our missions'
projects, our church broadcast on the radio,
our book publications, our TV network, our
building projects, along with counselling +
pastoring all-in-one!
Thanks to the training of Jack's dad, who
is a successful businessman whom I know
personally, Jack was excellent with the way
he ran our church. Jack could've easily
been a CEO of any business, but he served
the Lord full-time instead! When times were
tough, and money got tight in the church,

Jack decided to cut his own salary in
half! That's just unheard of!
I remember when my Senior Class took our
Senior Trip to Colorado. Jack Schaap flew
all the way out there, just to come mingle
and bond with the Seniors. His wife, Cindy,
accompanied him, and I was able to share
fun memories with he and his wife.
When I was a Senior at Hyles-Anderson College,
He and Cindy payed for us to take a
luxurious boat ride out on Lake Michigan
in Chicago! Jack + Cindy rode along with us,
and we Seniors managed to become very
close with the two of them!
One time my parents had me see Pastor
Schaap for some "materials" they thought
were inappropriate for their daughter to
possess. In the process of it all, my parents
threw away all my things. I was
devastated, A little afraid what Pastor
Schaap would say to me, I went in his office
and told him my heart. To my surprise, he
wasn't in the least bit upset with me. He
kindly told me how much my parents loved
me and how they were only trying to do what
was best for me. He continued by telling me
how much he admired the fact that I

sought counsel from my pastor. Then, he pulled 5 twenties out of his wallet and told me he hoped that would cover some of the things I lost - He totally didn't have to do that, but he was wise enough to know how to keep a person's heart knit to the church!

What Jack did back in July was a shock not only to the nation, but to those who knew him best! There are stories upon stories how Jack was a good boss, pastor, husband, and father, and this scandal was completely out of character for him! After 11 years as pastor with over 50,000 hours of hard work, blood, sweat, and tears, he clearly just wore thin and snapped! ANYONE who knows Jack Schaap, KNOWS this is 110% true! Please consider this with his sentencing. He deserves punishment for his crimes, but not 10 years! Jack was an extremely brilliant man! He was clearly out of his mind to commit something so "stupidly"!

Jack Schaap's good deeds will forever leave an impact on my life: the things he's done for me personally, my husband, my parents, close friends of mine, and even my son!

There are just too many to mention!
Jack Schaap has done more good in
his life than all his critics combined!
I believe God is not done with using
This great man!
Thanks for your time.

Mandy Reynolds





Reed Brock

Merrillville, IN 46410
November 26, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Honorable Rudy Lozano:

My name is Reed Brock. I am president and CEO of Adiel Home Health in Merrillville, IN.
I have two mentally challenged children, both with Cerebral Palsy, one of them blind
and a wife that had a very severe stroke and is now confined to a wheel chair and can
do nothing without help. I am telling you all this because I would like to show you who
Jack Schaap really is. I believe he is a very good man in spite of the great mistake he has
made. I have known Jack since 1982 when I was in college and later he became our
pastor. At the time he became our pastor I owned five franchises. My wife's health had
begun to fail and my son was once again having problems with his shunt. One of twenty
seven operations he has had to have. My business collapsed and I was out of a job with
zero income. Jack heard of this and asked me to come see him. I did and he found a job
for me working for a yes, Home Health Agency as vice president. After there a short two
years my wife had the stroke left her in a comma for two months. Jack came to visit her
in the hospital and offered comfort and encouragement. Later my wife came home
from the hospital and Jack arranged for my wife to receive help (at no cost to our family)
because I could not be there all the time and I also needed help with the children. This
was a great relief for me as I did not know what I was going to do. Then my employer
down sized, lost another job. Now with no income, no health insurance I wasn't sure
what to do or which way to turn. Once again Jack heard of this and asks me to come see
him. I did and he gave me a job and made sure my family was cared for. He then later
helped me to get back on my feet and now once again have a business of my own. My
strength and ability to continue on in such harsh conditions was largely due to the
encouragement and help of Jack. Had he not been there to help in our desperate time
of need I am not real sure what the outcome would have been.

In all my dealings with Jack it has always been straight up and honest. He has taught me
to give back to others what has been given me. He has taught me a lot of work ethics in
running and maintaining a business. I am not the only one that has been the recipient

DEFENDANT'S EXHIBIT 45

Honorable Rudy Lozano
November 26, 2012
Page 2

of his generosity and help. There are many others worldwide.  When Katrina hit Louisiana Jack put together a first response team from our church and sent them down to help. He started missions in China and Africa to help those less privileged than ourselves. He was sought after worldwide as a speaker and a friend to pastors around the country that needed help. He is known for helping and hard work.

I know Jack has committed a crime but I believe he is still the good man that helped people and cared for them deeply. I beg the court when sentencing that you please show mercy and consider the whole man and his life not just the one wrong that he has committed...In your heart of hearts please consider the whole man.  He has been, still is and always be a dear friend.

I thank you for your time and consideration of this request in behalf of my friend.

With Kind Regards, Respectfully,

Reed Brock

Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond, IN 46320


Dear Honorable Rudy Lozano,


My name is Reginald Hurst  I am a member of First Baptist Church.  I am 44 years old and currently a student at Hyles Anderson College working toward a job in Nursing.  I first heard Bro. Jack Schaap preach in the early 90's.  He was a visiting preacher in my church in North Carolina.  This was my first time I heard him preach and decided to move to Hammond, IN.  While I was there I was in a program for addiction and different sins.  Through this program I overcame my addiction and learn to love God more.  This program houses individuals for 6 months to a year.  I am very thankful to Bro. Schaap and this program.  In this program I learned who Bro Schaap really was.  He is a caring and loving individual.  He and his staff has helped me imensly to help me to become a better Christian.  As a member in this program he always had a encouraging word to tell me.


Jack Schaap has impacted Hammond and the world.  I am asking that you give him leniency and a possible pardon.


Thank you,

Reginald



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN   46320

My name is Annie Lutz and I am writing to you on behalf of Jack Schaap.

I am 33 years old and have known Jack since I was a young child.  My parents are very close to him and his wife, Cindy, which lead to a close relationship of our two families.  We have taken vacations together to Turkey Run and have spent countless days and evenings together.  Almost every one of my 4th of July holidays has been spent at Jack's house, laughing, playing volleyball, and enjoying fellowship.  I have spent the night at his house, played games in his yard, shot his guns, and swam in his pool.  I have never felt threatened or frightened in any way when I was with him.  He is and always has been a strong, loving, and solid influence in my life.

I have been counseling with Jack on a one-to-one basis since I was in college in 1998.  I have been alone with him, in his office both at Hyles-Anderson College and the First Baptist Church of Hammond.  Every time, my parents were aware of where I was and with whom I was counseling.  I do now, as I did then, trust him completely and would still seek his counsel if he were able to give it.  He counseled me in my dating relationships and helped lead me to the man I am happily married to now.  He helped our family when we were broken and lovingly and carefully guided us to the Lord for strength, all the while being our pastor and friend.

My husband and I have built our marriage and childrearing around the principles he taught and showed us from the Bible.  Our children love him as if he was a member of our own family.  I have taken my children, ages 4 & 5, to his office many times where they ran into the loving arms of their Preacher.

I love Jack, his wife Cindy, and his children, Ken and Jaclynn, as if they were members of my own family, flesh and blood.  His wife and children have loved, followed, and trusted Jack because of the good man he is, and has always been.

I am asking the court to please be lenient in the sentencing of Jack Schaap.  This is a good man who has spent the majority of his life serving our God and the people of Hammond.  He is a second father to me and the hero of my children.

Sincerely,

Annie Lutz





November 12, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320


Your Honor:

My name is Shirley D Suba. I have been a home stay mom and my children are grown now. I have always been very involved in my church with singing and helping with volunteer needs of our church. I first met Jack Schaap when he became the Pastor of First Baptist Church, and I got to know him when I started counseling with him. I had an issue in my past that I had a hard time dealing with, so I started counseling with Jack Schaap about a year after he became our pastor.

I was amazed on how he cared and wanted to help me. He was very compassionate, generous, and very gentle with the words he counseled me with. I was in his office several times by myself and he was always very appropriate with me. He would always tell me where to sit which was always two seats down from where he was sitting. I always walked out of his office feeling like I could accomplish anything I wanted and could move past the hurts in my life.

He didn't just show concern for me; he also showed concern for my family. He counseled my husband, daughter, and my oldest son when he was having a difficult time in his marriage and was causing a lot of heartache in our whole family. He took the time to help my son with his marriage and called my husband and I in to see if we were okay because it was a very difficult time on us seeing our son go threw this. My husband and I could not believe as busy as Jack Schaap was that he called us in to see how we were coping with my son's situation.

I also have another son, who was in the Army, that Jack Schaap did not know, but when my son came for a visit from Iraq he asked my son to come see him. Jack Schaap thanked him for fighting for our freedom, took the time to get to know him, and told him if he ever needed anything to just let him know.

He told my whole family, if there was anything he could ever do for us, just let him know. I believe he meant that because no matter when any of us asked to see him he usually got us in his office pretty quickly or called us by phone. He also helped my sister and her husband from Pennsylvania who was having marriage problems. He paid for them to come to a marriage retreat. They had split up and are back together because of the counseling they received at the marriage retreat.

He did not have to help them. They were not from our church. I've seen him reach out to other people who were not members of our church. We were just one family that he took the time to help us. There were hundreds of families that expected to see him when they wanted to see him. He was a man who was pulled from all directions to meet many people's demands, and he worked very hard to meet those demands in addition to

the responsibility of his family and the demands of our mega churches needs. For some people it was never enough how much he did for them, they always wanted more from him. I don't know how anyone can sit and hear all the problems and demands that was expected of him and their mind not crash.

In one day I had two family members and one friend call me with there problems, and my mind could not take anymore. I told my husband I don't know how Jack Schaap can listen to all of the problems he listens to every day because I would go crazy if I had to try to solve all the problems he tried to solve.

He is an amazing man and I will always think that. I have witnessed a man who was honest, kind, compassionate, generous, giving, and forgiving. My opinion has not changed on how I feel about Jack Schaap. He is human like the rest of us. I remember him saying that no matter what a person has done I will try to help you and you are welcome in this church. This church is a spiritual hospital.

It is hard for me to understand how people can turn their back on him when he needs help, when he sacrificed many hours helping people, not being with his family, and lived to help others. I believe he is one man that expressed being remorseful in his conduct. He admitted what he did and accepted the responsibility.

I beg for the court to be lenient in Jack Schaap's sentencing.

Thank You,

*Shirley D Suba*  11/12/12

Shirley D Suba

Honorable Rudy Lozano                                                    December 1, 2012
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Good Day Honorable Rudy Lozano:

My name is Joshua Suba and I am a Commercial Airline Pilot for Republic Airways Holdings; I fly in and out of O'hare International Airport. I have known Jack Schaap for over 20 years. I met Jack as a freshman at Hammond Baptist High School. After graduating high school I attended his Sunday School Class for several years until I left to attend Purdue University's Aviation Technology program. The reason I mention this is because Jack Schaap was very instrumental to my life in attending this program. I grew up through a system where is was frowned upon for attending a public university such as Purdue, so to have Jack being supportive of my decision to attend Purdue and also help me through the process was very reassuring. Jack gave me the moral support that a young man needs when making a life decision about college! Since becoming a Commercial Pilot I have flown First Baptist Churches' airplane, per Jack's request, on several occasions. On one particular flight, Jack had us fly out to Maine to pick up a church members brother due to the fact that the brother had a very serious alcohol problem. I flew out to pick up this gentleman and brought him back to the Reformers Unanimous Program, which was brought to Hammond under Jack's leadership.

I can say many good things about Jack and the things he has done, but one thing that stands out to me is the fact of how many people he has helped, my family included. Over the years since graduating from Purdue, I have gotten married and started a family. We actually had our first child before marriage. My wife, Brandy and I have needed counsel on various things through the years and have found, through trail and error, that Jack's compassion for us made good counseling. When Brandy and I were going through a rough time in our marriage and were facing divorce he dropped everything for us. We spent several hours counseling with him on multiple occasions, for which he never charged us for any of his time. During this time, finances were very tight, and in February of 2011 he offered for my wife and I to go on a 3 day marriage retreat to help us with our marriage, expense free. With a lot good counsel and hard work (from Jack and us), my wife and I are still happily married and have three very special children!

The crime that Jack has committed is completely out of character for him, in our opinion. He has always been honest, more the generous, thoughtful, hardworking, and has genuine care for others, no matter their background in our experiences. Our opinion of Jack has not changed; we still love him dearly, admire him, and still even talk to him regularly. (via email) We feel that he has expressed remorse for his actions and that he has taken responsibility for them shows what kind of character he does have. We feel that it is in his character to admit when he has done wrong and be willing to have a punishment to fit. We do not feel that the punishment fits the crime however, for Jack to spend even 10 years in prison let alone life in prison is preposterous. He has been an outstanding citizen, great counselor, and has love for others, no matter their background. Does there need to be a punishment, for what he has done, absolutely, but we ask you to please take into consideration that Jack has lived a moral and upstanding life up until the events of this crime.

My wife and I would like to thank you for taking the time to read this letter about Jack Schaap and to please be lenient in his sentencing.

Sincerely,

Joshua and Brandy Suba



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Michelle Cowling

Crown Point, IN  46307

RE:  Sentencing of Jack Schaap

October 10, 2012


Dear Honorable Rudy Lozano:

I am a member of the First Baptist Church of Hammond.  I am a wife, mother of
three, and a Realtor of 15 years.  My husband, Keith, is employed by the First
Baptist Church of Hammond.

I met Jack Schaap in the fall of 1991, when I was a freshman in college.  He was a
Bible teacher.  My husband, who was then my boyfriend, and I met Mr. Schaap every
weekday morning before our first class, and spent just a few minutes talking with
him.  He became a trusted advisor and good friend.

I believe he is the reason my husband and I are married today.  When we were
engaged, we had a major disagreement, and I broke off the engagement.  Keith
immediately went to Mr. Schaap, who found me in class, and spent a couple of hours
helping us work through our issues.  We recently celebrated our 18th wedding
anniversary.

Over the years we have asked his advice many times.  When I found out I was
expecting my third child, I'm sorry to admit I was not very happy about it.  Mr.
Schaap gave me time to talk through my feelings and share my disappointment, and
then offered suggestions for how to deal with my frustration and move forward.  I'm
very glad I took his advice; our third son brings so much joy to our family.

He has expressed genuine love and concern for our family in so many ways.  He
purchased a set of "Planet Earth" DVD's for our boys, because he knew they loved
watching that sort of thing. There are many more examples, but I know you do not
have time to listen to them all.

DEFENDANT'S
EXHIBIT
100

His recent mistakes have been so completely contrary to the man I know him to be. I believe that until this summer, he has been completely faithful and devoted to his wife and family. In the weeks since this has been discovered, my husband and I have communicated with him several times. He has said this was the worst mistake he has ever made; it was wrong, it was a sin, and he cannot believe that he actually did it. He has told us to guard ourselves and each other, to make sure that we do not ever stray in this way.

I am begging you to show mercy when you sentence him. He has spent his entire life up to this point helping other people. I personally know more than a dozen couples whose marriages he has helped to heal. I have friends whose teenage and young adult children have made some pretty tragic decisions, and Mr. Schaap has found them and helped them to overcome addictions and become productive citizens again.

Thank you for considering what I have written. You carry a heavy responsibility, and I appreciate your time and attention.


Regards,

Mrs. Michelle Cowling

November 12, 2012

Honorable Lozano,

My name is Mrs. Lisa Bates and I am writing to you about my former Pastor, Jack Schaap. I have to be honest, when I was asked to consider writing a letter to you, the first thought I had was, "what in the world could I say to this judge that would make a bit of difference in his decision?" Then I wondered how I could put into writing twenty-five years of friendship and respect my husband and I have had with and for Jack Schaap. I wish I somehow had a "life video" to show you so you could see the difference this man has made in our lives. Unfortunately, no such video exists, so I humbly ask you to consider these feeble words.

I have known Jack Schaap for 25 years. I first met him when I was a student at Hyles-Anderson College. He was my favorite teacher for one reason. He reminded so much of Jesus. He taught practical truths from the Bible that I not only could understand, but put into practice.

He later he became a valued member of my cabinet of counselors. My husband and I both counseled with him before we got married. My husband and I are both from broken homes and quite frankly we were nervous about marriage. Through counseling, Jack Schaap gave us the confidence not only to get married, but taught us how to be happily married. For seventeen years we have used his practical teaching and advice. On our 10 year wedding anniversary, Bro. Schapp performed our vow renewing ceremony. Thanks to Jack Schaap, it was one of the happiest days of our lives. I wish my parents and my husband's parents could have had Jack Schaap as their Pastor. Because of him, my children get to live in a happy home.

DEFENDANT'S EXHIBIT

ALL-STATE LEGAL

When Jack Hyles, who had been the Pastor of our church for 41 years, passed away in February 2001, it was Jack Schaap who strongly stood up by faith and led our church family through its valley of grief. Jack Hyles was not only Jack Schaap's Pastor, but also his father-in-law and I'm sure being strong was the last thing he felt like doing. We survived that tragedy because of his leadership.

One Sunday morning in 2007, I was sitting waiting for the church service to start. A lady walked up to me and surprised me. Although I don't know all of her story, she once told me that before she started coming to our church, she took drugs. I'm sure you have seen plenty of lives and minds ruined by drugs. This lady is no exception. She also had ruined her teeth. She was in her 40's with no teeth. That morning she came up to show me that she had gotten new teeth! When I asked her about it, she said Bro. Schaap had bought them for her. I wish you could have seen her face. I'll never forget it.

My children Brian and Meghan adore Jack Schaap. I remember one day when my son was 3 years old and we were walking into the church. My son saw Bro. Schaap and took off running to him. Bro. Schaap was occupied talking to a group of men. Before we could catch him, my son Brian ran up to Bro. Schaap and hugged his leg. Realizing our son was interrupting, we ran to get him. Bro. Schaap just stopped talking to the men grabbed my son and through him up in the air! My son was giggling and begging for more and my husband and I just stood there with our mouths hung open in amazement that this busy preacher would take time to love our three year old.

When my daughter Meghan was in third grade she and a group of other grade school girls won a prize of getting to go to the Pastor's office for a

small get together with Bro. and Mrs. Schapp. The girls were given soda and snacks and had fun just telling stories and visiting with the Schaaps. When Meghan came out of the activity she said, "That Bro. Schaap is so silly!" When we asked her what she meant, she said that they were all giggling and telling stories and having a great time when all of a sudden the lights went out. The girls all screamed and one girl even spilled her soda everywhere. Meghan said, "The lights came back on and Bro. Schaap CLAIMED it was an accident, but we all knew he did it to scare us! He's just so silly!" Again my husband and I were amazed that a busy Pastor and his wife took time to be "silly" and have fun with a bunch of giggling grade school girls.

My husband Ron is in the Navy. In 2006 he got deployed to Iraq. Jack Schaap gave our kids $100 each with the instructions to have fun in the toy section at Wal-Mart. He gave Ron and me $300 with similar instructions! Bro. Schaap prayed for us and looked out for us while my husband was gone. Ron is getting ready to go back to Iraq in February 2013. If I could only ask one person in the world to pray for him while he is gone, it would be Jack Schaap.

I wish I had the right words to express how much this man has meant in the life of my family. He has been like an older brother to my husband and me. Although he will never be our Pastor again, he will always be our friend no matter what he has done. Some people might think that's strange or maybe even call it blind loyalty, but Jack Schaap has stood with our family in our darkest days and loved us. Now we get a chance to prove our love by standing with him.

We know he has to be punished. He knows it too. But will you please consider going easy on him? I don't know if anyone has told you, but

he was robbed at gun point in Hammond a few years ago. After the police caught the guys who did it, Bro. Schaap asked the judge to sentence the guys to church instead of jail. He actually wanted to try to help them even though a few weeks earlier they had a gun pointed at him ready to kill him.

Judge Lozano, Jack Schapp is in your hands. I would not want to be in your shoes! I looked you up on the Internet.  You seem to be very fair and very respectable. I ask for leniency for Jack Schaap, but I completely trust your judgement and have faith that your decision will be the right one. I know you are extremely busy. Thank you very much for taking the time to read this letter.

Sincererly,

*Mrs. Lisa Bates*    11/12/12

Mrs. Lisa Bates



Brian
+
Jacks
Schaaf
2004



Meghan
with
the
Schaaf
6/10



Meeting
with
the
Schaap
6/11



Ron +
Jack
Schaap
5/12



Brian Jack Schoop 6/12

Honorable Rudy Lozano
United States District Court                                    Randal Rodgers
5400 Federal Plaza
Hammond, IN  46320                                             Chicago Heights, IL 60411

November 9, 2012



Dear Sir:

I have known Jack Schaap for over 20 years. I first came to know him in 1981 when I was a ministerial student at Hyles-Anderson College. He was a Professor of Bible. His passion for right and teaching style would cause his students to leave his class with a burning desire to stay pure and right for the purpose of allowing God to use us in any way. His teaching was of purity, deep conviction of wrong, and a drive to accomplish all that is right.

During the years under his teaching I learned that God had pre-ordained good works for me to do. My job was to yield to right and God's divine will wherever it may lead. He often spoke of God's ability to use me in direct relation to my desire to keep my life clean.

On November 11, 1983, Jack Schaap preached a powerful message about yielding our fleshly desires and our own will to God. I made a decision that day to commit my life to purity and morality with the intention of being all that God desired for me to accomplish. Through Jack Schaap's teaching on life, I chose to yield my life to God and become anything anywhere God wanted for me.

In November of 1992, I started a paint business to help me finish college. It was doing quite well. I had the sole intention of finishing college and doing God's will for my life. There were times when I had to stop college because of finances. But, my decision I made in November 11, 1983 because of Jack Schaap's sermon, I kept pursuing.

On September 11, 1995, I fell 17 feet from a plank and broke my neck. I am still a quadriplegic. I have never questioned why this has happened to me. I have a wonderful wife and 3 grown children. They have missed out on so much of a normal life because of my injury. But, I know without a doubt that I am supposed to be a happy, content quadriplegic just as sure as you are to be a happy content judge. Why do I feel this way after over 17 years as a quadriplegic? Because in November 11, 1983, Jack Schaap admonished an impressionable 20 year old young man that God's will is not always being a pastor, youth pastor, teacher, or even a judge. But, whatever God's will was, I was to be content and perform my destiny to the best of my ability.

I don't think he even knows how his own life has been an encouragement to me to stay the course set aside for me to follow. I have had the privilege of working with him since he became my pastor in 2001.

Also, I have 3 adult children. He became their pastor while they were in their teen years. As you well know, it is difficult to raise children to be good moral citizens with all the opportunities for wrong readily available to them these days. But, my children have grown up under the influence of hearing Jack Schaap bellow from the pulpit that purity and chastity are not a destiny, they are a choice. They have heard Jack Schaap point his finger from the pulpit and challenge them to live right and clean. And, they had an example to follow. He was a man in his 50's who had not "sowed his oats" He was a good moral example to my children in the most difficult years of their lives. I would never hesitate for any of my children to seek personal, one-on-one advice sessions with Jack Schaap.

Also, I have been married for over 27 years now. He was my pastor for 12 years. My wife and I have relished in the example of a good marriage Jack Schaap and his wife, Cindy, have portrayed. It would not take long seeing them together to realize that they have a great marriage. He has a marriage model for my wife and I to pursue. He, again as a preacher, urged upon men to love their wife, live purely, stay married regardless of life's

circumstances, and for couples to daily renew their commitment to each other. But, his preaching is easy to follow because his loudest sermon was the life he lives.

Jack Schaap has spent his entire adult life trying to help people around the world have a better life. From China, Thailand, Peru, Ghana West Africa and other places around the world, he has spent his life bringing a message of truth, purity, and civility to people he has never met. He did this by organizing teams of several families to go to these countries and teach them about the virtues of right and the dangers of wrong. There are thousands of people making that commitment to do right because of the countless hours he has spent organizing these teams. He has always had a passion for spreading the concept of right. Someone asked me how he continues to do all he does. I told them God commanded us to reach the world and Jack Schaap took it as a personal challenge and no one can convince him that it cannot be done! It is just the type of person he is. His passion for right and truth is unmatched.

I do not condone what he did with the young lady. There are laws in this society we call the United States of America. These laws are made to protect each of us from the wrong of the rest of us. If we have no law then we have no society, we have chaos. With the laws we must make a punishment for the breaking of those laws. It is unfortunate that man does not choose right just because he should do right.

Along with every law there must be a counter punishment for the disobedience of that law. If a child were never punished for lying, he would go through life thinking there was no such thing as truth. If he were not punished for disobedience he would never fear the rule of law. We would begin a generation of a relevant society and then total anarchy. So, punishment is as necessary to society as the law itself.

As a judge, you understand the attitude of the present generation. There is no remorse for wrong because there was no fairness in the equality of law and punishment in most homes. In a society where many homes are governed by either a tired, short-tempered single mom or the tyrant outburst of a drunken dad, our society has become critical of justice itself. If a child does something as simple as disobeys his mother's boyfriend, he is beaten by the drunken brute and grows up believing that there should be no punishment for wrong because he was over punished for a wrong he did. As these children have grown into adulthood and had children of their own, it has caused us to grow a generation of parents who do not punish at all. This is the other side of law and punishment. There must be an equality of both rule of law and punishment

I believe Jack Schaap should be punished for what he did. For a 54 year-old-man to have sexual relations with a minor is wrong, very wrong. But, I would like to consider the following:
1. He has not attempted to place guilt or sway attention to the girl in any way. It was his fault and he takes full responsibility. I learned of the girl's name for the first time the first week of November and I work full time for the church!
2. Though ignorance is no excuse, he has admitted that he was not aware that taking having sexual actions with a 16 year-old-girl in Illinois and Michigan was illegal. In Indiana, his state of residence, this particular action is not illegal. In Indiana, broke a moral law, but not a judicial law.
3. His actions are not a result of a prolonged period of infidelity. Other than this incident, he has been true and faithful to his wife over 30 years with a model marriage.
4. The instance is an isolated incidence. He only committed the crime with one girl, not numerous girls.
5. It is obvious that he is extremely embarrassed by what he has done. For over 35 years, he preached purity in the home and he himself has succumbed to impurity. It would be like a police officer getting pulled over and going before a judge for speeding, especially if it were the same judge he has sent other speeders to.
6. There are three types of people in our society
   a. There are bad people who choose do bad things because they choose to be bad people.
   b. There are good people who do good things because they choose to do good and they are always aware of the danger of doing bad things.

c.  There are good people who choose to good things but in a moment of weakness they choose to do a bad thing. Usually this bad thing is so bad, those who know him to be a good person tend to forget the good choices he made. Those who did not like this person for one reason or another point a hypocritical finger at this good person and say, "I told you so, you are a bad person."

   i.  If the truth were known, many of these, "I told you so." people are deflecting attention away from themselves and their own weaknesses. It is the old adage, "The squeaky wheel is the one that gets all the attention." But the noise and attention is because the wheel is weaker than the others.

I would categorize Jack Schaap as #3. He is a very good man who chose to do good to others and teach others to do good, but who chose temporarily to lose control of his environment and did a bad thing. The fact that those who know him heard about this situation are shocked and hurt shows he had a reputation of being a very good man who helped other people do good. I believe his sentence should reflect his good past as well as his wrong action.

Sincerely,

Randal Rodgers

November 3, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Tina Marie Rodgers - Housekeeping

I know Jack as my pastor. In college he was one of my professors. I worked as an office helper under his ministry. I attended adult social activities with the church in which he and his wife were present. I know him through charitable gifts he has given to our family and others at conferences.

I have known Jack for 28 years. I do find him honest, hardworking. He's been honest on my husband's behalf with income as his employee. My husband's wheelchair bound and with Medicade and Medicare there's a yearly limit of income to be attained. He gave my husband the total income in which was to be attained to keep our benefits.

He's been generous with his time as a friend to our young adults – children, often excusing himself in a meeting to speak briefly some encouraging words. He would work countless hours planning conferences, Fall and Spring Programs, traveling as a guest speaker, preparing sermons; Bible studies; counseling married couples, conducting weddings and funerals, etc. Never too busy to shake a hand with kindness, a smile, How are you?, I'm proud of you, Keep up the good work. He does show thoughtfulness and concern for others.

Our one son was expelled from college due to improper conduct with the opposite sex; yet, the next semester he was able to be readmitted under Jack's authority as Chancellor of the college. He was merciful.

Before he became pastor, to help families, he would work a 3rd job to be able to assist, in some way, their needs. It was this time in our lives where my husband had a construction fall and lost his painting business and Jack gave our family $1000.00. As time passed my husband was able to work under his ministry. He also provided a way for us to have our accessible van.

Jack reached out to many families in different ways. I saw him as a warrior. He has given special recognition with gifts to our armed forces, dignitaries and emergency work forces. His life was candid. Jack let us know his feet were made of clay; but didn't take his shoes off. To my knowledge he has a good reputation and is well liked. Jack is appropriate, well mannered, and respectable in any given situation.

Jack has expressed his sorrow for his conduct. I plead for the court to be lenient in its sentence.

Tina M. Rodgers

October 27, 2012

Paul and Debra Lakie

Hammond, Indiana  46324

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Honorable Judge Lozano,

We have known Jack Schaap for 25 years as a college teacher, our Pastor and our friend.  We have witnessed his behavior in a variety of situations.  He has shown only the most proper behavior in all circumstances that we have witnessed.  There has never been even a hint of impropriety.  Paul worked in a soul-winning club with Jack Schaap for a number of years, and has always been impressed with his character and honesty and his devotion to the truth.

We have sought counsel for financial issues, issues relating to fairness and equity, child rearing questions, and most importantly, we sought much counsel when Paul had a traumatic brain injury.  His counsel was always thoughtful, careful and Godly.  We have watched how he has helped many people through the years who had no other place to turn.  He has given much money to those who were desperate, especially after Hurricane Katrina.

What happened is so out of character for Jack Schaap.  For over 35 years, Jack Schaap has counseled without incident, and we really feel that this recent period of time was aberrant.  This is just not who Jack Schaap is.  Jack Schaap brought people closer to Christ for about 5 decades.

Without the help of Jack Schaap, we cannot imagine what our lives would be like right now.  We had some very trying years due to the traumatic brain injury that Mr. Schaap helped us get through.  We will always be indebted to him for his help.   He even rearranged his schedule for us when we had to change our daughter's wedding date 3 weeks before the wedding.  He helped us with rearranging the wedding.  He has done likewise for other young couples who had problems crop up just before their weddings.

He and his family are our friends forever, and we deeply miss him.  We implore you to be lenient with Jack Schaap.  What you are witnessing is not the real Jack Schaap.

Sincerely,

Paul and Debra Lakie



November 14, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320


Dear Honorable Lozano:

My name is Mrs. Kimberly Bratton. I am friend of Bro. Jack Schaap, and a former
First Baptist Church member. I have known Bro. Schaap for two (2) years.

Bro. Schaap is very well-liked, very well-loved man. He's always there for anyone
in the church, and will do anything for them.

During the summer of 2011, my son, who was 14 years old at the time, became
deathly ill, while visiting family in Dallas, Texas. Bro. Schaap was in constant
contact with my husband via cellphone wanting updates as to how our son was
doing. If my husband wasn't able to respond to Bro. Schaap, he would have
someone from his staff contact me via cellphone as well, wanting an update on our
son. This went on for several weeks. After our son was released from the hospital,
and was going into rehab, Bro. Schaap would continue to stay in contact. He even
offered to help financially. Bro. Schaap is a very compassionate man. He loves his
family and he loves his congregation.

Bro. Schaap has helped many men and women in Reformers Unanimous overcome
various obsticles, to the point they are able to love the Lord and love each other
and love themselves, and they are able to function in society again.

Bro. Schaap loves his students at Hammond Baptist, City Baptist and at Hyles-
Anderson College. He would spend some of his time during the day and visit with
the teachers and the students. He would even take time out and have some fun with
them as well.



Bro. Schaap, in my opinion, is an honest, loving and God-fearing man. He is one that would give you the shirt off of his back and shoes off of his feet, and a warm place to sleep if anyone was in need of any of these things.  He was compassionate toward everyone.

I realize that what Bro. Schaap did was a crime, and he was definitely in the wrong, not only in our eyes, but also in God's eyes. Bro. Schaap did apologize for his actions and said that he knew he was in the wrong. And, yes, he should pay the consequences, but, I feel that he has repented and asked for God's forgiveness, which I feel God has forgiven him.

Bro. Schaap is human. He did make a huge mistake that cost him his pastorate and his family's lives. God is there to help pick up the pieces when we fall, and God is there with him now helping him get through this difficult journey in his life. Upon making that mistake, I feel that he has had time to think about what he's done, and has again repented and asked for forgiveness, not only from his family, but from his congregation, and the family involved.

I am requesting that the Court be lenient in Bro. Schaap's sentencing. He is a very well-known, well-liked and well-loved man of God, who deserves another chance. God gives each of us many chances during our lives, and I feel that Bro. Schaap should be given another chance to prove to us that we can trust him again, as we have to prove to God every day that He can trust us as well.

Sincerely,

Mrs. Kimberly Bratton