November 27, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Honorable Rudy Lozano:

I am Edward Williams; I am currently the corporate Human Resource Manager for Daystar Television Network, a Christian Broadcasting network.  I lived in Hammond, Indiana from 1949 to 1981; First Baptist Church of Hammond was my home church where I served on the Deacon Board from 1978 to 1981.

Before moving to Oklahoma I was aware of whom Jack Schaap was and thought of him as an energetic young man that married my Pastor's daughter.  I kept up with my home church over the years and noted that Jack Schaap was promoted several times as he grew in knowledge and proved himself.  It was no surprise to learn that he was voted in as Pastor upon the passing of my Pastor Jack Hyles.  It wasn't a surprise because he had developed a strong leadership style, wrote spiritually deep sermons and books, was a compassionate person to the needs of others, and was greatly loved by my friends that remained at First Baptist Church of Hammond.

Some months after my spouse passed away in 1994 Jack Schaap encouraged Debbie Nuckolls, a widowed teacher at City Baptist Schools to converse with me.  This conversation developed into a relationship and she is now my spouse.  I have Jack Schaap to thank for this.  He was insightful to her needs and cared about her future and well-being.

My next encounter with Jack Schaap was in 1997.  A small group of Christians in Ardmore, Oklahoma wanted to start a new church.  I was solicited to seek pastoral candidate from Hyles Anderson College.  I had a pre meeting with him to detail the needs, location, people involved and demographics of the area.  One impressionable moment was when our meeting was interrupted by a phone call from Jack Schaap's wife who was telling him that she was in transit to a location; he was given the details, he asked some probing questions as to route and expected arrival and ending with a request to call when she arrived.  I commented that the conversation was somewhat unusual in that most men would have said "ok" and that was it.  He explained that he loved her very much and needed to know her path in case she didn't show up in a reasonable time so that he could get her help; I thought that was remarkable love!

I have often times thought that the measure of a man is how his children grow and what the wife openly says of him.  From an outsider looking at Jack Schaap's family it is obvious that his children have developed and matured very well.  This can only come by having a father that is caring, compassionate, loving, honest and hardworking.

It was very sad to hear of the crime that Jack Schaap committed.  It was so out of character and to me un-explainable.  Never have I seen a man throw away so much for so little.  Despite his confession and conviction I am convinced that he is a good man, one that still has a lot to offer, one who could help so many.  Despite all this I still have high regard for Jack Schaap.

My request is that the court have leniency in sentencing, for his family, for all those that he could help in the future.

Ed Williams

Lewisville, Texas 75067

Edward Williams



Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320


To the Honorable Rudy Lozano:



My name is Dave Scholing. I have been married for twenty-seven years and have two teen age children. I have worked as a machinist for thirty-one years at Balemaster in Crown Point. I have been a member of First Baptist Church of Hammond for thirty- three years where I have held several positions as a layman. I am also a Hyles-Anderson College graduate. I am writing this letter on behalf of my friend and former pastor, Jack Schaap.

I first met Jack Schaap while I attended  Hyles-Anderson college from 1979 until 1985. I did not know him very well then. He was a fellow student and later a Bible teacher. It was a great blessing to be in the classes that he taught. His knowledge,command and ability to teach the Bible was amazing and made an impact on me that changed my life. He drew me to God. He taught truths that shaped what I was as a young man. He made God real to me. From the years from 1985 until 2001 when he became our pastor, we rarely crossed paths but I would see him at church and hear of how he was blessing others.

It was after he became our pastor in 2001 that his real impact on my life began. I was a father of two young children then. My wife and I were nearing middle age and needed answers about life,rearing our children, having a happy home. We had questions about living the Christian life and having a happier, stronger marriage. We fell in love with Jack very quickly. This was not an improper love but a love that members would normally have for their pastor.  His preaching and teaching was just what we needed and what I as a father longed for for my family. His lessons were what we talked about at home, what I based my child rearing on. He taught me how to be a better husband and father. I also noticed that something was  going on in my heart. I began a quest that continues to this day to know God better. He was through  his ministry leading me to God. His preaching for the ten years that we had him as pastor had a direct and and positive effect on me and my whole family. If you were to know my family,you would see and understand what I am talking about. My wife is a good  example of what a Christian lady should be. My daughter is a feminine, poised , virtuous young lady and my son is becoming a fine young Christian man.

My daughter, now nearly 20 loves Jack Schaap and would agree of the positive influence that he had on her. She read his books about dating. She counseled many times with him about decisions along the way of growing up. He always pointed her in God's direction and always backed our authority in her life. He build up my wife and I as parents in her eyes. Because of this she was never rebellious. He was our teammate when it came to rearing our daughter.

She loved being around him. Not in any wrong way but in a good way. He was one of her strengths. He was good to her. Once when the school was taking a ski trip in Michigan, she found out that he was coming up later to be with the students. He was flying up with two of his staff men and meeting the kids at the lodge. She,on a whim, asked if she could fly up with them. They would be flying in a small plane that the church used. She was thrilled when he said, "yes".She had a great time and will never forget it. Jack Schaap would not say it but it is true. He had a lot to do with our daughter being the graceful Christian lady that she is becoming.

My son loves our former pastor too. He  looked up to him. He admired especially his wisdom. He

connected with Jack very well. My son once got in trouble at school. I won't go into details at this time, but it was a very critical time in my son's life. I, along with my wife and son, did not know what to do. We got a phone call from our pastor and immediately he began to minister to us and spent many hours with my son and I. He helped us and I believe, saved my son from further trouble down the road. I did not know what to do, but when I needed him most, he was there for me. My son is becoming and I think, will become, a fine Christian young man. I shudder when I think of how things would have turned out without my pastor being there. I am forever grateful that he was and so is my son.

Dr. Schaap, while he was our pastor was the hardest working man that I ever met. We had our deacons meetings on Saturday evenings, twice a month. He would come to those meetings so very exhausted. We would make comments about it and he would tell us of working 80 and 90 hour weeks. He never complained, He said that is what the job required and he just did it. He loved the work . He was tireless.

Along with pastoring us, he helped other churches, He would hear of struggling churches and go spend time with the pastor and preach to his people. He traveled all over the country and tried to help as many churches and pastors that he could. For this , he is loved all over the United States.

His desire to help others extended to the world as well. He has a vision of reaching the world for Christ. He started to do this by sending missionary teams to many parts of the world. He has started schools in China to teach English to Chinese young people using the Bible as the text book. He started a church and later a college in Ghana, West Africa. The college is training young people to be pastors and Christian workers. The same is happening in the Philippines, Thailand, Peru and soon Turkey. Who can measure the worth of works like that? Only eternity will show the positive influence that these works will have because of Jack Schaap.

Our former pastor is not perfect and he did a great wrong. It goes without saying , however that he was and is a good person. He is a good, person that made a stupid mistake, I would imagine that he is very remorseful for his actions. I am sure that he is ashamed of himself and because of the damage that has happened to others, is very sorry. His knowledge of God's word only magnifies the pain and guilt he must feel.

I ask you , your Honor, to look at his whole life up to this point and consider leniency in your sentencing of Jack Schaap.

Respectfully,

Dave Scholing    12-3-2012

Dave Scholing

GIRAGOS HEART and VASCULAR CENTER
HENRY G. GIRAGOS, M.D., F.A.C.S., F.A.C.C.
800 MacARTHUR BOULEVARD
SUITE 25
MUNSTER, INDIANA 46321
Phone: (219) 836-1200
Fax: (219) 836-1252

DIPLOMATE
AMERICAN BOARD
OF THORACIC SURGERY
AMERICAN BOARD
OF SURGERY

FELLOW
AMERICAN COLLEGE
OF SURGEONS
AMERICAN COLLEGE OF
CARDIOLOGY

November 26, 2012

The Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Judge Lozano:

Thank you for the opportunity to address you.  I am grateful to live in a nation where such communication is possible.

I am a cardiovascular surgeon who has been practicing the specialty in Northwest Indiana for the past forty years, initially at St. Catherine Hospital in East Chicago and subsequently at The Community Hospital in Munster for the past twenty-five years.  My partner and I started the cardiovascular program at The Community Hospital in 1986.  I am also the past Chairman of the Department of Cardiovascular Services at The Community Hospital and Co-director of the Heart Failure Clinic at the same hospital.  I experienced some serious health issues and took a one-year leave-of-absence, and I was recently reinstated on the staff of The Community Hospital.

I have known Jack Schaap for approximately the past twenty to twenty-five years, initially as a friend and Sunday School teacher, and for the past eleven years as my pastor and dear friend at First Baptist Church of Hammond.

I have had multiple personal meetings with Jack Schaap regarding medical-cardiac issues with members of the church, and I always found him to be genuinely concerned for their well-being. He desired to see these members experience good health and communicated that to me.

I myself sought Pastor Schaap's spiritual advice last year for my own medical condition.  I was again struck by his deep concern, this time for my well-being, and I was helped by his counsel and prayers.  Today I consider myself healed.



The Honorable Rudy Lozano         -2-         November 26, 2012

As Pastor of First Baptist Church, Jack Schaap devoted much time not only to preaching in the church, but also to giving counsel to numerous members who were experiencing difficult life circumstances. That proved to me that he is a generous man with the precious commodity of time, as counseling might have been delegated to associate pastors. Sometimes a pastor of a large church will not spend much time counseling members, in lieu of "more important" duties. On the local level, Jack Schaap aided reviving Hammond's economy by renovating and rebuilding many downtown structures to aid the church's outreach. Globally, he helped start mission fields in Ghana, China and other countries.

In my opinion, and in my family's opinion, Jack Schaap is a wonderful, caring and hardworking man, and I hold this view of him, even though I know that he has been convicted of a crime.

Your Honor, my family and I beseech you please to consider all the good qualities of Jack Schaap and to be lenient please in your sentence.

Thank you kindly for allowing me this opportunity to share with you my experience with Jack Schaap.

Respectfully,

Henry G. Giragos, M.D., F.A.C.S., F.A.C.C.

hgg/rjg

October 12, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

RE: Jack Schaap

Dear Judge Lozano,

My name is Wilbert "Cal" Streeter, D.O. I have been a member of First Baptist Church of Hammond, IN, since 1963, and have known Jack Schaap since he came to Hyles Anderson College in the 1970's. I graduated from Chicago College of Osteopathic Medicine, Chicago, IL, in 1975 (Mid-Western University in Downers Grove, IL today) and after serving a rotating Internship in South Bend, IN went into practice. I have practiced Integrative-Family Practice Medicine for over 35 years, have been a member of the American Osteopathic Association, The American College for Advancement in Medicine, was on the Board of Directors of ACAM for 9 years, and was Secretary-Treasurer of the organization for 2 years. I was on the Deacon Board of First Baptist Church of Hammond, IN, for ten years while Dr. Jack Hyles was Pastor, and have been Senior Staff Evangelist for Health at FBC for the past 7 years.

Jack Schaap has been my Pastor, my boss, my friend, and my counselor. In all of my years of association with him, he has demonstrated unquestionable honesty, integrity and moral character. Even in the face of extreme adversity, tension, and unbelievable stress associated with the running of the multimillion dollar organization called the First Baptist Church with its complex related ministries, he has maintained strong, reliable, respected leadership. No one could question his work ethic and those of us who worked for and with him will attest to his long hours, dedication, self-discipline, and almost endless energy. I have personally met with him, eaten meals with him, sat under his teaching and preaching, and relied on his advice and counsel in my decision making. He is respected by community leaders, politicians, Christian educators, Pastors, Evangelists, missionaries, and especially his church members and his family. He has given financially to those in need, has raised money for and sent missionaries to third world countries, has provided a rescue mission, RU Home and shelter for those who have addiction problems and who find themselves living "on the street." His relationship with his wife and family is a tribute to his character and is an example to all who know him. Often I have heard visitors who come to FBC comment about his relationship to and love for his wife and family and he publically demonstrates that love both in word and deed.

DEFENDANT'S EXHIBIT 109

PAGE 2

I would ask the Court to be lenient in the matter of his sentencing and would also ask the Court to thoroughly check into the medications Mr. Schaap was taking at the time of the crime and also at the time of his trial. I am not a Psychiatrist or a Pharmacist, but it would appear that something altered the behavior and moral character of this man in the months surrounding the time of his crime and the present. What he did is totally out of sync with what he preached, believed and embraced in all the years I have known him. I would ask that you check with his wife, family, close associates, employees, etc. as to what he was taking and the bazaar change in his behavior during the time in question. I wonder whether he was capable of making a rational decision even at the time of his trial and if we are not incarcerating a man with a psychiatric-emotional problem exacerbated by medications rather than a moral/criminal problem.

Thank you in advance for your time and consideration toward my friend, Jack Schaap. If you wish to speak with me further on this matter or have questions as to my observations, please feel free to contact me or have your office to do so.

Respectfully,

Wilbert C. Streeter, D.O.

Topeka, Indiana 46571

October  29, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

Dear Mr. Lozano:

   We are writing this letter in reference to the character of Mr. Jack Schaap, former pastor of First Baptist Church of Hammond.  Since 1977 we have been faithfully attending and serving at First Baptist Church of Hammond, Indiana.  Jack Hyles, our former pastor, was the father-in-law of Mr. Schaap and frequently mentioned his high regard for his son-in-law.  In the 1980's Jack Schaap attended Hyles-Anderson College during some of the same time Sam was also a student.  We have known the Schaaps as acquaintances for many years.  In all these years we have only seen and heard the best reputation.  There has been no spot on Mr. Schaap's record of conduct.  He has only sought to be a servant in the ministry of his father-in-law and to be useful in helping others as he preaches outside our area on occasion.

   Our three children attended Hammond Baptist Schools in Schererville, Indiana, most of their growing up years from about 1982 until 2002.  Jack and Cindy Schaap also had children attending the schools with ours.  We frequently crossed paths with them at school functions.  Mr. Schaap was always friendly and attentive to others and supportive of his family.  The Schaaps were always highly respected.  Their children were happy and well adjusted in school.

   Beginning in 1995 our children enrolled in Hyles-Anderson College where Mr. Schaap was a teacher and on staff in various capacities.  He was always mentioned by our daughters as helpful in his preaching to the students.  To our knowledge there were no scruples about his reputation during the years of our involvement with Hyles-Anderson. He was employed there during the entire time of our children's enrollment from about 1995 until after Mr. Schaap became our pastor.

   At the time of the death of Pastor Jack Hyles, we were glad for Jack Schaap to become the new pastor of our church.  His record has been above reproach for the last 11 years until this past summer.  He has led the way for our church to expand our influence in reaching out to people both locally and around the world not only with spreading the gospel of Christ but in humanitarian aid.  His tireless efforts have encouraged our membership to be community servants, to support our government officials in prayer and cooperation, to feed the hungry, and to help the underprivileged in any way possible.  Mr. Schaap was a personal help to our daughter at the time of a traumatic situation while she was in college.  His behavior toward her was in every way appropriate and respectful and very helpful to her.  He offered her guidance and counsel throughout several months and took time to send letters to us as well during that time.  When Sam's mother passed away in another state, Mr. Schaap sent a special message of condolence not only at the time of her passing but on the following



mothers' day several months later.  He kindly made financial provision for traveling expenses for the funeral as we would have been unable to travel at that time otherwise.

Although the crime Mr. Schaap has committed has brought us great shame and grief, we know that this infraction was totally inconsistent with his character and morality.  We request leniency from the court in his sentence.  The loss of reputation and influence, realizing the pain inflicted on his family and the victim of his crime, and the knowledge that he can no longer pursue his chosen profession is already substantial punishment. Thank-you for your consideration of our letter.

Sincerely,

Sam and Rose Shepherd

Crown Point, IN  46307

United States District Court

5400 Federal Plaza

Hammond,  IN  46320


Honorable Rudy Lozano,


My name is Lesley S. Herrick.  I am a  Certified Nurse Assistant and am currently a caregiver for a Parkinson's Patient.  I have known Jack Schaap since August 1988.  He was my Bible teacher when I was a student at Hyles Anderson College.  He is absolutely an amazing teacher!  Bro. Schaap was honestly my favorite male college teacher.  Any subject he taught on, he had a way of making it come alive.

As a college student I counseled with Bro. Schaap many times to get advice and guidance for problems I was facing and decisions I needed to make.  I met with him alone in his office at the college.  I was a naïve', impressionable young woman in my early 20's at that time.  I want to say that Bro. Schaap was never anything but 100% appropriate in his conduct toward me as a lady.  He always had very wise advice, and was a great help to me.

One of the jobs I had as a student at the college was waitress in the VIP dining room.  I would serve meals to special guest speakers from out of town, the President of Hyles Anderson College, and various staff and faculty.  Bro. Schaap was often a guest in the VIP dining room.  He would always kindly acknowledge me, and ask how I was doing, ask about my boyfriend etc.  He took a personal interest in me and in the lives of all of the students of the college.  He would



always leave me a generous tip on the table when he left. Once he left me a $40.00 tip! He has always been a very kind, generous and compassionate man.

In 2001 Bro. Schaap became the pastor of my church. I was overjoyed because he is such a wise Bible teacher. I was thrilled that I would now get to hear his preaching three times a week. Then several years later (2005) I found the need to go to him for counseling again. My marriage of then 13 years, was on the rocks. My husband and I went to counseling for three years. Bro. Schaap absolutely tried his best to repair our marriage. Unfortunately, my ex husband was unrepentant for his infidelity, so we are now divorced. Throughout all of the many, many hours of counseling, Bro Schaap was very compassionate toward me and my husband. He probably spent over 50 hours of intensive counseling with us. He never behaved in an inappropriate manner toward me in any way whatsoever.

I have known Bro. Schaap in many capacities, but above all, I consider him my friend. In the 24 years I have known him, I have never heard of him behaving in an improper way with any young ladies ever. The recent activities in question are completely out of character for him. I was in the courtroom several weeks ago during one of the hearings. I was very happy that you are the Judge presiding over his case because you seem to be a fair, just, and honest man. While I sat there in the courtroom, I had to fight back the tears as I saw Bro Schaap in an orange prison uniform, with hands and feet shackled. As he sat there, I saw a very broken man. I know he is so very sorry for what he has done. I also feel very confident that this is an isolated incident.

Your Honor, I hope and pray that you will find it in your heart to be lenient toward him when deciding on his sentence. He truly is a good man who made a big mistake. Thank you for taking the time to read my letter. I will be praying for you in the days ahead. May God richly bless you and your family.

Sincerely,

Lesley S. Herrick, 11-30-2012

To the Hon. Judge Theresa L. Springmann of the US Federal Court

Hello. My name is Mike Campbell and right now I'm currently unemployed looking for work. I'm currently a member of First Baptist Church and been attending since 2007. I don't know Jack Schapp personally as I only met him only one time in person. But I know in my heart he's a wonderful person. When I met him the only time, he was just so wonderful to me. And I hear about him alot from all the people who attend church on how great he is. I always enjoy his sermon. and the messages he gives for the good of the lord. I really believe in my heart that he is hardworking, generous, and a wonderful person who's brought the city of Hammond and the rest of the world together for the lord Jesus. I believe he shouldn't be severly punished because like all, he's only human. He made a terrible mistake and he is paying for it. I still love Jack Schapp and I'm going to still show my support for him because I know that the lord above & everyone else will or is doing the same.

Sincerly:

Mike Campbell
10/28/12

DEFENDANT'S EXHIBIT 112

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

November 27, 2012

Honorable Rudy Lozano;

Greetings Sir,

It is a privilege, and my pleasure to be able to come before you in writing on behalf of my Pastor, Brother Jack Schaap.

I love this Country where there is such respect of it's citizens rights and privileges and protection.

My life radically changed under the leadership of Dr. Jack Schaap. I highly respect him. There are many messages he preached that changed my life for the good. But the one that tops the list is "Pursue God." And I took that challenge and I found HIM, and I wouldn't trade my Father in heaven, nor His Son Jesus for all the silver and gold on earth. I found as King David did in Psalms 42:1 As the

DEFENDANT'S EXHIBIT
ALLSTATE LEGAL
113

-2-

hart panteth after the water brooks, so panteth my soul after Thee, O God. And He supplies all my need according to His riches in glory by Christ Jesus. (Philipian) This has led to my family having more victories in their lives.

I am sure there are many, many others who have been drawn closer to God and His Son through Dr. Jack Schaap's preaching and life. I do believe he was over extended with all his ministries here and abroad.

I believe that this sad sin will make him wiser and stronger in His walk with God. For when one thinks he is in complete control and can handle it apart from His God is when satan pounces. This is a wake up call for him to always be on guard against the wiles of the devil and not trust in his strength to resist temptation but to submit even more to his God.

I think of 3 other men of God who also fell into sexual sin — Jimmy Swaggert,

- 3 -

Jim Baker, and James Robison, who are now stronger and more dedicated and more watchful in their ministries now. They are more humble.

I believe that the rest of Dr. Jack Schaap's life, will be the best of his life. He said he was sorry by letter to Church.

There is only one, that 100% resisted sin even to the point of sweating great drops of blood through His pores in that resistance. Thank God He did, or wed all, in this human race, be without hope!

I plead mercy, Honorable Judge, as you are a minister of God, to know that what he has already been through, that God allowed for chastizement of His son for his sin, will prevent anymore of this to happen ever again. I believe that. I believe he learned his lesson and will help more people on this globe than he did before. I stake my life on that.

Thank you for hearing me out. God bless you and your family.

— 4 —

I am praying for you to make the right decision.

In Jesus name,

Susan Matchie

Susan Matchie

Crown Point, IN 46307

P.S.  He has been my Pastor, and my son's, and daughter's and their families since 2001. We still love him in Christ Jesus and forgive him. I have been taking care of my grandchildren (my daughter & son-in-law's) for the past 12 years.

Tiffany Little

Apache Jct, AZ 85120

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Honorable Rudy Lozano:

My name is Tiffany Little. I am the
wife of Joe Little, assistant pastor to Kevin
Cowling at Valley Baptist Church in Mesa,
AZ. I have known Dr. Jack Schaap
for over 25 years.

As a teenager, I heard Jack Schaap preach
at Youth Conferences in Hammond, IN.
I later attended Hyles-Anderson College
and sat under Bro. Schaap in many of
his classes. I also worked for him in
one of the schools under his ministry.

I have always known Bro. Schaap to be
honest, genuine, and to have an impeccable
reputation. He has always shown great love
and care for his wife and family, and has
been a great example to my husband and
me. We have made many important
decisions under Bro. Schaap's preaching and
teaching. Bro. Schaap married us in 2003
and later ordained my husband to preach.
Joe and I serve the Lord full-time in the
ministry, and it is largely due to the
great influence of Bro. Schaap.

DEFENDANT'S EXHIBIT 114

<u>2</u>

I believe no one is perfect and that everyone can and will make mistakes. Bro. Schaap had an enormous and stressful load to carry as pastor of First Baptist Church. He was an excellent pastor and mentor. I believe that he just "let his guard down" and made a few unwise decisions. Nobody is above sin. I know that he loves his wife, and I do not believe he would make the same mistakes again.

Bro. Schaap is responsible for sharing the gospel not just throughout Northwest Indiana, but throughout the United States and across the world. He has started churches and Bible colleges in Africa, China, Thailand, Belize, Peru as well as many other countries. His influence has reached and helped hundreds of thousands, and perhaps even millions, of people.

My husband and I love Bro. Schaap very much and we believe in him. Though we do not condone any wrong doing on his part, we believe he will go on to do great things for God and for others.

I ask that you please show leniency and mercy on his behalf when considering his sentencing. I truly believe Bro. Schaap is remorseful for his actions and will strive

3

to make better and wiser choices from here on out. Thank you for your time and your help with this case.

Sincerely,

Tiffany Little

DEFENDANT'S EXHIBIT 115 ALL-STATE LEGAL

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, Indiana
46320

To the Honorable Rudy Lozano,
My name, is Jim Capshaw and I am writing this letter on behalf of Dr. Jack Schaap, my former pastor at First Baptist Church of Hammond, Ind. I work at Yellow Roadway Express trucking Company in Chicago Heights, Ill. I have been employed there in the Maintenance Department for almost 16 years. I write this letter from the depths of my heart and with much prayer, asking you, honorable Rudy Lozano, to prayerful and with much wisdom, that you hand down a just sentence January 15, 2013 for Brother Schaap.
      We have known Brother Schaap for 27 years. He was one of my Bible teachers, in classes during my time at Hyles Anderson College. He often opened his office and gave of his time while I was in college couseling me concerning child rearing. Brother Schaap is a man of "wisdom beyond his years." As our pastor, he has always demonstrated remarkable character at church. In the past 2 years I lost my mom and dad, in death, and each time he took of his time to send me a sympathy card expressing his sadness, support and love for me. This is a common practice for Brother Joel Schaap. He is always very thoughtful and considerate of others, placing our needs above his.

He was always a gentleman at church and away from church. Last year around Christmas time my wife and I were in the checkout line at a store and saw Brother Schaap in another line. He courteously and politely shook our hands and said kind things to us. He has counselled 2 of our sons helping them into the Reformers Unanimous program.

Dr. Schaap is one of the most honest men we have ever known, who has done so much good for our church, our communities, and churches world-wide. He has literally given himself to his ministry at the same time maintaining a strong family. Dr. Schaap is a good man and still has alot to offer the world. My family love him very much. We are disappointed about what has happened, but still love and pray for him and his family. I close by asking for a fair, lenient and just sentence. That is all we can expect. We trust that you can and will see past all the negative and see the positive.

Thank you,
Jim and Vicki Capolau
11/27/12

11-30-12

Dear Honorable Rudy Lozano,

My name is David Reynolds I have attended F.B.C. from the age of four. I am the father of four children, two of which are teenagers and were around Bro. Schaap often. I was so shocked when I was told what Bro. Schaap had done. Not because I found him to be perfect, but because it was far from his character he had shown us for years.

I am writing you to ask you to be just in his



sentence. Honestly, I have looked over your past sentencings such as Andy Beith and others and have truly thought you tried to be just in your decisions. His actions towards my family and I as well as the good he has done for thousands should not go unnoticed when building the case for his character! I remember one day as a college student I was in a hurry to get to work so I hardly cleaned off the snow

from my windshield. Bro. Schaap was driving in front of me, and without even knowing my name he cleaned off all of my windows.

Through the years I have watched him care for the poor people, the City of Hammond, and everyone in his path. I watched him touch or hug the African people on a trip to Ghana, West Africa.

I can't make an excuse for his wrong actions, but I do ask you to remember all his good actions throughout most

of his life.

Thank you,

David Rey

Barbie Nocita

Sch. Inv. 46375

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320



I and my family have known Bro.
Jack Schaap since our daughters were
1 yr. old and they are now 31.
    Our daughter is one of his daughters
best friends. Our daughter spent alot
of time during her growing up years
in the Schaaps home. Sheri (our
daughter) loves both Bro. Schaap and
+ Cindy (Mrs. Schaap).
    She loved being in their home and
always felt very secure. Bro. Schaap
and Cindy were like second parents
to her. He and Cindy cared a great
deal for her and were very kind.
    When our daughter lost a baby and

so husband about 25 years and loved her husband. And when my husband and I lost parents he wanted to know how we were doing personally and also wrote us a letter.

When our younger daughter was sick he constantly asked about her.

We spent a few summer holidays at their house. He did all the grilling and loved serving each person and wanted each person to have a great time.

For Cindy's 40th birthday he had a wonderful party for her. He made it very special for her. But also, the 2 of them walked around making sure each person was happy and having a great time.

He is a very caring considerate person. These are just a few things that I know about ~~about~~ Bro. Schaap. There are so many things he has done for people.

My opinion remains the same even though I know about the offense.

My family and I care very much for him and his family; who need him very much.

respectfully,
Brooklie Algeito

The Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

October 15, 2012

Dear Sir,

My name is Bill Striegel. For the last ten years I have worked for a leader in the dairy business in
the transportation department. Prior to moving to the Ft. Wayne area, ten years ago, our family
belonged to the First Baptist church for many years. I also hold a bachelor's degree in Pastoral
Theology from Hyles-Anderson College.

One of our most meaningful relationships throughout our years in Hammond was the
relationship we had with Jack Schaap. Actually, had it not been for he and his wife, Cindy, I
would not have the wife I have had for the last fifteen years. Jack and Cindy worked very hard to
rebuild the lives of those in the East Chicago area and one of those lives was my wife. To say the
least, I am grateful to them for their investment of time and money in helping her and her three
children to become the great contributors to society that they are today.

My wife and I were absolutely devastated when we learned of the terrible events surrounding
Jack Schaap. The Jack Schaap we know is one of honest ethics. He is a kind and sincere man, the
kind of man whose word is his bond. Several years ago we travelled to Hammond to meet with
him and ask his advice about an important decision. He did not know that we were in a financial
crisis at that time, being a few weeks before Christmas. A week later we received a check from
the benevolence fund of First Baptist for five hundred dollars and a note from the church
secretary stating that Pastor Schaap asked her to send the check to us. This is the Jack Schaap we
have known for over twenty years.

We are honored to know Jack and Cindy Schaap and will gladly continue to be his friend
through this entire horrific journey. I ask that you will be just in your sentencing realizing that
there is not time to tell you all the many generous and thoughtful things Jack Schaap has done for
people, all around the world, that have had a positive effect on their lives.

Sincerely,

Bill Striegel



The Honorable Rudy Lazano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

October 15, 2012

Dear Sir,

My name is Elizabeth Striegel. I have known Jack Schaap since November of 1994. I owe a great debt to him because he took a special interest in me, as a single parent, and my three children. Many times his advice helped me in ways it would take too long to convey to you. I trusted Jack Schaap, not only with my life, but the lives of my three children. He proved over and over that he would not disappoint us or let us down.

My children and I love Pastor Schaap and his wife, Cindy, in a way I find hard to put into words. They always loved us for who we were. They engraved in our heart how to love others and so much more. My children are grown up now and, on many Holidays, we look back and think of special people like the Schaaps. When we do we thank God we were so blessed to consider them as our friends.

I will continue to be their friend forever. My heart hurts, along with theirs, because of the circumstances that have come about. Yet, I would go to him for counsel again and again. I plead with you to defer to your benevolent side as you consider the future of such a wonderful man who obviously made an unwise choice in life.

Sincerely,

*Elizabeth Striegel*

Elizabeth Striegel



*Marilyn Wolfe D.*

Schererville, Ind. 46375
11-19-2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plazza
Hammond, Ind. 46320

Dear Sir:

I have known Jack Schaap since the early 80's. At that time he preached for our Church in Rochester, N.Y; My husband being the Pastor. My husband had a very high opinion of him. He brought his wife, Cindy and their 2 year old daughter, Jaclynn. He did an excellent job and showed much concern for the people.

After my husband's death in 2004, I made plans to make my home in Schererville, Indiana; purposely to attend First Baptist Church, where Jack Schaap was the Pastor. I have not been sorry that I made him my Pastor. He is kind, generous, very thoughtful, and works hard at helping others.

As Pastor of First Baptist Church, he has reached out his hands of Love to the people of Hammond in many ways.



Since I am an elderly Lady, I appreciated the fact that he and the People of the Church take good care of the elderly.

I still think highly of him, though I am very aware of the offense. His family needs him, and I am asking for leniency for Him. Thank you.

Sincerely,

Marilyn Wolfe

Nov 20, 2012
Munster, In 46321

Honorable Rudy Lozano
U.S District Court
5400 Federal Plaza
Hammond, In 46320

Dear Sir:
     I definitely want to write in support of Jack Schaap former Pastor of the First Baptist church of Hammond
     What a remarkable, gifted, handsome, brilliant inspiring leader. I've watched him grow physically, mentally and in favor with God & Man for over 30 years since he moved to Indiana from Michigan
     I was born & raised in Hammond and have been an active member of First Baptist church for over 70 years. I've taught Sunday School and been involved in Sunday School over 60 years. I've seen few students that impressed me with their dedication, loyalty, faithfulness, & leadership

DEFENDANT'S EXHIBIT
121

What a joy to watch him fall in love, court his wife, go to his wedding, become a parent and raise perfect children, become Grandparent, doing everything in a manly, loving, intelligent manner that I could be used as a rule book & example for others. People of all ages learned from him. He verbalized the Bible and made it the Book to live by & follow — not to follow him but to follow God & the Bible.

How sad if one so capable of leading, inspiring & teaching would be locked away for a long period of time when he could be sharing & leading.

all I ask for is justice. He should be punished But just what I would wish for my son, grandson, friend, or honorable person I plea for you to be just and give Jack to do right

Schaffer

as soon as possible

I am sure he has learned his lesson the hard way already.

Let him help others as soon as possible — sooner rather than later.

What punishment for one who loves and appreciates God's creations to be locked away from them.

I pray you'll make the right decision.

Thank you.

I'm just asking for you to be just.

In Christian love,

Dorothy Sutkowski

Munster, In 46321

Your Honor,

My name is Kimberly McGraw. I am a 30 year old, stay-at-home mother of three young girls and a writer. My husband of nine years is a police officer for Hebron, IN. I am writing this letter on behalf of my Preacher, Jack Schaap.

I first met Preacher when I came to college 12 years ago. To be honest, my first impression was not a good one. When I left my home state of Nebraska, I left behind 10 years of sexual abuse and a scarred past. I came to Hyles-Anderson hoping to turn my life around; the loose lifestyle I had taken on since the abuse started, was beginning to take me under. I wasn't in college longer than a few months when my habits caught up to me and I was meeting the Discipline Committee, headed up by Jack Schaap, who was then the Vice President. Jack Schaap was very firm with me and told me I would be recommended for permanent expulsion. Once faced with the idea of going back to my old life and the men who abused me, I was faced with the reality I had to turn my life around. Now.

When Bro. Schaap became aware of the life to which I would return home, he graciously gave me another chance. He set me up with a counselor and my life began to change. It was that summer I met my husband.

Only weeks after our first meeting, Jack Schaap became my pastor. After my husband and I married, he decided our family would be close to our Preacher. So, after every church service, our family would wait for him to finish counseling (sometimes as late as 11pm) and we would walk him and his wife to their car. For eight years we did this, every week, twice a week, until the last service he preached at our church. During those eight years we have grown increasingly close to Preacher and Mrs. Schaap. It did not take long for me to realize my first impression of Jack Schaap was wrong.

During those eight years, many things came into my life and he was always willing to squeeze me in, to lend an ear and counsel me. Very rarely did I have to set up an appointment, which would have taken weeks for me to get in. Many times he'd see me the day I needed to see him. This was his habit for my husband as well.

If you asked me one quality of Jack Schaap's that stood out the most, it would be his heart. I have never met a man more willing to help another, even at great expense to himself. His predicament at the present came from a desire to help a young woman with a past like mine. He could never turn down a person who needed help.

Some examples of his heart:

- My husband lost his job and Preacher hired him next day. (Many of the staff members at our church were people who needed a job or a good environment in which to work.)
- During that time, Preacher paid $4,000 out of his own savings to help us secure our home.
- My Grandpa passed away and Preacher gave my husband money so that I could be there for the funeral.



- My sister and brother-in-law were having marital problems while he was stationed in Afghanistan and Preacher counseled him.
- He was there for my parents when they needed advice, although they live 500 miles away.
- Every time he saw our girls he would give them something to drink and sometimes candy to take home.
- When each of our girls were born, Preacher gave them gifts or gift cards.
- A couple times he gave my husband money or the day off just to spend with us.

These are just a few of the things he has done over the years. I have never met a man with a weight on his shoulders as he carried, being the pastor of our church. Every day he went home tired and he aged prematurely. But no other man was more willing to be a servant to others. He did everything he could to make time for you, regardless of who you were or what state/country you lived in.

One of the last things he did for me, personally, was to help put my life back together once again. Last December I messed up. I didn't know what to do or where to turn. When my husband went to Preacher, Preacher saw me immediately and began to build me back up. He helped me get my bearings and helped me to see that regardless of what mistakes I make, God loves me. No one else could have kept me from falling off the deep end, except for him. When I feared Preacher would "condemn" me, he instead encouraged me to put my life back together.

What breaks my heart, Your Honor, is that there is no one there to do that for him. As a former victim, will you allow me to state that not for one moment, do I believe Jack Schaap to be a victimizer, pedophile or pervert. I have known my fair share of them. But he has counseled me countless times and not one time did I feel threatened. Your Honor, I firmly believe that Jack Schaap does not deserve prison time. Not one day.

May I be blunt? My daddy and my husband are both police officers and I have never heard of an age limit to cross state lines for sex. I believe that if a child is legal in one state at 16, then it should be the same in all states. And I believe, regardless of the moral issues at hand, Preacher was legal in every state he was in, and in everything he did, except for this law which I never knew existed, let alone him.

Your Honor, when I was 16, I knew full well what I was doing. I do not believe Preacher coerced this girl. I believe it was very much consensual. And if she was anything like I was, it might have been more her than him. But, regardless, I don't think Preacher deserves 10 years in prison for providing a ride in which she willingly accepted. Had she driven herself that day, would he be home right now with his family? I can't imagine that small of a detail requires 10 years of a man's life in prison. I know there is also the point of his using electronics in the affair, but I don't know too many people these days that don't. The whole idea sounds outdated.

Allow me one more comparison. A man in Porter County was just charged with a murder committed last year at Thanksgiving. He was given a MAXIMUM sentence of 8 years. Why, then, would a man who did not commit murder receive a MINIMUM of 10?

I believe you to be an honorable and just man, Your Honor. I can only beg of you, let Jack Schaap go home. This man has lost everything he has ever known for the last 35 years. Our church has been his life. To quote him, "Preaching God's Word is everything to me." He lives with the fact he will no longer pastor the people to which he has given the last 11 years of his life. He has lost his job, his retirement, his farm, his respect and hurt the people he cherishes the most: his family.

He has spent his son's birthday, his wife's birthday and Thanksgiving behind bars. He will soon spend Christmas and the birth of his grandchild behind them as well.

Jack Schaap is a man who has spent his entire live serving others and for a moment, messed up. He has admitted his shame and grief over those few short weeks. My husband and I have cried reading his letters that speak of his intense loneliness and desire to be with his family. He cannot change what has happened but I can promise you, letting Jack Schaap go home will never be a decision you will regret.

Please be the one to give him a second chance as he did for me. Please don't give up on him. He deserves to live out the rest of his days at home, not secluded in a prison cell. I am personally asking you to let my Preacher, Jack Schaap, go home to his family. They are all he has left to show for the past 35 years. Let them be the ones to build him back up and help him put his life back together.

Very Sincerely,

Kim McGraw

October 26, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Lozano,

My name is Jon Cuozzo. Jack Schaap was my pastor for 10 years. I was in the same grade as his daughter and we attended school together my whole life. After college, Jack Schaap hired me and I worked for him for 6 years most of those years working very close to him.

I consider Jack Schaap to be an honorable, hard working, generous, honest , caring, loyal, godly man. He built an impeccable moral reputation in the past 30 years. His wife and children are 2nd to none in their godliness and stability as Christians and American citizens.

I believe with all my heart that based on my life experiences with him, what happened was a 1-time occurrence. I do not believe that he is a hazard to society. Please be lenient on his sentence. He has lost so much. He will punish himself in his own mind for the rest of his life for what he has done. I don't believe that sticking him in a prison at the expense of tax payers will help the situation at all. Instead, could he be put under house arrest/probation for a LONG time? Thank you for taking the time to read my letter.

Sincerely,

Jon Cuozzo



November 29, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Honorable Judge Lozano:

Re: Jack Schaap

My name is Eufemia Julian. I have been a member of First Baptist Church since 1996. My family and I were reached through a ministry of First Baptist Church and have been faithful members for many years. My husband, Santos Julian, and I have four adult children who have all graduated from City Baptist School located in Hammond, IN and have gone to Hyles-Anderson College in Crown Point, IN. Three of my children are married and their spouses are also faithful members of our church, along with three of our grandchildren.

My family and I owe a great debt to Mr. Jack Schaap. He has been a loyal friend and pastor through the many trials that my family has faced throughout the years. He has been a faithful, trustworthy, loving pastor, and mentor to my children. We are certain that there are hundreds of other people around the world that have personally witnessed his love and compassion, as well.

I ask that the Court be lenient in Mr. Schaap's sentencing and that you, Honorable Judge Lozano, be filled with mercy during this time for a man that has show the same to others.

Sincerely,

Mr. Santos Julian and Mrs. Eufemia Julian



October 24, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Honorable Rudy Lozano:

My name is Jane Sunde. I am a member of First Baptist Church in Hammond, IN, and I have been since 1978. I have worked for our ladies' soul-winning club since 1981, and I assist the leader, Mrs. Fay Dodson.

I have known Jack Schaap since 1978 when I was a student at Hyles-Anderson College in Crown Point, IN. He then became my pastor in 2001. He married my husband and me in 2008. I consider Jack Schaap to be honest, generous and hard-working, because I have gone to him on many occasions to get advice and he has helped me make the right decisions. I think Jack Schaap is very thoughtful and concerned for others. When I got into a car accident, he called me, and he and his wife, Cindy, sent me roses and cards.

Jack Schaap has worked very hard, and he has started many new ministries in our church that have helped people in Lake County as well as around the world: ministries such as a radio station; missions works in the United States, Peru, Thailand, India, China and Africa; an addiction recovery program, Reformers Unanimous; a rescue mission; and chapels and churches throughout the Chicago land area. He has also helped First Baptist Church in purchasing and remodeling many of the buildings in the downtown Hammond area. Many people have been helped through these ministries because of the vision, compassion and leadership of Jack Schaap.

Jack Schaap has a good reputation and is well-liked throughout our community and around the world. He is a hard-worker, and his work is top-notch. He has raised a great family. He has two married children who currently serve in the ministry. His son, Kenny, is married to Candace, and they have two children with another on the way. His daughter, Jaclynn, is married to Todd Weber, and they have four children. He and his family have been a blessing to me.

Sincerely,

Jane Sunde
Jane Sunde

DEFENDANT'S EXHIBIT 125 ALL-STATE LEGAL

Attention Honorable Rudy Lozano

United States District Court

5400 Federal Plaza

Hammond , In 46320

My name is Lydia Imani and I am a licensed insurance producer. I have been a member at FBC for twelve years.

Due to Pastor Schaap's teachings my Husband and I have grown tremendously. We work in the Nursing home Ministry. In addition to bringing the elderly to Church every Sunday lunch is served after every service. Pastor Schaap has shown thoughtfulness and concern implementing programs that help our communities.

Pastor Schaap has helped the city of Chicago and Hammond Indiana with so many outreach programs. The Bus Ministries allows hundreds of children to be picked up weekly to attend Church that otherwise would be on the dangerous Chicago streets.

Red, yellow, black or white Pastor always preached we are all precious in God's sight . Sometimes we fall but we always get up. I don't condone Pastor Schaap's behavior but I do request that the court would be lenient in its sentence.

Sincerely

Mrs. Lydia Imani

10-26-2012



November 5, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN  46320

RE:  Jack Schaap

Your Honor:

My name is Marchelle Webb and I have been a member of the First Baptist Church of Hammond for 35 years.  I have known Jack Schaap for over 30 years and he was my Pastor for 11 years.  My husband is a deacon at our church.

I am appalled at what Jack Schaap did and know that he is awaiting sentencing per your decision.  Although he most certainly needs to be punished for his crimes, I would like you to consider just a few things prior to making your decision.  Jack Schaap's entire life up until these recent events has been that of a man who is honest, hardworking, and giving of his time, finances, and abilities to those who needed them.  He has taken a Biblical stand on right and wrong and up until this crime, he has lived an honorable life.  Until this event, he has been a role model of what a godly, Christian man and American citizen should be.

This is not a man who has had prior criminal intent in his life.  I am asking you to consider being merciful to this man because of it being a first time, only offense in his life.  This, in my opinion, is more deserving of the minimum sentence rather than the maximum sentence.

I have been praying that God gives you wisdom regarding this decision.  Thank you for considering my comments.

Gratefully,

*Marchelle Webb*

Marchelle Webb



October 10, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320


Honorable Judge Lozano:

Re: Jack Schaap

My name is Eunice Settlemoir, I am 27 years old, and I have been a member of First Baptist Church all of my life. My family was reached through the bus ministry of First Baptist before I was born and we have been part of this church for over 30 years. My brothers and I graduated from our Christian school, City Baptist, and also from our college, Hyles-Anderson, located in Crown Point, IN. We currently live in Hammond, and are still faithful members of First Baptist and a part of this great ministry.

Jack Schaap has not only been my family's pastor but he has also been our friend through personal trials and struggles. He is generous, loyal, and trustworthy. Jack Schaap has invested countless time, money and love into the community of Hammond and also to his church members, including myself and many others. His love for God and the people around him is unquestionable. He has been a pillar of strength and love to churches, pastors, missionaries, and thousands of others across the country and around the world. Upon my college graduation, my husband and I moved to the state of Michigan. While we were there, Jack Schaap loved us and cared for us, even though we were hundreds of miles away, the distance did not limit his love. He has always been a caring, gracious, thoughtful individual who would give anything to a person in need.

I ask that the Court be lenient in his sentencing and that you, Honorable Judge Lozano, be filled with wisdom and mercy during this time.



Sincerely,

Eunice Settlemoir



October 5, 2012

Alison L. Benjamin
Thiros & Stracci
200 East 90th Drive
Merrillville, IN 46410

To Whom It May Concern:

I have known Jack Schaap for over 30 years. I have worked with him as a fellow employee, as my direct supervisor, and as my pastor. From 1996 to 2001, I generally met with him personally for 15 to 30 minutes each week, as well as with various other group meetings interacting with several people. I knew him to be diligent, hardworking, honest, law-abiding, and I believed him to be someone I could trust. He cared about me as an individual. He tried to make a difference in those he met. I appreciated the times he went out of his way to speak to my widowed mother from Central Indiana when he saw her.

When I heard the news about Jack Schaap's dismissal from the First Baptist Church of Hammond, I thought it was unbelievable. There have been times when I did not agree with Pastor Schaap on some minor theological point, but I could not imagine his having a moral problem. My wife and I have been around Cindy Schaap in various social and business settings. My daughter was in the same class as their daughter, and I worked with their son in Sunday school and in a boys' club. Jack Schaap's wife and children never hinted that there was a problem. It appeared to me that this was a one-time, first-offense situation.

I would ask that the court grant as much mercy as possible in this situation. I realize the seriousness of his offense, but in comparing his life of care and compassion with the very few weeks of bad judgment, I have to wonder what the payment should be. I look at the tens of thousands of dollars per year that it will cost taxpayers to incarcerate Jack Schaap. I do not want to minimize what happened, but this was a first-time offense. I would far rather see Jack Schaap's time put to good use as opposed to wasting a life.

Sincerely,

David Stubblefield

Merrillville, Indiana 46410



03/12/2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

My name is Bob Morris. I am a Customer Operations Manager for our firm's Business Services Centre at PricewaterhouseCoopers (PwC) Chicago. I have worked in Chicago in the same line of work for twenty years.

I have known Jack Schaap for twenty eight years. I initially met and studied under Mr Schaap as one of his students in college. I have also worked with him in church ministry outreach projects across the years.

About eleven years ago, Jack Schaap became my pastor with a 96% vote. It was at this time that I really came to know Jack closely as a friend, leader, coach, counsellor and man of God. His drive, zeal, work ethic and dedication were phenomenal. I was a deacon under his leadership for 10 years. I was a member of his visitation team for a couple of years. I was part of his prayer meetings for many years and assisted him in the starting of a new church in Crown Point.

He has always been the consummate friend to me and my family. Making himself available for urgent last minute counselling, phone calls at all hours and praying for our family needs into the wee hours of the morning. He taught classes on marriage and held yearly couples retreats that guided and developed my thinking and understanding on the importance of giving priority to my spouse and marriage.

In working with Jack on the deacon board, it was obvious early on that God's business is the most important business in the world. Not only was it evident that he was a man of very high integrity, but he also sought to ensure that the calibre was reflected in all that was associated with the FBC church ministries.

Jack Schaap is a man that has tirelessly given of himself, his time and his resources to help families and individuals to make it through some incredibly hard times. From funerals to weddings to reaching the homeless, and lifting the down and out, Jack worked hours on end to make a difference for the better in families and ministries at home and around the world.

As the Court considers the offense and the sentence, please be lenient. This offense has already cost him dearly. If I can be of any further assistance, please do not hesitate to contact me.

Thank you,

Bob Morris





Rhonda Morris

Schererville, IN 46375

**Honorable Rudy Lozano**

United States District Court
5400 Federal Plaza
Hammond, IN 46320

----

**Dear Honorable Rudy Lozano,**

Hello. My name is Rhonda Morris. I am a stay at home mom with five children (ages ranging from 5 to 22). The reason for my letter is to request leniency in the sentencing of Jack Schaap. I have known Jack Schaap through our church, First Baptist Church in Hammond. He has been our pastor for over 11 years.

I believe Jack Schaap is a very caring person that loves God and people. Two relationships that he held very highly and that are commanded in the Bible as stated by Jesus himself when speaking to a lawyer in Matthew 22:37-40, "Jesus said unto him, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind. This is the first commandment. And the second is like unto it, Thou shalt love thy neighbor as thyself. On these two hang all the law and the prophets."

Jack Schaap is an honest man and has often stated what he believes. He understands that he has done wrong and has confessed that his actions of recent do not correspond to what he believes.

I know that he has given time and money to help many people which has typically exemplified his life. I know that he has spent many hours serving people in the church as well as the community way beyond the hours of a "regular" work week.

Jack Schaap has expanded our Reformers Unanimous Home and ministry to help those who have addictions or have been homeless or in jail. He has expanded our public school ministries to try to keep young people out of trouble. He has been responsible for starting and expanding many ministries in our church to reach those who need help in our area as well as around the world. We have started new churches, missions and new schools and the list goes on and on.

He has strived for excellence and encouraged excellence in others in spirit and in performance. His attitude that "God's business is the greatest business in all the world" has permeated his lifestyle in not



regarding himself but others.

The caliber of his family and his children is a great example of his beliefs and moral values being taught and passed down.  His daughter even wrote a book encouraging moral purity among young people. He and his wife have written books on marriage.  One has a hard time doing this if their character and values are dishonest and hypocritical.

Jack Schaap has counseled our family. (It seems at times any time we have requested it, whether it interfered with his schedule or not.) There have been many people that can testify he has done the same for them by giving of his time and money to help those in a physical, spiritual or financial strait.

I remember that a "little birdie" (myself) told Jack Schaap of a quadriplegic man in the church who needed a new van. The man's wife was being run ragged transporting the family around in a van that kept breaking down and had no heat. The quadriplegic man, Mr. Rodgers, was not able to regulate his body temperature due to his accident that left him paralyzed. He and his wife have three children. Jack Schaap did not hesitate in bringing the matter before the deacon board and the family was able to get a new van equipped for Mr. Rodgers to drive himself.

There have been many incidences where Jack Schaap has been used to help lighten the load of many hurting people.

I remember one Thanksgiving service where he honored a couple of families that were going through a tough time. One family was the Vignere family whose son, Jonathan had been in the hospital with his kidneys shutting down. Their daughter had also been in the hospital with foot cancer.  Another family was the Collozo family whose son, David had cancer.  Jack Schaap gave them generous financial gifts and one of the families got to go to Disney.

Jack Schaap has counseled our family numerous times and often on demand.  He was concerned with our family a couple of years ago when our teenage daughters neglected to come home after a visit to Texas with family members.  He was ready to go down there with us to retrieve them, but considering the law and the fact that one was 19 and the other almost 18, we decided to stay home and pray instead. He was very protective of our young girls as was shown at another time in his actions in being ready to ask a young man with promiscuous intentions toward our daughter to leave the church.

I know one incident where I became very suspicious of a certain neighborhood man that also attended our church. I felt that the man had been luring young boys to his home near the schools to molest them. It turned out, I believe, that Jack Schaap got involved and the man had been hurting many young boys (some my children knew) for quite a while and that man is in jail.

I have had no fear in Jack Schaap being with our young people.  He has always been appropriate. I know he has had safeguards in place to protect himself from the things in which he has been convicted.  I am not saying that he is innocent. He has already confessed his guilt. But I do not think this is something that will happen again. I believe he sincerely loves people and his God and is extremely sorry for his actions that have caused so much hurt for the people and the God he truly loves.

I plead with you, Sir, and the Court for leniency and mercy when you consider the sentencing of this man.

Thank you for your consideration.

Sincerely,

*Rhonda Morris*

Rhonda Morris

P.S.  I can give many more stories and examples of how Jack Schaap's character has been to love and help people, but the list would be very lengthy.

December 3, 2012

December 2, 2012

Kristen Zarris DelaCruz

Hammond, IN 46324

The Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Judge:

My name is Kristen Zarris DelaCruz and I am currently an instructor at the Kumon Math and Reading Center in Merrillville of Hobart, Indiana. I have been a member of First Baptist Church for nine years where I am a volunteer orchestra member and I am a graduate of Hyles-Anderson College.

As my pastor, Bro. Schaap dedicated himself to prayer and preparation to give me important Biblical truths to guide me through my walk with God.  Each sermon was filled with Scriptural teaching with a practical application that I could apply to my life now. I have listened to many different preachers, but he was by far the best, always giving me exactly what I needed from the Word of God. Even now, the truths I learned from his preaching influence my daily decisions.

At a certain point in my life, I was really struggling with choosing whether to do the right thing or my own thing. Sometimes, I failed and I found that I had disappointed myself, my family, my pastor, and my God. At first, I was resistant to accepting Bro. Schaap's guidance. However, he was willing to listen to my fears, concerns, and failures and still believed I had a purpose.

As teenagers, my parents met at our church and were greatly influenced by the leadership of the time. When Bro. Schaap took over as pastor, my parents were looking for a place to raise their children and they were very impressed by all that he had accomplished as the new leader. We moved to Crown Point in the summer of 2003 because of Bro. Schaap's work and vision for reaching the world. I attended college here, got involved in ministries, met life-long friends, and married a wonderful man. All of this could not have happened without the influence of Bro. Schaap.

I have always been taught by Bro. Schaap and other godly men that we are all sinners and capable of doing great sin. Though he himself did wrong that has not changed my opinion of him as a person; rather it has resolved the fact that we all can stumble yet still be used to do great things.

Through his pastoral leadership, personal counseling, and powerful influence, he changed my life and my family's life for good.  Bro. Schaap always believed that anyone could be used by God especially the ones who overcame great personal conflict. He believed in me when I was struggling, and I will continue to believe in him.

Sincerely,

Kristen Zarris DelaCruz

December 2, 2012

DEFENDANT'S EXHIBIT 132

To the Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Sir,

My husband, Benjamin Carter, and I have known Mr. Jack Schaap for over
15 years, and became much better acquainted with him during the past year
and a half when he founded a new church named South Point Baptist Church
in Crown Point, IN.  During our months of working closely with him in this
ministry we were given a unique opportunity to witness his personal
character as he weekly invested in the lives of those living in South Lake
County Indiana.  He provided customized counseling, a listening ear, and
very well-studied, weekly sermons tailored to fit the specific needs of this
group of people.  Much time and personal sacrifice was poured into this
ministry, and we believe that his sad crime can not suddenly change all that
was done and given and the values and qualities he possesses. We do not
feel real comfortable providing specific names from the congregation on
paper, but we do know many specific adults and couples that have used Mr.
Schaap's counsel and help to overcome financial, emotional, spiritual, and
physical problems in their current circumstances and could provide names if
needed.

Going back in time a bit further, I would like to mention the enormous help
that Jack Schaap has been to me personally during the loss of my life-time
pastor, Mr. Jack Hyles.  I was raised at the First Baptist Church of
Hammond and most of my social events and schooling were built around the
ministry there.  I was baptized, trained, personally counseled, and married by
Mr. Jack Hyles.  His death was rather sudden and unexpected, and the
effects were very devastating and difficult for me and my family. Mr. Jack
Schaap provided comfort and weekly guidance to our family both from the
pulpit and with individual counseling in his office to help us through this
rough time and other difficult times with our marriage and relationship
challenges.

My husband and I both feel confident that if the court would be lenient in its
sentence, that Mr. Schaap would again make a large and selfless contribution
to society in the future, since his life time character seems deeply embedded
and unlikely to be erased as the result of one horrible mistake.

Sincerely,
Hannah L Carter  12|3|12

DEFENDANT'S EXHIBIT 133

Gloria J. Romeyn

Holland, MI. 49424

December 1, 2012

Honorable Judge Rudy Lozano

United Stated District Court

5400 Federal Plaza

Hammond, IN 45320

**RE: Jack Schaap**

Honorable Judge Lozano,

First thing I want to make clear is that I make no excuses for the sin that Jack has committed against a young girl, His Lord, wife and family, nor do I condone what happened.

I have known Jack since he was a young teenager, when I joined the church where he grew up (Rose Park Baptist, in Holland, MI). I have always known Jack to be a person of truth, good moral character, respectful, kind loving and caring, and fair to all people. I was a shocked and broken hearted as anyone to hear of his transgressions, but I also believe this has not happened before and will never happen again. If this had happened before I believe others would have come forward by now and none have.

I ask for mercy from the court when it comes to Jack's sentencing. Yes, he is a high profile man, and other high profile man have fallen in to sin and been given sentences but it hasn't stop others from acting poorly. To "set an example" by giving him a long prison term in my opinion would be fruitless and serve no real purpose. I correspond with Jack and I believe from his letters that he is a broken man and really has repented of sin he has committed. To give him along prison term would not be helpful to his wife and family, and they are standing by him because they know who he really is.

Jack has "never" been in any trouble in school, or society, he has no prior record, and it is because of this I ask for mercy from the court in sentencing him.

Your Honor I ask for mercy on Jack's behalf and that of his family.

Thank you for taking the time to read my letter.



Respectfully submitted,

Gloria J. Romeyn

November 26, 2012


Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

   Re: Jack Schaap

Dear Judge Lozano:

   I am writing in reference to Jack Schaap, former pastor of First Baptist Church of Hammond. I have been a parishioner of FBC my whole life. I am a secretary in the area and have known him for longer than the 11 years he was the pastor at FBC. I have also worked in the nursery at the church since before he became pastor.

   Pastor Schaap did many great things with the church and brought it to another level. He has a great heart for people and has done many things to help others in the area as well as around the world. He was well loved by the parishioners and is still well loved by many. I've seen him at couple's retreats and other places with his wife and family and he is a very loving family man who has taken good care of his family. I know he made a very large mistake and that can't be changed or taken back but I believe he should not be treated any harsher because of the position he held. He does not need to be held out as an example. He is human just like anyone else. That doesn't make what he did right, but it also doesn't make what he did worse than the average person. I also know a lot of people have been hurt by what he did and it will take a long time to heal but I know he has also been hurt terribly by what he did.

   In my dealings with Pastor Schaap during his 11 years as pastor, I have always been shown concern, fairness, love, understanding and compassion.

   My family has had several meetings with Pastor Schaap over the years that he was pastor. A couple of the meetings had to do with our children and he gave us excellent advice which really helped us to know how to handle the situations and greatly helped our family. We've also counseled with him with regard to a move we wanted to make and he gave us excellent advice in that situation, too (especially in hind-sight his advice was better than what we would have done). He was always there to help and guide us in any situation that arose. I know the wrong he did and don't condone that but I also know the many years of good that he did and how he helped so many people.

   I implore you to be lenient on Bro. Schaap in his sentencing. His family needs him and I'm sure that he would not be a menace to society that would need to be imprisoned for a number of



years. It would be more beneficial for him to be able to be with his family and take care of them instead of sitting in prison.

We have always loved Bro. Schaap and continue to love him. He was and is a loving, caring and compassionate person who made a mistake and I know he is very sorry for what he did. My family harbors no ill feelings for Bro. Schaap because we always knew he wasn't perfect, just like we are not perfect. Yes, what he did has hurt our family emotionally but we still love him and pray for him and his family daily.

Again, I ask that you be lenient with Bro. Schaap.

Thank you for your time and consideration.

Sincerely,

*Rebecca Turnquist*

Rebecca Turnquist

Merrillville, IN 46410

November 30, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320

Sir,

I do not envy your position as a Judge. I often pray for the judges in our nation, because I believe it
is a job that requires much wisdom.

I am addressing you today, your Honor, on behalf of Jack Schaap. I know that each letter you read
will cover an area that is pertinent and personal to its author. I understand that Jack Schaap
committed a federal crime.

My husband and I have been married for 20 years, and we have three daughters; ages 20, 17 and
14. My life experience as a girl, woman, and mother gives me a perspective that I hope you will
consider as you weigh the fate of Jack Schaap.

As a teenager I was an eyewitness of other female teens who made bets with each other. These
"bets" were to prove that they could seduce male teachers at our school. Only one male teacher did
not fall for their schemes. Looking at this with hindsight, these men did not stand a chance. Men
are weak sexually, women know that and they prey on this fact. Should men be able to resist the
schemes of such women or young ladies? In their times of strength I am sure it is much easier, but
when they are weakened and weary; then I know it becomes a struggle that many have failed to
win. In war, don't we go for the weakest link? Women know exactly where to strike a man to win
the war she rages.

As a woman I am ever mindful of my ability to snare the heart of a man. This prowess is abused on
a daily basis by women to manipulate men, to destroy families; and to rage a war for power,
prestige and position.

As a mother I am disappointed, disgusted, and sickened by the knowledge that the young woman's
family in this case is requesting that the court to prosecute Jack Schaap to the extent of the law.

Allow me to explain:

In this day and age that we live in, I am greatly disappointed in the lack of accountability in many
families. I see adults living vicariously through their children or the polar opposite; adults who
greatly neglect their children.

When a family as a whole has a member who is set on doing whatever pleases them, when it is
immoral, that family needs to bear the responsibility of gaining control of this one. They need to
rally and care for their own and keep them from their own destruction. When a family fails to do



this, they need to bear the responsibility of their share of the destruction that falls on the life of their member and those in its wake.

If my husband and I had not raised our daughters to be chaste and modest, and they ran around seducing men three times their age; I would feel a fool to demand that this person bear alone the responsibility of such a mess. I too would need to be rational and say, "We did this too; all of us."

My logic should not feel cold to you or uncaring. It is a result of watching people throughout my life. Observing others as they go about doing what pleases them. Its effect ripples across the ages of mankind and causes deep wounds that will not heal themselves.

Prosecuting Jack Schaap to the extent of the law will not heal this young lady or her family. They need to work on that by changing the principles by which they live. They need to consider who truly first wounded this young lady, and change what they have allowed for far too long. Then they will have a chance of having a better future, better results as they make healthier choices as a family unit.

I have vented to you, your Honor. I have poured out my complaint here. Thank you for considering my view.

I am desperately sorry for this young lady. I cannot imagine what happened in her past to bring her to such a place of self-destruction.

I am heartbroken for the Schaap family, especially Cindy Schaap.

As for Jack Schaap, he used the last forty years of his life to rescue the fallen. He aged physically at a triple rate over the last eleven years serving as the Pastor of the First Baptist Church of Hammond. He lost almost everything that was of importance to him. What he has left; his family, is truly what he will cherish the most for the remainder of his life.

He went out in the worst way, but I believe that he is still a good man. He has always shown the most fallen man or woman that someone believes in them. That God can and will still use them; despite their past. God can and will still use Jack Schaap. Never again as a Pastor, but in new ways.

I, Janet Moore, am asking you, your Honor, to please suspend Jack Schaap's sentence.

If you were to calculate his "community service" over the last forty years, you would find that you have a great number of years of time served to date.

Please send him home to his wife and children.


With Respect and Gratitude,

Janet L. Moore

# Jason Michael Pruitt

Lake Elsinore, Ca. 92530

October 10, 2012

Honorable Rudy Lozano
United States District Court
5400 Federal Plaza
Hammond, IN 46320



Dear Sir,

My name is Jason Pruitt. I am a graduate of Hyles-Anderson College, the Bible college ministry of which
First Baptist Church operates. Currently, I work as an intern at a church in California. The internship is
through Hyles-Anderson College which will earn me a Master's Degree in Practical Theology. I also have a
night job at a Chick-fil-a located not to far from the church I work at during morning hours.

I first met Jack Schaap back in 2008. I heard him speak at the annual youth conference that First Baptist
Church holds every summer. I had just trusted Christ as my Saviour and was considering attending Bible
College. Jack Schaap preached a sermon that was highly convicting and motivating. I felt the strong call to
serve God with my life, and surrendered my life to be in the ministry full time during that conference. I,
like many thousands of others, give the human credit to Jack Schaap for his influence on my life. I would
not be where I am today, humanly speaking, without the relationship I developed with Jack Schaap.

I do not call into question the character of Jack Schaap. He is a man of honor and decency. I realize the
gravity of the situation. I have read the articles concerning the charges. I understand the lingo of what
some of the circumstances may result in concerning Jack Schaap's sentencing. I am completely aware that
he is guilty of a crime. Nevertheless, all the the Scriptures which Jack Schaap and I believe, there is
endless mercy extended to those who have fallen. It is by the grace of God that we have all yet to end up
behind prison bars. In a world of hate, criticism, slander and desecration of names, I offer a positive
insight on a man who dedicated his life to helping others.

With that in mind, I point out that mere fact that many people have been changed. Drunks, drug addicts
and men addicted to pornography have overcome their vices through Jack Schaap's discipleship.
Thousands of marriages have been saved from the disaster effects of divorce. Tens of thousands of youth
across America have dedicated their lives to the same service of helping people under the preaching of
Jack Schaap. I do not excuse the wrong that was committed. I only suggest the minimum of 10 years
sentencing. Jack Schaap gave 30 plus years to helping people. He committed a crime, according to the
accounts I have read, 3 days spaced out over a period of time. I do not believe that anyone can throw away
the 30 plus years of good a man over circumstances that culminated to almost a two month time period.
Not including Leap years, 30 years equates to 10,950 days. Jack Schaap served people righteously for
10,947 of those days (3 days being subtracted for the acts). I believe that makes him, based on a
percentage, mostly a good man.

His integrity has always been one of the upmost respect among fellow believers. There are many people
who did not agree with doctrine he taught. They have been after him for the entire time he has been
pastor. Yet, they fail to realize that the Scripture they argue over forbids them from slandering a man as
they do so often. I am sure much more of these men would like to see Jack Schaap suffer more than he
deserves. His life will be forever tarnished. The debt he will have to pay, the sex offender he will have to

register as, and the awkwardness of going to any public place is a sentence in itself. If you only gave him 1 year, He would still face a sentencing for the rest of his life. I only ask you give the minimum sentencing which was sought in the plea agreement.

In short, whether or not you believe in Christianity is not what is important to this case. What is important is that it be understood how much this man has done for so many. He has sacrificed his health, mind, heart and soul to helping other people. I only ask that someone return the favor. When Jack Schaap first took over the church he work 150 of the 168 hours in a week for five straight years to ensure the survival of First Baptist Church. He was dedicated to helping the marriages, teens and many others who were struggling with life. He was then told to reduce his number of hours because his health was becoming a problem. And he did not reduce his hours all that much.

I believe Jack Schaap is a good man. Why? He influenced my life through his teaching, preaching and books. I still read his books that are jammed packed with wisdom concerning things of the Bible. They will always remain on my shelf as a reference. He will never be in the position of pastor again to help the multitudes. Yet, I believe that his books will still be used to help countless multitudes by the many people that still love him as a friend. Thus, his wisdom will continue to be used and help man.

Jack Schaap has helped many of us during difficult times of need. There are, no doubt, millions of such stories. I only ask that you allow us the same opportunity to help him during a difficult time of need. Many of us would like to reach out to Jack Schaap; however, we do not possess the means necessary to travel back to Indiana. I pray you allow him to be sentenced to the minimum of 10 years. Allow his friends to help him, as he has done for them for so many decades.


Respectfully,

Jason Michael Pruitt

Dear Honorable Rudy Lozano,

My name is Jaclyn         , and I am 17 years of age. I am not asking for much but for you to be merciful to Bro. Schaap. I understand he did wrong and I am, and do believe he will pay for that. Yet, I also believe he still has shown to be one of the best men I know. Men mess up every day and I know they are paying or will pay for what they have done. Therefore I am not justifying his sin, but I am trying to say he did more for my family, my friends, the world, and me than most men will ever do in their entire lives.

I was very close to his family I babysat his grandchildren and I never felt awkward, or felt he was inappropriate once. It was the biggest shock to hear what he had done. Not just because of what he had done but because it wasn't in his character at all. I would have never seen this coming in a million years. He was always a help and an encouragement to me. And I will never forget all he did to make those who wanted his help so much better.

We still need him; at least I know I do. His family needs him. His grandchildren love him so much and want him back. I know your position is hard and you have a big decision to make but please for his wife's sake, and those who truly care, will you be merciful.

Thank you for your time,
Jaclyn

Jaclyn 11-24-12



Dear Honorable Rudy Lozano,

My name is Brittany           I am 16 years old. Bro. Schaap was
my pastor and I am writing you to please be merciful with his sentencing.
I was VERY shocked when I heard about what he had done because he was
so normal! Bro. Schaap was always appropriate with us. He went on ski
trips, camps, and activities with us teens, we'd go see him in his office, and
never once did anything weird happen. Yes, I understand he did wrong,
but I am just asking you to look at his past and to think about his family.

Thank you,
Brittany

Brittany
11·28·12





# Neighborhoods Inc.

December 6, 2012

To Whom It May Concern:

I am the executive director of Neighborhoods Incorporated of Hammond, Indiana, a non-profit community development corporation whose mission is to improve the neighborhoods of the Calumet Region.

I met Jack Schaap in early 2006 after we exchanged letters regarding improvements to First Baptist Church (FBC) property.  During our meeting he asked me if FBC had an image problem, to which I replied such was the case.  I told him FBC needed to use its members to reach out to the surrounding community.

The upshot of this meeting was a change in course by the FBC administration, led by Jack. Since then, he continuously supported community outreach efforts by FBC volunteers.  In the case of Neighborhoods Inc., over the past seven years we have used FBC people to provide thousands of hours of labor to help households consisting of elderly, handicapped and other needful persons in Calumet City, Hammond, East Chicago and Gary.  These volunteers have cleaned up miles and miles of alleys, vacant lots, parks, yards, etc. and painted, planted and patched up houses, garages, public property and other sites needing extra attention.

Jack Schaap started this movement and continued to support it over the years.  All of my dealings with him were of the highest level of cooperation and collegiality.

Please take this into consideration when deciding his future.

Sincerely,

Keith D. Speaks
Executive Director

cc: Neighborhoods Inc. board of directors

ALL-STATE LEGAL®
DEFENDANT'S
EXHIBIT
14D

**6340 Kennedy Avenue**
**Hammond IN 46323**
**www.neighborhoodsinc.com**
kjk

**Phone:**   **219.844.1876**
**Fax:**   **219.844.3275**