USDC IN/ND case 2:12-cr-00131-JTM-PRC   document 37-1   filed 03/13/13   page 1 of 1

