# Cell Phone Records of JACK SCHAAP and Victim

June 21 – July 21, 2012

**Jack SCHAAP** (219) 742-3011

**Victim** (219) ▮▮▮▮

| Date | Schaap → Victim | Victim → Schaap | First Contact Initiated By |
|---|---|---|---|
| June 21, 2012 | 2 TEXTS | 2 TEXTS | JACK SCHAAP |
| June 22, 2012 | 3 TEXTS | 1 TEXT | JACK SCHAAP |
| June 23, 2012 | 17 TEXTS | 16 TEXTS | JACK SCHAAP |
| June 24, 2012 | 3 TEXTS | 2 TEXTS | JACK SCHAAP |
| June 25, 2012 | 4 TEXTS | 4 TEXTS | JACK SCHAAP |
| June 26, 2012 | 7 TEXTS | 10 TEXTS | JACK SCHAAP |
| June 27, 2012 | 9 TEXTS | 5 TEXTS | JACK SCHAAP |
| June 28, 2012 | 12 TEXTS | 11 TEXTS | JACK SCHAAP |
| June 29, 2012 | 6 TEXTS | 10 TEXTS | JACK SCHAAP |
| June 30, 2012 | 12 TEXTS | 9 TEXTS | JACK SCHAAP |
| July 1, 2012 | 13 TEXTS | 12 TEXTS | VICTIM |
| July 2, 2012 | 14 TEXTS | 14 TEXTS | JACK SCHAAP |
| July 3, 2012 | 19 TEXTS | 18 TEXTS | JACK SCHAAP |
| July 4, 2012 | 18 TEXTS, 3 CALLS | 17 TEXTS | JACK SCHAAP |
| July 5, 2012 | 22 TEXTS, 2 CALLS | 27 TEXTS | JACK SCHAAP |
| July 6, 2012 | 2 TEXTS | 1 TEXT | JACK SCHAAP |
| July 7, 2012 | 13 TEXTS | 9 TEXTS | JACK SCHAAP |
| July 8, 2012 | 8 TEXTS, 1 CALL | 8 TEXTS | JACK SCHAAP |
| July 9, 2012 | 15 TEXTS | 15 TEXTS | JACK SCHAAP |
| July 10, 2012 | 3 TEXTS, 1 CALL | 5 TEXTS, 1 CALL | JACK SCHAAP |
| July 11, 2012 | 3 TEXTS | 1 TEXT | JACK SCHAAP |
| July 12, 2012 | 4 TEXTS | 2 TEXTS | VICTIM |
| July 13, 2012 | 23 TEXTS | 20 TEXTS | VICTIM |
| July 14, 2012 | 19 TEXTS, 7 CALLS | 18 TEXTS | JACK SCHAAP |
| July 15, 2012 | 0 TEXTS | 1 TEXT, 1 CALL | JACK SCHAAP |
| July 16, 2012 | 9 TEXTS | 8 TEXTS | JACK SCHAAP |
| July 17, 2012 | 25 TEXTS, 1 CALL | 20 TEXTS | JACK SCHAAP |
| July 18, 2012 | 9 TEXTS | 7 TEXTS | VICTIM |
| July 19, 2012 | 12 TEXTS | 14 TEXTS | JACK SCHAAP |
| July 20, 2012 | 20 TEXTS, 6 CALLS | 20 TEXTS, 2 CALLS | JACK SCHAAP |
| July 21, 2012 | 4 TEXTS | 0 TEXTS | VICTIM |