F. Letizia
7609 Bellepoint Pl. Ct
Dublin, OH 43017

March 22, 2013

U.S. District Court
Judge Rudy Lozano
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

-FILED-

MAR 26 2013

At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Re: Defendant Jack Schaap

Dear Judge Lozano,

I want to thank you for your service on the bench. By upholding the law, not the sentencing agreement the Prosecutor and Defendant reached in the above case, you have served justice.

I understand many factors come into consideration when sentencing a crimminal. Your complete undustanding of the law shows how justice is served.

As a mother of three, a wife and retired New Jersey Attorney, I was proud to read of you in the Ohio Columbus Dispatch regarding this case and your adherence to the rules. Thank You.

Sincerely,
Frances B. Letizia



Mr. & Mrs. Donald Letizio
7609 Bellepoint Pl.
Dublin, OH 43017-8567

COLUMBUS OH 431
22 MAR 2013 PM 6 L

U.S. District Court
Judge Rudy Lozano
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

46320185175

Equality
FOREVER