UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.   2:12 CR 131 |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

## MOTION TO DISMISS

Comes now the United States of America and moves the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the forfeiture allegations in the Information filed in the above-captioned cause against defendant Jack Allan Schaap.

WHEREFORE, the United States seeks leave of Court pursuant to Rule 48(a) to dismiss the forfeiture allegations in the Information filed in the above-captioned cause with prejudice.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By:   /s/ Jill R. Koster
Jill R. Koster
Assistant United States Attorney