UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.  2:12 CR 131 |
| | ) | |
| JACK ALLAN SCHAAP | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses the forfeiture allegations in the Information with Prejudice filed in the above-captioned cause against the defendant Jack Allan Schaap.

Leave of Court is granted for the filing for the foregoing dismissal.

Dated this 8th day of April, 2013.

 /s/   Rudy Lozano                                                .
HONORABLE RUDY LOZANO, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA