# JACK SCHAAP
*12409-027*
*FCI Ashland*
*PO Box 6001*
*Ashland, KY 41105*

---

Clerk of Courts
United States District Court
Northern District of Indiana
Hammond Division
5400 Federal Plaza
Hammond, IN 46320

REFERENCE: Orig. Crim. No. 2:12-cr-00131-RL-PRC-1

Dear Clerk of Courts,

Please find enclosed my pro se motion for post-conviction relief pursuant to 28 U.S.C. §2255 (original case number 2:12-cr-00131-RL-PRC-1). In doing so, I have prepared and filed the motion without the assistance of counsel, as the filing deadline for the motion is March 20, 2014. However, I am in the process of retaining counsel for the purposes of the post-conviction proceeding. Once counsel is retained, I hope to have his assistance in the preparation of a memorandum of law in support of the post-conviction motion. Accordingly, as the motion has been timely filed, I request that the time for filing an addendum to the motion, including the memorandum of law, be extended to give counsel reasonable time in which to prepare the necessary research.

I have enclosed two copies of my pro se post-conviction motion along with a self-addressed stamped envelope for your to return a time stamped copy to me. Thank you for your consideration in this matter.

Sincerely,

*[signature: Jack Schaap]*

Jack Schaap
Prison Inmate # 12409-027
FCI Ashland
P.O. Box 6001
Ashland, Kentucky 41105

Enclosure: §2255 (2), Letter, Envelope



