case # 2:12-cr-00131-TLS-PRC

January 23, 2021

—FILED—
JAN 28 2021
At ROB_____ M
_____ Clerk
NO_____ INDIANA

Dear Judge Moody,

On June 1, 2020, I sent a petition to the Court in Hammond asking for a Compassionate Release due to the fragile and declining health of my parents. My petition was assigned to you, as my sentencing judge, the Honorable Rudy Lozzano, had passed away. As of the present date, I have not received your judgment, and my parent's health is deteriorating rapidly.

May I please update you on relevant events:

1. In November, 2020, the covid virus struck this prison - FCI Ashland - and more than 300 inmates and staff contracted the disease. I tested positive and was isolated for a few weeks. I am now clear of the virus and am back to work. In June, when I initially petitioned the court, I had some fear of being freed, only to contract the virus & pose a risk to my parents; however, now that I have both contracted and recovered, I am in a stronger and healthier circumstance to assist my parents without the fear of injuring their health.

2. My father is 87 yrs old. I speak with him weekly on the phone. Each week I learn he has fallen numerous times. Just today I called and learned he fell hard on his left side, injuring his arm, shoulder, hip and knee. He is not able to use his left arm. The rate of his falls and the severity of his falls is greatly increasing in just the last several months.

My father is the sole caregiver for my invalid mother. I do not know how my father will care for my mother with such injuries.

3. My mother will soon turn 85. She requires my father's full assistance for any personal need, whether it is bedding, diapering, feeding, cleaning. Her life depends completely on my father's presence and physical/mental strength. Two weeks ago, she fell and fractured her back.

4. My parents' philosophy of life and financial circumstances will not allow them to turn over their care to a nursing home. They are where they are in their home and will live there until they die there. Perhaps that stubborn, obstinate spirit is what is keeping them alive.

5. My father pleaded with me on the phone call today to help him write a letter to you. I have chosen to write you directly myself.

6. I have 2 yrs to my release date, not counting halfway house time, which should get me a release in about 18 months.

Your Honor, may I please be allowed to go home now and attend to my parents' care? At their age and in their condition, days and weeks spell the difference between life and death

Your Honor, I realize my Prosecutor is resisting my petition. Her objections surprised me, mainly because she stressed in both the plea agreement and at my sentencing that a ten-year sentence was most satisfactory in my case. Had I received that Ten-year sentence, I would already have been released by now, if not several months ago due to my good-time credits and Half-way House.

The Prosecutor's change of attitude towards me, I believe, is principally due to my not assisting her in the prosecution of a dear friend of mine. The Prosecutor offered me a sentence reduction if I helped; however, I was ignorant of his case as it was unrelated to mine. He was sentenced to 19 years without my help.

I suppose any of us could go back in time and wish we could have done this or that differently, but I am asking that my parents not be further punished because I did not help out in an unrelated case.

Regardless of any valid or specious concerns some may have, should you grant my petition, I can only give you my word that I will do my utmost to be a worthy citizen of society. Certainly my desire is to redeem myself before those I have injured; however, my chief concern at the present is the immediate needs of my parents and providing the loving care they deserve. My Parents and I await your decision.

[signature]

PS   I have written to the Clerk of the Court asking that this letter be copied and sent to the Prosecuter Jill Koster.