To: Clerk of the Court
Date: January 23, 2021
Case #: 2:12-cr-00131-TLS-PRC

Re: Please direct the enclosed letter to Judge James Moody.
    Further, please copy the letter and send copy to AUSA Jill Rochelle Koster

Thank you,
Jack Schaap
Jack A. Schaap