Jack Schaap, 12101-027
Federal Correctional Institution
POB 6001
Ashland, KY 41105

CHARLESTON WV  250

25 JAN 2021  PM 3  L



Clerk of the Court
USDC Northern Indiana
5400 Federal Plaza
Hammond, IN  46320

46320-184775